IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

NATIONAL RIFLE ASSOCIATION
        Plaintiff

vs.

PAM BONDI, RICK SWERINGEN
        Defendents

Case Number:
4:18 CV 137-MW

## MOTION TO INTERVENE OF MITCHELL WILLIAMS

### STATEMENT OF THE FACTS

1.    Mitchell Williams is a goat farmer (26) who lives on a failed real estate project of about 1000 acres, with about 40 miles of dirt roads. The area is private property owned by many different persons, some of which are deceased. There has never been any truly effective barriers (except flooding) to trespassers and this has become a magnet for trespassers from as far as St. Augustine and Gainsville. The place known as the Mondex has a reputation as a free for all place for shooting, hunting, partying, and MUD BOGGING. The Intervenor lives about 1/4 mile from one of the worst of the gun pits. There are several, and has had bullets fly over his head even from a gun pit almost a mile away. On rare occasions there are truly huge explosions that shake the ground. These can only be homemade bombs. The noise level can be very high during hunting season or holiday weekends, and sometimes goes on until 2 am. The sheriff will run them out if someone complains but it will only last for that night. The only improvement is that the SUPER-BOWL parties are a thing of the past. A brief visit to the close gun pit will be very instructive. It is on about a one acre lot

with a large sand pile and a pond (dug out to make the dirt roads) and a burning pile to burn old tires when the mosquitos are bad. Trash is everywhere and the Intervenor once found 14 large trash bags from a very large party floating around in the pond. A friend of the Intervenor makes a modest income collecting the cans but the bottles just pile up until they are used as targets. It is not unusual to find 500 or more empty shells (and a few live ones) scattered around the area. When flooding washs away the sand the empty shells could be raked up to fill the back of a truck.

## STATEMENT OF THE CASE

2.      Recently the Florida Legislature passed laws hoping to reduce future murders with weapons by persons with personal grievances or grudges. Plaintiff National Rifle Association filed a suit contending that certain measures in these laws violate the 2nd Amendment of the United States Constitution. Most of the measures suggested to deal with the recent rash of mass shootings have focused on the danger produced by automatic weapons first made for use by the military. These weapons with large capacity magazines present deadly danger in the hands of the criminal minded. Almost all attention has been put on the weapon and/or the criminal minded. What has not been discussed at length is the one element that makes a gun very dangerous. That is the bullet, shell, powder, and cap. Total lack of any one of these

elements will mean that the gun is no more or less dangerous than a steel pipe of the same weight and size.

3.  The Court should recall the reports of the many previous mass shootings. In almost every case the shooter has hundreds of rounds of amunition even if only a few are actually used. This gives the Court an insight into the thinking of the mass shooter prior to the shooting. They think of themselves as involved in an hours long battle with their own personal enemies with many bullets needed in case some miss their targets.

4.  The sale and purchase of ammunition is the weak link in the trail of lunacy leading to many of these shootings. It is also the key to their reduction. Gun shops can be compeled under threat of loseing their license to report strange ammunition sales requests. They can be compeled to photograph the buyer and get his fingerprints a day or three before delivery of the ammunition. The ammunition itself can help identify a killer. ALL ammunition could be logged on a data base to show the face and fingerprints of any buyer. Each shell casing could have its box number etched on the outside. Each bullet could have a microchip glued to the bottom with that same number. Sales of unmarked boxes and shells should be a felony . Shotguns are limited to no more than five shells in the gun at one time, and no long gun should be sellable with more. No gun or ammunition should be imported except by the military.

## ARGUMENT

5.  The Intervenor intervenes only in PARTIAL support of the new state laws. As shown in paragraph 4. they do not go anywhere near to being enough to get any real results as to re-

ducing the outrages. They should, however be confirmed for no other reason than that they show that not every person that is a member of the Florida Legislature is a total fool thinking that gun ownership, and use are such an absolute right they are never subject to reasonable restrictions.

6. In all the argument that the Court will hear and review many would not expect the MIRACULOUS, but here it is:

See Appendix A. the part that says SHELL CASINGS FOR BULLET PURCHASE

This does not make any claim that it will stop fools from doing what fools have done since the Fall. It will just make it more difficult and invite the fool to make a mistake that will warn the public of criminal intent. This wonderous idea came imediately after the Conneticut school shooting but it would never have occured if the Intervenor did not almost daily walk his goats past the nearby gun pit. Needing to steer his electric bicycle with care to avoid a fall caused by the multitude of large rifle shells all over the road, he realized that here was a possible key to dealing with the mass shootings. He promptly sent a letter to the editor of the Palatka Daily News who published App. A on December 27, 2012. Later he sent a copy to President Obama. Then he recieved a friendly letter from the President thanking him for his input into the gun control debate. Now that it is a part of the records of this Court no media outlet can plead ignorance to the substance of it. The Intervenor talked with several gun shop workers and gun owners. One worker said that he thought it was a dangerously unconstitutional idea and that he would never sell the Intervenor any ammunition. Another said

