UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

NATIONAL RIFLE ASSOCIATION,  
    Plaintiff,

vs.

PAM BONDI; et. al.,  
    Defendants.

CASE NO: 4:18-CV-00137-MW-CAS

MOTION FOR PAPER COPIES OF PLEADINGS

Comes now the Amici; Stephen D. Leonard, Pro Se, in the above cause pursuant to 28 U.S.C. § 1915 and moves this Court for Paper Copies of Pleadings and says:

1. Amici is presently insolvent, incarcerated in a State Prison, and presently housed at the Monroe County Jail in Key West, Florida.

2. The Amici is insolvent pursuant to §1915 and has been found indigent by the United States District Court for the Southern District of Florida in Case No. 17-CV-14248-RLR and Eleventh C.C.A. in Case no: 17-15242-E, & 17-15658-E.

3. Amici needs all Complaint's, Brief's, Memorandum, Points and Authorities in order to promptly file the Amicus Brief, and doesn't have EFC/Pacer access.

WHEREFORE, the Amici Hopes and Prays that this Court will GRANT this Motion and allow the Clerk to forward the Complaint and any and all documents filed.

Pg. 1 of 2

Respectfully Submitted,

Stephen D. Leonard, Prose
# 1501716Z
5501 College Road
Key West, FL. 33040

### CERTIFICATE OF SERVICE

I hereby Certify that a true and Correct Copy of the foregoing has been furnished to the Monroe County Sheriff's Office "for mailbox filing" Pursuant to Fullan Vs. U.S., 378 U.S. 139, 84 S. Ct. 1689 (1964) for the following Parties:

1. NRA c/o Kenneth W. Sukhia, Esq. 2846 Remington Green Cir. Tallahassee, Fl. 32308

2. NRA c/o Clifford V. Locurto, Esq. 113 S. Monroe St. 1st Fl. Tallahassee, Fl. 32301

3. Atty. Gen. of Fla., Pam Bondi, The Capitol PL-01 Tallahassee, FL. 32399

4. Commissioner, F.D.L.E. Rick Swearingen, 2331 Phillips Rd. Tallahassee, FL. 32308

* ECF Filing requested to notice all Parties.

Thx SL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

Dear Clerk,                                                                                  03/12/2018

In Re: N.R.A. vs. Florida          (18-cv-137-MW-CAS)

Hello. How are you?

I'm seeking information concerning the recent case filed by the N.R.A. vs. Florida. The case was filed concerning the 2nd Amendment on or about March 2018, which I plan on filing Leave to file an Amicus Brief and an Amicus Brief on behalf of the State of Florida, the American People, and the victims of the tragedy of Gun Violence in America.

Please forward me the Style and Case Number of the recent case filed by the N.R.A. so that I may file the appropriate Motion and Brief.

Respectfully,
Stephen Daniel Leonard, Pro Se
5501 College Road
Key West, FL. 33040
# 15017162

Rec'd 03-16-'18 UsDcFlnSAM 0857

MR. STEPHEN D. LEONARD
# 150141162
5501 College Road
Key West, FL. 33040

MIAMI FL 331
27 MAR 2018 PM 1 L



CHECKED MAR 4 - 2018

United States District Court
Clerk of Court
United States Courthouse Tallahassee

* Legal Mail *

NRA vs. BONDI, et. al.
18-CV-00137-MW-CAS
Motion for Leave to file Amicus Brief

32301-773097

111 North Adams Street
Tallahassee, FL. 32301