IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PAM BONDI, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:18-cv-137-MW-CAS |

## PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS

Pursuant Local Rule 7.1, and for the reasons articulated in the accompanying Memorandum of Law, Plaintiffs hereby move this Court for an Order allowing Plaintiff Jane Doe, and Plaintiff NRA's member, John Doe, to proceed under pseudonyms in this action and for any other and further relief this Court deems just and proper.

<u>Certificate of Compliance With Local Rule 7.1(C)</u>

Undersigned counsel represents that he has conferred with Amit Agarwal, Counsel for Defendants Pam Bondi and Rick Swearingen, who advised that "at this point [the defendants] oppose the motion to proceed under a pseudonym."

1

| | |
|---|---|
| Dated:  April 26, 2018 | Respectfully submitted, |

| | |
|---|---|
| David H. Thompson, Bar No. 6319891 | s/ Kenneth Sukhia |
| John D. Ohlendorf* | Kenneth W. Sukhia, Bar No. 266256 |
| Davis Cooper, Bar No. 114059 | C. Vincent LoCurto, Bar No. 0041040 |
| COOPER & KIRK, PLLC | SUKHIA & WILLIAMS LAW GROUP, PLLC |
| 1523 New Hampshire Avenue, N.W. | 902 N. Gadsden Street |
| Washington, D.C. 20036 | Tallahassee, Florida 32303 |
| (202) 220-9600 | (850) 383-9111 |
| (202) 220-9601 (fax) | ksukhia@sukhiawilliamslaw.com |
| dthompson@cooperkirk.com | |

*Pro hac vice* application forthcoming

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2018 a true and correct copy of the foregoing was filed using the Northern District Clerk's EM/ECF filing system which will generate an automated email notice and service copy to record counsel below:

Amit Agarwal,  *Amit.Agarwal@myfloridalegal.com*
Edward M. Wenger,  *Edward.Wenger@myfloridalegal.com*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

*Attorneys for Defendants*

                                                s/ Kenneth Sukhia
                                                Kenneth W. Sukhia