UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

*Orig.*

NATIONAL RIFLE ASSOCIATION OF
AMERICA,INC.,
       Plaintiff,
vs.
PAM BONDI,In her official
capacity as Attorney General
of Florida,et al.,
       Defendents.

Case No.4:18cv137-MW/CAS

MITCHELL WILLIAMS.,
       Proposed Intervenor.
                        /

## MOTION FOR RECONSIDERATION

The Intervenor Mitchell Williams, motions this Court for Reconsideration of its prior Orders as follows;

1. The parties are not adequately represented, the legal issues are not narrow, and third party intervention is necessary and appropriate. Also it will be a lot more fun. With a little bit of effort this could be more fun than the SCOPES trial in Tennesee.

2. What exactly does Pam Bondi know about guns and ammunition? The Intervenor has,in the past, made for himself a cap and ball, muzzel loading rifle. Later he made a cap and ball single shot pistol. He also has no objection to other persons reasonable and legal use of guns, or reasonable limitations thereof.

3. It is an absurdity to think that Pam Bondi can adequately represent the intrests of the Intervenor. This case has a lot in common with the State of Wisconsin,Court of Appeals District IV/II

1.



Case No 2014AP2085, <u>PLANNED PARENTHOOD OF WISCONSIN INC.,v.SCHIMEL</u>, <u>v. MITCHELL WILLIAMS</u>. This also was a lovers spat concerning trifles. The Intervenor sought to intervene in the lower court, and suggesting that the case filed by the paid assassins at Planned Parenthood be thrown in the trash can. The lower court denied intervention but upheld  the complaint filed by the witch doctors. Intervenor appealed this denial to the Wisconsin Court of Appeals, suggesting to them that the case was just a friendly case between lovers of abortion and that it should be thrown in the trash can. The Court of Appeals upheld the lower courts denial of the Intervenor's motion to intervene but then threw the case in the trash can. See Appendix C.

4.        In like manner the present case is just a friendly spat among gun idolators seeking an advisory opinion concerning trifles. As such it should be thrown in the trash can.

5.        By allowing the Intervenor's intervention the Court will be making sure that there is at least one adversarial defendent party to rebut the sick arguments of the NRA.

6.        For most of the public, legal briefs are deadly dull but the Intervenor can cure some of that when the non-nazi media discovers the Intervenor's farm (off grid for 8 years,ceramic stoves, solar powered bicycles, etc.)

7.        What would do a lot of good would be a law making it a crime to fire a weapon on private property without written permission of the owner, or in self defense.

Mitchell Williams
POB 33
Palatka,FL 32178
386 329-8603

2.

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have sent a properly addressed and stamped copy of the inclosed Motion for Reconsideration to the Respondents to this Motion addressed to;

NATIONAL RIFLE ASSOCIATION, 11250 Waples Mill Road
Fairfax,Va 22030

PAM BONDI, RICK SWEARINGIN
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL    PL-01
TALLAHASSEE,FL 32399-1050

This __24__ day of April,2018.

Mitchell Williams
POB 33
Palatka,FL 32178
386 329-8603

3.



# WISCONSIN COURT OF APPEALS
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Diane M. Fremgen
Clerk

MITCHELL WILLIAMS
P.O. BOX 33
PALATKA, FL 32178

Planned Parenthood of Wisconsin, Inc. and Fredrik
Broekhuizen, M.D.,
     Plaintiffs-Respondents,
   v.
Brad D. Schimel, Ismael Ozanne, James Barr, Mary Jo
Capodice, Greg Collins, Rodney A. Erickson, Suresh K.
Misra, Kenneth B. Simons, Timothy Swan, Sridhar Vasudevan,
Timothy W. Westlake, Michael Phillips, Russell Yale,
Robert Zondag and Carol Ogland,
     Defendants-Appellants,
Mitchell Williams,
     Intervenor.

**Date:** March 29, 2016

**District:** 2
**Appeal No.** 2014AP002085
**Circuit Court Case No.** 2013CV000478

## Remittitur

This cause was an appeal to review the order(s) of the Circuit Court of Dane County.

**IT IS ORDERED AND ADJUDGED** by this court in an opinion filed on February 24, 2016, that:

Order reversed and cause remanded with directions

Panel:     Hon. Gundrum
            Hon. Neubauer
            Hon. Reilly



The appeal record is hereby returned to the Clerk of Circuit Court for Dane County.

AP-6010, 03/2005 Remittitur          Page 1 of 2          2014AP002085

For Official Use

STATE OF WISCONSIN, CIRCUIT COURT BR. 9, __DANE__ COUNTY

**ORDER**

Planned Parenthood
of Wisconsin Inc.

Petitioner/Plaintiff,

CASE NO. _2013CV478_

vs.

JB Van Hollen et al

**FILED** AG

APR – 4 2016

Respondent/Defendant.

DANE COUNTY CIRCUIT COURT

**IT IS HEREBY ORDERED:**

4/4/16 <u>ORDER</u>

Case dismissed as required by
District 2 Court of Appeals majority
decision.

Richard G. Niess

**BY THE COURT:**

_____        4/4/16
Richard G. Niess                                    Dated
Circuit Court Judge, Br. 9

Distribution:
1. Original to Court
2. Copies to Attorneys
3. Copies to Parties

   MITCHELL WILLIAMS
   POST OFFICE BOX 33
   PALATKA FL 32178-0033

Michael Mulleavie
POB 33
Palatka, FL 32178

U.S.D.C.
Office of Clerk
111 N. Adams St. Suite
Tallahassee, FL 32301-