IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC.,

      Plaintiff,

v.                                  Case No.  4:18cv137-MW/CAS

PAM BONDI, in her official
capacity as Attorney General
of Florida, et al.,

      Defendants.
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

This Court has considered, without hearing, the Motion for Reconsideration filed by Mitchell Williams.  ECF No. 22.  This Court previously denied Mr. Williams Motion to Intervene on March 21, 2018.  ECF No. 8.  Upon review, the motion for reconsideration is **DENIED.**  Mr. Williams has offered no new arguments of merit to warrant relief.

      **SO ORDERED on April 30, 2018.**

                                            **s/Mark E. Walker           **
                                            **United States District Judge**