IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) Civil Action No. 4:18-cv-137-MW-CAS ) |
| PAM BONDI, *et al.*, | ) ) ) |
| *Defendants*. | ) |

### PLAINTIFFS' UNOPPOSED MOTION WITH INCORPORATED MEMORANDUM OF LAW REQUESTING LEAVE TO FILE A REPLY MEMORANDUM

Pursuant to N.D. FLA. LOC. R. 7.1(I), Plaintiffs respectfully move this Court for leave to file a short Reply Memorandum (2704 words) in support of Plaintiffs' request to proceed under pseudonyms in this case. Defendants have represented that they do not oppose the filing of a Reply. In support of this request, Plaintiffs state as follows:

1. This case raises issues of critical public import. As reflected in Defendants' memorandum in opposition to Plaintiffs' motion for leave to proceed pseudonymously this case turns upon issues that are currently the subject of intense public debate, both in Florida and throughout the nation. That debate, moreover, implicates constitutional values of the first order—for the Second Amendment to the United States Constitution reflects the principle that the "right of law-abiding,

responsible citizens to use arms in defense of hearth and home" is "elevate[d] above all other interests." *District of Columbia v. Heller*, 554 U.S. 570 (2008). While the filing of a Reply memorandum in this Court is reserved for "extraordinary circumstances," Rule 7.1(I), Plaintiffs respectfully submit that given the Constitutional values at stake, the intensity of the debate, and the critical public import of the issues, this case is a truly extraordinary one.

2. The circumstances here are extraordinary also because of the nature of the underlying relief at issue. As urged in our opening memorandum and accompanying papers Jane and John Doe, two 19-year-old private Florida citizens, wish to vindicate their Constitutional rights in court; yet they quite reasonably fear the harassment and threats they will likely be subjected to as a result. The Constitution guarantees not only the right to keep and bear arms, but also the right to bring before a court, without fear of reprisal, a good-faith claim that that underlying right is being infringed. Even in an ordinary case, then—and this is no ordinary case—the claim by a prospective litigant that threats of violence and harassment are effectively closing the courthouse doors to her deserves the Court's highest solicitude.

3. In Defendants' response, Florida raises a variety of arguments against allowing Jane and John Doe to remain anonymous in this litigation. Many of those arguments go beyond the terrain staked out in Plaintiffs' opening memorandum,

bringing new issues to the Court's attention. Plaintiffs respectfully submit that the proposed Reply will significantly aid the Court's resolution of those new issues.

Certificate of Compliance with Local Rule 7.1(C)

Undersigned counsel represents that he has conferred with Amit Agarwal, Counsel for Defendants Bondi and Swearingen, and that Mr. Agarwal does not oppose this Motion for Leave to File a Reply.

WHEREFORE, Plaintiffs respectfully request the Court's leave to file a Reply Memorandum in support of their motion to proceed under pseudonyms.

Dated:  May 6, 2018                                     Respectfully submitted,

| | |
|---|---|
| David H. Thompson, Bar No. 6319891<br>John D. Ohlendorf*<br>Davis Cooper, Bar No. 114059<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br>dthompson@cooperkirk.com | s/ Kenneth Sukhia<br>Kenneth W. Sukhia, Bar No. 266256<br>C. Vincent LoCurto, Bar No. 0041040<br>SUKHIA & WILLIAMS LAW GROUP, PLLC<br>902 N. Gadsden Street<br>Tallahassee, Florida 32303<br>(850) 383-9111<br>ksukhia@sukhiawilliamslaw.com |

*Appearing *pro hac vice*

*Attorneys for Plaintiffs*

3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on <u>May 6, 2018</u> a true and correct copy of the foregoing was filed using the Northern District Clerk's EM/ECF filing system which will generate an automated email notice and service copy to record counsel below:

Amit Agarwal, <u>Amit.Agarwal@myfloridalegal.com</u>
Edward M. Wenger, <u>Edward.Wenger@myfloridalegal.com</u>
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

*Attorneys for Defendants*

<u>s/ Kenneth Sukhia</u>
Kenneth W. Sukhia
