# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC.,

        *Plaintiff,*

v.                           Case No. 4:18cv137-MW/CAS

PAM BONDI, in her official
capacity as Attorney General
of Florida, et al.,

        *Defendants.*

_____/

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY

This Court has considered, without hearing, Plaintiffs' unopposed motion for leave to file a reply.  ECF No. 29.  That motion is **GRANTED**.   Plaintiffs may file a reply not to exceed 2704 words on or before Friday, May 11, 2018.

    **SO ORDERED on May 7, 2018.**

                  **s/Mark E. Walker**      
                  **United States District Judge**