# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC, *Plaintiff*, v. PAM BONDI, *et al.*, *Defendants*. | **DISTRICT COURT CASE NO:** Civil Action No. 4:18-cv-137-MW-CAS |

## NOTICE OF APPEAL TO COURT OF APPEALS

Notice is hereby given that Plaintiff National Rifle Association of America, Inc., and Movants Jane Doe and John Doe, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order Denying Motion to Proceed Under Pseudonyms entered in this action on May 13, 2018. A copy of the Order is attached hereto as Exhibit A.

Dated: May 17, 2018

David H. Thompson, Bar No. 6319891
John D. Ohlendorf*
Davis Cooper, Bar No. 114059
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600 (202) 220-9601 (fax)
dthompson@cooperkirk.com

\*Appearing *pro hac vice*

Respectfully submitted,

s/ Kenneth Sukhia
Kenneth W. Sukhia, Bar No. 266256
C. Vincent LoCurto, Bar No. 0041040
SUKHIA & WILLIAMS LAW GROUP, PLLC
902 N. Gadsden Street
Tallahassee, Florida 32303
(850) 383-9111
ksukhia@sukhiawilliamslaw.com

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 17, 2018 a true and correct copy of the foregoing was filed using the Northern District Clerk's EM/ECF filing system which will generate an automated email notice and service copy to record counsel below:

Amit Agarwal, *Amit.Agarwal@myfloridalegal.com*
Edward M. Wenger, *Edward.Wenger@myfloridalegal.com*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

*Attorneys for Defendants*

                                                  s/ Kenneth Sukhia
                                                  Kenneth W. Sukhia