IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) Civil Action No. 4:18-cv-137-MW-CAS ) |
| PAM BONDI, *et al.*, | ) ) |
| *Defendants*. | ) ) |

**PLAINTIFF'S AND DEFENDANTS' JOINT MOTION
WITH INCORPORATED MEMORANDUM OF LAW
REQUESTING
CASE BE HELD IN ABEYANCE PENDING APPEAL**

Pursuant to Local Rule 7.1, Plaintiff National Rifle Association of America, Inc. ("NRA") and Defendants Pam Bondi and Rick Swearingen jointly move this Court to hold this case in abeyance—including the pending May 21 deadline for Defendants to respond to the Complaint and for the NRA to file its amended complaint without pseudonyms—while Plaintiff appeals the May 13 Order to the Eleventh Circuit. In support of this request, the Parties jointly state as follows:

1.　On March 9, 2018, Plaintiff filed its complaint in this matter. Defendants' answer or responsive motion is currently due on May 21, 2018.

2.　On April 26, 2018, Plaintiff requested the Court's leave to amend its complaint to add a plaintiff, and allegations concerning a member of the NRA,

1

which referred to those two individuals by the pseudonyms Jane Doe and John Doe.

3.     On May 13, the Court denied Plaintiff's request to proceed under pseudonyms, directing Plaintiff to file an amended complaint publicly disclosing Jane and John Doe's actual names and identities by May 21. Order Denying Motion to Proceed Under Pseudonyms (May 13, 2018), Doc. 32 ("Order").

4.     On May 17, Plaintiff noticed an appeal of this Order to the Eleventh Circuit. The Parties now respectfully request that the case be held in abeyance pending Plaintiff's appeal.

5.     This Court has "the inherent authority to manage [its] docke[t] and courtroo[m] with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016); *see also Landis v. North American Co.*, 299 U.S. 248, 254 (1936) (recognizing district court's inherent power to stay proceedings pending resolution of proceedings in other courts). The Court's "discretion to stay a case pending the resolution of related proceedings in another forum," moreover, is constrained only by the requirement that the scope of the stay not be "immoderate." *Ortega Trujillo v. Conover & Co. Commc'ns*, 221 F.3d 1262, 1264 (11th Cir. 2000); *see Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997) (emphasizing district courts' "broad discretion in deciding how best to manage the cases before them").

6.	The scope of the requested stay would not be immoderate, as "its force will be spent within reasonable limits"—the duration of Plaintiff's appeal. *Landis*, 299 U.S. at 257. The parties both recognize that complying with this Court's May 13 Order and identifying Jane and John Doe would effectively moot Plaintiff's pending appeal to the Eleventh Circuit, by making the relief requested on appeal—proceeding in the case anonymously—impossible. *See Southern Methodist Univ. Ass'n of Women Law Students v. Wynne & Jaffe*, 599 F.2d 707, 712 (5th Cir. 1979) (order requiring pseudonymous plaintiffs to identify themselves "would risk irremediable injury" since their "identities, . . . once revealed, could not again be concealed"). Moreover, given the current procedural profile of the case, uncertainty about whether Plaintiff will ultimately be required to disclose Jane and John Doe's identities would make it difficult for the parties to proceed to the next steps in the litigation, including the conduct of any necessary discovery.

7.	Given these considerations, and even assuming Plaintiff's appeal has not already divested this Court of jurisdiction, the Parties believe that proceeding further in the case before the pseudonym issue is settled on appeal would unduly prejudice both Plaintiff's and Defendants' interests and waste the Court's resources. Accordingly, the Parties jointly request that all proceedings in this matter—including the May 21 deadlines for Plaintiff to identify Jane and John Doe


and Defendants to file a responsive pleading or motion—be held in abeyance, pending the final disposition of Plaintiff's appeal of the Court's May 13 Order.

Dated: May 18, 2018                              Respectfully submitted,

PAMELA JO BONDI                                  /s/ Kenneth Sukhia
ATTORNEY GENERAL                                 Kenneth W. Sukhia, Bar No. 266256
                                                 C. Vincent LoCurto, Bar No. 0041040
/s/ Amit Agarwal                                 SUKHIA & WILLIAMS LAW GROUP, PLLC
Amit Agarwal (FBN 125637)                        902 N. Gadsden Street
SOLICITOR GENERAL                                Tallahassee, Florida 32303
Edward M. Wenger (FBN 85568)                     (850) 383-9111
CHIEF DEPUTY SOLICITOR GENERAL                   ksukhia@sukhiawilliamslaw.com
Office of the Attorney General
The Capitol, Pl-01                               David H. Thompson, Bar No. 6319891
Tallahassee, Florida 32399-1050                  John D. Ohlendorf*
(850) 414-3681                                     *Appearing *pro hac vice*
(850) 410-2672 (fax)                             Davis Cooper, Bar No. 114059
amit.agarwal@myfloridalegal.com                  COOPER & KIRK, PLLC
                                                 1523 New Hampshire Avenue, N.W.
                                                 Washington, D.C. 20036
                                                 (202) 220-9600
                                                 (202) 220-9601 (fax)
                                                 dthompson@cooperkirk.com

*Counsel for the Defendants*                     *Counsel for the Plaintiff*

4

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 18, 2018 a true and correct copy of the foregoing was filed using the Northern District Clerk's EM/ECF filing system which will generate an automated email notice and service copy to record counsel below:

Amit Agarwal, *Amit.Agarwal@myfloridalegal.com*
Edward M. Wenger, *Edward.Wenger@myfloridalegal.com*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

*Attorneys for Defendants*

                                                 s/ Kenneth Sukhia
                                                 Kenneth W. Sukhia