# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC.,**

    *Plaintiff*,

v.                       Case No. 4:18cv137-MW/CAS

**PAM BONDI, in her official
capacity as Attorney General
of Florida, et al.,**

    *Defendants.*

_____/

## ORDER ON JOINT MOTION REQUESTING ABEYANCE

This Court denied Plaintiff's motion to proceed under pseudonyms. ECF No. 32. Plaintiff has appealed that ruling. *See* ECF No. 34. Arguably, this Court is now divested of jurisdiction pending Plaintiff's appeal.[1] Regardless, "even assuming Plaintiff's appeal has not already divested this Court of jurisdiction, the Parties believe that proceeding further in the case before the

---

[1] "[A]n interlocutory appeal does not completely divest the district court of jurisdiction." *Green Leaf Nursery v. E.I. DuPont De Nemours & Co.*, 341 F.3d 1292, 1309 (11th Cir. 2003). That is, "[t]he district court has authority to proceed forward with portions of the case not related to the claims on appeal . . . ." *Id.* (quoting *May v. Sheahan*, 226 F.3d 876, 880 n.2 (7th Cir. 2000)). Here, there are no portions of the case unrelated to the claims on appeal. Indeed, there is no reasonable way for this Court to move forward with this case until the Eleventh Circuit has ruled whether Jane and John Doe may use their pseudonyms.

1

pseudonym issue is settled on appeal would unduly prejudice both Plaintiff's and Defendants' interests and waste the Court's resources." ECF No. 37, at 3. "Accordingly, the Parties jointly request that all proceedings in this matter . . . be held in abeyance, pending the final disposition of Plaintiff's appeal . . . ." *Id.* at 3–4. This Court agrees with the parties.

Accordingly,

**IT IS ORDERED:**

1. Assuming that this Court is not already divested of jurisdiction, the parties' joint motion requesting that this case be held in abeyance, ECF No. 37, is **GRANTED**.

2. All deadlines in this case are stayed pending the resolution of Plaintiff's appeal of this Court's order denying Plaintiff's motion to proceed under pseudonyms.

**SO ORDERED on May 18, 2018.**

s/Mark E. Walker
**United States District Judge**
