UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

*Orig.*

NATIONAL RIFLE ASSOCIATION OF
AMERICA, INC.,
    Plaintiff,

vs.

PAM BONDI, In her official
capacity as Attorney General
of Florida, et al.,
    Defendents.

Case No. 4:18cv137-MW/CAS

MITCHELL WILLIAMS.,
  Proposed Intervenor.
_____/

## MOTION FOR LEAVE TO AMEND MOTION FOR RECONSIDERATION

  Intervenor Mitchell Williams motions this Court for leave to amend his Motion for Reconsideration as follows;

1. The only reason that this case is before this Court is the rash of recent mass shootings has made even "Second Amendmenters" queasy about unrestricted gun (and ammo) sales to anyone with the money to buy them.

2. The Intervenor had a recent conversation with one of the salesman in the largest local gun stores about this problem. His answer was there is nothing that can be done about it as everyone can get a gun. (and ammo) When asked his reaction to the Intervenor's proposal to require shell trade ins, he was not impressed. "Nothing can be done" he said. Then the Intervenor said to him " What would happen if you got the word around that if you were involved in a shooting and commited suicide or were exicuted for it that your body would be imediately taken to the nearest prison farm, cooked and fed to the pigs? "That will work" he said. Appendix A&B added to prevent pedantic boredom with the record.

*Mitchell Williams*
Mitchell Williams

## CERTIFICATE OF SERVICE

This is to certify that I have sent a properly addressed and stamped copy of the inclosed Motion to Amend Motion for Reconsideration to the Respondents to this motion addressed to;

NATIONAL RIFLE ASSOCIATION, 11250 Waples Mill Road
Fairfax, Va 22030

PAM BONDI, RICK SWEARINGIN
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL   PL-01
TALLAHASSEE, FL 32399-1050

This  5  day of  July, 2018.

*Mitchell Williams*

Mitchell Williams
POB 33
Palatka, FL 32178
386 329-8603

*A Plan for Greatly Multiplying Habitable Lands*

If you will turn in your Bible to the Book of Ecclesiastes in the First Chapter at verse 7, you will find a profound and important statement of a simple truth upon which all the potential of this plan rests. It says,

"All the rives [RIVERS] run into the sea, yet the sea is not full; to the place from which the rivers come, there they return again."

*Abstract*

There is no shortage of land with mild climates suitable for human habitation, but much of this land is plagued with either too little or untimely rainfall for successful agriculture. A few places on earth have such an excess of rainfall that they also are not very well suited for comfortable living. With this plan it is possible to reverse that situation. How? By making the rivers run in reverse.

*Thesis*

It has been noted on previous occasions that if it were possible to turn seawater into freshwater at a low price, then many of the present world deserts would be feasible as irrigated lands.

Most of these schemes hinged on the use of atomic powerplants using waste steam to turn seawater into freshwater. Very expensive, and who needs all that left over electric power out in the desert? What is needed is high quality water (low salt) in places where not much rain falls, and at a fairly low price, in very large quantities.

Where does such water exist? Mostly at the mouth of some rivers. The Amazon flows with fully 25% of all the flowing fresh water on earth. The rivers of Scandinavia and Canada have very little salt and are icy cold to boot. The Congo and the rivers of New Guinea produce a lot of water that is presently flowing to waste into the ocean, where it quickly becomes worthless to the subject of this paper.

IF any or all this water were loaded into water-hauling supertankers, it could be sent to the mouths of dry rivers and pumped inland along the track of existing riverbeds.


APP. A

1

The water pipelines would start out large at the mouth of the wadi (common term for a dry river) and reduce in diameter as they go inland until they stop at the watershed.

In most cases, it would be desirable to run one or more pipelines for water up both sides of the wadi. The reason for this is to simplify branch water lines without needing to cross the center of the wadi, which might cause damage from flash floods.

At intervals up the river valley, large concrete cisterns or ponds would be built on high ground. This would allow gravity flow to use, and some portion of power generation from energy recovery.

Since pumping water uphill is basically a reversing of THE EFFECTS OF entropy, it is a highly efficient result.

