# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.,**

    *Plaintiff*,

v.            Case No. 4:18cv137-MW/CAS

**PAM BONDI, in her official capacity as Attorney General of Florida, et al.,**

    *Defendants*.

_____/

## ORDER DENYING MOTION TO AMEND

Mitchell Williams moves to amend his previously denied motion for reconsideration. ECF No. 43. Mr. Williams's motion to amend, ECF No. 43, is **DENIED**.

**SO ORDERED** on June 13, 2018.

                s/Mark E. Walker
                **United States District Judge**