IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

NATIONAL RIFLE ASSOCIATION
OF AMERICA, Inc., *et al.*,

    *Plaintiffs*,

v.                                           CASE NO.: 4:18-cv-137-MW/CAS

RICK SWEARINGEN, in his official
capacity as Commissioner of the
Florida Department of
Law Enforcement, *et al.*,

    *Defendants*.

_____/

**JOINT STATUS REPORT**

Plaintiffs and Defendants (collectively, the Parties) file this Joint Status Report.

## I. Background and Procedural History

1. Plaintiff National Rifle Association (NRA) filed the initial complaint in this matter on March 9, 2018. (ECF No. 1.)

2. Subsequently, the NRA filed a motion to amend the complaint, seeking to add an individual plaintiff, Jane Doe, and add references to an NRA member, John Doe. (ECF No. 18-1.) At the same time, moved to permit Jane Doe and John Doe to proceed under pseudonym. (ECF No. 19.)

1

3. The Court granted the motion to amend (ECF No. 21.) but denied the motion to proceed under pseudonym. (ECF No. 32.)

4. The NRA appealed the Court's denial to the United States Court of Appeals for the Eleventh Circuit. (ECF No. 34.) Subsequently, the Court entered an order holding this matter in abeyance pending resolution of the appeal. (ECF No. 38.)

## II. Joint Status Report

5. Now, Appellants have moved to dismiss the interlocutory appeal pending before the Eleventh Circuit, which the Court granted. (Ex. 1, Order of Dismissal.)

6. Defendants have consented to the filing of a second amended complaint, which (1) drops Plaintiff Jane Doe; (2) removes references to John Doe; (3) drops the two state attorney defendants; (4) adds an individual plaintiff in his own name; (4) and drops the two as-applied counts. Plaintiffs intend to file the second amended complaint by November 20, 2019.

7. The Parties have prepared a proposed joint scheduling order, which they also intend to jointly file by November 20, 2019.

Dated: November 19, 2019

                                                           Respectfully submitted,

/s/*Eliot B. Peace*                      /s/*Amit Agarwal*

| | |
|---|---|
| John Parker Sweeney<br>James W. Porter, III<br>Marc A. Nardone<br>BRADLEY ARANT BOULT CUMMINGS<br>1615 L Street, NW<br>Washington, DC 20036<br>Tel: (202) 393-7150<br>jsweeney@bradley.com<br>jporter@bradley.com<br>mnardone@bradley.com<br>(*Pro Hac Vice* Applications Pending)<br>(Lead Counsel)<br><br>Eliot B. Peace (FBN: 124805)<br>BRADLEY ARANT BOULT CUMMINGS<br>100 N. Tampa Street, Suite 2200<br>Tampa, FL 33602<br>Telephone: (813) 559-5500<br>epeace@bradley.com<br>(Local Counsel)<br><br>Kenneth W. Sukhia (FBN: 266256)<br>Sukhia & Williams Law Group, PLLC<br>902 N. Gadsden St.<br>Tallahassee, FL 32303<br>(850) 383-9111<br>ksukhia@suhkiawilliamslaw.com<br><br>*Counsel for Plaintiffs* | Amit Agarwal (FBN 125637)<br>SOLICITOR GENERAL<br>Edward M. Wenger (FBN 855868)<br>CHIEF DEPUTY SOLICITOR GENERAL<br>Office of the Attorney General<br>The Capitol, P1-01<br>Tallahassee, FL 32399<br>Tel: (850) 414-3681<br>amit.agarwal@myfloridalegal.com<br><br>*Counsel for the Defendants* |

3

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 19, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                            /s/*Eliot B. Peace*

                                            *Counsel for Plaintiffs*