IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC., et al.,

    *Plaintiff*,

v.                                      Case No. 4:18cv137-MW/CAS

ASHLEY MOODY, in her official
capacity as Attorney General
of Florida, et al.,

    *Defendants*.
_____/

## ORDER LIFTING STAY

This Court held this matter in abeyance pending the resolution of Plaintiffs' appeal of this Court's order denying Plaintiffs' motion to proceed under pseudonyms. ECF No. 38. This Court acknowledges that the Eleventh Circuit granted Plaintiffs' motion to dismiss their interlocutory appeal. ECF No. 55, ¶ 5. Accordingly, the stay is lifted.

    **SO ORDERED on November 20, 2019.**

                                           s/Mark E. Walker
                                           **United States District Judge**