IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC., et al.,

      Plaintiffs,

v.                                              Case No.  4:18cv137-MW/CAS

RICK SWEARINGEN, in his official
capacity as Commissioner of the
Florida Department of Law
Enforcement, et al.,

      Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

This Court has considered, without hearing, the Motion to Withdraw of David H. Thompson, John D. Ohlendorf, and Davis Cooper as counsel for Plaintiffs. The motion is GRANTED. The Clerk shall disconnect the notice of electronic filing for withdrawing counsel. Plaintiff shall continue to be represented by remaining counsel of record.

**SO ORDERED on November 21, 2019.**

                                                        s/ MARK E. WALKER
                                                        **Chief United States District Judge**