## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

NATIONAL RIFLE ASSOCIATION
OF AMERICA, Inc., *et al.*,

    *Plaintiffs*,

    v.                       CASE NO.: 4:18-cv-137-MW/CAS

RICK SWEARINGEN, in his official
capacity as Commissioner of the
Florida Department of
Law Enforcement, *et al.*,

    *Defendants*.

_____/

## JOINT MOTION FOR EXTENSION OF TIME
## (SCHEDULING ORDER DEADLINES)

Pursuant to Rule 6(b)(1)(A), (C), Fed. R. Civ. P., and Local Rules 6.1 and 7.1,

Plaintiffs and Defendants (collectively, the Parties) file this Joint Motion for

Extension of Time. In support of this Motion, the Parties state:

### INITIAL DISCLOSURES

1.    Under the Proposed Joint Amended Scheduling Order (ECF No. 56),

as adopted by the Court (ECF No. 62), the Parties' Rule 26(a)(1) initial disclosures

are due January 3, 2020.

2.    However, under the scheduling order, Defendants' responsive pleading

is not due until January 20, 2020.

3.      Plaintiffs believe it would be beneficial to the Parties and the Court to file Plaintiffs' initial disclosures after they have had the opportunity to consider Defendants' responsive pleading.

4.      Extending the initial disclosure deadline will not interfere with the time set for completing discovery, responding to a motion, or trial.

5.      Accordingly, the Parties jointly request the deadline for initial disclosures be moved 30 days to February 3, 2020.

## EXPERT DISCLOSURES

6.      Under the scheduling order, Plaintiffs' Rule 26(a)(2) expert disclosures are due January 21, 2020. Defendants' expert disclosures are due February 20, 2020.

7.      However, under the scheduling order, Defendants' responsive pleading is not due until January 20, 2020.

8.      Plaintiffs believe it would be beneficial to the Parties and the Court to file Plaintiffs' expert disclosures after they have had the opportunity to consider Defendants' responsive pleading. The Parties agree Defendants' expert disclosure deadline should remain 30 days after Plaintiffs' deadline.

9.      Extending the expert disclosure deadlines will not interfere with the time set for completing discovery, responding to a motion, or trial. Likewise, under the amended expert disclosure deadlines, both Plaintiffs and Defendants will make

their expert disclosures more than 90 days prior to the trial date. Rule 26(a)(2)(D), Fed. R. Civ. P.

10.     Accordingly, the Parties jointly request the deadline for Plaintiffs' expert disclosures be moved to February 20, 2020. The Parties jointly request the deadline for Defendants' expert disclosures be moved to March 23, 2020.

## SUMMARY JUDGMENT

11.     Under the scheduling order, the Parties' summary judgment motions deadline is June 10, 2020.

12.     However, given the complexity and importance of this matter, the Parties jointly request an additional 20 days after the close of discovery to file their respective motions for summary judgment.

13.     Moving the summary judgment deadline will not interfere with the time set for trial.

14.     Accordingly, the Parties jointly request the summary judgment deadline be moved to July 3, 2020.

**WHEREFORE**, the Parties jointly request the Court grant their motion to extend the scheduling order deadlines.

Dated: December 30, 2019

Respectfully submitted,

/s/ *Eliot B. Peace*                                    /s/ *Amit Agarwal*

John Parker Sweeney
James W. Porter, III
Marc A. Nardone
BRADLEY ARANT BOULT CUMMINGS
1615 L Street, NW
Washington, DC 20036
Tel: (202) 393-7150
jsweeney@bradley.com
jporter@bradley.com
mnardone@bradley.com
(Admitted *Pro Hac Vice*)

Eliot B. Peace (FBN: 124805)
BRADLEY ARANT BOULT CUMMINGS
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
epeace@bradley.com

*Counsel for Plaintiffs*

Amit Agarwal (FBN 125637)
SOLICITOR GENERAL
Office of the Attorney General
The Capitol, P1-01
Tallahassee, FL 32399
Tel: (850) 414-3681
amit.agarwal@myfloridalegal.com

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

/s/*Eliot B. Peace*

*Counsel for Plaintiffs*