IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC.,

      Plaintiffs,

v.                                  Case No.  4:18cv137-MW/CAS

RICK SWEARINGEN, in his official
capacity as Commissioner of the
Florida Department of Law
Enforcement, et al.,

      Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR
EXTENSION OF DEADLINES**

This Court has considered, without hearing, the Joint Motion for Extension of of Time. ECF No. 66. The motion is **GRANTED.** The deadlines shall be extended as set forth below.

The deadline for initial disclosures is extended to February 3, 2020.

The deadline for Plaintiffs' expert disclosures is extended to February 20, 2020.  Defendants' expert disclosures shall be March 23, 2020.

The deadline for filing dispositive motions is extended to July 3, 2020. While the parties state this extension will not interfere with the time set for trial, the inconvenience extends to this Court in its attempt to rule on all pending motions

1

prior to trial.  Further extensions of the dispositive motion deadline shall be granted only with the showing of good cause.

**SO ORDERED on December 30, 2019.**

**s/Mark E. Walker            **
**Chief United States District Judge**
