IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

NATIONAL RIFLE ASSOCIATION
OF AMERICA, Inc., *et al.*,

   *Plaintiffs*,

v.                                        CASE NO.: 4:18-cv-137-MW/CAS

RICK SWEARINGEN, in his official
capacity as Commissioner of the
Florida Department of
Law Enforcement, *et al.*,

   *Defendants*.
_____

## RULE 26(f) JOINT REPORT

Pursuant to the Court's Scheduling and Mediation Order (ECF No. 62) and the Proposed Joint Amended Scheduling Order (ECF No. 56), the Parties submit this Rule 26(f) Joint Report:

1.    The following persons participated in a Rule 26(f) conference on December 20, 2019, by telephone conference:

    a. Representing Plaintiffs:

        i. John Parker Sweeney

        ii. James W. Porter, III

        iii. Marc A Nardone

        iv. Eliot B. Peace

1

      b. Representing Defendants:

           i. Amit Agarwal

           ii. Elizabeth Teegen

           iii. Timothy L. Newhall

           iv. Barbara Jean Throne

2. Rule 26(f) Requirements:

      a. Proposed changes to the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures will be made:

**Under the Proposed Joint Amended Scheduling Order (ECF No. 56), as adopted by the Court (ECF No. 62), the Parties' initial disclosures are due January 3, 2020. As outlined in the Parties' Joint Motion for Extension of Time, the Parties request the deadline for initial disclosures be moved 30 days to February 3, 2020.**

      b. Subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or limited to or focused on particular issues:

**At this point, one or both Parties anticipate conducting discovery on the following topics: the standing of the individual plaintiff and the NRA's associational standing, the legislative history of the challenged statute, the justification for the restriction, and the opinions expressed by any expert witnesses.**

**The Parties agree discovery can be completed by the deadline set forth in the Court's order, May 20, 2020.**

      c. Any issues about disclosure, discovery, or preservation of electronically stored information including the form or forms in which it should be produced:

**The Parties do not anticipate any issues concerning electronic discovery at this time.**

    d. Any issues about claims of privilege:

**Plaintiffs are concerned about the personal privacy of the individual plaintiff and, at the appropriate time, will move for a protective order to protect his personal, confidential information.**

    e. What changes should be made in the limitations on discovery or imposed under these rules or by local rule, and what other limitations should be imposed:

**None at this time.**

    f. Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c):

**None at this time.**

  3. Additional items required by the Proposed Joint Amended Scheduling Order (ECF No. 56):

    a. Magistrate jurisdiction:

**The Parties do not jointly consent to magistrate jurisdiction.**

    b. Nature and basis of all claims and defenses, and a good faith attempt to identify the principal factual and legal issues in dispute:

**Plaintiffs: Plaintiff's theory of this case is the Second Amendment right to keep and bear arms as recognized in *District of Columbia v. Heller*, 554 U.S. 570 (2008) applies to law-abiding, responsible citizens without restriction based on age. The text, history, and tradition of this right do not support an age-based limitation applied to anyone at or above the age of majority.**

**Defendants: Defendants maintain that the challenged statute is constitutional. Defendants also believe that one or both defendants are not proper defendants.**

      c. The possibility of settlement or resolution of the case, and whether mediation might be helpful in settlement.

**The Parties do not see any likelihood of settlement and, therefore, no advantage to mediating this case.**

      d. Proposed timetables and cutoff dates for the joinder of other parties, amendments to the pleadings, and the filings of motions and responses, and in particular, whether this initial scheduling order should be revised or amended in any way:

**Joinder: 14 days after the Defendants' answer deadline (February 4, 2020)**

**Amendment: 14 days after Defendants' answer deadline (February 4, 2020)**

**Filing of motions/responses: the Parties propose moving the summary judgment/dispositive motions deadline from June 10, 2020, to July 3, 2020.**

**Revising scheduling order: in addition to the summary judgment/dispositive motions deadline, the Parties propose moving the following additional deadlines:**

    **Plaintiff's Expert Disclosures: from January 21, 2020, to February 20, 2020.**

    **Defendant's Expert Disclosures: from February 20, 2020, to March 23, 2020.**

      e. The parties' respective discovery requirements in the case, including proposed changes to the time deadlines set forth in the initial scheduling order:

**The Parties do not propose changing any deadlines not referenced above.**

      f. Electronic discovery:

**The Parties do not anticipate the need to engage in electronic discovery at this time.**

   g. A good-faith estimate as to when the parties believe the case will be ready for trial:

**October 19, 2020, as set forth in the Scheduling and Mediation Order (ECF No. 62.)**

   h. Any other matters:

**None at this time.**

 Dated: January 3, 2020

Respectfully submitted,

| | |
|---|---|
| /s/*Eliot B. Peace*<br>John Parker Sweeney<br>James W. Porter, III<br>Marc A. Nardone<br>BRADLEY ARANT BOULT CUMMINGS<br>1615 L Street, NW<br>Washington, DC 20036<br>Tel: (202) 393-7150<br>jsweeney@bradley.com<br>jporter@bradley.com<br>mnardone@bradley.com<br>(Admitted *Pro Hac Vice*)<br>*Counsel for Plaintiffs*<br><br>Eliot B. Peace (FBN: 124805)<br>BRADLEY ARANT BOULT CUMMINGS<br>100 N. Tampa Street, Suite 2200<br>Tampa, FL 33602<br>Telephone: (813) 559-5500<br>epeace@bradley.com<br>*Counsel for Plaintiffs* | /s/ *Amit Agarwal*<br>Amit Agarwal (FBN 125637)<br>SOLICITOR GENERAL<br>Amit.Agarwal@myfloridalegal.com<br><br>Christopher J. Baum (FBN 1007882)<br>DEPUTY SOLICITOR GENERAL<br>Christopher.Baum@myfloridalegal.com<br><br>Elizabeth Teegen (FBN 833274)<br>CHIEF ASSIST. ATTORNEY GENERAL<br>Elizabeth.Teegen@myfloridalegal.com<br><br>Timothy L. Newhall (FBN 391255)<br>SENIOR ASSIST. ATTORNEY GENERAL<br>Timothy.Newhall@myfloridalegal.com<br><br>Barbara Jean Throne (FBN 776505)<br>SENIOR ASSIST. ATTORNEY GENERAL<br>Barbara.Throne@myfloridalegal.com<br><br>Office of the Attorney General<br>The Capitol, P1-01<br>Tallahassee, FL 32399<br>Tel: (850) 414-3681<br>*Counsel for the Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

/s/*Eliot B. Peace*
*Counsel for Plaintiffs*