IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

NATIONAL RIFLE ASSOCIATION
OF AMERICA, Inc., *et al.*,

    *Plaintiffs*,

v.                                   CASE NO.: 4:18-cv-137-MW/CAS

RICK SWEARINGEN, in his official
capacity as Commissioner of the
Florida Department of
Law Enforcement, *et al.*,

    *Defendants*.

_____/

## NOTICE OF TRIAL CONFLICT

Counsel for Plaintiffs notice this Court and all parties of a potential trial conflict and state the following in support thereof:

The Amended Scheduling and Mediation Order (Dkt. 72) requires that "[a] party with a conflict during that trial period [October 19, 2020] must file a notice within 14 days of the date of this order."

Lead counsel for Plaintiffs in the above-referenced case, John Parker Sweeney and James Wallace Porter, III, are counsel for Plaintiffs in *Chambers, et al. v. City of Boulder*, Case No. 18CV30581, District Court, Boulder County, Colorado. *Chambers, et al. v. City of Boulder* was previously set for a five day jury trial on the trailing docket for the week of October 26, 2020. Counsel has been advised that the

1

Court will contact counsel the preceding week concerning the specific date and time that the trial will begin.

 Counsel will keep the Court apprised of the potential conflict.

 Dated: January 22, 2020

           Respectfully submitted,

           /s/*Eliot B. Peace*

           John Parker Sweeney
           James W. Porter, III
           Marc A. Nardone
           BRADLEY ARANT BOULT CUMMINGS LLP
           1615 L Street, NW
           Washington, DC 20036
           Tel: (202) 393-7150
           jsweeney@bradley.com
           jporter@bradley.com
           mnardone@bradley.com
           (Admitted *Pro Hac Vice*)

           Eliot B. Peace (FBN: 124805)
           BRADLEY ARANT BOULT CUMMINGS LLP
           100 N. Tampa Street, Suite 2200
           Tampa, FL 33602
           Telephone: (813) 559-5500
           epeace@bradley.com

           *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will provide electronic service to all counsel of record.

/s/*Eliot B. Peace*

*Counsel for Plaintiffs*