# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRCT OF FLORIDA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., RADFORD FANT,<br><br>*Plaintiffs*,<br><br>v.<br><br>RICK SWEARINGEN, in his official capacity as Commissioner of the Florida Department of Law Enforcement, ASHLEY MOODY, in her official capacity as Attorney General of Florida,<br><br>*Defendants*. | Civil Action No.:<br>4:18-CV-00137-MW-CAS |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM OF LAW OF GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, BRADY, TEAM ENOUGH, ORANGE RIBBONS FOR GUN SAFETY, AND MARCH FOR OUR LIVES ACTION FUND FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**

**UNOPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**

Giffords Law Center to Prevent Gun Violence ("Giffords Law Center" or "Giffords"), Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund (collectively, "the *Amici*") respectfully move for leave to file the attached *amici curiae* brief.

## MEMORANDUM OF LAW

The *Amici* are five gun safety organizations who submit a joint proposed brief in order to assist the Court with a single, consolidated presentation of argument and avoid duplicative filings. Below is a description of each *amici*.

1. Giffords Law Center is a non-profit policy organization dedicated to researching, writing, enacting, and defending laws and programs proven to effectively reduce gun violence. The organization was founded more than a quarter-century ago following a gun massacre at a San Francisco law firm and was renamed Giffords Law Center in October 2017 after joining forces with the gun-safety organization founded by former Congresswoman Gabrielle Giffords. Today, Giffords Law Center provides free assistance and expertise to lawmakers, advocates, legal professionals, law enforcement officials, and citizens who seek to improve the safety of their communities. Giffords Law Center has provided informed analysis as an *amicus* in many firearm-related cases, including in *Hirschfeld* v. *Bureau of Alcohol, Tobacco, Firearms & Explosives*, 2019 WL 4923955 (W.D. Va. Oct. 4, 2019), *District of Columbia* v. *Heller*, 554 U.S. 570 (2008), *McDonald* v. *City of Chicago*, 561 U.S. 742 (2010), and *Wollschlaeger* v. *Governor, Fla.*, 848 F.3d 1293 (11th Cir. 2017) (en banc).[1]

---

[1] Several courts have cited research and information from Giffords Law Center's *amicus* briefs in Second Amendment rulings. *See, e.g.*, *Hirschfeld*, 2019 WL 4923955, at *5, *9; *Rupp* v. *Becerra*, 401 F. Supp. 3d 978, 990 (C.D. Cal.

2.      Brady (formerly the Brady Center to Prevent Gun Violence) is a non-profit organization dedicated to reducing gun violence through education, research, and legal advocacy.  Brady has a substantial interest in ensuring that the Constitution and state laws are properly interpreted to allow strong government action to prevent gun violence.  Through its Legal Action Project, Brady has filed numerous briefs in support of government regulation of firearms.

3.      Team ENOUGH is a youth-led, Brady-sponsored initiative that educates and mobilizes young people in the fight to end gun violence.  Team ENOUGH is committed to bringing a fresh perspective and a common-sense approach to America's gun policy, and has an interest in promoting laws that seek to help bring an end to gun violence.   Team ENOUGH has a particular interest in laws affecting Florida: it represents the interests of dozens of Florida students, who are members of three chapters at Florida schools, including two executive council members who lost friends and family in the Marjory Stoneman Douglas shooting.

4.      Orange Ribbons for Gun Safety is a non-profit organization dedicated to pursuing gun safety.  On February 14th, 2018, Jaime Guttenberg was murdered

---

2019); *Ass'n of N.J. Rifle & Pistol Clubs* v. *AG N.J.*, 910 F.3d 106, 121-22 (3d Cir. 2018); *Md. Shall Issue* v. *Hogan*, 353 F. Supp. 3d 400, 403-05 (D. Md. 2018); *Stimmel* v. *Sessions*, 879 F.3d 198, 208 (6th Cir. 2018); *Peruta* v. *Cty. of San Diego*, 824 F.3d 919, 943 (9th Cir. 2016) (*en banc*) (Graber, J., concurring). Giffords Law Center filed the latter two briefs under its former name, the Law Center to Prevent Gun Violence.

