IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC., et al.

      Plaintiffs,

v.                             Case No.  4:18cv137-MW/CAS

RICK SWEARINGEN, in his official
capacity as Commissioner of the
Florida Department of Law
Enforcement, et al.,

      Defendants.
_____/

**ORDER GRANTING CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

This Court has considered, without hearing, Plaintiffs' Consent Motion for Extension of Time to file response to Defendants' Motion to Dismiss.  ECF No. 84. The motion is **GRANTED**.  Plaintiffs shall file their response to the pending motion to dismiss, ECF No. 73, on or before **April 3, 2020**.

      SO ORDERED on February 3, 2020.

                                      s/Mark E. Walker           
                                      **Chief United States District Judge**