# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.**, et al.

    *Plaintiffs*,

v.

CASE NO.: 4:18cv137-MW/MAF

**RICK SWEARINGEN**, in his official capacity as Commissioner of the Florida Department of Law Enforcement, et al.,

    *Defendants*.

_____/

## ORDER GRANTING JOINT MOTION TO ABROGATE MEDIATION REQUIREMENT

This Court has considered, without hearing, the parties' Joint Motion to Abrogate Mediation Requirement. ECF No. 95; *see also* ECF No. 89 (second amended scheduling and mediation order). This Court finds good cause has been shown why the mediation requirement should be waived, and the motion, ECF No. 95, is therefore **GRANTED**.

    SO ORDERED on June 1, 2020.

                                        **s/ MARK E. WALKER**
                                        **Chief United States District Judge**