IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

NATIONAL RIFLE ASSOCIATION
OF AMERICA, Inc., *et al.*,

    *Plaintiffs*,

    v.                          CASE NO.: 4:18-cv-137-MW/CAS

RICK SWEARINGEN, in his official
capacity as Commissioner of the
Florida Department of
Law Enforcement,

    *Defendant*.

_____/

**PLAINTIFFS' NOTICE OF EXHIBITS FILED
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1 and this Court's Second Amended Scheduling and Mediation Order (ECF No. 89), Plaintiffs submit this Notice of Exhibits Filed in Support of their Motion for Summary Judgment. Plaintiffs offer and attach the following exhibits in support of their Motion:

1. Declaration of Joshua Savani

2. Declaration of Radford Fant

3. *Elhert v. Settle*, CL20000582, Circuit for the City of Lynchburg, (24th Va. Cir., July 14, 2020)

4. Declaration of Expert Professor William English

5. Bill Analysis and Fiscal Impact Statement for Senate Bill 7026

1

6. Declaration of Expert Professor Gary Kleck

        Respectfully submitted,

        /s/*John Parker Sweeney*
        John Parker Sweeney
        James W. Porter, III
        Marc A. Nardone
        BRADLEY ARANT BOULT CUMMINGS LLP
        1615 L Street, NW
        Washington, DC 20036
        Tel: (202) 393-7150
        jsweeney@bradley.com
        (Admitted *Pro Hac Vice*)

        Eliot B. Peace (FBN: 124805)
        BRADLEY ARANT BOULT CUMMINGS LLP
        100 N. Tampa Street, Suite 2200
        Tampa, FL 33602
        Telephone: (813) 559-5500
        epeace@bradley.com

        *Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 3, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all counsel of record, as follows:

AMIT AGARWAL (FBN 125637)
Solicitor General

JAMES H. PERCIVAL (FBN 1016188)
Chief Deputy Solicitor General

ELIZABETH TEEGEN (FBN 833274)
Chief Assistant Attorney General

TIMOTHY NEWHALL (FBN 391255)
Senior Assistant Attorney General

Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
Tel: (850) 414-3681
amit.agarwal@myfloridalegal.com
james.percival@myfloridalegal.com
elizabeth.teegen@myfloridalegal.com
barbara.throne@myfloridalegal.com
timothy.newhall@myfloridalegal.com

CHRISTOPHER J. BAUM (FBN 1007882)
Deputy Solicitor General
Office of the Attorney General
State of Florida
1 SE 3rd Ave Suite 900
Miami, FL 33131
(786) 792-6269
christopher.baum@myfloridalegal.com

                                        /s/*Eliot B. Peace*
                                        *Counsel for Plaintiffs*