# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRCT OF FLORIDA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., RADFORD FANT, <br><br> *Plaintiffs*, <br><br> v. <br><br> RICK SWEARINGEN, in his official capacity as Commissioner of the Florida Department of Law Enforcement, ASHLEY MOODY, in her official capacity as Attorney General of Florida, <br><br> *Defendants*. | Civil Action No.: <br> 4:18-CV-00137-MW-MAF |

**UNOPPOSED MOTION OF GIFFORDS LAW CENTER
TO PREVENT GUN VIOLENCE, BRADY, TEAM ENOUGH,
ORANGE RIBBONS FOR GUN SAFETY, AND MARCH FOR OUR
LIVES ACTION FUND FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**

**UNOPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**

Giffords Law Center to Prevent Gun Violence ("Giffords Law Center" or "Giffords"), Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund (collectively, "*Amici*") respectfully move for leave to file the attached *amici curiae* brief.

# MEMORANDUM OF LAW

1. On January 24, 2020, in connection with Defendants' then-pending motion to dismiss, this Court granted leave to *Amici* to file their proposed *amici curiae* brief, which presented data and social science research that support Florida's restrictions on 18-to-20-year-olds' ability to purchase firearms. (*Order Granting Leave to File Amici Curiae Brief*, ECF No. 78; *Amicus Curiae Brief*, ECF No. 79.)

2. On May 1, 2020, this Court denied in part Defendants' motion to dismiss, concluding that Plaintiffs had plausibly alleged that the Florida law "impermissibly interferes with the exercise of their fundamental Second Amendment rights," but reminding the parties of "the narrow issue before the Court" at the motion to dismiss stage. (*Order Granting In Part and Denying In Part Defendants' Motion to Dismiss*, ECF No. 94, at 7.)

3. On September 3, 2020, both parties moved for summary judgment. (*Defendants' Motion for Summary Judgment*, ECF No. 107; *Plaintiffs' Motion for Summary Judgment*, ECF No. 109.)

4. *Amici* believe that their prior submission is also relevant at the summary judgment stage, because it provides the Court with data demonstrating that young people aged 18-to-20 are (i) at higher risk of using firearms to commit

crime and attempt suicide, and (ii) disproportionately likely to be the victims of firearm-related violence.

5. *Amici* have also identified additional recent studies that support the proposition that 18-to-20-year-olds are at higher risk of violence and suicide due to their developing adolescent brains.

6. Because *Amici* are mindful of not burdening the Court with duplicative submissions, *Amici* seek leave to file a short, supplemental *amici curiae* brief that (i) draws to the Court's attention two additional recent studies that highlight the unique risks that firearm access poses to 18-to-20-year olds; and (ii) highlights a selection of key studies from their earlier submission.

\* \* \*

For the foregoing reasons, *Amici* respectfully request that the Court grant their motion for leave to file an *amici curiae* brief.

| | |
|---|---|
| Dated: September 10, 2020 | Respectfully submitted, |
| | /s/ *J. Adam Skaggs* |
| *Of Counsel for* Amicus Curiae *Giffords Law Center to Prevent Gun Violence:* | J. Adam Skaggs<br>NYS Bar No. 4211173<br>Admitted in the N.D. of Fla. |
| Hannah Shearer<br>GIFFORDS LAW CENTER TO<br>PREVENT GUN VIOLENCE<br>268 Bush St. # 555<br>San Francisco, CA 94104<br>(415) 433-2062 | GIFFORDS LAW CENTER TO<br>PREVENT GUN VIOLENCE<br>223 West 38th St. # 90<br>New York, NY 10018<br>(917) 680-3473<br>askaggs@giffords.org |
| Robert A. Sacks<br>Angela N. Ellis<br>Leonid Traps<br>Jackson Froliklong<br>Rachel H. VanGelder<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>(212) 558-4000 | *Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund* |
| *Of Counsel for* Amicus Curiae *Brady* and *Team ENOUGH:* | |
| Jonathan Lowy<br>Christa Nicols<br>BRADY<br>840 First Street, NE, Suite 400<br>Washington, DC 20002<br>(202) 289-7319 | |

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF filing system, which will send notification of electronic filing (NEF) to all counsel of record.

/s/ *J. Adam Skaggs*
J. Adam Skaggs
NYS Bar No. 4211173
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
223 West 38th St. # 90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund*

# CERTIFICATE OF COMPLIANCE

Pursuant to Rule 7.1(F) of the Local Rules of the Northern District of Florida, I certify that the foregoing Motion and Incorporated Memorandum contain 410 words.

/s/ *J. Adam Skaggs*
J. Adam Skaggs
NYS Bar No. 4211173
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
223 West 38th St. # 90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund*

# CERTIFICATE OF ATTORNEY CONFERENCE

Pursuant to Rule 7.1(B) of the Local Rules of the Northern District of Florida, I certify that Defendants take no position on this Motion; Plaintiffs have informed counsel for the *Amici* that they consent to this motion.

/s/ *J. Adam Skaggs*
J. Adam Skaggs
NYS Bar No. 4211173
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
223 West 38th St. # 90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund*