IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRCT OF FLORIDA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., RADFORD FANT,<br><br>*Plaintiffs*,<br><br>v.<br><br>RICK SWEARINGEN, in his official capacity as Commissioner of the Florida Department of Law Enforcement, ASHLEY MOODY, in her official capacity as Attorney General of Florida,<br><br>*Defendants*. | Civil Action No.:<br>4:18-CV-00137-MW-MAF |

**NOTICE OF FILING EXHIBITS
IN SUPPORT OF BRIEF OF *AMICI CURIAE***

Giffords Law Center to Prevent Gun Violence, Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March for Our Lives Action Fund (together, "*Amici*") submit the following exhibits, copies of which are attached, in support of their *amici curiae* brief.

- Ex. 1: *The Effects of Minimum Age Requirements*, RAND Corporation (updated Apr. 22, 2020).

- Ex. 2: Paul S. Nestadt et al., *Prevalence of Long Gun Use in Maryland Firearm Suicides*, 7 Injury Epidemiology (2020).

- Ex. 3: Mariam Arain et al., *Maturation of the Adolescent Brain*, 9 Neuropsychiatric Disease and Treatment 449 (2013).

- Ex. 4: Katherine A. Vittes et al., *Legal Status and Source of Offenders' Firearms in States with the Least Stringent Criteria for Gun Ownership*, 19 Injury Prevention 26 (2013).

- Ex. 5: Daniel W. Webster et al., *Association between Youth-Focused Firearm Laws and Youth Suicides*, 292 JAMA 594 (2004).

- Ex. 6: Monika K. Goyal et al., *State Gun Laws and Pediatric Firearm-Related Mortality*, 144 Pediatrics No. 2 (2019).

Respectfully submitted,

/s/ J. Adam Skaggs

*Of Counsel for* Amicus Curiae *Giffords Law Center to Prevent Gun Violence:*

Hannah Shearer
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
268 Bush St. # 555
San Francisco, CA 94104
(415) 433-2062

Robert A. Sacks
Angela N. Ellis
Leonid Traps
Jackson Froliklong
Rachel H. VanGelder
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

*Of Counsel for* Amici Curiae *Brady* and *Team ENOUGH:*

Jonathan Lowy
Christa Nicols
BRADY
840 First Street, NE, Suite 400
Washington, DC 20002
(202) 289-7319

J. Adam Skaggs
NYS Bar No. 4211173
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
223 West 38th St. # 90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF filing system, which will send notification of electronic filing (NEF) to all counsel of record.

/s/ *J. Adam Skaggs*
J. Adam Skaggs
NYS Bar No. 4211173
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
223 West 38th St. # 90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady, Team ENOUGH, Orange Ribbons for Gun Safety, and March For Our Lives Action Fund*