# EXHIBIT A

# EXHIBIT 1

Background and Qualifications

My name is Pradeep G. Bhide. I am a Professor, Eminent Scholar
and I hold the Jim and Betty Anne Rodgers Chair in Developmental
Neuroscience in the Department of Biomedical Sciences at the
Florida State University (FSU) College of Medicine.

I was appointed to my position at FSU in 2011. Prior to this
date, I was Associate Professor of Neurology at Harvard Medical
School and Associate Neuroscientist in the Department of
Neurology at the Massachusetts General Hospital, Boston, MA.

I received a degree in veterinary medicine from the University
of Agricultural Sciences, Bangalore, India, and a Doctor of
Philosophy (Ph.D.) degree in neuroscience from the Department of
Anatomy and Embryology, University of Aberdeen, Scotland. My
doctoral research was in the field of developmental neuroscience
and examined the effects of malnutrition and environmental
"enrichment" on the developing brain.

I continued my training in developmental neuroscience as a post-
doctoral scholar at University College London, England; Yale
University School of Medicine, New Haven, CT; and Harvard
Medical School, Boston, MA.

I was appointed to a faculty position (Instructor in Neurology) at Harvard Medical School in 1996 and rose through the ranks to become Associate Professor of Neurology. Contemporaneously, my career progressed from Assistant in Developmental Neuroscience to Associate Neuroscientist, and eventually to Vice Chair for Research in the Department of Neurology at the Massachusetts General Hospital, Boston.

Throughout my academic career my focus has remained on the study of brain development from the embryonic period through adolescence to adulthood. My research has utilized technologies in the fields of anatomy and histology, molecular biology, neuropharmacology, brain imaging and behavioral neuroscience.

I have published over one hundred research papers and edited three books. I have been invited to present my research at national and international scientific conferences. I have served as a member of peer review committees at the National Institutes of Health as well as at non-governmental biomedical research foundations. I am a senior editor of an international developmental neuroscience journal and I am on the editorial boards of two other neuroscience journals.

I am being compensated for my work in this matter at a rate of $500 per hour.  My compensation in this matter is not contingent on the outcome of the case or the opinions I express.

This Expert Opinion seeks to assess the justification and rationale for Florida Statute §790.065 from the perspective of developmental neuroscience – the scientific study of the development of the structure and function of the brain.

The human brain attains its structural and functional maturity over a protracted period of time. An unexpected feature of this process is that different parts of the brain mature at different times rather than the entire brain progressing through the developmental process *en masse*.

For example, brain regions that exercise voluntary control over our actions develop at a slower pace compared to brain regions associated with emotional and impulsive actions. Thus, a developmental "mismatch" emerges within the brain during development.

The mismatch is particularly pronounced in adolescence, for example at 18 years of age, and it fades away in adults, by 21 years of age.

The developmental mismatch is relevant to this Expert Opinion because it has direct bearing upon Florida Statute §790.065. In the opinion of this Expert, the mismatch underwrites differences in the behaviors between an average 18-year old and an average 21-year old and offers scientific justification for Florida Statute §790.065.

The brain of an adolescent 18-year old reflects the predominance of the emotional and impulsive brain over the cognitive brain, because the latter lags behind the former in terms of maturity in an 18-year old individual. The cognitive brain must wait a few years to exert cognitive control over much of human behavior. In other words, certain human behaviors that we perceive as the actions of a "mature" or "adult" individual emerge, on average, at 21 years of age.

Delaying gun purchase until 21 years of age can offer the cognitive brain the "extra" time needed to be able to exert adequate control over emotional and impulsive behaviors.

An astute observer of the natural world may intuitively and easily distinguish between the youthful exuberance of the young and the stoic decorum that comes with maturity and identify the

4

rationale behind Florida Statute §790.065. Other equally astute minds might not.

However, when observational evidence and common sense are combined with data from hypothesis-driven neuroimaging experiments of modern neuroscience, even those who may not be swayed by observations alone would find solid justification for Florida Statute §790.065.

The purpose of this Expert Opinion is to describe experimental evidence from neuroscience that supports the view that 18-year old adolescents are more likely to engage in risky and impulsive behaviors, especially under emotional situations, compared to 21-year old adults. Furthermore, unfavorable outcomes are more likely to occur if an average 18-year old's proclivity for impulsive and emotional actions were to be combined with his or her ability to purchase firearms.

Introduction

The fascinating abilities of the human brain never cease to amaze us. The seemingly unlimited imagination, creativity and passion for life shared by all human beings is endowed ultimately in the complex cellular architecture of our brains.

All complexities have simple origins. Our brain is not an exception to this rule. The complex architecture of the human brain has its origins in a collection of seemingly unremarkable cells in the embryo [3]. The transformation of the embryonic stem cells into the organ that we call the human brain is a protracted process with a sea of changes occurring each and every minute – many at micro- and nanoscales beyond the grasp of the human eye – and continuing well into our last days on this Earth.

What we know about brain development is almost as exciting as why we care to know anything about it at all. These questions – what we know and why we wish to know – have engaged enquiring minds from all walks of life, each arriving at the same questions but from seemingly disparate perspectives.

What is different about a child's brain compared to the brain of a teenager or an adult or an octogenarian? Is the behavioral profile manifested during each stage of human development reflected in the profile of the brain at that particular stage of development?

A child's smile upon seeing his mother, a teenager's unstoppable enthusiasm, the wisdom of old age – do these manifestations of the human mind that we consider characteristic of each stage of our development arise from brain architecture that is present uniquely at that particular stage of development?

In other words, is a child's brain "different" from that of a teenager's and the teenager's "different" from that of an adult?

Scientists, philosophers, engineers, artists and more recently jurists have asked these same questions. Among these enquiring minds, probably the scientists have had a distinct advantage. They have found tools and technology to "see" the brain at each stage of its development – before birth, during childhood, in youth and in old age. The discoveries by science about the developing brain, especially how brain structure reflects human behavior at each stage of human development, have challenged our imagination, whether we are scientists or not.

Perhaps in no other organ or tissue of our body is development a more challenging task than in our brains with billions of cells making trillions of connections all at precisely the right time and precisely in the right place. However, even the brain, the most complex machine on Earth, follows a pattern, a system, a

7

blueprint as it evolves from a flat sheet of cells in the embryo into the beautifully complex organ that we know as the adult human brain [4].

The history of scientific enquiry into the process of brain development began with the obvious question: Is the brain of a child smaller than that of a teenager or of an adult? The answer was unexpected. The human brain gains 80% of its adult weight by two years of age and nearly 100% of its adult weight by 10 years of age [5]. This was the first inkling that the behavioral differences between a child and an adult were not merely due to the size of the brain or the chronological age.

Since then, an impressive array of scientific enquiries using an equally impressive combination of technologies including microscopic anatomy, stereology, neurochemistry, immunohistochemistry, molecular genetics and magnetic resonance imaging have unveiled a wealth of knowledge about the dynamic changes that occur in the human brain during development. This knowledge has challenged long-held views about what makes us sentient beings, and perhaps more interestingly reawakened our views of when we become responsible adult beings.

Among the technologies used to study the human brain today, magnetic resonance imaging (MRI) is perhaps the most informative. However, in comparison to the other technologies, MRI is a newcomer to neuroscience – the scientific study of the brain and behavior. Although the first MRI scan of the human body using methods comparable to those being used today was achieved only about 40 years ago, neuroimaging or brain imaging using MRI was not invented until nearly a decade later. A variant of this technology called functional magnetic resonance imaging (fMRI) revolutionized human neuroscience by bringing us closer to the holy grail of neuroscience - correlating brain structure with brain function.

The brain imaging technology fast-tracked the study of the brain from the earlier limited practice of viewing the brain exclusively from structural or exclusively from functional perspective. MRI and fMRI permitted neuroscientists a more meaningful approach that amalgamated the study of structure with function, that too in real-time or simultaneously. As a result, modern neuroscience has become conversant with correlating the complexities of brain structure with brain function not just in adults but also in children and teenagers [6].

These advances in neuroscience have had profound impact on human endeavors far flung from neuroscience itself. For example, sociologists, economists and jurists have sharpened their enquiries into many aspects of human endeavors using the language of neuroscience. And neuroscience has risen to the challenge by providing evidence-based answers to enquiries from all walks of life.

A general theme that has emerged based on discoveries from modern neuroscience is that the progression of brain function from childhood to adulthood occurs in non-linear transformations. That is, an adolescent is not merely an "older" child nor merely a "younger" adult.

With this background, we arrive at the issue at hand: Can neuroscience offer a basis for distinguishing between an 18-year old and a 21-year old *vis a vis* FLA. STAT. §790.065.

O P I N I O N

The Florida Statute §790.065 distinguishes 18-year old individuals from 21-year old individuals. This distinction, for the purposes of the Statute, is thoroughly justified from the perspective of neuroscience.

For a "scientific" definition of brain maturity to be useful and applicable for the present purposes, we must define "maturity" in terms of brain structure and function. Then, the structural and functional correlates of brain maturity must be placed within the context of chronological parameters namely, the age of the person.

Neuroscience has grappled with the issue of maturation of the brain and behavior for some time. Opinions have varied about how to define brain maturity. However, offering a frame of reference by defining the purpose of the question as it applies to Florida Statute §790.065 simplifies the endeavor enormously.

For the present purposes, one can define maturity of brain function as the ability of the individual to

- exercise control over his/her actions,

- suppress impulsive judgements, and

- exercise judgements that weigh the cost *versus* benefit of one's actions.

Neuroscience has divided brain development into three epochs: Childhood, adolescence and adulthood based on brain structure and function. Thus, each stage is distinguished from the others

based on structural (neuro-anatomical) and functional (brain activity and behavioral manifestations) characteristics [2, 7].

The principal behavioral attribute based on which FLA. STAT. §790.065 may distinguish between 18-year old persons and 21-year old persons is the ability of an individual to exercise cognitive control over his/her actions such that impulsive judgements are suppressed.

Cognitive control is voluntary control over one's own actions exercised following a consideration of the long-term consequences of such actions. It is a broad concept that refers to guidance of cognitive processes in situations where the most natural, automatic, or available action is not necessarily the most appropriate one when long-term consequences are taken into consideration.

Impulsive judgement is a judgement based on impulse (acting without thinking) and involving choice of immediate reward(s) disregarding potential long-term negative consequences of such choices [8].

Adolescents as a group act impulsively; engage in novelty- or sensation-seeking behavior, risky behavior; and make poor

12

judgements favoring immediate reward without regard to the long-term consequences, compared to adults.

The brain regions that regulate the behaviors mentioned above fall into two categories: Cerebral cortical regions and sub-cortical regions.

The frontal cortex is the principal cerebral cortical region involved in cognitive control.

The nucleus accumbens and the amygdala are the two sub-cortical regions principally involved in emotional behaviors that are under cognitive control in the mature brain, and when the



*The Frontal Cortex is associated with cognitive behavioral control whereas the Nucleus Accumbens and Amygdala are associated with emotional and impulsive behaviors. Modified from [1]*

13

cognitive control is inadequate, weak or immature, the behaviors associated with these two sub-cortical structures lead to impulsive actions.

In an average 21 year old the frontal cortex, nucleus accumbens and the amygdala have matured, and a 21-year old person, as an adult individual is able to exercise cognitive control over his/her behaviors.

In an average 18-year old the frontal cortex has not yet matured, but the nucleus accumbens and the amygdala are not only immature but also are "more active" than they would be in an average 21-year old.

Therefore, the behaviors controlled by the nucleus accumbens and amygdala are not easily "reined in" by the frontal cortex in adolescents. In other words, the subcortex-driven behaviors are "unchecked" increasing the probability of impulsive actions.

The differences in the chronological sequence of maturation of the cortical and subcortical brain regions and the resulting lack of cognitive control in adolescents forms the basis for distinguishing between 18-year old and 21-year old individuals per FLA. STAT. §790.065.

The foregoing discussion of findings from neuroimaging studies would have had a slightly different tone a decade ago, although even then, the weight of scientific evidence would have been in favor of FLA. STAT. §790.065.