4.

that such a law would be no problem at all, and would be prefectly legal. A gun owner said that it was a good idea that would force shooters to clean up their mess. When you start thinking of the wonderful results that such a law would have, if applied to EVERY recyclable container, then you see that trash dumps would shrink and trash workers will find a lot more work in parking lots of stores filling trucks with bags, bottles, and cans to send back. It will be very profitable for the stores. Most will recieve more empty containers than they need to restock their own shelves. When people are so foolish to come in without a set of empty containers, the store can charge them any price to provide them with empty ones.

### INTREST OF INTERVENOR

7.   Apart from the Intervenors obvious intrest in seeing that students are not murdered that might have bought one or more of the Intervenors goats he has a legal right to be able to move around without stray bullets flying over and being tripped by shells laying around. The many weekend afternoons in which the area sounds like there is a war going on are excessive. One afternoon a few years ago, while taking an afternoon nap, the Intervenor was awakened by a very loud shot close by. By the time he reached the window he could see nothing and the truck had passed. Later while walking around he found one of his goats shot through the spine, it had to be butchered. One day while walking the goats in the direction of the gun pit the Intervenor heard a tremendous amount of shooting on the left along a cross street ahead. When the truck reached the intersection it was seen to contain (front and back) 6 to 8 boys each with a heavy gun. They were shooting at everything as they drove along. These fools were on patrol in

5.

Baghdad and the shooting stopped the instant they saw the Intervenor. This incident was reported but no officer needed to come out(they hate to get mud on their shiney cars or shoes) because the truck left the area as fast as it could go. A 100% tax on sales of properly marked ammunition should cut down on such outrages. The Intervenor DOES own a gun but every shot has been meant for a dangerous predator.

*Mitchell Williams*

Mitchell Williams
POB 33
Palatka, Fl 32178
386 329-8603

## CERTIFICATE OF SERVICE

This is to certify that I have sent a properly addressed and stamped copy of the inclosed Motion to Intervene to the Respondents to this Motion addressed to;

NATIONAL RIFLE ASSOCIATION, 11250 Waples Mill Road
Fairfax, Va 22030

PAM BONDI, RICK SWEARINGIN
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL   PL-01
TALLAHASSEE, FL 32399-1050

This __15__ day of March, 2018.

*Mitchell Williams*

Mitchell Williams
POB 33
Palatka, FL 32178
386 329-8603

6.

## Shell casings for bullet purchase

There is an easy partial solution to the problem of mass shootings.

Require every dealer that sells guns and ammo to only sell the same number and type of shell that the customer brings an empty case (shell casing) for.

Guns are only as dangerous as a steel pipe without ammo. Without an empty case, the buyer could buy only the gun. The dealer also would not be able to buy any ammo without a lot of empty cases. Since the customer could buy a muzzleloader that needs no case (but not the cap), he can't claim that he is not allowed to buy a weapon.

This problem would stop many would-be suicides cold.

MITCHELL WILLIAMS
*Palatka*

Dec. 27, 2012
PALATKA DAILY NEWS

APPENDIX A.

PALATKA DAILY NEWS • TUESDAY, MARCH 28, 2017

## We should repent for Trump's victory

In 1932, many of Germany's evangelical residents voted for Adolph Hitler. They thought he would get rid of the communists, and he did. But he also go rid of a lot more. By 1945, they realized their gross mistake, and they have been paying for it ever since.

This Memorial Day should be a national day of repentance for the sin of voting for Donald Trump.

If there is anything good that can be said about climate change, it is that Mar-A-Lago will be the first place to go under. Can't you just see it?

Donald Trump, standing in the surf and screaming, "It's a hoax. It's a hoax. It is Obama and lying Hillary's hoax."

Then, a larger wave will come in and cover everything.

Mar-A-Lago rest in peace.

MITCHELL WILLIAMS
*Palatka*



SATURDAY, SEPTEMBER 3, 2016

PALATKA DAILY NEWS
EDITORIAL BOARD

WRITE-IN!!!
MIKE PENSE
OR TIM CAINE
OR MITCHELL WILLIAMS
FOR PRESIDENT!!

Paid political advertisement paid for and approved by Mitchell Williams, Independent for U.S. President

Mitchell Williams
POB 33
Palatka, FL 32178

Office
U.S.D.
111 N.
Tallah