The supertankers would be a bit different also. They would be mostly wind powered by 100 foot-in-diameter fiberglass wind turbines. These would drive electric motors to turn the water propellers and also unload the water at the sea island terminals when the ship arrived at its destination. The huge draft of these ships would make it difficult for them to come close to shore in most places. All the basic methods are well understood by those that ship CRUDE cude oil, however there would be little fear of explosion, fire, and pollution with the water tankers. There will be a sure need for many thousands of water ships to supply many of the desert regions of the earth. These unusual supertankers will be able to make slow headway directly into the face of the wind, but will be faster by tacking, running, and reaching like normal sailing ships. They will have small diesel engines to provide hot water and to turn the propellers of the ship when it is in a condition of low wind. When moving forward the propellers should always be turning fast enough so that they produce no underwater drag.

To give an example of what is possible, tankers could pick up loads of Swiss water at Venice and unload it in Israel or off the coast of Sinai at El Arish. From there, it would be pumped deep into the heart of the Sinai Desert so that Palistineans living in Gaza could have good land with water and would not need to live in refugee camps.

2

A sample of a very short supply trip would be from rivers of New Guinea to Darwin in Australia. Certain places are natural matches for this kind of plan. Mauritania in Africa will be the natural place for the largest pipe farms leading into the heart of the Sahara Desert. The water will come from the Amazon. Loading Amazon water will be easier than most rivers, because it turns the ocean to freshwater for 200 miles out to sea. Instead of needing to fill the ship at a sea island terminal, it will be sufficient to cruise through the fresh water off shore and open valves in the cargo hold and let the water flood the tanks. Very quick and easy. We can expect major water terminals at Walvis Bay for Namibia, Vancouver for Canadian ice water, and possibly pipelines across the Isthmus of Tehuantepec in Mexico to carry Orinoco River water to Baja California. That is a place with the money to pay a high price for imported water. Areas that need water most of the time might have a wet year once in a while and not need to import water for a season. However, you can be sure that someone, somewhere will need a lot of water.

Even areas that rarely need water might be willing to pay for large supplies during droughts. Last year, Atlanta could have bought a dozen tanker-loads of water IF there had been a pipeline down the Chattahoochee to the Gulf of Mexico. In these cases, the water will need to be treated or filtered to be sure that dangerous fish and diseases are not imported also.

It is at least 100 times more efficient to move water by supertanker than to try to convert seawater into fresh. Only areas with energy to literally burn (Saudi Arabia, etc.) can afford to convert seawater to freshwater. Even they have been known to import water from Canada with oil tankers on their return trips.

For best results, the tankers would be designed just for this work. Prestressed concrete supertankers should be cheaper than steel and last longer because they don't rust. They also use a lot of sand which the deserts have in quantity.

© Copyright 1991 by Mitchell Williams   FORMER CANDIDATE FOR MAYOR OF ATLANTA AND GOVERNOR OF GEORGIA

3

# HOMEMADE CERAMIC STOVES

I used to wonder at the photos in books and magazines showing people bringing home firewood in distant countries. Typically it would show a donkey covered in such bundles of sticks as to almost hide it. Recently men on bicycles with large sacks of charcoal. In that same magazine there might be another picture showing the <u>American Way</u>. A man in Levis with a plaid shirt and cowboy hat, smoking his Marlboros and using a chainsaw to cut up a tree to add to the pile already on his F-150 pickup truck. This, of course, was a multipurpose advertisement for Levis, shirts cowboy hats, Marlboros, chainsaws, and pickup trucks, without which Americans are assumed to be unable to gather firewood.

It seems that people in some far away places know something about cooking and heating with wood and/or animal dung that is not well known here. What is not known is that the best results are only achieved with high efficiendy stoves, and those stoves are most often made from clay (with sticks or straw), bricks, rocks or concrete. Or in various combinations of them all.

With the gross excess of dead wood in the Southeast, wood heating and cooking should be popular, but it isn't.

Fireplaces are wasteful of wood unless used for cooking, and metal stoves made for northern areas are often oversized for Florida use. They either cool down quickly or flash red hot when filled, making themselves useless at temperatures above 60 degrees inside. Florida pioneer uses of wood for cooking were normally done outside, as is still common in tropical countries.

I have found that clay or firebrick stoves are ideal for cooking and heating. Only the metal top gets dangerously hot. The clay sides and bottom rarely get hotter than boiling and, most importantly, do not heat or cool down quickly.