at Marjory Stoneman Douglas High School in Parkland, Florida. Following her murder and the loss of 16 others, Fred Guttenberg started Orange Ribbons For Gun Safety. The mission of Orange Ribbons For Gun Safety is to advocate for candidates, law, and policy supportive of a common sense approach to reducing the gun violence death rate. In addition to strongly supporting laws like the Marjory Stoneman Douglas High School Public Safety Act, Orange Ribbons For Gun Safety's mission includes working across the country to help protect laws that have been passed in the interest of public safety and to enact new laws that will bring down the gun violence death rate.

5. March For Our Lives Action Fund ("MFOL") is a non-profit organization of young people from across the country who are fighting for sensible gun violence prevention policies that will save lives. After the mass shooting at Marjory Stoneman Douglas High School in Parkland, Florida, on February 14, 2018, MFOL was formed and immediately began advocating in the state legislature for the Marjory Stoneman Douglas High School Public Safety Act to ensure what happened there would never again occur in Florida. Weeks later, hundreds of thousands of people joined MFOL in Washington, D.C. and sibling marches all over the world for one of the largest single days of protest in history.[2]

---

[2] "[T]he March for Our Lives event brought out 1,380,666 to 2,181,886 people at 763 locations." Kanisha Bond et al., *Did You Attend the March for Our Lives? Here's What it Looked Like Nationwide*, WASH. POST (Apr. 13, 2018),

Since then, students seeking to effect change have formed hundreds of MFOL chapters across the country. These young people have a vital interest in ensuring that the Constitution is interpreted to allow the enactment of gun violence prevention measures that will protect all Americans, in all communities.

6. The *Amici* have expertise with laws restricting firearm purchases by minors under the age of 21[3] and they also represent the interests of citizens who benefit from those laws—particularly those Floridians who have survived gun violence perpetrated by individuals under 21. The *Amici*'s proposed brief, attached to this Motion and Incorporated Memorandum, identifies neuroscience and social science research that confirms that 18-to-20-year-olds with easy access to firearms pose a substantial risk to themselves and others in part because their brains are still developing and they are more impulsive than older adults. This research confirms that Florida's restrictions on 18-to-20-year-olds' purchase of firearms are substantially related to the state's important interest in public safety.

7. A district court "has the inherent authority to appoint *amici curiae*, or 'friends of the court' to assist it in a proceeding." *Resort Timeshare Resales, Inc.*

---

https://www.washingtonpost.com/news/monkey-cage/wp/2018/04/13/did-you-attend-the-march-for-our-lives-heres-what-it-looked-like-nationwide/.

[3]   *See, e.g.*, *Minimum Age to Purchase & Possess*, GIFFORDS LAW CENTER, https://lawcenter.giffords.org/gun-laws/policy-areas/who-can-have-a-gun/minimum-age/ (last visited Jan. 23, 2020).

v. *Stuart*, 764 F. Supp. 1495, 1500 (S.D. Fla. 1991); *see also City of Marietta* v. *CSX Transp., Inc.*, 196 F.3d 1300, 1304 (11th Cir. 1999) (holding that permitting and relying on *amicus* brief are "within the discretion of the district court").

8. The Court's discretion may be informed by Federal Rule of Appellate Procedure 29, which requires explanation of "why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3)(B). The appellate rule allows prospective *amici curiae* to submit a proposed brief accompanied by a motion for leave to file up to "7 days after the . . . principal brief is filed." Fed. R. App. P. 29(a)(6).

9. "An amicus, of course, is not a party to the litigation and participates only to assist the court. Nevertheless, by the nature of things an amicus is not normally impartial" and "there is no rule . . . that amici must be totally disinterested." *Waste Mgmt. of Pennsylvania, Inc.* v. *City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995) (internal quotation marks omitted); *see also Friends of Everglades, Inc.* v. *S. Fla. Water Mgmt. Dist.*, 2005 WL 8160352, at *1 (S.D. Fla. Nov. 1, 2005) (rejecting as "unpersuasive" plaintiff's claim that "amici must be neutral"); *Funbus Sys., Inc.* v. *State of Cal. Pub. Utilities Comm'n.*, 801 F.2d 1120, 1125 (9th Cir. 1986) ("[T]here is no rule that amici must be totally disinterested," and it is "a perfectly permissible role for an amicus" to "take a legal position and present legal arguments in support of it.").