What is it that has changed in a decade as far as neuroscience of brain development is concerned especially as it relates to adolescent brain and why it is relevant to FLA. STAT. §790.065?

During the last decade, neuroimaging studies have added significantly more "texture" to our understanding of brain development during adolescence. It had been known that the brain's frontal cortex was in the midst of "maturing" until the person attained 21-years of age, on average. Therefore, the weak cognitive control associated with an average 18-year old individual was believed to be the result of an "immature" frontal cortex.

Recent advances in neuroimaging technology, especially high-resolution functional brain imaging, led to an unexpected discovery. Not only was the frontal cortex "immature" in an adolescent 18-year old compared to a 21-year old adult, but also

the nucleus accumbens and the amygdala were "more vigorous" or "more active" [2, 9].

Thus, metaphorically speaking the frontal cortex of an 18-year old had two strikes against it – it was immature and its "subordinates" were at the peak of their vigor.



*The relatively "slow" maturation of the frontal cortex was known as early as the mid 20th century and it is illustrated in the **Traditional Model** of brain development. The Frontal Cortex attains full maturity at adulthood. Recent insights from neuroimaging studies demonstrated that Nucleus Accumbens and Amygdala underwent a period of rapid "maturation" during childhood and adolescence that outpaced the maturation of the Frontal Cortex. The resulting "mismatch" in the development of the brain regions is illustrated in the **Current Model of "Mismatch"**. The "mismatch" is transient and disappears in adulthood. Modified from [1] and [2]*

In other words, the developmental process permits the emotional and impulsive brain to wrest control from the cognitive brain in adolescence in a rare, once-in-a-lifetime "oversight".

Thus, recent brain imaging studies add granularity for neuroscience's existing support of FLA. STAT. §790.065.

Support for FLA. STAT. §790.065 from neuroscience may be better appreciated when it is placed within the broad context of evolution and life sciences.

Adolescence is a critical period in the lifecycle of all mammalian lifeforms, not just humans. Adolescence is the period when the young leave the protection of the "nest" or the brood to venture into the real world. The change can be traumatic, and nature has found a way to soothe the transition.

Nature endows adolescence with the "gift" of fearlessness, risk taking behavior and a sense of immortality and adventure, which encourage exploration of new environments, some of which harbor danger and adversity.

Venturing out of the nest and eventually settling into novel environments is one way to promote preservation of genetic diversity by minimizing inbreeding, and conservation of vital local resources by minimizing overcrowding. It is a behavior that seems critical for the survival of all species.

However, as is the case with all things in nature, the gifts come with risks. In other words, adolescence is simultaneously a period of exhilarating adventure as well as time when one may come face to face with deadly risks in the absence of protection from the "brood" that existed until then.

It is a paradox of life that adolescents must embrace the benefits of vitality, sense of immortality and flair for exuberance simultaneously with the risks of adversity, at a time when their brains are ill-equipped to negotiate the challenge. The adolescent brain that imparted the exuberance simultaneously withholds cognitive control over judgements that may well determine life or death.

Indeed, it is this paradox that justifies Florida Statute §790.065, because the Statute seeks the "extra" time needed by the cognitive brain to be able to exert adequate control over emotional and impulsive behavior so that the individual

purchasing a gun has the best chance of "protection" offered by a mature frontal cortex.

The imperfect cognitive control in the adolescent brain further conspires with other vulnerabilities unique to this age group to further increase the probability of impulsive actions.

For example, increased emotional reactivity that is a hallmark of adolescence, when combined with imperfect cognitive control results in risky decisions especially under negative emotional states [9].

Adolescents react to threatening signals much more impulsively than do adults [10], once again increasing the probability of impulsive actions.

Adolescents are more likely to engage in impulsive and risky behaviors when in the company of other adolescents compared to the company of adults, and adults are less prone to peer influence compared to  adolescents [11].

## Conclusions

The human brain attains its structural and functional maturity over a protracted period of time. An unexpected feature of the process of brain development is that not all parts of the brain develop and mature at the same time. The pace of maturation of the frontal cortex of the brain, which is associated with exercising voluntary control over our behavior lags behind the pace of maturation of the nucleus accumbens and the amygdala, brain structures associated with behaviors that are motivated by emotions, risk and reward.

In individuals 21 years of age or older the frontal cortex, nucleus accumbens and amygdala are mature and are functioning at full capacity. Therefore, in this age group, the emotional and motivated behaviors are under cognitive control.

In 18-year old adolescents the frontal cortex is yet to acquire its mature features whereas the nucleus accumbens and amygdala are over-active and immature. As a result, the emotional and motivated behaviors associated with the nucleus accumbens and amygdala are not yet under voluntary control of the frontal cortex.

Therefore, on average 18-year old individuals are more likely to engage in behaviors that are impulsive, emotional, risky and that offer immediate or short-time reward compared to 21-year old individuals, on average. In other words, 18-year old individuals are more likely to react impulsively under emotional situations and in situations that they perceive as threatening, compared to 21-year old adults. Furthermore, adolescents are also more likely to associate with other adolescents, rather than with adults, and such associations synergistically increase the probability of emotional, impulsive and risky behaviors.

_Pradeep G. Bhide_

_____
Pradeep Bhide, PhD
May 13, 2020

Literature Cited

1.   Mills KL, Goddings AL, Clasen LS, Giedd JN, Blakemore SJ. The developmental mismatch in structural brain maturation during adolescence. Dev Neurosci. 2014;36(3-4):147-60. Epub 2014/07/06. doi: 10.1159/000362328. PubMed PMID: 24993606.

2.   Casey BJ, Getz S, Galvan A. The adolescent brain. Dev Rev. 2008;28(1):62-77. Epub 2008/08/09. doi: 10.1016/j.dr.2007.08.003. PubMed PMID: 18688292; PubMed Central PMCID: PMCPMC2500212.

3.   Nowakowski RS, Bhide PG, editors. Stem and Progenitor Cells in the Central Nervous System. Basel, Switzerland: Karger; 2004.

4.   Caviness VS, Jr., Nowakowski RS, Bhide PG. Neocortical neurogenesis: morphogenetic gradients and beyond. Trends in Neurosciences. 2009;32(8):443-50. Epub 2009/07/29. doi: 10.1016/j.tins.2009.05.003. PubMed PMID: 19635637; PubMed Central PMCID: PMC2725216.

5.   Dekaban AS. Changes in brain weights during the span of human life: relation of brain weights to body heights and body weights. Ann Neurol. 1978;4(4):345-56. Epub 1978/10/01. doi: 10.1002/ana.410040410. PubMed PMID: 727739.

6.   Casey BJ, Kosofsky BE, Bhide PG, editors. Teenage Brains: Think Different? Basel, Switzerland: Karger; 2014.

7.    Spear LP. The adolescent brain and age-related behavioral manifestations. Neurosci Biobehav Rev. 2000;24(4):417-63. Epub 2000/05/19. doi: 10.1016/s0149-7634(00)00014-2. PubMed PMID: 10817843.

8.    Martin LE, Potts GF. Impulsivity in Decision-Making: An Event-Related Potential Investigation. Pers Individ Dif. 2009;46(3):303. Epub 2010/02/04. doi: 10.1016/j.paid.2008.10.019. PubMed PMID: 20126284; PubMed Central PMCID: PMCPMC2663910.

9.    Cohen AO, Breiner K, Steinberg L, Bonnie RJ, Scott ES, Taylor-Thompson KA, Rudolph MD, Chein J, Richeson JA, Heller AS, Silverman MR, Dellarco DV, Fair DA, Galvan A, Casey BJ. When Is an Adolescent an Adult? Assessing Cognitive Control in Emotional and Nonemotional Contexts. Psychol Sci. 2016;27(4):549-62. Epub 2016/02/26. doi: 10.1177/0956797615627625. PubMed PMID: 26911914.

10.   Dreyfuss M, Caudle K, Drysdale AT, Johnston NE, Cohen AO, Somerville LH, Galvan A, Tottenham N, Hare TA, Casey BJ. Teens impulsively react rather than retreat from threat. Dev Neurosci. 2014;36(3-4):220-7. Epub 2014/05/14. doi: 10.1159/000357755. PubMed PMID: 24821576; PubMed Central PMCID: PMCPMC4125471.

11.   Gardner M, Steinberg L. Peer influence on risk taking, risk preference, and risky decision making in adolescence and adulthood: an experimental study. Developmental psychology.

2005;41(4):625-35. Epub 2005/08/03. doi: 10.1037/0012-

1649.41.4.625. PubMed PMID: 16060809.

# Pradeep Bhide, Ph.D.

Last Revised: May 13, 2020

## General Information

University address:    Biomedical Sciences
                       College of Medicine
                       1115 West Call Street
                       Florida State University
                       Tallahassee, Florida 32306-4340
                       Phone: 850/645-9847

E-mail address:        Pradeep.Bhide@med.fsu.edu

Web site:              www.med.fsu.edu/brainrepair

## Professional Preparation

1983          Ph.D. Doctoral Degree, University of Aberdeen, Scotland, U.K. Major: Neuroscience.

1979          B.V.Sc. (D.V.M.), University of Agricultural Sciences, Bangalore, India. Major: Veterinary Medicine.

## Professional Experience

2011–present   Eminent Scholar, Biomedical Sciences, Florida State University.

2011–present   Director of Center for Brain Repair, Biomedical Sciences, Florida State University.

2011–present   Professor of Biomedical Sciences, Biomedical Sciences, Florida State University.

2007–2011      Vice Chair of Neurology Research, Neurology, Massachusetts General Hospital.

2007–2011      Chair, Research Operations, Neurology Research Operations Committee, Massachusetts General Hospital.

2005–2011      Associate Neuroscientist, Harvard Medical School, Massachusetts General Hospital.

| | |
|---|---|
| 2005–2011 | Associate Professor, Neurology, Harvard Medical School, Massachusetts General Hospital. |
| 2003–2011 | Director, Interdepartmental Neuroscience Center Program, Massachusetts General Hospital. |
| 2001–2011 | Director, Imaging Facility, Massachusetts General Hospital. |
| 1998–2011 | Course Director, Neuroscience Seminar Series (CME Accredited), Massachusetts General Hospital. |
| 1996–2005 | Assistant Professor, Neurology, Massachusetts General Hospital and Harvard Medical School. |
| 1990–1996 | Instructor, Neurology, Harvard Medical School, Massachusetts General Hospital. |
| 1980–1984 | MRC Graduate Research Assistant, Department of Anatomy, University of Aberdeen. |

## Area of Expertise

Developmental Neuroscience.

## Honors, Awards, and Prizes

Outstanding Senior Faculty Researcher, FSU College of Medicine (2014).

Partners in Excellence- Leadership/Innovation, Massachusetts General Hospital, Partners Health Care (2010).

New Investigator Award, Montreal Neurological Institute and McGill University (1996).

University Gold Medal, University of Agricultural Sciences (1979) For highest GPA in Veterinary Medicine Curriculum.

## Fellowship(s)

Research Fellow in Neurology (1989–1990).

Massachusetts General Hospital and Harvard Medical School.

Developmental Neuroscience Research Fellow (1988).

Vita for Pradeep Bhide, Ph.D.

Yale University School of Medicine.

Developmental Neuroscience Research Fellow (1985–1988).

University College London.

Neurochemistry Research Fellow (1984–1985).

Indian Institute of Science.

Neuroscience Research Fellow (1983–1984).

University of Aberdeen, Scotland.

## Current Membership in Professional Organizations

- American Professional Society for ADHD and Related Disorders
- Developmental Neurotoxicology Society
- Society for Neuroscience
- The Society for Birth Defects Research and Prevention

## Teaching

## Courses Taught

- Foundations of Medicine 2 (BMS6030)
- Directed Independent Study in Biomedical Sciences (BMS5905)
- Proposal Development (IHS5503)
- Special Topics in Entrepreneurship: Biomedical Innovations and Entrepreneurship (ENT493415)
- NEURODEVELOPMENTAL DISORDERS (BSC4900)
- Neuroscience and behavior (BMS6046C)
- Research Techniques (BMS5186C)
- Honors Work in Biomedical Sciences (BMS4903)
- NEUROLOGICAL DRUG EFFECTS (BSC4901)
- Research Techniques (BMS5186C)
- DIS in Biomedical Sciences (BMS4901)
- Medicine 3 Human Systems in Health and Disease: Musculoskeletal and Integumentary Systems (BMS6047)
- Developmental Neurological Res (BMS5931)
- Medical Pharmacology 202 (BMS6402)
- Clinical Neuroscience (BMS6706C)
- Research Topics (PSY4920)
- Medical Pharmacology 201 (BMS6401)
- Developmental Neurobiology (CHM4905)
- Human Nervous System and Behavior

Vita for Pradeep Bhide, Ph.D.

- Neuro-Anatomy
- Anatomy (Veterinary)
- Microscopic Anatomy

**Doctoral Committee Chair**

Martin, M. M., graduate. (2019).
Jones, L. C., graduate. (2017).
Jones, S. K., doctoral student.
Pavlock, S. M., doctoral student.

**Doctoral Committee Member**

Sailer, L. L., graduate. (2018).
Bell, G. A., graduate. (2018).
Elvir, L., graduate. (2018).
Wright, K. N., graduate. (2017).
DiCarlo, L. M., graduate. (2017).
Hurwitz, S. N., graduate. (2017).
York, S. B., doctoral candidate.

**Doctoral Committee University Representative**

Mukhitov, N., graduate. (2017).
Arambarri, L., doctoral student.

**Bachelor's Committee Chair**

Taledo, C., graduate. (2019). *Molecular mechanisms of Dystonia*.

**Bachelor's Committee Member**

Salazar, V., student.

**Supervision of Student Research Not Related to Thesis or Dissertation**

Canekeratne, A. (Jan 2020–present).

Goumas-Regester, R. (Jan 2020–present).

Moore, O. (Jan 2020–present).

Kalluri, A. (Jun 2018–present).

Trupiano, M. (Jun 2017–present).

Talledo, C. (Oct 2016–present).

Byrnes, E. (Feb–Nov 2019).

Condin, C. (Jan–Mar 2018).

Williamson, M. (Dec 2016–Dec 2017).

Pavlock, S. (May–Aug 2017).

McCann, H. (Jan 2015–Feb 2017).

Lowe, S. (Jul 2013–Sep 2016).

Avila, E. (Jul 2013–Jan 2016).

Goode, L. (Jul 2013–Jan 2016).

Cannon, E. N. (2013–15).

Brown, A. (May 2012–Jan 2015).

Brune, T. (2013–14).

Wright, C. (2013–14).

Hernandez, R. (2012).

Bagayev, I. (2001–11).

Ren, Jia-Qian (2005–11).

Sims, J. (2006–10).

Abhishek, F. (2008–09).

Vita for Pradeep Bhide, Ph.D.

Balcioglu, A. (2008–09).

Saxena, V. (2008–09).

Vasudevan, A. (2004–09).

Kubrusly, R. (2007–08).

Jones, T. (2006–07).

Fujimoto, K. (2004–06).

Suter, B. (2001–06).

Leuras, P. (2004–05).

Fujimura, S. (2004).

Rossi, C. (2003–04).

Tarui, T. (2000–04).

Popolo, M. (2002–03).

Hackett, H. (2001–03).

Das, A. (1999–2000).

Ohtani, N. (1999–2000).

Mitsuhashi, T. (1998–2000).

Goto, T. (1995–98).

Sheth, A. (1995–97).

Schneider, N. (1996).

West, W. C. (1996).

Sahin, N. (1995).

Miyama, S. (1994–95).


**Additional Teaching Not Reported Elsewhere**

Bhide, P. (2009). *Continuing Medical Education to clinicians (Child psychiatrists)*. Massachusetts General Hospital Psychiatry Academy.

Bhide, P. (1990–2011). *Training Neuroscience postdoctoral scientists and Neurology fellowship trainees*. Harvard Medical School, Massachusetts General Hospital.


**Junior faculty - training, mentoring and financial support of full salary and research**

Bhide, P. (2011). *Junior faculty – training and mentoring*. FSU Colege of Medicine.

> Junior Faculty:   Jinmin Zhu, Assistant Professor   Lin Zhang, Research faculty I   Ioanna Armata, Research faculty I   Deirdre McCarthy, Research Faculty II.

## Research and Original Creative Work

**Program of Research and/or Focus of Original Creative Work**

Developmental Neuroscience.


## Publications

**Refereed Journal Articles**

Centner, A. M., Bhide, P. G., & Salazar, G. (2020). Nicotine in Senescence and Atherosclerosis. *Cells*, *9*. Retrieved from https://doi.org/10.3390/cells9041035 doi:10.3390/cells9041035

Martin, M. M., Mccarthy, D. M., Schatschneider, C., Trupiano, M. X., Jones, S. K., Kalluri, A., & Bhide, P. G. (2019). Effects of developmental nicotine exposure on frontal cortical GABA-to-non-GABA neuron ratio and novelty-seeking behavior. *Cerebral Cortex*. Retrieved from https://doi.org/10.1093%2Fcercor%2Fbhz207 doi:10.1093/cercor/bhz207

Vita for Pradeep Bhide, Ph.D.

McCarthy, D., Morgan, T., Lowe, S., Williamson, M., Spencer, T., Biederman, J., & Bhide, P. (2018). Nicotine exposure of male mice produces behavioral impairment in multiple generations of descendants. *PLOS Biology*, *16*(10), e2006497. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/30325916 doi:10.1371/journal.pbio.2006497

Zhang, L., Spencer, T. J., Biederman, J., & Bhide, P. (2018). Attention and working memory deficits in a perinatal nicotine exposure mouse model. *PLOS One*, *13*, e0198064.

Spencer, T. J., Bhide, P., Zhu, J., Faraone, S. V., Fitzgerald, M., Yule, A. M., Uchida, M., Spencer, A. E., Hall, A. M., Koster, A. J., & Biederman, J. (2017). Opiate antagonists do not interfere with the clinical benefits of stimulants in ADHD: A double-blind, placebo-controlled trial of the mixed opioid receptor antagonist naltrexone. *J. Clin. Psychiatry*, 7. doi:10.4088/JCP.16m11012

Zhu, J., Fan, F., McCarthy, D. M., Zhang, L., Cannon, E. N., Spencer, T. J., Biederman, J., & Bhide, P. G. (2017). A prenatal nicotine exposure mouse model of methylphenidate responsive ADHD-associated cognitive phenotypes. *Int J Dev Neurosci*, *58*, 26-34. Retrieved from http://europepmc.org/abstract/med/28179105 doi:10.1016/j.ijdevneu.2017.01.014

Jones, L. C., Goode, L., Davila, E., Brown, A., McCarthy, D. M., Sharma, N., Bhide, P., & Armata, I. (2017). Translational effects and coding potential of an upstream open reading frame associated with DOPA Responsive Dystonia. *Biochim Biophys Acta Mol Basis Dis*, *1863*, 1171-1182.

Zhu, J., Fan, F., McCarthy, D., Zhang, L., Cannon, E., Spencer, T., Biederman, J., & Bhide, P. (2017). A prenatal nicotine exposure mouse model of methylphenidate responsive ADHD-associated cognitive phenotypes. *Int. J. Dev. Neurosci*, *58*, 26-34. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/28179105

Spencer, T. J., Bhide, P. G., Zhu, J., Faraone, S. V., Fitzgerald, M., Yule, A. M., Uchida, M., Spencer, A. E., Hall, A. M., Koster, A. J., Feinberg, L., Kassabian, S., Storch, B., & Biederman, J. (2017). Does the Mixed Opioid Receptor Antagonist Naltrexone Mitigate Stimulant-Induced Euphoria: A Double-Blind, Placebo Controlled Trial of Naltrexone. *J Clin Psych*, 8.

McCarthy, D. M., Mueller, K. A., Cannon, E. N., Huizenga, M. N., Darnell, S. B., Bhide, P., & Sadri-Vakili, G. (2016). Prenatal Cocaine Exposure Alters BDNF-TrkB Signaling in the Embryonic and Adult Brain. *Dev. Neurosci*, *38*, 365-374. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/28132054 doi:10.1159/000453609

McCarthy, D. M., Bell, G. A., Cannon, E. N., Mueller, K. A., Huizenga, M. N., Sadri-Vakili, G., Fadool, D. A., & Bhide, P. G. (2016). Reversal Learning Deficits Associated with Increased Frontal Cortical Brain-Derived Neurotrophic Factor Tyrosine Kinase B

Vita for Pradeep Bhide, Ph.D.

Signaling in a Prenatal Cocaine Exposure Mouse Model. *Dev Neurosci*, *38*(5), 354-364. Retrieved from http://europepmc.org/abstract/med/27951531

Bhide, P. (2016). 24.3 WORKING MEMORY DEFICITS IN A PRENATAL NICOTINE EXPOSURE MOUSE MODEL. *Journal of the American Academy of Child & Adolescent Psychiatry*, *55*(10), S295-S296. Retrieved from http://dx.doi.org/10.1016/j.jaac.2016.07.257 doi:10.1016/j.jaac.2016.07.257

Fried, R., Joshi, G., Bhide, P., Pope, A., Galdo, M., Koster, A., Chan, J., Faraone, S. V., & Biederman, J. (2016). A study of the neuropsychological correlates in adults with high functioning autism spectrum disorders. *Acta Neuropsychiatr*, *28*(5), 286-295. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/27040318 doi:10.1017/neu.2016.12

Martin, M. M., Graham, D. L., McCarthy, D. M., Bhide, P. G., & Stanwood, G. D. (2016). Cocaine-induced neurodevelopmental deficits and underlying mechanisms. *Birth Defects Res C Embryo Today*, *108*(2), 147-173. Retrieved from http://europepmc.org/abstract/med/27345015 doi:10.1002/bdrc.21132

Fried, R., Joshi, G., Bhide, P., Pope, A., Galdo, M., Koster, A., Chan, J., Faraone, S., & Biederman, J. (2016). A study of the neuropsychological correlates in adults with high functioning autism spectrum disorders. *Acta Neuropsychiatr*, 1-10.

McCarthy, D. M., Bell, G. A., Cannon, E. N., Mueller, K. A., Huizenga, M. N., Sadri-Vakili, G., Fadool, D. A., & Bhide, P. G. (2016). Reversal Learning Deficits Associated with Increased Frontal Cortical Brain-Derived Neurotrophic Factor Tyrosine Kinase B Signaling in a Prenatal Cocaine Exposure Mouse Model. *Developmental Neuroscience*, *38*(5), 354-364. Retrieved from https://doi.org/10.1159%2F000452739 doi:10.1159/000452739

Zhang, L., Mccarthy, D. M., Sharma, N., &

Vita for Pradeep Bhide, Ph.D.

McCarthy, D. M., Kabir, Z. D., Bhide, P., & Kosofsky, B. E. (2014). Effects of prenatal exposure to cocaine on brain structure and function. *Progress in Brain Research*, *211*, 277-289.

Zhu, J., Lee, K., Spencer, T. J., Biederman, J., & Bhide, P. G. (2014). Transgenerational transmission of hyperactivity in a mouse model of ADHD. *J. Neuroscience*, *34*, 2768-2773. Retrieved from http://www.ncbi.nlm.nih.gov/pubmed/24553919 doi:10.1523/JNEUROSCI.4402-13.2014

Kabir, Z. D., McCarthy, D. M., Bhide, P., & Kosofsky, B. E. (2013). Cup of joe: a brain development "no"? *Science of Translational Medicine*, 1. doi:5:197fs130

Biederman, J., Petty, C. R., Spencer, T. J., Woodworth, K. Y., Bhide, P., Zhu, J., & Faraone, S. V. (2012). Examining the nature of the comorbidity between pediatric attention deficit/hyperactivity disorder and post-traumatic stress disorder. *Acta Psychiatrica Scandinavica*, 1.

McCarthy, D., Gioioso, V., Zhang, X., Sharma, N., & Bhide, P. (2012). Neurogenesis and neuronal migration in the forebrain of the TorsinA knockout mouse embryo. *Develpmental Neuroscience*, *34*, 366-378.

McCarthy, D., & Bhide, P. G. (2012). Prenatal cocaine exposure decreases parvalbumin-immunoreactive neurons and GABA-to-projection neuron ratio in the medial prefrontal cortex. *Developmental Neuroscience*, *34*, 174-183. Retrieved from http://www.ncbi.nlm.nih.gov/pubmed/22572769 doi:10.1159/000337172

Zhu, J., Zhang, X., Xu, Y., Spencer, T., Biederman, J., & Bhide, P. (2012). Prenatal nicotine exposure mouse model showing hyperactivity, reduced cingulate cortex volume, reduced dopamine turnover and responsiveness to oral methylphenidate treatment. *The Journal of Neuroscience*, *32*, 9410-8.

McCarthy, D., Brown, A., & Bhide, P. (2012). Regulation of BDNF expression by cocaine. *Yale Journal of Biology and Medicine*, *85*, 437-446.

Saxena, V., Ramdas, S., Ochoa, C. R., Wallace, D., Bhide, P., & Kohane, I. (2012). Structural, genetic, and functional signatures of disordered neuro-immunological development in autism spectrum disorder. *PLoS ONE*, 1-5. doi:7:e48835

Han, S., Kim, S., Bahl, S., Li, L., Burande, C. F., Smith, N., James, M., Beauchamp, R. L., Bhide, P., Diantonio, A., & Ramesh, V. (2012). The E3 ubiquitin ligase, protein associated with Myc (Pam) regulates mammalian/mechanistic target of rapamycin complex 1 (mTORC1) signaling in vivo through N- and C- terminal domains. *Journal of Biological Chemistry*, 1-5.

Vita for Pradeep Bhide, Ph.D.

McCarthy, D., Zhang, X., Darnell, S., Sangrey, G., Yanagawa, Y., Sadri-Vakili, G., & Bhide, P. (2011). Cocaine alters BDNF expression and neuronal migration in the embryonic mouse forebrain. *The Journal of Neuroscience*, *31*, 13400-13411.

Biederman, J., Petty, C., Bhide, P., Woodworth, K., & Faraone, S. (2011). Does exposure to maternal smoking during pregnancy affect the clinical features of ADHD? Results from a controlled study. *The World Journal of Biological Psychiatry*, *13*, 60-4.

Zhu, J., Spencer, T., Liu-Chen, L., Biederman, J., & Bhide, P. (2011). Methylphenidate and u opioid receptor interactions: A pharmacological target for prevention of stimulant abuse. *Neuropharmacology*, *61*, 283-92.

Crandall, J., Goodman, T., McCarthy, D., Duester, G., Bhide, P., Drager, U., & McCaffery, P. (2011). Retinoic acid influences neuronal migration from the ganglionic eminence to the cerebral cortex. *Journal of Neurochemistry*, *119*, 723-735.

Fujimoto, K., Araki, K., McCarthy, D., Sims, J., Ren, J., Zhang, X., & Bhide, P. (2010). A transgenic mouse model of neuroepithelial cell specific inducible overexpression of dopamine D1-receptor. *Neuroscience*, *170*, 961-970.

Kubrusly, R., & Bhide, P. (2010). Cocaine exposure modulates dopamine and adenosine signaling in the fetal brain. *Neuropharmacology*, *58*, 436-443.

Ren, J., Jiang, Y., Wang, Z., McCarthy, D., Rajadhyaksha, A., Tropea, T., Kosofsky, B., & Bhide, P. (2010). Prenatal I-DOPA exposure produces lasting changes in brain dopamine content, cocaine-induced dopamine release and cocaine conditioned place preference. *Neuropharmacology*, *60*, 295-302.

Balcioglu, A., Ren, Jia-Qian, McCarthy, D., Spencer, T. J., Biederman, J., & Bhide, P. G. (2009). Plasma and brain concentrations of oral therapeutic doses of methylphenidate and their impact on brain monoamine content in mice. *Neuropharmacology*, *57*(7-8), 687-693. Retrieved from http://dx.doi.org/10.1016/j.neuropharm.2009.07.025 doi:10.1016/j.neuropharm.2009.07.025

Caviness, V. S., Nowakowski, R. S., & Bhide, P. G. (2009). Neocortical neurogenesis: morphogenetic gradients and beyond. *Trends in Neurosciences*, *32*(8), 443-450. Retrieved from http://dx.doi.org/10.1016/j.tins.2009.05.003 doi:10.1016/j.tins.2009.05.003

Bhide, P. G. (2009). Dopamine, cocaine and the development of cerebral cortical cytoarchitecture: A review of current concepts. *Seminars in Cell & Developmental Biology*, *20*(4), 395-402. Retrieved from http://dx.doi.org/10.1016/j.semcdb.2009.01.006 doi:10.1016/j.semcdb.2009.01.006

Liu, C., Ren, J-Q., Yang, J., Liu, C., Manderville, J., Rosen, B., Bhide, P., Yanagawa, Y., & Liu, P. (2009). DNA-based MRI probes for specific detection of chronic exposure to amphetamine in living brains. *The Journal of Neuroscience*, *29*, 10663-10670.

Bhide, P. (2009). Dopamine, cocaine, and the development of cerebral cortical cytoarchitecture: A review of current concepts. *Seminars in Cell and Developmental Biology*, *20*, 395-402.

Caviness, V., Nowakowski, R., & Bhide, P. (2009). Neocortical neurogenesis:Morphogenetic gradients and beyond. *Trends in Neurosciences*, *32*, 443-450.

Bhide, P., & Kosofsky, B. (2009). Neuro-developmental consequences of prenatal drug exposure. *Preface Developmental Neuroscience*, *31*, 5.

Balcioglu, A., Ren, J., McCarthy, D., Spencer, T., Biederman, J., & Bhide, P. (2009). Plasma and brain concentrations of oral therapeutic doses of methylphenidate and their impact on brain monoamine content in mice. *Neuropharmacology*, *102*, 783-8.

Vasudevan, A., & Bhide, P. G. (2008). Angiogenesis in the embryonic CNS. *Cell Adhesion & Migration*, *2*(3), 167-169. Retrieved from http://dx.doi.org/10.4161/cam.2.3.6485 doi:10.4161/cam.2.3.6485

Vasudevan, A., Long, J. E., Crandall, J. E., Rubenstein, J. L. R., & Bhide, P. G. (2008). Compartment-specific transcription factors orchestrate angiogenesis gradients in the embryonic brain. *Nature Neuroscience*, *11*(4), 429-439. Retrieved from http://dx.doi.org/10.1038/nn2074 doi:10.1038/nn2074

Vasudevan, A., & Bhide, P. G. (2008). Monitoring endothelial cell development and migration in the embryonic CNS. *Protocol Exchange*. Retrieved from http://dx.doi.org/10.1038/nprot.2008.82 doi:10.1038/nprot.2008.82

Whalem, M., Dalkara, T., You, Z., Qiu, J., Bermpohl, D., Mehta, N., Suter, B., Bhide, P., Lo, E., Ericcson, M., & Moskowitz, M. (2008). Acute plasmalemma permeability and protracted clearance of injured cells after controlled cortical impact in mice. *Journal of Cerebral Blood Flow and Metabolism*, *28*, 490-505.

Caviness, V., Bhide, P., & Nowakowski, R. (2008). Histogenetic processes leading to the laminated neocortex: migration is only part of the story. *Developmental Neuroscience*, *30*(1-3), 82-95.

Metin, C., Vallee, R., Rakic, P., & Bhide, P. (2008). Modes and mishaps of neuronal migration in the mammalian brain. *The Journal of Neuroscience*, *28*, 11746-11752.

McCarthy, D., Lueras, P., & Bhide, P. G. (2007). Elevated dopamine levels during gestation produce region-specific decreases in neurogenesis and subtle deficits in neuronal

Vita for Pradeep Bhide, Ph.D.

numbers. *Brain Research*, *1182*, 11-25. Retrieved from
http://dx.doi.org/10.1016/j.brainres.2007.08.088 doi:10.1016/j.brainres.2007.08.088

Whalen, M. J., Dalkara, T., You, Z., Qiu, J., Bermpohl, D., Mehta, N., Suter, B., Bhide, P. G.,
Lo, E. H., Ericsson, M., & Moskowitz, M. A. (2007). Acute plasmalemma permeability
and protracted clearance of injured cells after controlled cortical impact in mice. *Journal
of Cerebral Blood Flow & Metabolism*, *28*(3), 490-505. Retrieved from
http://dx.doi.org/10.1038/sj.jcbfm.9600544 doi:10.1038/sj.jcbfm.9600544

Araki, K. Y., Sims, J. R., & Bhide, P. G. (2007). Dopamine receptor mRNA and protein
expression in the mouse corpus striatum and cerebral cortex during pre- and postnatal
development. *Brain Research*, *1156*, 31-45. Retrieved from
http://dx.doi.org/10.1016/j.brainres.2007.04.043 doi:10.1016/j.brainres.2007.04.043

Crandall, J., McCarthy, D., Araki, K., Sims, J., Ren, J., & Bhide, P. (2007). Dopamine receptor
activation modulates GABA neuron migration from the basal forebrain to the cerebral
cortex. *J. Neurosci*, *27*, 3813-3822.

McCarthy, D., Lueras, P., & Bhide, P. (2007). Elevated Dopamine Levels During Gestation
Produce Region-Specific Decreases in Neurogenesis and Subtle Deficits in Neuronal
Numbers. *Brain Res*, *1182*, 11-25.

Suter, B., Nowakowski, R., Bhide, P., & Caviness, V. (2007). Navigating neocortical
neurogenesis and neuronal specification; a positional information system encoded by
neurogentic gradients. *The Journal of Neuroscience*, *27*(40), 10777-84.

Santos, T., lio M., Han, S., Bowser, M., Sazani, K., Beauchamp, R. L., Murthy, V., Bhide, P. G.,
& Ramesh, V. (2006). Alternative splicing in protein associated with Myc (Pam)
influences its binding to c-Myc. *Journal of Neuroscience Research*, *83*(2), 222-232.
Retrieved from http://dx.doi.org/10.1002/jnr.20723 doi:10.1002/jnr.20723

Vasudevan, A., Breakefield, X. O., & Bhide, P. G. (2006). Developmental patterns of torsinA
and torsinB expression. *Brain Research*, *1073-1074*, 139-145. Retrieved from
http://dx.doi.org/10.1016/j.brainres.2005.12.087 doi:10.1016/j.brainres.2005.12.087

Araki, K. Y., Fujimura, S., MacDonald, M. E., & Bhide, P. G. (2006). Characterization of Mouse
Striatal Precursor Cell Lines Expressing Functional Dopamine Receptors. *Developmental
Neuroscience*, *28*(6), 518-527. Retrieved from http://dx.doi.org/10.1159/000095114
doi:10.1159/000095114

Lee, S., Kim, H., Rogowska, J., Zhao, B., Bhide, P., Parent, J., & Lo, E. (2006). Involvement of
matrix metalloproteinase in neuroblast cell migration from the subventricular zone after
stroke. *The Journal of Neuroscience*, *26*(13), 3491-5.

Popolo, M., McCarthy, D. M., & Bhide, P. G. (2005). Influence of Dopamine on Precursor Cell
Proliferation and Differentiation in the Embryonic Mouse Telencephalon. *Developmental*

*Neuroscience*, *26*(2-4), 229-244. Retrieved from http://dx.doi.org/10.1159/000082140 doi:10.1159/000082140

Bhide, P. G., & Nowakowski, R. S. (2005). Neural Stem Cells: A Perspective and Synopsis of the Current Status. *Developmental Neuroscience*, *26*(2-4). Retrieved from http://dx.doi.org/10.1159/000083931 doi:10.1159/000083931

Tarui, T., Takahashi, T., Nowakowski, R., Hayes, N., Bhide, P., & Caviness, V. (2005). Overexpression of p27 Kip 1, probability of cell cycle exit, and laminar destination of neocortical neurons. *Cerebral Cortex*, *15*(9), 1343-55.

Crandall, J., Hackett, H., Tobet, S., Kosofsky, B., & Bhide, P. (2004). Cocaine exposure decreases GABA neuron migration from the ganglionic eminence to the cerebral cortex in embryonic mice. *Cerebral Cortex*, *14*, 665-675.

Popolo, M., McCarthy, D., & Bhide, P. (2004). Influence of dopamine on precursor cell proliferation and differentiation in the embryonic mouse telencephalon. *Developmental Neuroscience*, *26*(2-4), 229-44.

Caviness, V., Goto, T., Tarui, T., Takahashi, T., Bhide, P., & Nowakowski, R. (2003). Cell output, cell cycle duration and neuronal specification: a model of integrated mechanisms of the neocortical proliferative process. *Cerebral Cortex*, *13*(6), 592-8.

Ohtani, N., Goto, T., Waeber, C., & Bhide, P. (2003). Dopamine modulates cell cycle in the lateral ganglionic eminence. *The Journal of Neuroscience*, *23*(7), 2840-50.

Wada, K., Sugimori, H., Bhide, P., Moskowitz, M., & Finklestein, S. (2003). Effects of basic fibroblast growth factor treatment on brain progenitor cells after permanent focal ischemia in rats. *Stroke*, *34*(11), 2722-8.

Takahashi, T., Caviness, V., & Bhide, P. (2002). Analysis of cell generation in the telencephalic neuroepithelium. *Methods in Molecular Biology*, *198*, 101-113.

Goto, T., Takahashi, T., Miyama, S., Nowakowski, R., Bhide, P., & Caviness, V. (2002). Developmental regulation of the effects of fibroblast growth factor-2 and 1-octanol on neuronogenesis: implications for a hypothesis relating to mitogen-antimitogen opposition. *Journal of Neuroscience Research*, *69*(6), 714-22.

Miyama, S., Takahashi, T., Goto, T., Bhide, P. G., & Caviness, V. S. (2001). Continuity with Ganglionic Eminence Modulates Interkinetic Nuclear Migration in the Neocortical Pseudostratified Ventricular Epithelium. *Experimental Neurology*, *169*(2), 486-495. Retrieved from http://dx.doi.org/10.1006/exnr.2001.7676 doi:10.1006/exnr.2001.7676

Sapp, E., Kegal, K., Aronin, N., Hashikawa, T., Uchiyama, Y., Tohyama, K., Bhide, P., Vonsattel, J., & Difiglia, M. (2001). Early and progressive accumulation of reactive

Vita for Pradeep Bhide, Ph.D.

microglia in the Huntington disease brain. *Journal of Neuropathology and Experimental Neurology*, *60*(2), 161-72.

Katchanov, J., Harms, C., Gertz, K., Hauck, L., Waeber, C., Hirt, L., Priller, J., von Harsdorf, R., Bruck, W., Hortnagl, H., Dirnagl, U., Bhide, P., & Endres, M. (2001). Mild cerebral ischemia induces loss of cyclin-dependent kinase inhibitors and activation of cell cycle machinery before delayed neuronal cell death. *The Journal of Neuroscience*, *21*(14), 5045-53.

Mitsuhashi, T., Aoki, Y., Eksioglu, Y., Takahashi, T., Bhide, P., Reeves, S., & Caviness, V. (2001). Overexpression of p27Kip1 lengthens the G1 phase in a mouse model that targets inducible gene expression to central nervous system progenitor cells. *Proceedings of the National Academy of Sciences USA*, *98*(11), 6435-40.

Ho, C., Zhou, J., Medina, M., Goto, T., Jacobson, M., Bhide, P. G., & Kosik, K. S. (2000). δ-catenin is a nervous system-specific adherens junction protein which undergoes dynamic relocalization during development. *The Journal of Comparative Neurology*, *420*(2), 261. Retrieved from http://dx.doi.org/10.1002/(sici)1096-9861(20000501)420:2[261::aid-cne8>3.3.co;2-h doi:10.1002/(sici)1096-9861(20000501)420:2[2

Aoki, Y., Huang, Z., Thomas, S., Bhide, P., Huang, I., Moskowitz, M., & Reeves, S. (2000). Increased susceptibility to ischemia-induced brain damage in transgenic mice overexpressing a dominant negative form of SHP2. *Federation of American Societies for Experimental Biology Journal*, *60*(2), 161-72.

Verney, C., Takahashi, T., Bhide, P., Nowokowski, R., & Caviness, V. (2000). Independent controls for neocortical neuron production and histogenetic cell death. *Developmental Neuroscience*, *22*(1-2), 125-38.

Bhide, P. G., & Frost, D. O. (1999). Intrinsic determinants of retinal axon collateralization and arborization patterns. *The Journal of Comparative Neurology*, *411*(1), 119. Retrieved from http://dx.doi.org/10.1002/(sici)1096-9861(19990816)411:1[119::aid-cne9>3.3.co;2-n doi:10.1002/(sici)1096-9861(19990816)411:1[1

Martin, E. J., Kim, M., Velier, J., Sapp, E., Lee, Hyun-Sook, Laforet, G., Won, L., Chase, K., Bhide, P. G., Heller, A., Aronin, N., & Difiglia, M. (1999). Analysis of huntingtin-associated protein 1 in mouse brain and immortalized striatal neurons. *The Journal of Comparative Neurology*, *403*(4), 421-430. Retrieved from http://dx.doi.org/10.1002/(sici)1096-9861(19990125)403:4[421::aid-cne1>3.3.co;2-x doi:10.1002/(sici)1096-9861(19990125)403:4[4

Bhide, P., & Frost, D. (1999). Intrinsic determinants of retinal axon collateralization and arborization patterns. *Journal of Comparative Neurology*, *411*(1), 119-29.

Takahashi, T., Bhide, P., Goto, T., Miyama, S., & Caviness, V. (1999). Proliferative behavior of the murine cerebral wall in tissue culture: cell cycle kinetics and checkpoints. *Experimental Neurology*, *156*(2), 407-17.

Sheth, A. N., McKee, M. L., & Bhide, P. G. (1998). The Sequence of Formation and Development of Corticostriate Connections in Mice. *Developmental Neuroscience*, *20*(2-3), 98-112. Retrieved from http://dx.doi.org/10.1159/000017306 doi:10.1159/000017306

Francis, J., Sandrock, A., Bhide, P., Vonsattel, J., & Brown, R. (1998). Heterogeneity of subcellular localization and electrophoretic mobility of survival motor neuron (SMN) protein in mammalian neural cells and tissues. *Proceedings of the National Academy of Sciences USA*, *95*(11), 6492-7.

Servidei, T., Bhide, P., Huang, Z., Moskowitz, M., Harsh, G., & Reeves, S. (1998). The protein tyrosine phosphatase SHP-2 is expressed in glial and neuronal progenitor cells, postmitotic neurons and reactive astrocytes. *Neuroscience*, *82*(2), 529-43.

Sheth, A. N., & Bhide, P. G. (1997). Concurrent cellular output from two proliferative populations in the early embryonic mouse corpus striatum. *The Journal of Comparative Neurology*, *383*(2), 220-230. Retrieved from http://dx.doi.org/10.1002/(sici)1096-9861(19970630)383:2[220::aid-cne8>3.3.co;2-r doi:10.1002/(sici)1096-9861(19970630)383:2[2

Sapp, E., Schwarz, C., Chase, K., Bhide, P., Young, A., Penney, J., Vonsattel, J., Aronin, N., & Difiglia, M. (1997). Huntingtin localization in brains of normal and Huntington's disease patients. *Annals of Neurology*, *42*(4), 604-12.

Delalle, I., Bhide, P., Caviness, V., & Tsai, L. (1997). Temporal and spatial patterns of expression of p35, a regulatory subunit of cyclin-dependent kinase 5, in the nervous system of a mouse. *Journal of Neurocytology*, *26*(5), 283-96.

Bhide, P. G. (1996). Cell cycle kinetics in the embryonic mouse corpus striatum. *The Journal of Comparative Neurology*, *374*(4), 506-522. Retrieved from http://dx.doi.org/10.1002/(sici)1096-9861(19961028)374:4[506::aid-cne3>3.0.co;2-5 doi:10.1002/(sici)1096-9861(19961028)374:4[5

Bhide, P., Day, M., Sapp, E., Schwarz, C., Sheth, A., Kim, J., Young, A., Penney, J., Golden, J., Aronin, N., & DiFiglia, M. (1996). Expression of normal and mutant huntingtin in the developing brain. *The Journal of Neuroscience*, *16*(17), 5523-35.

Kanai, Y., Bhide, P. G., DiFiglia, M., & Hediger, M. A. (1995). Neuronal high-affinity glutamate transport in the rat central nervous system. *NeuroReport*, *6*(17), 2357-2362. Retrieved from http://dx.doi.org/10.1097/00001756-199511270-00020 doi:10.1097/00001756-199511270-00020

Bhide, P., West, W., Fry, K., & Frost, D. (1994). An immunocytochemical marker for hamster retinal ganglion cells. *Journal of Neurocytology*, *23*(3), 167-77.

van Everdingen, K., Enochs, W., Bhide, P., Nossiff, N., Papisov, M., Bogdanov, A., Brady, T., & Weissleder, R. (1994). Determinants of in vivo MR imaging of slow axonal transport. *Radiology*, *193*(2), 485-91.

Enochs, W., Schaffer, B., Bhide, P., Nossiff, N., Papisov, M., Bogdanov, A., Brady, T., & Weissleder, R. (1993). MR Imaging of slow axonal transport in vivo. *Experimental Neurology*, *123*(2), 235-42.

Kadhim, H. J., Bhide, P., & Frost, D. O. (1993). Transient axonal branching in the developing corpus callosum. *Cerebral Cortex*, *3*(6), 551-66.

Kadhim, H. J., Bhide, P. G., & Frost, D. O. (1993). Transient Axonal Branching in the Developing Corpus Callosum. *Cerebral Cortex*, *3*(6), 551-566. Retrieved from http://dx.doi.org/10.1093/cercor/3.6.551 doi:10.1093/cercor/3.6.551

Bhide, P., & Frost, D. (1992). Axon substitution in the reorganization of developing neural connections. *Proceedings of the National Academy of Sciences USA*, *89*(24), 11847-51.

Bhide, P., & Frost, D. (1991). Stages of growth of hamster retinofugal axons: implications for developing axonal pathways with multiple targets. *The Journal of Neuroscience*, *11*(2), 485-504.

Bhide, P., Lieberman, A., & Campbell, G. (1988). Dendritic invagination of developing optic tract axons in the hamster. *Experimental Brain Research*, *73*(3), 11847-51.

Bhide, P. (1988). Effects of environmental diversity on brain morphology. *Early Human Development*, *17*(2-3), 107-43.

Bhide, P., & Bedi, K. (1985). The effects of a 30 day period of environmental diversity on well-fed and previously undernourished rats: neuronal and synaptic measures in the visual cortex (area 17). *Journal of Comparative Neurology*, *236*(1), 121-6.

Bhide, P. G., & Bedi, K. S. (1984). The effects of a lengthy period of environmental diversity on well-fed and previously undernourished rats. II. Synapse-to-neuron ratios. *J. Comp. Neurol*, *227*(2), 305-310. Retrieved from http://europepmc.org/abstract/med/6470219 doi:10.1002/cne.902270213

Bhide, P., & Bedi, K. (1984). The effects of a lengthy period of enviromental diversity on well-fed and previously undernourished rats. I. Neurons and glial cells. *Journal of Comparative Neurology*, *227*(2), 296-304.

Bhide, P., & Bedi, K. (1984). The effects of environmental diversity on well fed and previously undernourished rats: neuronal and glial cell measurements in the visual cortex (area 17). *Journal of Anatomy*, *138*(pt 3), 447-61.

Bhide, P., & Bedi, K. S. (1982). The effects of environmental diversity on well-fed and previously undernourished rats: I. Body and brain measurements. *Journal of Comparative Neurology*, *207*, 403-9.

**Peer-reviewed Book Chapters**

Faraone, S., Bhide, P., & Biederman, J. (2018). Neurobiology of attention deficit hyperactivity disorder. In D S. Charney, Joseph D. Bauxbaum, & Eric J. Nestler (Eds.), *Neurobiology of mental illness* (pp. 865-878). New York.

Vasudevan, A., & Bhide, P. (2008). *Angiogenesis in the embryonic CNS: A new twist on and old tale. In: Cell Adhesion and Migration*. Landes Bioscience.

Vasudevan, A., & Bhide, P. (2008). *Monitoring endothelial cell development and migration in the embryonic CNS*. Nature Protocol Network (Neuroscience).

Suter, B., & Bhide, P. G. (2006). Cell Proliferation. In *Brain Development* (pp. 9-26). Oxford University Press (OUP). Retrieved from http://dx.doi.org/10.1093/acprof:oso/9780195183139.003.0002

Takahashi, T., Caviness, V. S., & Bhide, P. G. (2002). Analysis of Cell Generation in the Telencephalic Neuroepithelium. In *Neural Stem Cells* (pp. 101-114). Springer Nature. Retrieved from http://dx.doi.org/10.1385/1-59259-186-8:101

**Edited Books**

Casey, B. J., Kosofsky, B. E., & Bhide, P. (Eds.). (2014). *Teenage Brains: Think Different?* [Book]. Basel, Switzerland: Karger.

Bhide, P., & Kosofsky, B. E. (Eds.). (2009). *Drug abuse, addiction and the developing brain* [Edited Book]. Basel, Switzerland: Karger.

Bhide, P., & Nowakowski, R. S. (Eds.). (2004). *Neural stem cells: a perspective and synopsis of current status* [Book]. Basel, Switzwrland: Karger.

**Presentations at Scientific Conferences**

Bhide, P. (presented 2019, September). Multigenerational Transmission of Hyperactivity/ADHD. Plenary presentation in Jill Escher (Chair), *Heritable Hazards of*

Vita for Pradeep Bhide, Ph.D.

*Smoking: Applying the "Cleansheet" framework to further science and policy.* Symposium conducted at the meeting of Environmental Mutagenesis and Genomics Society, Washington, DC. (International)

Bhide, P. (presented 2018, June). Transgenerational transmission of the effects of nicotine exposure on the brain, behavior and germ cells. In Diana Dow-Edwards (Chair), *Transgenerational Effects of Abuse Substances on Behavior: the epigenetic link and what the clinician needs to know.* Symposium conducted at the meeting of Developmental Neurotoxicology Society, Hilton Conference Center, Clearwater Beach, FL. (International)

Bhide, P. (presented 2018, March). Abuse deterrent formulation of Methylphenidate. In Enrique Carrazana, MD (Chair), *Emerging Therapies: ADHD.* Symposium conducted at the meeting of American Society for Experimental Neurotherapeutics, Rockville, MD. (International)

Bhide, P. (presented 2018, March). Animal Models and Novel Insights into the Neurobiology of ADHD. In Joseph Biederman, M.D (Chair), *Diagnosis and underpinnings of ADHD.* Symposium conducted at the meeting of Massachusetts General Hospital Psychiatry Academy, Boston, MA. (International)

Bhide, P. (presented 2016, October). Working memory deficits in a prenatal nicotine exposure mouse model. Plenary presentation in Thomas Spencer (Chair), *Working memory.* Symposium conducted at the meeting of AACAP, New York, NY. (International)

Bhide, P. (presented 2016, September). Mice, molecules and medicines: New frontiers in ADHD research. Keynote presentation in Frade-Rubio, M (Chair), *ADHD Research.* Symposium conducted at the meeting of Proyecto DAH, Mexico City, Mexico. (International)

Bhide, P. (presented 2016, January). Novel insights into the neurobiology of ADHD: From mechanisms, molecules to models. Keynote presentation in J. Biederman (Chair), *ADHD.* Symposium conducted at the meeting of APSARD, Washington, DC. (International)

Bhide, P. (presented 2014, October). Mice, Molecules and Medicines. Plenary presentation in Biederman, J (Chair), *MGH Psychiatry 80th anniversary symposium.* Symposium conducted at the meeting of Massachusetts General Hospital (MGH), Boston, MA. (National)

Bhide, P. (presented 2014, September). Animal models of ADHD. Plenary presentation in Biederman, J (Chair), *New frontiers in ADHD research*. Symposium conducted at the meeting of World Congress of Psychiatry, Madrid, Spain. (International)

**Invited Keynote and Plenary Presentations at Conferences**

Bhide, P. (presented 2010). *Clinical application of rodent models of psychiatric disorders*. Keynote presentation at the meeting of Annual Pediatric Bipolar Disorder Conference, Boston, MA. (National)

**Invited Presentations at Symposia**

Bhide, P. (presented 2014, March). *Developmental Psychopharmacology*. Presentation at Child and Adolescent Psychopharmacology, MGH Academy, Boston, MA. (International)

Bhide, P. (presented 2017, June). Epigenetic Changes Induced by Prenatal Nicotine and Cocaine Exposure. In Ludmila Bakhireva (Chair), *Evaluation of Fetal Risk in the Context of Multiple Co-Exposures*. Presentation at the meeting of Teratology Society of America, Denver, CO. (International)

Bhide, P. (presented 2017, June). Working memory deficits in a prenatal nicotine exposure mouse model. In Biederman, J (Chair), *New investigations on the relationship between working memory and ADHD*. Presentation at the meeting of World Congress pf Biological Psychiatry, Copenhagen, Denmark. (International)

Bhide, P. (presented 2017, March). Animal Models and Novel Insights into the Neurobiology of ADHD. In Joseph Biederman (Chair), *ADHD Across the Lifespan*. Presentation at the meeting of MGH Psychiatry Academy, Boston, MA. (International)

Bhide, P. (presented 2013). Mechanism of actions of Psychostimulants. In *MGH Psychiatry Academy*. Presentation at the meeting of MGH, Cambridge, MA. (National)

Bhide, P. (presented 2012). Developmental Psychopharmacology. In *MGH Psychiatry Academy*. Presentation at the meeting of MGH Psychiatry Academy, Boston, MA. (National)

Bhide, P. (presented 2012). Prenatal cocaine exposure and GABA neuron migration. In *45th Winter Conference on Brain Research*. Presentation at the meeting of 45th Winter Conference on Brain Research, Snowbird, Utah. (International)

Bhide, P. (presented 2012). Prenatal cocaine exposure and GABA neuron migration. In *45th Winter Conference on Brain Research*. Presentation at the meeting of University of California, Snowbird, Utah. (National)

Bhide, P. (presented 2012). TorsinA and Brain Development. In *Tyler's Hope Dystonia Think Tank*. Presentation at the meeting of University of Florida, Gainesville, FL. (Regional)

Bhide, P. (presented 2011). Prenatal cocaine exposure and embryonic cortical development. In *Neurobehavioral Teratology Society Meeting*. Presentation at the meeting of Neurobehavioral Teratology Society, San Diego, CA. (National)

Bhide, P. (presented 2009). Angiogenesis in the embryonic brain. In *Glial cells in health and disease*. Presentation at the meeting of 9th European meeting, Paris, France. (International)

Bhide, P. (presented 2009). Angiogenesis in the embryonic brain. In *9th European meeting on glial cells in health and disease*. Presentation at the meeting of The French Glial Cell Club, Paris, France. (International)

## Invited Workshops

Bhide, P. (2014, May). *X-linked Dystonia Parkinson's Workshop*. Workshop delivered at Massachusetts General Hospital (MGH), Boston, MA. (International)

## Invited Lectures and Readings of Original Work

Bhide, P. (2011). *Mechanisms of actions of psychostimulants*. Delivered at ADHD Across the Lifespan. (Regional)

Bhide, P. (2010). *A role for dopamine in brain development and stimulant addiction*. Delivered at Florida State University, Tallahassee, Florida. (National)

Bhide, P. (2010). *Clinical applications of rodent models of psychiatric disorders. A role for dopamine in brain development and stimulant addiction*. Delivered at Florida State University, Tallahassee, FL. (National)

Bhide, P. (2010). *Developmental Psychopharmacology*. Delivered at Child and Adolescent Psychopharmacology, Boston, MA. (Regional)

Bhide, P. (2010). *Dopamine, cocain, and brain development*. Delivered at Vanderbilt University, Nashville, TN. (National)

Bhide, P. (2010). *What can animal models tell us about psychiatric conditions?* Delivered at MGH Clinical and Research Programs in Pediatric Psychopharmacology and Adult ADHD 6th Annual Seminar. (Regional)

Bhide, P. (2009). *Angiogenesis in the embryonic brain and its role in neuronal developmet*. Delivered at College de France, Paris, France. (International)

Bhide, P. (2009). *Dopamine modulates GABA neuron migration in the embryonic brain*. Delivered at Uniformed Sevices University of the Health Sciences, Bethesda, MD. (National)

Bhide, P. (2009). *Dopamine modulates neurogenesis and GABA neuron migration in the embryonic brain*. Delivered at Institut du Fer á Moulin, Paris, France. (International)

Bhide, P. (2009). *GABA neuron migration in the embryonic brain; Dopamine for speed and endothelial cells for direction*. Delivered at University of Utah, Salt Lake City, UT. (National)

Bhide, P. (2008). *Dopamine receptor activation and neuronal migration*. Delivered at Weill-Cornell Medical College, New York, NY. (National)

Bhide, P. (2008). *Mechanisms of Methylphenidate's actions in the brain*. Delivered at MGH Pediatric Psychopharmacology. (Regional)

Bhide, P. (2008). *Modes and mishaps of neuronal migration in the mammalian brain*. Delivered at Society for Neuroscience Annual Meeting, Washington, D.C. (National)

Bhide, P. (2008). *Prenatal cocaine exposure, dopamine receptor signaling and GABA neuron migration*. Delivered at Frontiers in Drug Addiction Research, National Institute on Drug Abuse Symposium, Washington D.C. (National)

Bhide, P. (2007). *Coacaine and GABA neuron migration*. Delivered at Schepens Eye Research Institute, Boston, MA. (Regional)

Bhide, P. (2007). *Dopamine and brain development: Translational implications of basic neuroscience*. Delivered at University of Toledo, Toledo, OH. (National)

Bhide, P. (2006). *Cocaine and Brain Development*. Delivered at Massachusettes General Hospital, Boston, MA. (Regional)

Bhide, P. (2006). *Dopamine, cocaine, and brain development*. Delivered at University of Massachusettes Medical School, Worcester, MA. (Regional)

Bhide, P. (2005). *Cell proliferation in the developing mammalian brain*. Delivered at Yale University School of Medicine, New Haven, CT. (National)

Bhide, P. (2004). *A role for dopamine in the regulation of neostriatal neurogenesis, neuronal differentiation and survival*. Delivered at McLean Hospital, Belmont, MA. (Regional)

Bhide, P. (2003). *Dopamine, cocaine and the regulation of neuronal migration*. Delivered at E.K. Shriver Center for mental retardation, Waltham, MA. (Regional)

Vita for Pradeep Bhide, Ph.D.

Bhide, P. (2003). *Dopaminergic Influences of Neurogenesis and Neuronal Differentiation: Potential Substrates for the Action of Addictive Drugs*. Delivered at Fronteirs in Drug Addiction Research, National Institute on Drug Abuse Symposiem, New Orleans, Louisiana. (National)

Bhide, P. (2002). *Cell cycle and cell death: Are they related?* Delivered at Athinoula Martinos Center Opening Symposium, Athens, Greece. (International)

Bhide, P. (1999). *Cell proliferation in the developing and mature brain*. Delivered at Instituto Superiore di Sanita, Rome, Italy. (International)

Bhide, P. (1998). *Cell cycle kinetics in the embryonic mouse striatum*. Delivered at Osaka Prefectural University, Osaka, Japan. (International)

Bhide, P. (1998). *Cell Cycle regulation in the embryonic mouse telencephalon*. Delivered at RIKEN, Saitama, Japan. (International)

Bhide, P. (1998). *Developmental regulation of cell cycle kinetics in the neostriatum*. Delivered at Iwate Medical University, Morioa, Japan. (International)

Bhide, P. (1996). *Cell Cycle Kinetics in the embryonic striatum*. Delivered at McLean Hospital, Belmont, MA. (Regional)

Bhide, P. (1995). *Development of visual pathways*. Delivered at E.K. Shriver Center for Mental Retardation, Waltham, MA. (Regional)

Bhide, P. (1995). *Plasticity of visual connections*. Delivered at Montreal Neurological Institute, Montreal, Canada. (International)

Bhide, P. (1994). *Developmental regulation of cell proliferation in the embryonic striatum*. Delivered at Boston University School of Medicine, Boston, MA. (Regional)

Bhide, P. (1985). *Effects of malnutrition and enviromental enrichment on brain architecture*. Delivered at Indian Institute of Science, Bangalore, India. (International)

Bhide, P. (1984). *Effects of enviromental enrichment on brain development*. Delivered at Center for Cell and Molecular Biology, Hyderabad, India. (International)

Bhide, P. (1984). *Interaction of nutrition and enviroment in shaping synaptic connections*. Delivered at University of Edinburgh, Scotland. (International)

## Patented and Patent Pending Inventions

Bhide, P., Mccarthy, D. M., Carrazana, E., & Cran, J. W. (submitted). *METHODS OF TREATING FRAGILE X MENTAL RETARDATION SYNDROME*.

Bhide, P. G., McCarthy, D. M., Spencer, T. J., & Biederman, J. (submitted). *Treatment of Impaired Cognitive Flexibility with TrkB Receptor Antagonists*. 62/135,518, FSU.

Bhide, P. G., McCarthy, D. M., Zhu, J., Spencer, T. J., & Biederman, J. (submitted). *Methods For Determining The Efficacy Of a Composition Against Symptoms Of ADHD*. 62/135,518, FSU.

Bhide, P. G., Zhu, J., Spencer, T. J., & Biederman, J. (submitted). *STIMULANT AND OPIOID RECEPTOR ANTAGONIST COMBINATION AS A NON-ADDICTIVE, AND SYNERGISTIC ANTI-OBESITY TREATMENT*. 61/893,571, FSU.

Bhide, P. G., Zhu, J., Spencer, T. J., & Biederman, J. (submitted). *Methods and compositions to prevent addiction*. 2013/0289061, FSU.

Bhide, P., Zhu, J., Spencer, T. J., & Biederman, J. (submitted). *SELECTIVE DOPAMINE D4 RECEPTOR AGONISTS FOR TREATMENT OF WORKING MEMORY DEFICITS*. 61/877,417, Florida State University. Tallahassee, FL.

Bhide, P., Zhu, J., Spencer, T. J., & Biederman, J. (2017). *NOVEL CLASS OF NON-STIMULANT TREATMENT FOR ADHD AND RELATED DISORDERS*. 14/027,676, Florida State University. Tallahassee, FL.

## Contracts and Grants

### Contracts and Grants Funded

Salazar Aranda, Gloria A (PI), Bhide, Pradeep (Co-PI), Delp, Judy Muller (Co-PI), & Hwang, Hyun Seok (Co-PI). (Oct 2019–Sep 2021). *Nutritional Interventions to Alleviate Cardiovascular Disease Medicated by Tobacco Use*. Funded by Florida Department of Health. Total award $725,000.

Bhide, Pradeep (PI), Mc Carthy, Deirdre Mary (Co-PI), & Vied, Cynthia M (Co-PI). (Jul 2018–Jun 2021). *Transgenerational Transmission of the Effects of Paternal Nicotine Exposure*. Funded by National Institute on Drug Abuse. (R15DA043848). Total award $459,000.

Bhide, Pradeep (PI), & Mc Carthy, Deirdre Mary (Co-PI). (May 2018–Apr 2019). *Norbinaltorphimine for the Treatment of Fragile X Mental Retardation Syndrome*. Funded by Avekshan LLC. Total award $98,559.

Vita for Pradeep Bhide, Ph.D.

Bhide, Pradeep (PI). (May 2017–Jul 2018). *Efficacy of Norbinaltorphimine in an Animal Model of ADHD*. Funded by Avekshan LLC. Total award $92,716.

Carretta, Henry Joseph (Co-PI), Bhide, Pradeep (Co-PI), Flynn, Heather A (Co-PI), Sutin, Angelina R. (PI), & Terracciano, Antonio (Co-PI). (Apr 2017–Mar 2019). *Prenatal and Early Life Antecedents of Personality:   An Intergenerational Lifespan Approach*. Funded by National Institute on Aging. (R01AG053297). Total award $873,638.

Bhide, Pradeep (PI), Mc Carthy, Deirdre Mary (Co-PI), & Zhang, Lin (Co-PI). (Jan 2017–Jun 2018). *Consequences of Traumatic Brain Injury in a Prenatal Nicotine Exposure Mouse Model of Adhd*. Funded by Spaulding Rehabilitation Network. Total award $63,930.

Bhide, Pradeep (PI), & Morgan Jr, Thomas J (Co-PI). (Feb 2016–Jan 2017). *NanoCellulose Hydrogel as a Novel Substrate for Eukaryotic Cell Growth*. Funded by Innovative Engineering Inc. Total award $32,832.

Bhide, Pradeep (PI). (Dec 2015–Nov 2016). *PG: Nicotine Induced Epigenetic Changes in the DNA of Brain and Germ Cells*. Funded by FSU CRC. Total award $13,000.

Bhide, Pradeep (PI). (Nov 2015–Apr 2016). *Bridge Funding for Dr. Pradeep Bhide Biomedical Sciences*. Funded by FSU. Total award $75,000.

Bhide, Pradeep (PI). (May 2015–Apr 2016). *Transgenerational Effects of Nicotine Exposure*. Funded by Escher Fund for Autism. Total award $5,000.

Bhide, Pradeep (PI). (Jan 2015–Jun 2015). *Molecular Mechanisms Mediating the Action of Dopamine Receptors on GABA Neuron Migration in the Embryonic Brain*. Funded by Embassy of France in Washington. Total award $8,571.

Levenson, Cathy W (Co-PI), Sang, Qing-Xiang (Co-PI), Wang, Yanchang (PI), Rizkallah, Raed M (Co-PI), Deng, Wu Min (Co-PI), Kato, Yoichi (Co-PI), Gunjan, Akash (Co-PI), Gilbert, David (Co-PI), Zhu, Fanxiu (Co-PI), Megraw, Timothy L (Co-PI), Arbeitman, Michelle Nina (Co-PI), Bhide, Pradeep (Co-PI), Li, Yan (Co-PI), Pinto, Jose Renato Dias Oliveira (Co-PI), Meckes Jr, David G. (Co-PI), & Ren, Yi (Co-PI). (Jan 2015–Jan 2017). *EIEG: Enhancing Biomedical Research at FSU by Confocal Microscopy with Quantitative Capability*. Funded by FSU EIEG Award. Total award $85,000.

Bhide, Pradeep (PI), Zhu, Jinmin (Co-PI), & Mc Carthy, Deirdre Mary (Co-PI). (Jul 2014–Dec 2015). *Efficacy and Mechanism of Action of Nor-binaltorphimine in an Animal Model of ADHD*. Funded by Avekshan LLC. Total award $345,344.

Fadool, Debra (PI), Eckel, Lisa A (Co-PI), Lee, Choogon (Co-PI), Williams, Diana L (Co-PI), & Bhide, Pradeep (Co-PI). (Dec 2013–Dec 2015). *EIEG: Metabolic Disease Assessment for Sleep Disorders, Addiction, Sensory Changes, and Obesity*. Funded by FSU EIEG Award. Total award $39,317.

Vita for Pradeep Bhide, Ph.D.

Bhide, Pradeep (PI). (Aug 2013–Apr 2015). *Dopamine Dysfunction In DYT1 Dystonia*. Funded by Massachusetts General Hospital. (222851). Total award $83,520.

Bhide, P. (PI), & McCarthy, D.M. (Co-I). (Feb 2013–Jan 2023). *Brian Jackson Dystonia Research and Discovery Program*. Funded by Jackson Family Fund. Total award $1,050,000.

Bhide, Pradeep (PI), & Zhu, Jinmin (Co-PI). (Jan 2013–Dec 2014). *RF02324 salary: FSURF GAP*. Funded by FSU GAP I. Total award $28,110.

Bhide, P. (2013–2015). *Dopamine Dysfunction in DYT1 Dystonia*. Funded by Department Defense, Congressionally Directed Medical Research Programs. Total award $125,000. Multi-PI.

Levenson, Cathy W (Co-PI), Hyson, Richard L (Co-PI), Bienkiewicz, Ewa A (Co-PI), Stefanovic, Branko (Co-PI), Kabbaj, Mohamed (Co-PI), Lee, Choogon (Co-PI), Olcese, James M (PI), Tang, Hengli (Co-PI), Horabin, Jamila I (Co-PI), Gunjan, Akash (Co-PI), Zhu, Fanxiu (Co-PI), Dennis, Jonathan Hancock (Co-PI), Megraw, Timothy L (Co-PI), Arbeitman, Michelle Nina (Co-PI), Bhide, Pradeep (Co-PI), Kaplan, Daniel Lee (Co-PI), & Li, Yan (Co-PI). (Dec 2012–Dec 2013). *EIEG: Improved Time and Resource Efficiency with Capillary Nano-Fluidic Protein Detection*. Funded by FSU EIEG Award. Total award $40,000.

Bhide, Pradeep (PI), Mc Carthy, Deirdre Mary (Co-PI), & Zhang, Lin (Co-PI). (Aug 2012–Jan 2015). *Molecular Etiology of Early Onset Torsion Dystonia Project 3 Bhide FSU*. Funded by Massachusetts General Hospital. (221341). Total award $341,429.

Bhide, Pradeep (Co-PI), & Zhu, Jinmin (PI). (Jun 2012–Aug 2013). *Methylphenidate, Opioid Receptors and Addiction*. Funded by National Institute on Drug Abuse. (R21DA027358). Total award $201,175.

Bhide, P. (PI). (Aug 2011–2029). *Rodgers Chair*. Funded by Jim and Betty Ann Rodgers Chair. Total award $1,000,000.

Bhide, P. (2010–2012). *Methylphenidate, opioid receptors and addiction*. Funded by NIDA/NIH. (R21DA027358). Total award $275,000. Co-PI.

Bhide, P. (2009–2012). *TorsinA Influences GABA Neuron Migration and Dopamine Neuron Development*. Funded by NINDS/NIH. (R21NS065266). Total award $275,000.

Bhide, P. (2006–2012). *Cocaine and Brain Development*. Funded by NIDA/NIH. (R01DA020796). Total award $951,580.

Bhide, P. (2005–2005). *Developmental Origins of Dystonia*. Funded by Bachmann-Strauss Foundation. Total award $54,500.

Bhide, P. (2003–2012). *Interdepartmental Neuroscience Center*. Funded by NINDS/NIH. (P30NS045776). Total award $2,000,000.

Program Director.

Bhide, P. (2002–2003). *Dopamine and brain development; Implications for autism spectrum disorders*. Funded by National Alliance for Autism Research. Total award $54,500.

Bhide, P. (2002–2007). *A role for dopamine in brain development*. Funded by NINDS/NIH. (RO1NS043426). Total award $1,068,750.

Bhide, P. (2000–2006). *Role of Dopamine in the Regulation of Neurogenesis and Neuronal Migration in Forebrain Development*. Funded by NICHD/NIH. (PO1HD05515). Total award $370,640.

Bhide, P. (1999–2004). *Growth Factor Neuroprotection in Focal Cerebral Ischemia (Project 3)*. Funded by NINDS/NIH. (P50NS10828). Total award $760,732.

Co-PI.

Bhide, P. (1997–2009). *Cortical Development*. Funded by NINDS/NIH. (R01NS12005). Total award $1,968,210.

Co-PI.

Bhide, P. (1997–2014). *TorsinA and brain development*. Funded by NINDS/NIH. (P01NS037409). Total award $455,741.

Bhide, P. (1994–1999). *Kinetics of cell proliferation in the striatum*. Funded by NINDS/NIH. (R29NS032657). Total award $312,465.


**Contracts and Grants Pending**

Bhide, P., McCarthy, D. M., & Vied, C. (Sep 2019). *Nicotine, germ cells and neurodevelopmental disorders*. Submitted to Florida Department of Health - James and Esther King Trust.

## Service

## Florida State University

### FSU University Service

Member, Steering Committee - BRAIN Hiring Initiative (2013–2017).

Member, Search Committee - BRAIN Hiring Initiative (2013–2014).

### FSU College Service

Member, Grand Rounds Committee (2012–2013).

### FSU Department Service

Member, Promotions and Tenure Committee (2013–present).

Member, Faculty Evaluation Committee (2013–2016).

Member, Executive Committee (2013–2014).

### FSU Institute or Center Service

Director, Center for Brain Repair (2011–present).

## The Profession

### Editorial Board Membership(s)

Senior Editor, *Developmental Neuroscience* (2009–present).

Member, Editorial Board, *Current Neuropharmacology* (2008–present).

Reviewing Editor, *Frontiers in Neurogenesis* (2008–present).

Member, Editorial Board, *Developmental Neuroscience* (2005–present).

**Guest Editing for Refereed Journals**

Bhide, P. (Ed.). (2014, August). Teenage Brains: Think Different? [Special Issue]. *Developmental Neuroscience*.

Bhide, P., & Kosofsky, B. E. (Eds.). (2009, January). Drug abuse, addiction and the developing brain [Special Issue]. *Developmental Neuroscience*.

Bhide, P., & Nowakowski, R. S. (Eds.). (2004, January). Stem and Progenitor Cells in the Central Nervous System [Special Issue]. *Developmental Neuroscience*.


**Guest Reviewer for Refereed Journals**

*Brain, Behavior, Immunity* (Oct 2019–present).

*FASEB Journal* (Aug 2019–present).

*Genes, Brain and Behavior* (Jan 2018–present).

*American Journal of Medical Genetics* (Jan 2011–present).

*Biological Psychiatry* (Jan 2011–present).

*Molecular Psychiatry* (Jan 2011–present).

*World Journal of Biological Psychiatry* (Jan 2011–present).

*Current Neuropharmacology* (Jan 2008–present).

*Nature Neuroscience* (Jan 2008–present).

*Neuropsychopharmacology* (Jan 2005–present).

*Neuroscience* (Jan 2005–present).

*Stroke* (Jan 2005–present).

*Journal of Neurobiology* (Jan 2002–present).

*Neuron* (Jan 2001–present).

*Cerebral Cortex* (Jan 1999–present).

*Journal of Neuroscience* (Jan 1999–present).

Vita for Pradeep Bhide, Ph.D.

*PNAS* (Jan 1999–present).

*Journal of Neuroscience Research* (Jan 1998–present).

*Journal of Neurochemistry* (Jan 1997–present).

*Developmental Neuroscience* (Jan 1996–present).

*Journal of Comparative Neurology* (Jan 1990–present).

**Chair of a Symposium**

Bhide, P., Bhide, P. G., Métin, C., Vallee, R. B., & Rakic, P. (Chair). (2008, November). *Modes and mishaps of neuronal migration in the mammalian brain*. Symposium conducted at the meeting of Society for Neuroscience, Washington, DC.

**Reviewer or Panelist for Grant Applications**

NINDS (NIH) (2020–present).

> ZNS1 SRB-A(30) Program Project Grant Applications.

NINDS/NIH P50 (Program project) Applications (2019–present).

NIDA/NIH P30 and P50 Applications (2019–present).

NIDA (NIH) (2020).

> ZDA1 YXF-U (01) Program project (P50) and Center (P30) Applications.

Fondation pour la Recherche Médicale, Paris, France (2019).

EMNR-NIH (2013–2014).

> SEP- Endocrinology, Metabolism, Nutrition and Reproductive Sciences.

NIH - DBD (2014).

> Developmental Brain Disorders (DBD) Review Committee.

NIH - NSD-B (2013–2014).

> NSD-B NINDS Program Project Application Review.

Chair, EMNR - NIH (2012).

> SEP- Endocrinology, Metabolism, Nutrition and Reproductive Sciences (Chair).

Vita for Pradeep Bhide, Ph.D.

Dystonia Medical Research Foundation (2012).

Tyler's Hope for Dystonia Cure (2012).

Regular Member, NCF - NIH (2008–2012).
> Neurogenesis and Cell Fate (Regular Member).

Massachusetts General Hospital (2003–2011).
> Sub Committee on Review of Research Proposals.

NIH (2008–2011).
> F03A (Pre- and Post-doctoral Fellowships).

Autism Speaks (2011).

NIH/NIDA (2011).
> NIDA Review Committee (SEP).

NIH/VA Scientific Review Committee VA Center of Excellence (2009).

National Parkinson's Foundation, Member, Scientific Advisory Board (2007–2009).
> Basic Science Research proposals.

Sick Kids Foundation, Canada (2008).

National Institutes of Health (2006).
> ZNS1-SRB-M, (Special Emphasis Panel for Fellowships).

National Institutes of Health (2005).
> ZNS1-SRB-E (Special Emphasis Panel for Program Projects).

National Institutes of Health (2003–2004).
> Brain Disorders and Clinical Neuroscience - 2.

National Institutes of Health (2004).
> Molecular, Developmental, Cellular Neuroscience 6.

National Institutes of Health (2003).
> Brain Disorders and Clinical Neuroscience - 4.

National Institutes of Health (1999).
> Molecular Developmental and Cellular Neuroscience.

**Service to Professional Associations**

Member, Scientific Advisory Board, Basic Science Research Proposals, National Parkinson's
Foundation (2007–2009).


**Interviews**

Martin Finucane. (2018, October). Problems from smoking can be passed down through
generations, new research suggests. *The Boston Globe* [National Newspaper]. Retrieved
from https://www.bostonglobe.com/news/science/2018/10/16/research-raises-question-
about-whether-father-even-grandfather-smoking-can-harmful-
child/uHKPMUXqWq9qsNOGnjICNM/story.html

Mary Kekatos. (2018, October). Fathers who smoke raise the risk of their GRANDCHILDREN
developing ADHD, study suggests. *Daily Mail* [International Newpaper]. Retrieved from
https://www.msn.com/en-gb/health/familyhealth/fathers-who-smoke-raise-the-risk-of-
their-grandchildren-developing-adhd-study-suggests/ar-BBOtspL

Yasmin Tayang. (2018, October). Smoking's Effects Persist From Grandfather to Grandson,
Warn Scientists. *Inverse* [On-line news magazine]. Retrieved from
https://www.inverse.com/article/50021-does-a-father-s-smoking-affect-sperm

Marie Benz. (2018, October). Paternal Smoking Can Affect Multiple Generations of
Descendants. *MedicalResearch.Com* [On-line newspaper]. Retrieved from
https://medicalresearch.com/tobacco-research/paternal-smoking-can-affect-multiple-
generations-of-descendants/45230/

Cici Zhang. (2018, October). Male mice's nicotine intake causes cognitive deficits in offspring.
*Chemical and Engineering News*. Retrieved from https://cen.acs.org/biological-
chemistry/epigenetics/Male-mices-nicotine-intake-causes/96/i43

Jenni Gritters. (2018, October). Men: Juuling may ruin your bloodline for generations. *The
Outline* [On-line newspaper]. Retrieved from https://theoutline.com/post/6411/dads-
juuling-may-ruin-your-bloodline-for-generations?zd=2&zi=3p2wq3fp

Jenni Gritters. (2018, October). Men: Juuling may ruin your bloodline for generations.
*https://theoutline.com/post/6411/dads-juuling-may-ruin-your-bloodline-for-
generations?zd=2&zi=3p2wq3fp* [On line newspaper]. Retrieved from
https://theoutline.com/post/6411/dads-juuling-may-ruin-your-bloodline-for-
generations?zd=2&zi=3p2wq3fp

Vita for Pradeep Bhide, Ph.D.

Michael McNamara. (2017). ADHD: Not just for kids. *Markham Street Films - Canadian Broadcasting Company* [TV]. Retrieved from https://vimeo.com/209926295

Documentary.

Reporters. (2016, November). Closing in on a cure. *Tallahassee Magazine* [Magazine]. Retrieved from https://issuu.com/rowlandpublishing/docs/tmnd16_web/38

WCVB TV reporter. (2016, February). Valentine's Day Fund Raiser for Dystonia Research. *WCVB TV - FSU* [TV Channel]. Retrieved from https://www.youtube.com/watch?v=lKZIJDO8ZJg&feature=youtu.be

Kate Santich - Orlando Sentinel. (2014, September). Venturing Inside the teenage brain. *Orlando Sentinel* [Newspaper].

Doug Carlson. (2014, August). Inside the teenage brain: New studies explain risky behavior. *FSU College of Medicine* [FSU Public Relations].

FSU Public Relations. (2014, August). Brain symposium makes its way to FSU. *FSU 24/7* [Radio]. Retrieved from http://news.fsu.edu/Watch-and-Listen/Radio-Stories/Brain-Symposium-makes-its-way-to-Florida-State-University

Ron Hartung. (2014, August). At Florida Brain Symposium, Alzheimer's patient gives researchers new perspective. *FSU COM* [News Article]. Retrieved from http://med.fsu.edu/?fuseaction=spotlight.viewArticle&usemenu=home&article=2212

Doug Carlson. (2014, March). Study finds prenatal nicotine exposure may lead to ADHD in future generations. *News Article* [FSU Public Relations].

Mark Vaughn. (2014, February). Jackson Family donates $1M to FSU Center for Brain Repair. *FSU 24/7* [Video].

Lanetra Bennett. (2014, February). FSU Researchers: Non-Addictive ADHD Drug on Horizon. *WCVB TV* [Television Report]. Retrieved from http://www.wctv.tv/home/headlines/FSU-Researchers-Non-Addictive-ADHD-Drug-on-Horizon-244069781.html

Katheen Haughney. (2014, January). Non-addictive ADHD drug on horizon at FSU. *FSU 24/7* [News Article].

### Service to Other Universities

Member, Sub-committee on Animal Resources, *Massachusetts General Hospital, Boston, MA* (2010–2011).

Member, Research Council, *Massachusetts General Hospital, Boston, MA* (2003–2011).

Member, Academic Incentive Plan Committee, *Massachusetts General Hospital, Boston, MA* (2002–2003).


## The Community

Co-founder, Pharmaceutical company, Anxiolytech (2017–present).

Co-founder, Biotechnology company, SunshineNano LLC (2017–present).

Co-founder, Pharmaceutical company, Thrivant (2016–present).

Co-Founder, Avekshan LLC (2014–present).


## Patents Licensed by Industry

Bhide, P., McCarthy, D. M., Carazana, E., & Cran, J. W. (2018). *METHODS OF TREATING FRAGILE X MENTAL RETARDATION SYNDROME*. Avekshan LLC.

Bhide, P., Zhu, J., Spencer, T. J., & Biederman, J. (2016). *Methods and compositions to prevent addiction (US20130289061 A1)*.

Bhide, P., Zhu, J., Biederman, J., & Spencer, T. M. (2016). *STIMULANT AND OPIOID RECEPTOR ANTAGONIST COMBINATION AS A NON-ADDICTIVE, AND SYNERGISTIC ANTI-OBESITY TREATMENT U.S. Provisional Patent Application No. 61/893,571 For: CNS Inventors: Pradeep G. BHIDE, Jinmin ZHU, Joseph BIEDERMAN, Thomas J. SPENCER*.