Such a stove is a close relative to the poor Irish crofter's wattle and daub stove made to burn dried peat. When the crofters left Ireland, they decided to forget about their cheap and efficient daub (clay) stove because they were going to burn wood and have a big fireplace like the "Lard of the Manor". This idea falls apart when you realize that you are going to need two

1.


APP. B

serfs or slaves to feed the fireplace. And a big woodlot. Clay stoves can be made quite easily and cheaply on any fireproof floor surface. Such things are so cheap and heavy that they are only sold in Africa and India.  Fortunately both fireplaces and metal stoves can be modified with clay to produce useful results.

    Winters in Russia are brutally cold with solid freezing for 4 or 5 months each year. The single most popular stove for solid fuels is the concrete stove. When covered with a blanket this looks like a sofa without a back, 3 ft. high, 4 wide and 6 ft. long. Russians often put their matress on top of the stove at night to sleep on. The concrete never gets dangerously hot. Way, way too much stove for the Florida climate. A sudden warm spell in winter would run you right out of the house. It takes a week to cool down, and two days to heat up.

    My latest prototypes of concrete heating and cooking stoves beat my previous clay stoves by a country mile. They are, however, not near as easy to get rid of. My first effort was molded in a cheap styrofoam ice chest, but was too small for useful heating. A good summer cooking stove. The most recent is 20 inchs in diameter and 16 inchs high and was molded in a large plastic tree planter. It works very well in my trailer, but needed a larger 6 inch stovepipe with damper to control the fire. I did need to make a homemade grate out of expanded metal and heavy wire. Dried goat manure does not burn well without a grate. Much like coal or coke.

    It takes three people to pick it up and you can be sure that shipping costs make it impossible for the Chinese (who may use a lot of them) to sell them in Walmart.

    This stove has revealed a few surprises. It makes very good charcoal. Only two feed sacks of wood or wood chips per day means very good efficiency. When hot it burns wet or dry wood almost the same, and can be used to forge iron without a blower.

    The sides are 3 or 4 inchs of concrete with several layers of chicken wire molded in. I have also made a small wire basket out of expanded metal to hang inside the 5 inch stoke hole in the steel top plate. This is for when I just want to cook and don't need the full heat of the stove. It is just right for two pinecones.

An efficient stove is only part of the solution. It also requires efficient fuel. Large split logs are not very useful as they must be cut into chunks or chipped up to be suitable for use. It is best to leave that sort of stuff for the Lard of the Manor, or other conspicuous consumers. As regards the efficient stove, the best is small dry pieces. Modern wood cooking ranges sold in Sweden and Finnland often will not accept any piece of wood longer than 8 inchs. Dry pinecones are a very good hot burning fuel but any sticks, twigs, chips or dried bark work equally well. Nothing larger than 4 1/2 ins. in diameter and 12 inchs long can go in my newest stove without lifting the lid.

Recently I have discovered the natural fuel that seems to produce the least amount of smoke. It contains little or no sap and smells like starch (which it does contain) burning on the stovetop. Dried <u>palm fronds</u> that dry and fall naturally from the palm trees. With the basket making materials, food, feed, fodder, sweets and fuels that these plants produce it is no wonder they are listed among the four goodly trees in Leviticus 23:40. The others are; Etrog (citrus), myrtle (eucaliptus), and olive. ) Goats go ape over the palm nuts.

Unless you are willing to spend a bundle on the latest fire feeding rol t you can expect to MANUALLY stoke the fire at least once per hour. But the stove will not cool down for a long time.

For people in California who soon will be forbidden to flush, they can roll their solid waste in newspapers and dry it in the sun (very quick on dry hot days ) to cook their next meal with. I have done this also but the drying rack is never popular with close neighbors. But thats a whole nuther story.

PALATKA DAILY NEWS • TUESDAY, NOVEMBER 28, 2017

**Air / Heating**
High Efficency Ceramic
Wood Burning Heating &
Cooking Stoves. Ideal for Mild
FL Winters & Very Inexpensive.
386-329-8603

Mitchell Williams
POB 33
Palatka, Fl 32178
386 329-8603

Note to Editor; I would like for you to publish this in Mother Earth News. I do expect to be paid something for it, and if this is not possible please send it back imediately.

3.

Mitchell Williams
POB 33
Palatka, FL 32178