10. This Court has previously authorized the filing of *amicus* briefs in cases raising important constitutional questions. *See Prison Legal News* v. *The Geo Grp., Inc.*, Case No. 12-cv-239, ECF No. 131 (N.D. Fla. Feb. 25, 2013) (Walker, J.) (granting motion for leave to file *amicus* brief and noting that "[b]ecause the instant case concerns constitutional rights, it is understandable that the case and its outcome may be of general public interest and of particular interest to the [*amici*] parties"); *DeGrandy* v. *Wetherell*, 794 F. Supp. 1076, 1080 (N.D. Fla. 1992) (noting that "the court . . . granted many persons and organizations leave to intervene or act as amicus curiae" and listing *amici*).

11. Giffords' and Brady's participation as *amici curiae* is desirable because the organizations have substantial expertise with the minimum-age restriction at issue in this case and the relevant data and social science demonstrating its effectiveness. The important constitutional principles at stake here—including Florida's ability to protect public safety through calibrated firearm regulations—are fundamental to the missions of Giffords and Brady and critically important to the organizations' supporters. March For Our Lives, Team ENOUGH, and Orange Ribbons for Gun Safety's participation as *amici curiae* is desirable because the organizations represent young people and families who have been affected by gun violence and are directly impacted by Florida's laws. *Amici*'s members include gun violence survivors, advocates whose work was instrumental

to the passage of the Florida minimum age law at issue in this case, and leaders of a youth-led movement to support stronger firearm laws nationwide. The proposed *amici curiae* brief can help the Court evaluate the parties' claims by presenting data and social science that support Florida's restrictions on 18-to-20-year-olds' ability to purchase firearms.

*   *   *

For the foregoing reasons, the *Amici* respectfully request that the Court grant their motion for leave to file an *amici curiae* brief.

Dated: January 23, 2020

*Of Counsel for* Amicus Curiae *Giffords Law Center to Prevent Gun Violence:*

Hannah Shearer
Hannah Friedman
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
268 Bush St. # 555
San Francisco, CA 94104
(415) 433-2062

Robert A. Sacks
Leonid Traps
Angela N. Ellis
Jackson Froliklong
Rachel H. VanGelder
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000


*Of Counsel for* Amicus Curiae *Brady* and *Team ENOUGH:*

Jonathan Lowy
Kelly Sampson
BRADY
840 First Street, NE, Suite 400
Washington, DC 20002
(202) 289-7319

Respectfully submitted,

/s/ *J. Adam Skaggs*
J. Adam Skaggs
NYS Bar No. 4211173
Admitted in the N.D. of Fla.
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
223 West 38th St. # 90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund*

-9-

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF filing system, which will send notification of electronic filing (NEF) to all counsel of record.

/s/ *J. Adam Skaggs*
J. Adam Skaggs
NYS Bar No. 4211173
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
223 West 38th St. # 90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund*

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 7.1(F) of the Local Rules of the Northern District of Florida, I certify that the foregoing Motion and Incorporated Memorandum contain 1608 words.

/s/ *J. Adam Skaggs*
J. Adam Skaggs
NYS Bar No. 4211173
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
223 West 38th St. # 90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund*

## **CERTIFICATE OF ATTORNEY CONFERENCE**

Pursuant to Rule 7.1(B) of the Local Rules of the Northern District of Florida, I certify that Defendants do not oppose this Motion; Plaintiffs have informed counsel for the *Amici* that they consent to this motion.

/s/ *J. Adam Skaggs*
J. Adam Skaggs
NYS Bar No. 4211173
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
223 West 38th St. # 90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund*