# EXHIBIT B

# EXHIBIT 1

1           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF FLORIDA
2              CASE NO.: 4:18-cv-00137-MW-MAF
3    NATIONAL RIFLE ASSOCIATION
     OF AMERICA, et al.,
4
         Plaintiffs,
5
     vs.
6
     RICK SWEARINGEN, in his
7    official capacity as
     Commissioner of Florida
8    Department of Law
     Enforcement,
9
         Defendant.
10   _____/
11
12          ONLINE VIDEO CONFERENCE DEPOSITION OF
13               PRADEEP G. BHIDE, PhD
14
15   DATE TAKEN:   Friday, August 7, 2020
     TIME:         10:01 a.m. - 12:37 p.m.
16                 01:44 p.m. - 02:57 p.m.
     PLACE:        Via Online Video Conference
17                 Tallahassee, Florida
18
19
20
21
22   Stenographically Reported Via Video Conference By:
23              Linda S. Blackburn
             Registered Diplomate Reporter
24            Registered Merit Reporter
             Certified Realtime Reporter
25           Certified Realtime Captioner

Page 2

```
 1              APPEARANCES
 2      (All Parties Appearing via Video Conference)
 3   Counsel for Plaintiffs:
 4      JOHN PARKER SWEENEY, ESQUIRE
        Bradley Arant Boult Cummings LLP
 5      1615 L Street Northwest
        Suite 1350
 6      Washington, DC 20036-5668
        292.719.8216
 7      jsweeney@bradley.com
 8      and
 9      ELIOT B. PEACE, ESQUIRE
        Bradley Arant Boult Cummings LLP
10      100 North Tampa Street
        Suite 2200
11      Tampa, Florida 33602-5809
        813.559.5500
12      epeace@bradley.com
13
14   Counsel for Defendant:
15      ELIZABETH A. TEEGEN, ESQUIRE
        Office of Attorney General
16      The Capitol PL-01
        Tallahassee, Florida 32399-1050
17      850.414.3808
        elizabeth.teegen@myfloridalegal.com
18
19
20
21
22
23
24
25
```

```
1                    I   N   D   E   X

2   WITNESS                                          PAGE

3   Called by the Plaintiffs:

4   PRADEEP G. BHIDE, PhD.........................  6

5       Direct Examination by Mr. Sweeney..........  6

6   Certificate of Oath........................... 136

7   Certificate of Reporter...................... 137

8   Errata Sheet................................. 138

9   Read & Sign Letter........................... 139

10                  E X H I B I T S

11                   (Attached)

12  PLAINTIFFS           DESCRIPTION              PAGE

13  Exhibit 1  Notice of Taking Deposition         7

14  Exhibit 2  Defendant's Disclosure of Expert

15             Witness Pradeep G. Bhide, PhD        8

16  Exhibit 3  5-13-20 Curriculum Vitae of

17             Dr. Bhide                            9

18  Exhibit 3A Continuation of Information on

19             Page 9 on Exhibit 3                 38

20  Exhibit 4  5-13-20 Expert Report by Dr. Bhide  18

21  Exhibit 5  6-27-14 Developmental Neuroscience

22             Published Article Titled "The

23             Developmental Mismatch in

24             Structural Brain Maturation During

25             Adolescence"                        94
```

1                    I   N   D   E   X

2    WITNESS                                      PAGE

3                  E X H I B I T S

4                    (Attached)

5    PLAINTIFFS          DESCRIPTION           PAGE

6    Exhibit 6  2016 Association for Psychological

7               Science Research Article Titled

8               "When is an Adolescent an Adult?

9               Assessing Cognitive Control in

10              Emotional and Nonemotional

11              Contexts"                         94

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          The proceedings were taken via online
 2    video conference at 10:01 a.m.:
 3          THE STENOGRAPHER:  Good morning.  My name
 4      is Linda Blackburn.  I am the court
 5      stenographer.  The attorneys participating in
 6      this deposition acknowledge that I am not
 7      physically present with the witness and that I
 8      will be both administering the oath remotely and
 9      reporting the proceedings remotely.  This
10      arrangement is pursuant to the Florida Supreme
11      Court Administrative Order Number AOSC-20-16 and
12      is extended by AOSC-20-23.
13          The parties and their counsel consent to
14      this arrangement and waive any objections to
15      this manner of reporting.  Please indicate your
16      agreement by stating your name and your
17      agreement on the record beginning with
18      Mr. Sweeney.
19          MR. SWEENEY:  I'm John Parker Sweeney.  I
20      represent the plaintiffs in this lawsuit, and I
21      agree to that stipulation.
22          MS. TEEGEN:  This is Elizabeth Teegen.  I'm
23      with the Florida attorney general's office
24      representing the defendants in this case, and I
25      also agree with the stipulation.
```

1            THE STENOGRAPHER:  Thank you very much.

2            Raise your right hand, please, Doctor.  Do

3     you swear or affirm that the testimony you're

4     about to give will be the truth, the whole

5     truth, and nothing but the truth under penalty

6     of perjury?

7            THE WITNESS:  Yes, I do.

8            THE STENOGRAPHER:  We may proceed.

9            MR. SWEENEY:  Thank you.

10           PRADEEP G. BHIDE, PhD, called as a witness

11    by the Plaintiffs, having been first duly sworn,

12    testified as follows:

13                    DIRECT EXAMINATION

14    BY MR. SWEENEY:

15    Q.   Would you please state your full name for

16    the record?

17    A.   Pradeep Bhide.

18    Q.   And have you ever had your deposition

19    taken before?

20    A.   No.

21    Q.   All right.  And do you understand that

22    because you are under oath, you are required to

23    respond truthfully to my questions?

24    A.   Yes, I do.

25    Q.   All right.  And please, at any time, if

1    you would like to take a break, please let me know.

2    If there is a pending question that has not been

3    answered, I will ask you to answer it and then we

4    will take a break.  Can we have that understanding?

5        A.   Yes, yes.

6        Q.   All right.  And if you don't understand

7    any question of mine, please just tell me that, and

8    I'll either repeat it or rephrase it and try to

9    make sure that you understand it.  But if you do

10   answer my question, I will assume that you have

11   understood it.  May I have that understanding?

12       A.   Yes, you may.

13       Q.   All right.  Thank you.

14            Please state your current business and

15   home addresses.

16       A.   My business address is Florida State

17   University College of Medicine, West Call Street,

18   Tallahassee, Florida, 32306.  And my home address

19   is 3550 Esplanade Way, Tallahassee, Florida, 32311.

20            (Plaintiffs' Exhibit 1 was marked for

21   identification.)

22   BY MR. SWEENEY:

23       Q.   All right.  And we are proceeding today

24   pursuant to a deposition notice which I've asked

25   the court reporter to mark as Exhibit 1.  And do

1    you understand that you are being deposed pursuant

2    to that notice?

3         A.   Yes, I do.

4         Q.   All right.  Thank you.

5              Now, what is your business or occupation?

6         A.   I'm a professor in the Department of

7    Biomedical Sciences at Florida State University

8    College of Medicine.

9              (Plaintiffs' Exhibit 2 was marked for

10   identification.)

11             MR. SWEENEY:  All right.  And let me try to

12        pull up Exhibit 2.

13             Do you have the exhibits before you,

14        Elizabeth?

15             MS. TEEGEN:  I do.

16             MR. SWEENEY:  All right.  So rather than

17        try to put them on the screen, if we could just

18        follow along on the exhibits that we may have

19        with us.  A copy of Exhibit 2 is the Defendant's

20        Disclosure of Expert Witness of Pradeep Bhide,

21        PhD, that was served on May 13th, 2020.

22   BY MR. SWEENEY:

23        Q.   And have you seen that disclosure

24   previously, Doctor?

25        A.   Yes, I have.

1    Q.   All right.  And, oh, may I call you

2  doctor --

3    A.   Yes, sir.

4    Q.   -- or professor; which would you -- would

5  you prefer doctor or professor?

6    A.   Doctor is easier.

7    Q.   All right.  Fine.  It is easier to say.

8  Saves me a syllable.

9         All right.  Doctor so you have seen

10  Exhibit 2 previously, correct?

11    A.   Yes, correct.

12    Q.   And does it state correctly your name and

13  titles at the Florida State University?

14    A.   Yes, it does.

15         (Plaintiffs' Exhibit 3 was marked for

16  identification.)

17  BY MR. SWEENEY:

18    Q.   All right.  And I'll ask you to turn to

19  Exhibit 3.  And that is a document that was

20  attached to Exhibit 2, as I received it, and it has

21  34 pages, and it is headed by your name and it says

22  "Last Revised May 13, 2020."  Do you have that

23  document with you, Doctor?

24    A.   Yes, I do.

25    Q.   All right.  I'll refer to this as Exhibit

1    3 as we talk about it.  Is that all right?

2        A.    Yeah, yes.

3        Q.    All right.  And have you revised your --

4    well, let me back up.

5              Is this a copy of your current vita?

6        A.    The only revision to correct this version

7    would be a couple of publications that have been

8    now accepted for publication.  Other than that,

9    this is correct.

10       Q.    All right.  Do either of those

11   publications impact in any way your opinion in this

12   case?

13       A.    No, they don't.

14       Q.    All right.  Could you turn to page 9 of

15   Exhibit 3, please?

16       A.    Yeah.  I'm going to open that on my

17   computer screen.

18             Yes.  Go ahead.

19       Q.    On the page 9 that I received, there is

20   about two-thirds of a page and it ends in the names

21   of "Zhang, Mccarthy" and "Sharma," and then there's

22   about a third of the page that's blank and then it

23   goes over onto page 10.  And it appears -- and I'm

24   not certain, but it appears that there may be some

25   information missing from my copy.

1           MS. TEEGEN:  Will you hold on just a second

2      there?

3      A.   Oh, yeah.  Yes, I saw that.

4           MS. TEEGEN:  So it could appear --

5      A.   Right.  So that's just a publication that

6  was cut off for some reason.  I noticed that.  It's

7  a reference to a paper that was published.

8           MS. TEEGEN:  I'm showing him the copy that

9      you sent --

10          THE WITNESS:  Yeah.

11          MS. TEEGEN:  -- to me on the screen.  I

12     don't think his printed copy has this page.  So

13     I think he sees what you're talking about.

14          THE WITNESS:  Yes.

15 BY MR. SWEENEY:

16     Q.   All right.  So what I'd like, is it

17 possible for me to get whatever information that

18 seems to have been omitted on page 9?

19     A.   Yeah.  I can -- yes, I can -- I can -- we

20 can furnish that to you.

21     Q.   All right.  Is it possible to perhaps do a

22 screen grab or just take that page and e-mail it to

23 me?

24     A.   Yeah.

25          MS. TEEGEN:  Can you give us a second to

1     look it up?  Do you want to stay on the record?

2     Do you want us to see if we could find --

3          MR. SWEENEY:  Why don't we do that at our

4     first break if we may?

5          THE WITNESS:  Okay.  Yeah.

6  BY MR. SWEENEY:

7     Q.   And let me go back to page 1 of Exhibit 3.

8  Does this vita represent a complete listing of the

9  items in each category that's contained in here?

10    A.   Yes.

11    Q.   All right.  Would you please walk me

12 through your educational background briefly?

13    A.   Yes.  So I received a degree in veterinary

14 science from India, a veterinary college,

15 Bangalore -- it's part of the University of

16 Agricultural Sciences.  And then I proceeded to get

17 a PhD at the University of Aberdeen in Scotland.

18 And following that, I had a brief period of about

19 six months or so in India.  But then I really

20 returned to the United Kingdom University College

21 London for a postdoctoral fellowship; from there to

22 Yale University, New Haven, Connecticut for a

23 postdoctoral fellowship; and then to Harvard

24 Medical School in Massachusetts General Hospital,

25 initially as a postdoctoral fellow.  And then I

1    remained at Mass General and Harvard for about 23

2    years or so before coming to Florida State

3    University in late 2011, and I've been here since.

4         Q.    And forgive me if I'm asking about

5    questions about what you're not, it seems to

6    diminish what you are, but I just need to make sure

7    that we draw lines between different professional

8    disciplines.

9              Am I correct you are not a medical doctor?

10        A.    You are correct.

11        Q.    And am I correct you are not a

12   neurologist?

13        A.    Correct.

14        Q.    And you are not a psychologist, correct?

15        A.    Correct.  Well, yes.  I mean, correct

16   for -- let me just qualify a few things.

17   Psychology can be neuroscience.  But I'm not a

18   clinical psychologist; that is correct.

19        Q.    All right.  And you're not a psychiatrist?

20        A.    No, I'm not.

21        Q.    And you're not a neuropsychologist?

22        A.    No, I'm not.

23        Q.    All right.  Are you licensed by any

24   government agency or professional accrediting body?

25        A.    No.

Page 14

1       Q.   All right.  Are you certified by any

2   government agency or professional accrediting body?

3       A.   No.

4       Q.   Are you accredited by any government

5   agency or professional accrediting body?

6       A.   No.

7       Q.   Now, I understand that you are an eminent

8   scholar at FSU.  Can you tell me what that is?

9       A.   That is a designation made by the

10  university that goes with the title of an endowed

11  chair that I hold.  I'm not -- I don't have actual

12  description of what eminent and noneminent scholar

13  is.  But it is a -- I believe for most purposes,

14  it's an honorific title for somebody who is

15  appointed to certain positions in the university.

16      Q.   Are there any duties or responsibilities

17  that goes specifically with the title of eminent

18  scholar?

19      A.   All -- the same responsibilities that

20  would go with title of professor and chair of

21  developmental neuroscience.

22      Q.   All right.  Now, you are professor of

23  biomedical sciences at FSU, correct?

24      A.   Yes, correct.

25      Q.   And what are your duties and

1   responsibilities with respect to that position?

2        A.   My duties, they fall in three categories:

3   Teaching, research, and service.

4        Q.   Let's start with teaching if we may.

5             And you said you've been there at FSU,

6   since 2011, correct?

7        A.   Correct, yes.

8        Q.   And have you been teaching since 2011?

9        A.   Yes.

10       Q.   All right.  And on your vita page 3 and 4

11  of Exhibit 3, you list courses taught, and it's the

12  middle of page 3, over the top of page 4.  Have you

13  taught all of those courses since you have been at

14  FSU?

15       A.   So the very -- this list is actually

16  courses taught at FSU and one course taught --

17  actually, that's correct.  Hold on.  It is, yeah,

18  page 3, yes, I'm looking at it now, correct.

19  That's correct.

20       Q.   All right.  Now, do any of those courses

21  involve teaching the age of brain maturity?

22       A.   Correct.  They do.  So the human nervous

23  system and behavior and another one, neuroscience

24  and behavior, they have lectures on brain

25  development.

1    Q.   All right.

2    A.   And this other -- there's some others too.

3    The Directed Independent Study has research in

4    brain development, but yes.

5    Q.   And are there -- have you taught in any of

6    your courses to your students that the age of brain

7    maturity is 21?

8    A.   I do not recall specifically making that

9    statement; however, we do talk about how the brain

10   matures from early development before birth until

11   adult.  So the word -- the sentence that you used,

12   I may or may not have used that specific sentence.

13   I cannot be certain.

14   Q.   All right.  Do you teach your students

15   that human brains all develop at the same rate and

16   that there is no individual variability?

17   A.   No, no, no.  There is individual

18   variability.

19   Q.   And how much individual variability is

20   there?

21   A.   Oh, that's difficult to quantify, solely

22   because depending upon the specific brain region

23   one is, you know, discussing, that may vary.  But,

24   generally speaking, in general terms, in all

25   species, variability of 15, 20 percent is not

1   unusual.  But, again, it really depends on how we

2   define the specific characteristic that we're

3   talking about.

4       Q.   Just so I can understand your opinion

5   here, Doctor, when you say 15 percent variability,

6   variability of what from what?

7       A.   So when I said, "15 percent," natural

8   variability in biological traits is considered to

9   be about that.  I know it's not exact, but that is

10  the general percentage that we see in many of the

11  things that we do.

12      Q.   So that's a general rule of thumb from

13  research into biological development and not based

14  specifically upon neurological brain research?

15      A.   No.  So, correct, I would not use that

16  number as very specific to anything in the brain.

17      Q.   And do you have -- do you have any data

18  based on your neurological brain research that

19  represents the degree of individual variability in

20  brain development?

21      A.   There are a number of papers.  So, you

22  know, if you look at a paper that specifically

23  talks about a specific brain region, it would

24  report that variability.  I mean, I don't have that

25  in front of me, but we can find that information.

1          So every research paper that talks about

2     development of any brain region, they would have

3     gathered the data from multiple subjects and they

4     would report variability in that feature.

5          Q.   All right.  And you don't mention

6     individual variability in your brain development in

7     your report, correct?

8          A.   In my report, I talk about averages.  I

9     don't mention a figure of a variability.

10         Q.   And one of those studies that you just

11    referred to about individual variability and the

12    development of parts of the brain are cited in your

13    report, correct?

14         A.   They are.  They are cited in the report.

15              (Plaintiffs' Exhibit 4 was marked for

16    identification.)

17         Q.   Which ones?

18              And we can turn to page -- your report is

19    Exhibit 4, and we can turn to page -- I believe

20    it's 22 and 23 and a little bit on 24 which lists

21    the resources that you relied on in your report.

22              Which one of those would reflect

23    individual variability of the development of a

24    brain part?

25         A.   We can go to the very first one.  Mills,

1   KL -- Mills, Goddings, that paper, for example.  I

2   mean, they all do.  But I was just saying as an

3   example, I can -- we can look at that one.

4        Q.   So that paper and other papers that you've

5   cited do reflect individual variability in brain

6   development, correct?

7        A.   Correct, yeah.

8        Q.   And why did you not mention that factor,

9   individual variability in brain development, in

10   your report?

11       A.   So when a paper makes a conclusion about

12   its findings, they take that variability into

13   account, and when they make a conclusion for that

14   particular group of people that they examined, the

15   conclusion is based on the average, which would, in

16   theory or in terms of scientific expression, apply

17   to the entire group.

18            So the variability is accounted for by the

19   statistical measures that they take.  When you're

20   comparing, let's say, 18-year-old and 21-year-old

21   as an example, they would have multiple subjects in

22   the 18-year-old group, 21-year-old group, there

23   will be individual variability.  But when they

24   compare the two groups, they use statistical

25   measures that will make sure that the variability

```
 1    is not affecting the conclusion.
 2         Q.    All right.
 3         A.    Because variability is a natural thing,
 4    you know.  When you do any science, any biology,
 5    you will have variability.  That's the reason they
 6    have enough number of subjects in each group so
 7    that variability is accounted for.
 8         Q.    All right.  But in your report, you don't
 9    mention that individual variability from these
10    averages is present and would be probably on
11    average at least 15 percent, correct?
12         A.    Correct.  But I am -- in my report, I am
13    referring to average 18-year-old or average
14    21-year-old, and I'm implying that the citations I
15    have, I'm taking their -- what's the word I'm
16    looking for -- not their conclusions, let's say,
17    what the particular points from that particular
18    citation is what I'm reporting, which is why I
19    refer to that as on average.
20              See what I'm saying?  So the paper would
21    have accounted for the variability.
22         Q.    All right.  I have left -- leapt ahead
23    from the more mundane to the far more interesting,
24    but I think I'm going to have to return to Exhibit
25    3 and continue talking about your vita in order to
```

1    get a good foundation for your opinion, if I may.

2             So we established that as a professor, you

3    have been teaching all of the courses on page 3 and

4    over on the top of page 4 that are listed in your

5    vita, correct?

6        A.   Correct.

7        Q.   And are there any -- are there any courses

8    that you have taught that aren't listed on page 3

9    and 4 of your vita?

10       A.   No, there aren't.

11       Q.   And have you taught any courses other than

12   at FSU during the period of time you've been a

13   professor at FSU?

14       A.   I don't think I understand correctly, but

15   all the courses I've taught --

16       Q.   Let me repeat -- let me repeat the

17   question to make sure you do.

18       A.   Okay.

19       Q.   So all I'm saying is while you were at

20   FSU, have you taught any courses outside of FSU?

21       A.   Oh.  So I'm invited often to present

22   lectures to what is called continuing medical

23   education, so I participate in one such event or

24   course every year, often in Boston, organized by

25   the Massachusetts General Hospital Psychiatry

1    Academy.  So technically it does constitute as

2    teaching because it's continuing medical education.

3    That's the only --

4         Q.   All right.

5         A.   -- course I would not include in here.

6         Q.   Am I correct that those would all be

7    listed on pages 7 to 18?

8         A.   They may, yeah, because I think I may

9    have --

10        Q.   So, no.  Starting on page 18, the bottom

11   of page 18 through page 24, you list a number of

12   Presentations --

13        A.   Oh, yeah.

14        Q.   -- at Scientific Conferences and Invited

15   Keynote Plenary Presentations, Invited

16   Presentations At Symposia, Invited Workshops, and

17   Invited Lectures and Reading of Original Work.  Are

18   those --

19            MS. TEEGEN:  Hold on for a second.  He

20        doesn't have it.

21            THE WITNESS:  Let me just get that.

22            MS. TEEGEN:  Give him a second to draw up

23        that page, if you will.

24            MR. SWEENEY:  Oh, I'm sorry.  I thought

25        like me, you had a hard copy.  I apologize.

Page 23

```
 1          MS. TEEGEN:  His hard copy is short a few
 2     pages.
 3          THE WITNESS:  Hold on.
 4          MR. SWEENEY:  I know the feeling.
 5          THE WITNESS:  I have -- oh, let me just get
 6     that.  Here --
 7          MS. TEEGEN:  Do you want to look at my
 8     screen?
 9          THE WITNESS:  Yeah, maybe.  I'm pretty
10     sure --
11          MS. TEEGEN:  I'm going to -- I'm going to
12     show him my screen, which literally has just his
13     CV on, if that's okay with you.
14          MR. SWEENEY:  If it's the same CV you sent
15     me, yes.
16          MS. TEEGEN:  It's the -- it's the one that
17     you guys sent me yesterday as Exhibit 3.  It's
18     the version that you guys e-mailed me yesterday.
19     Okay?
20          MR. SWEENEY:  And that's what you e-mailed
21     me.
22          MS. TEEGEN:  Yeah.  Here we go.
23          THE WITNESS:  Okay.  So let me see it.
24     Yes.  So invited presentation --
25          MS. TEEGEN:  So when you scroll, yeah, you
```

1      can either use your -- you can do like this.

2  BY MR. SWEENEY:

3      Q.   So starting on page 18 --

4      A.   Yes.

5      Q.   -- Presentations At Scientific

6  Conferences?

7      A.   Yeah.  Let me just take a look.

8          Yes, it does have -- let me just make sure

9  I have specifically memory.  Yeah, this one right

10 here.  Yes, correct.  Yeah.  So it does list that

11 activity.

12     Q.   All right.  And I'm so looking all the way

13 down to page -- end of 23.  And does this list all

14 of your presentations while you have been a

15 professional?

16     A.   The most important ones.  Because we do --

17 I mean, I would say majority of them.

18     Q.   All right.  And do any of these

19 presentations listed on pages 18 to 23 of Exhibit 3

20 relate to the age of brain maturity?

21     A.   Many of them do.  You know, I'm a

22 developmental neurobiologist so almost every

23 presentation that I make is dealing with brain

24 development.  Now, some of them may be almost

25 exclusively embryonic development, others may be

```
 1    development of the brain after birth, but, you
 2    know, that's -- it's -- a central theme of my
 3    research is brain development.
 4        Q.   All right.  And which of these
 5    presentations dealt with brain development in 18-
 6    to 20-year-olds?
 7        A.   That -- I don't -- there is nothing in the
 8    title of that presentations that would indicate
 9    that, and I cannot recall how many of them
10    specifically dealt with 18 to 21 and how many dealt
11    with embryonic development or early development
12    before 18 years of age, so I'm -- I can't give you
13    that count.
14        Q.   As you sit here today, can you remember a
15    single one of these presentations listed on Exhibit
16    3 in which you discussed brain development in 18-
17    to 20-year-olds?
18        A.   That specifically, I can find out a few,
19    but I don't -- I cannot remember exactly which one,
20    because, as you know, they were some time ago.
21        Q.   All right.
22        A.   You know, sometimes -- let me -- let me --
23    I'll tell you why I say that is in the course of
24    the presentation there will almost always be
25    discussion from the audience where brain
```

1   development is discussed in a very broad sense.  So

2   I'm certain many of them had brain development

3   during the young adult period.  But I can't give

4   you a specific answer at this point.

5       Q.   So you think it may have come up in

6   response to audience questions, but not as part of

7   your main presentation?

8       A.   Both.  It would have happened both

9   situations.

10      Q.   All --

11      A.   Audience participation as well as

12  questions.

13      Q.   All I'm trying to do is find out if you

14  can recall even one of these listed presentations

15  in which you presented on the issue of brain

16  development in 18- to 20-year-olds.

17          MS. TEEGEN:  Objection, form.

18          There's no question.

19      Q.   Can you recall a single one of the listed

20  presentations in which you presented on brain

21  development in 18- to 20-year-olds specifically?

22      A.   I'm going to look at the list one more

23  time.  But I would say my presentations regarding

24  ADHD would have -- would have dealt with that

25  issue.

1      MS. TEEGEN:  What page are you looking at

2    on his CV?

3      MR. SWEENEY:  Pages 18 through 23.

4    A.    Let me see here.

5      MS. TEEGEN:  So starting on page 18, is

6    that what you're asking him?

7      MR. SWEENEY:  Yes.

8    A.    Oh.  18.  All right.  Yeah.  Here.

9      MS. TEEGEN:  Presentations at Scientific

10   Conferences, is that the subject -- is that the

11   part of his CV we're talking about here on page

12   18?

13     MR. SWEENEY:  All the way through page 23,

14   which lists -- he has already testified all of

15   his presentations that were at least

16   significant.

17   A.    I would say there's one 2016 --

18     MS. TEEGEN:  Sorry.

19     THE WITNESS:  Sorry.

20   A.    It says Novel Insights Into -- actually,

21 there are two of them probably -- Novel Insights

22 Into the Neurobiology of ADHD:  From [sic]

23 Molecules to Models.  That's the type of

24 presentation where we would discuss brain

25 development in the context that you are referring

1   to right now.

2       Q.   All right.  In that particular

3   presentation about ADHD, what is it about brain

4   development in 18- to 20-year-olds in ADHD that you

5   were presenting on?

6       A.   So the -- that presentation was a very

7   general presentation about the molecular mechanisms

8   of brain development during normal development and

9   how that changes or is different in specific

10  aspects of, you know, disorders.  So that would

11  cover brain development through the entire -- in

12  early childhood, young adulthood, and then in

13  adults as well.

14      Q.   All right.  Does that complete your

15  answer?  I want to make sure I didn't interrupt

16  you.

17      A.   Yes.  No.  It did complete my answer,

18  yeah.

19      Q.   All right.  Thank you.

20          If we could return to your

21  responsibilities as a professor of biomedical

22  science, we've covered teaching and presentations.

23  You also mention research.  What research do you do

24  as a professor of biomedical sciences?

25      A.   I am a developmental neuroscientist, so

1    all my research concerns, you know, mechanisms of

2    brain development and how various environmental

3    factors will influence that development.

4         Q.   All right.  Now, have you had grants for

5    that research?

6         A.   Yes, I have.

7         Q.   If I could direct your attention to pages

8    24 through 27 of Exhibit 3, which appears to list

9    your Contracts and Grants and Contracts and Grants

10   Pending.  Is that a complete list of your grants

11   and pending grants while you've been at FSU?

12        A.   I have to check --

13             MS. TEEGEN:  Yeah.  I'm going to show him

14        my screen which has got his Exhibit 3, which

15        starts at page 24.

16        A.   Okay.  All right.  So you were talking

17   about pending?

18        Q.   Yes.  Well, active and pending, so

19   everything that you've listed there.

20        A.   The pending is what I want to check.

21   Well, the pending grant listed there is now funded,

22   so there is no pend -- there are no pending grants

23   at the moment.

24        Q.   All right.  So the -- so these are all

25   grants and contracts.  And do they -- is it a

Page 30

1    complete list of the grants and contracts for

2    research that you've had since you've been at FSU?

3         A.   Yes.  It goes even before that, I think,

4    but yes, correct.

5         Q.   All right.  Is it a complete list of all

6    the grants that you've had prior to coming to FSU?

7         A.   Let me just see if it goes way far back or

8    not.  2006.  I believe so, yes.

9         Q.   All right.  And do any of these involve

10   research into identifying the age of brain

11   maturity?

12        A.   The grants are generally given for a broad

13   area.  I'm not certain that there is any one where

14   there was specifically for studying brain maturity

15   at 18 or 21.

16        Q.   All right.  And have you yourself ever

17   done research on pinpointing the age of brain

18   maturity?

19        A.   Not in human subjects, no.  I mean, you

20   cannot pinpoint the age of brain maturity.  I just

21   want to make sure we are -- we understand.  But

22   my -- I have not studied personally human brain

23   development as you are referring to.

24        Q.   All right.  Now, did any of those research

25   projects involve the relationship between

1   neuroscience and firearm use?

2        A.    No.

3        Q.    And did any of your presentations involve

4   the relationship between neuroscience and firearm

5   use?

6        A.    No.

7        Q.    And that would include your courses taught

8   at FSU, correct; they don't involve the

9   relationship between neuroscience and firearm use

10  either, correct?

11       A.    That is correct.  Again, there may have

12  been some discussion from the students.  I don't --

13  I don't recall specifically.  But, no, that's

14  correct.  Your statement is correct.

15       Q.    Thank you.

16            And you mentioned that you have a service

17  component of your duties and responsibilities --

18       A.    Yes.

19       Q.    -- as a professor of biomedical science.

20  And can you describe that to me, please, briefly?

21       A.    Sure.  So there are two types of services.

22  One is within the University, I may be appointed to

23  a committee that addresses a specific function of

24  the University.  And I have service that I render

25  to various scientific journals.  I've been on their

1    editorial board, or I also am member of various

2    review panels, national review panels.  Those are

3    the -- within the university and outside the

4    university, those are the two types of services.

5        Q.   And about how much of your time is

6    involved in your duties and responsibilities as a

7    professor of biomedical science at FSU?

8        A.   How much of my time is dedicated to

9    service?  That the question?

10       Q.   Well, to be a professor generally.  So

11   including teaching, including research, including

12   service, how much of that time does it take up

13   being a professor?

14       A.   Oh, it's -- I live my work, so I can't --

15   I don't know how to answer.  I'm a full-time

16   employee.  That's one way of describing it.  But,

17   you know, my work doesn't end at 5:00 o'clock or

18   start at 9:00, so, you know...

19       Q.   Let me ask my question a different way.

20       A.   Sure.

21       Q.   Are you also director of the Center for

22   Brain Repair at FSU?

23       A.   That is one of my service

24   responsibilities, yes.

25       Q.   All right.  And can you describe what that

 1   is?

 2        A.   Yes.  Center for Brain Repair is a group

 3   of neuroscientists who have a common research

 4   interest, so it offers them an opportunity to be --

 5   to form a group that -- you know, grant

 6   applications, discussing results, discussing their

 7   research work.  So it is a group to facilitate more

 8   interaction and more productivity among the faculty

 9   and students that have a neuroscience or brain

10   science focus.

11        Q.   And what are your duties and

12   responsibilities as director of the Center for

13   Brain Repair?

14        A.   It's facilitating this mission that I just

15   related to you.  You know, that's in very general

16   terms.

17        Q.   All right.  And am I correct that the

18   focus is on dystonia?

19        A.   That is one of my research focuses.

20        Q.   And can you explain to me, please, in lay

21   terms what dystonia is?

22        A.   Yeah.  Dystonia is a neurological movement

23   disorder where the communication between the brain

24   and the muscles is not -- it is dysfunctional, so

25   it results in severe painful contractions of a

1  small group of muscles or the entire body.

2      Q.   And in what age does that typically occur?

3      A.   It can -- there are different types.

4  Early onset can occur as early as, say, three or

5  four years of age, or adult onset, or anywhere

6  between there and adulthood.

7      Q.   All right.  And the -- does the Center for

8  Brain Repair, has it done any research on the

9  relationship between neuroscience and firearm use?

10     A.   No.

11     Q.   Has it done any research on identifying

12  the age of brain maturity?

13     A.   Well, as I mentioned before, developmental

14  neuroscience includes, you know, research on brain

15  maturity, so -- I mean, I don't think that's what

16  you meant, but...

17     Q.   Well, let me ask it another way.  And

18  forgive my ignorance as I blunder around in what's

19  obviously a highly specialized area, but I'm just

20  trying to kind of understand some things.

21          Does the Center for Brain Repair do

22  research into the age of brain maturity at all?

23     A.   Well, I mean, as I said before, I mean,

24  when you use -- when you say, "the age of brain

25  maturity," there isn't a single age of brain

1   maturity.  Brain matures over a protracted period

2   of time.  So the way that I would answer that is

3   there are individuals, including myself, that study

4   brain development, right.  So, I mean, that's the

5   best I can answer.

6       Q.   So as a -- is it fair to describe you as a

7   neuroscientist; is that --

8       A.   Yes.

9       Q.   How would you describe yourself?

10      A.   Neuroscientist would be a good term to

11  describe my research and my interests.

12      Q.   All right.  As a neuroscientist, am I

13  correct in understanding that there is no age of

14  brain maturity?

15      A.   You used two terms that I just -- you

16  know, I know you are an attorney, so you'll

17  understand this.  Age of brain maturity -- brain

18  maturity, it is not a single event that occurs at

19  10:00 o'clock on Monday.  That's not how it is

20  seen.  So it's hard for me to understand -- to

21  respond unless -- yeah, so it's not easy for me to

22  respond to that question.

23      Q.   All right.  So, again, as a

24  neuroscientist -- I'm just trying to understand --

25  you would not say that the brain matures at a

1   particular age?

2      A.   It is a -- well, that's correct.  It's an

3   ongoing -- so if you looked at -- well, it's an

4   ongoing process.  So viewed in the adult brain,

5   there are changes occurring at the microscopic

6   level that somebody may say, well, you know, it

7   wasn't how it was yesterday so that has changed.

8         But if we looked at brain size or areas of

9   specific brain regions, it attained adult size at a

10  particular time.  So one can say, well, it's not

11  going to grow anymore at the age of 25 or whatever

12  it is, 21, so you might say, well, that region has

13  matured based on these parameters.  Or one of them

14  would be the size, the other one would be the

15  activity.

16     Q.   All right.  Does the Center for Brain

17  Repair conduct any research using the technology of

18  CT scans?

19     A.   No.  We use MR -- well, the answer is no.

20     Q.   All right.  And does it use the technology

21  of PET or SPECT scans?

22     A.   Not here, no.

23     Q.   All right.  And does use the technology of

24  MRI scans?

25     A.   Yes, it does.

1      Q.   And what equipment does the center have in

2   that regard?

3      A.   Well, so I need to explain a little bit.

4   So in-house, we have a 3 Tesla imager, but we

5   collaborate with the National High Field

6   Magnetic -- National High Field Magnet Lab, which

7   is at FSU, so members of our department have access

8   to that facility.  So there's -- there are

9   multiple, multiple equipment available for this

10  research.

11     Q.   If I could direct your attention to

12  Exhibit 3 pages 7 to 18, that's a list of your

13  public -- published work?

14     A.   Yes.

15     Q.   And I'm going to ask you some questions

16  about that.  But why don't we take a break now?

17  And perhaps this would be a good time for you to

18  find the information that seems to be missing on my

19  copy of page 9 and perhaps transmit it to me

20  somehow, and then when we come back from like a

21  five-minute break, we can talk about it.  Does that

22  sound good?

23     A.   Sure, yes.  Okay.

24          MR. SWEENEY:  Thank you very much.  We're

25      off the record for five minutes.  Thank you.

Page 38

```
 1          (Recess from 10:46 a.m. to 10:58 a.m.)

 2          (Plaintiffs' Exhibit 3A was marked for

 3     identification.)

 4          MR. SWEENEY:  We can go on the record at

 5     any time.

 6          All right.  While we are off the record, we

 7     stipulated that we would add to the record as

 8     Exhibit 3A the single paragraph that contains

 9     the citation that is partially missing from

10     Exhibit 3 on page 9.

11          Are you in agreement, Ms. Teegen?

12          MS. TEEGEN:  I am.  I'm in agreement with

13     that.

14          MR. SWEENEY:  All right.  Thank you.  And

15     we'll proceed on that basis.

16     BY MR. SWEENEY:

17     Q.   With Exhibit 3, amended by adding Exhibit

18     3A, let me ask about your presentations.  Are the

19     presentations that are listed -- I'm sorry --

20     publications that are listed on page 7 through 18

21     all of your professional publications?

22     A.   Yes.

23     Q.   And do any of them involve the

24     relationship between neuroscience and firearm use?

25     A.   No.
```

1     Q.   And do any of them involve pinpointing the

2   age of brain maturity?

3     A.   Well, I just want to -- if we keep going

4   back to that specific terminology, one cannot

5   pinpoint the age of brain maturity in any species.

6   So I just don't want to -- having to, you know,

7   keep going back to the same thing.  I don't really

8   know what that means.

9     Q.   All right.  So do any of these papers on

10   pages 7 through 18 support your opinions in this

11   case?

12     A.   Yes.

13     Q.   All right.  Which ones?

14     A.   Almost all of them.  There are so many

15   there that talk about the brain development.

16     Q.   So your first one in 1982, which is on

17   page 18, involving the effects of environmental

18   diversity on well-fed and previously

19   under-undernourished rats, how does that support

20   your opinion in this case?

21     A.   It supports it -- so what it does, that

22   particular study did is it examined how brain

23   development or brain maturation was influenced by

24   two factors.  One was undernourishment; the other

25   one was sensory and social environmental

1   enrichment.  So that's, you know, very -- that's

2   actually my earliest publications, and that's all

3   about brain development.

4       Q.   All right.  So brain development is

5   affected by a number of variables, correct?

6       A.   Yes.

7       Q.   And you just identified two of them,

8   correct?

9       A.   Correct, yes.

10      Q.   How many other variables are there that

11  affect brain development?

12      A.   Countless.  Everything we do, everything

13  we see, we hear, we eat, you know, in the normal

14  course of life can have an effect on brain

15  development, as well as, you know, adverse effects

16  as well -- adverse factors as well.

17      Q.   So certainly there are genetic inheritance

18  variations that affect brain development, correct?

19      A.   Yes, correct.

20      Q.   And there are social factors that can

21  affect brain development, correct?

22      A.   Yes.

23      Q.   And one's family environment can affect

24  brain development?

25      A.   Your second word cut off.  Can you say it

Page 41

```
 1   again, please?
 2        Q.   Family --
 3        A.   Oh, yes.
 4        Q.   -- environment.
 5        A.   Yeah.  Yes, correct.
 6        Q.   And so peer influence can affect brain
 7   development, right?
 8        A.   Yes, in general.  You know, the
 9   environment, whether it's peers, family, all those
10   things can affect, yes.
11        Q.   And obviously nutrition can affect it?
12        A.   Malnutrition?
13        Q.   I'm sorry.  Let me repeat my question.
14        A.   Yeah.
15        Q.   Nutrition can affect brain development?
16        A.   Yes.
17        Q.   And drugs can affect brain development?
18        A.   Yes.
19        Q.   Exercise can affect brain development?
20        A.   Yes.
21        Q.   Am I missing any other significant factors
22   that affect brain development?
23        A.   I'll put it this way, genetic and
24   nongenetic covers everything.
25        Q.   All right.  And all of these factors that
```

1    we mentioned can have a significant effect on brain

2    development, correct?

3        A.   They can, yes.

4        Q.   And so depending upon the part of the

5    brain and the factor involved, it could

6    significantly retard or advance or not affect at

7    all the development of a particular part of the

8    brain?

9        A.   Yes, it can.

10       Q.   When -- let's see if we can understand

11   some terms.  When you use the word "child," what

12   age range are you referring to?

13       A.   So for different purposes, there are

14   different definitions.  So how do you -- I mean,

15   how do you -- how would we -- specifically

16   childhood can be from birth until, you know, about

17   teenage years, one definition.

18       Q.   All right.  And what would you call the

19   age range when using the word "juvenile" to refer

20   to a human?

21       A.   I don't know if I use that word, but

22   juvenile would be a somewhat nontechnical word of

23   immature.

24       Q.   All right.  And when you use the word

25   "adolescent," what age range are you referring to?

1    A.   Approximately let's say -- well, adults

2    and young adults, there's an overlap, but I would

3    say teenage years.

4    Q.   All right.  And the World Health

5    Organization uses the age range of 10 to 19 to

6    describe an adolescent.  Is that consistent with

7    your understanding, or you would start it at 13 and

8    run it to 19?

9    A.   I would say 13 to 19.  But I will not

10   quarrel with the World Health definition.

11   Although -- and all these definitions are made

12   using specific criterion for the purpose of -- for

13   a specific purpose, so, you know...

14   Q.   So there is -- well, let me ask this

15   question a different way then.

16        Is there a consensus among neuroscientists

17   as to the age of adolescence in humans?

18   A.   Yeah.  Teenage years would be considered

19   adolescence.

20   Q.   All right.  And is there a consensus among

21   scientists about the age of adulthood?

22   A.   I can't say if there's a consensus across

23   the entire community of neuroscientists, but I

24   would say 21 and older.

25   Q.   All right.  So what is the consensus of

1  neuroscientists with respect to individuals aged 20

2  who are too old to be adolescents and too young to

3  be adults?

4          MS. TEEGEN:  Objection, form.

5      A.   I don't know the consensus.  I can't

6  really -- you know, I can talk about my opinion.

7  For me, 20 is under 21; therefore, not adult.

8      Q.   All right.  So can you cite me to an

9  authoritative source that identifies the consensus

10 of neuroscientists that the age of adulthood begins

11 at 21?

12         MS. TEEGEN:  Objection, foundation.

13     A.   I have it right here.  I need to look.  I

14 don't have that readily available right now, but I

15 may have cited it.  I don't know.  Let's see.

16         I can't cite to you other than what's

17 written in my report, my opinion.  That's all I

18 have.

19     Q.   All right.  And does the phrase "young

20 adult" mean anything to you as a neuroscientist?

21     A.   It just means that they're not adults yet,

22 and I would even say to venture to add that they're

23 probably older than children.

24     Q.   Do you have an age range that you use if

25 you were to use the phrase -- if you used the

 1   phrase "young adult"?

 2        A.   I may have used it in my opinion without a

 3   definition because it's very hard to define in

 4   across -- there's no universal definition, as far

 5   as I know, for a young adult.  But I would say --

 6   again, this is just my -- I'm thinking as we're

 7   speaking, probably younger than 21.

 8        Q.   All right.  And how much younger than 21

 9   would that age range go down to?

10        A.   I can't really pinpoint.

11        Q.   And does the word "minor" have a specific

12   age range or age cutoff for you as a

13   neuroscientist?

14        A.   Not as a neuroscientist.

15        Q.   And what is your understanding of the age

16   at which someone is a minor?

17        A.   I believe it is under 21.

18        Q.   Under 21?

19        A.   I don't know the legal definition, though,

20   no, sir.

21        Q.   All right.  On page 20 -- no, I'm sorry.

22   I apologize.  Not page 20.  Forgive me.  You have a

23   lengthy and profess -- and very impressive vita,

24   and it takes me a while to get through it.

25             On page 18, you list Edited Books, am I

Page 46

1   correct?

2        A.   Yes.

3        Q.   And one of those edited books is the

4   "Teenage Brains:  Think Different?," right?

5        A.   Correct, yes.

6        Q.   And you're listed, I believe, as an

7   editor.  Am I correct?

8        A.   Yes.

9        Q.   Along with two other individuals; is that

10  correct?

11       A.   Yes.

12       Q.   All right.  Can you tell me how you came

13  to be involved as a coeditor of that book?

14       A.   Yes.  So it is -- it's -- the project

15  arose as a result of my association with the other

16  two editors professionally, and we felt there was

17  a -- that was a topic that would be of interest to

18  others.  It was sponsored by a journal called

19  Developmental Neuroscience.  And two of the three

20  people on the editors' lists -- myself and one

21  other -- are on the editorial board of the journal,

22  so we used the journal as the platform to, you

23  know, put together that book.

24       Q.   All right.  And that book contained a

25  number of chapters written by different authors,

Page 47

```
 1   correct?
 2        A.   Correct, yes.
 3        Q.   I believe there were 19 altogether.  Is
 4   that correct?  Is what I count correct?
 5        A.   Yes.
 6        Q.   And were you a coauthor of any of those
 7   articles?
 8        A.   I was not a coauthor of any of those.  I
 9   was an editor of the book, so I was not.
10        Q.   And as an editor of the book, did you
11   write anything about the subject of teenage brains
12   of substance?
13        A.   I wrote a summary of the book of all the
14   material in there, or an abstract, a summary of
15   that, you know, the topic, but I did not contribute
16   to any of these papers.
17        Q.   All right.  So I've downloaded what was
18   available online from Karger, but it did not have
19   any summary that I saw.
20        A.   Yes.  So -- right -- so the summary was
21   used more for publicity of the book rather than as
22   a publication, rather than as part of the book, so
23   I qualify that.
24        Q.   All right.  So let me try to understand
25   this as best I can.  The collection of articles
```

1    that appeared in a book entitled "Teenage Brains:

2    Think Different?," did that first appear as a

3    collection of articles in a special issue of the

4    journal Developmental Neuroscience?

5        A.   Correct.

6        Q.   And the journal, Developmental

7    Neuroscience, is that a peer review journal?

8        A.   Yes, it is.

9        Q.   And so those 19 articles would have been

10   peer reviewed, correct?

11       A.   Yes, they were.  Yes.

12       Q.   But you did not write anything that

13   appeared in this special issue of Developmental

14   Neuroscience under the title of "Teenage Brains:

15   Think Different?," correct?

16       A.   Yes, correct.

17       Q.   And so what you did write was an abstract

18   of the 19 articles that was published in connection

19   when the book as published; am I correct?

20       A.   Yes.  Yes, correct.

21       Q.   And what you wrote was not subject to peer

22   review, correct?

23       A.   Correct, that particular abstract was not.

24       Q.   All right.  Would it be safe to say that

25   you have not published any peer review article on

1   "Teenage Brains:  Think Different?" and the related

2   topics?

3       A.   It would not be correct to say that I did

4   not publish anything on related topics.  But it

5   would be correct to say that I did not publish a

6   peer-reviewed article in the book titled "Teenage

7   Brains:  Think Different?"

8       Q.   And have you published any peer-reviewed

9   article specifically on the development of the

10  teenage brain?

11      A.   I have published articles on brain

12  development that encompasses the period that I

13  would consider teenage brain, which is in our early

14  postnatal period after birth before maturity or

15  adulthood.

16      Q.   All right.  Would it be --

17      A.   The specific word may be not -- does not

18  appear in my publications.

19      Q.   The specific word "teenage"?

20      A.   "Teenage brain, think different," those --

21  that combination.

22      Q.   All right.  Have you published any

23  peer-reviewed articles that seek to distinguish

24  between the development of a teenage brain and an

25  adult brain?

1     A.   Yes.  I have published a number of

2  articles that look at the process of brain

3  development through -- you know, before birth,

4  after birth, until maturity or adulthood.

5     Q.   Do any -- and do any of those articles

6  involve your research into the different ages at

7  which different parts of the brain mature?

8     A.   Not in the human brain.  But in other

9  species, I have.

10    Q.   And what other species did you study in

11  that context?

12    A.   Mostly mouse brain development.

13    Q.   All right.  Now, you drew some articles

14  from the "Teenage Brain:  Think Different?"

15  collection to cite as literature in support of your

16  opinion, correct?

17    A.   Correct, yes.

18    Q.   And those are articles which are numbered

19  in your report number 1 and one of other, number

20  10 -- number 1 and number 10 were both in the

21  Teenage Brain collection of articles, am I correct?

22         MS. TEEGEN:  Can I -- can I ask you what

23     are you looking at?  Are you looking at his

24     opinion?  Are you looking at --

25         MR. SWEENEY:  Yes.  So I am looking at --

Page 51

```
 1       I'm looking at his opinion, page 18 -- I'm
 2       sorry -- 22, 24.  There's --
 3            MS. TEEGEN:  So you're --
 4            MR. SWEENEY:  -- here's 11 articles, and
 5       I'm asking him to confirm that the first article
 6       that he lists and the tenth article that he
 7       lists are taken from the Teenage Brain
 8       collection of articles.
 9            MS. TEEGEN:  All right.  Not to -- not to
10       ask a really obvious question, so this is an
11       exhibit to the deposition, his opinion, is that
12       what where we're -- is that where we're going?
13            MR. SWEENEY:  Okay.  So let's mark and
14       introduce Exhibit 4, which was sent around
15       previously, and it is -- starts with the page 1,
16       Background and Qualifications, and runs through
17       page 24, which is the carryover of cited
18       literature article 11 previously circulated.
19            Do you have that there?
20            MS. TEEGEN:  We do.
21            THE WITNESS:  Yep.
22  BY MR. SWEENEY:
23       Q.   So if I may focus your attention on pages
24  22 to 24 of Exhibit 4 and ask you to confirm for
25  me, if you would, that Literature Cited article
```

1    number 1 and number 10 are taken from the

2    collection of articles from Teenage Brain.

3         A.    Correct, yes.

4         Q.    And none of the others are?

5              MS. TEEGEN:  You're saying 1 and 10 of his

6         opinion or 1 and 10 of the articles in Teenage

7         Brain?

8    BY MR. SWEENEY:

9         Q.    The 1 and 10 of the articles listed on

10   pages 22, 23, and 24 of Exhibit Number 4, 1 and 10

11   are taken from the Teenage Brain collection of

12   articles?

13        A.    Yeah.  That's correct, yeah.  Yes.

14        Q.    And that you don't rely on any other

15   articles in your report that were included among

16   the 19 articles on the teenage brain, correct?

17        A.    That's not entirely correct.  Because I

18   cite that book in its -- as one of my sources, so I

19   may have drawn from more than one article in this

20   collection.  Because remember, I edited that book,

21   so I know the -- you know, more than just those two

22   articles.  But you are correct that in my list of

23   citations, I have cited two articles from there,

24   number 1 and 10.

25        Q.    So tell me in regard to your role of

1    editing of the articles that appeared in Teenage

2    Brain, did you read each and every argument --

3    article and draft?

4        A.   Yes, I did.

5        Q.   And did you provide comments to the

6    authors on each and every article and draft?

7        A.   So the way it works is each and every

8    article was sent to two to three reviewers who sent

9    their opinions to the editors.  We read those

10   reviews, communicated with the authors, asked them

11   to make changes.  And when the changes were made,

12   we looked at the revised article, made sure that it

13   conformed to the reviewers', you know, opinions as

14   much as possible.  So, yes, in that process, I

15   looked through the articles.

16       Q.   All right.  And did you focus on any

17   particular ones, or did you involve yourself in all

18   19 of them?

19       A.   Overall, all 19 of them.

20       Q.   And of those 19, you selected two of them,

21   number 1 and number 11 from the report, which is

22   Exhibit 4, to specifically mention?

23           MS. TEEGEN:  Objection.  I thought we were

24       talking about number 1 and number 10.

25           THE WITNESS:  10, yeah.

```
 1          MR. SWEENEY:  I'm sorry.  Did I say 2?
 2     Number 1 and number 2.  Thank you.
 3          THE WITNESS:  Number 10, yeah.
 4  BY MR. SWEENEY:
 5     Q.   Number 1 and number 10 were the two that
 6  you selected to specifically cite --
 7     A.   Yes.
 8     Q.   -- and rely upon, correct?
 9     A.   Right.
10     Q.   And you do have a reference of -- to the
11  book that your literature cited, number 6, "Teenage
12  Brains:  Think Different?"  I could only find one
13  specific note to item 6 in the text of Exhibit 4.
14  That's at the bottom of page 9, which says "As a
15  result, modern neuroscience has become conversant
16  with correlating the complexities of brain
17  structure with brain function not just in adults
18  but also in children and teenagers," correct?
19     A.   Correct, yes.
20     Q.   And does -- do you reference number 6, the
21  Teenage Brain book, anywhere else in your written
22  opinion?
23     A.   I have to check.  I don't know.  I'll -- I
24  don't remember.  I don't recall immediately.  I may
25  have, but I certainly have referenced it there in
```

1   that particular instance.

2       Q.   If it -- if it comes to mind or if you

3   find it, please let me know.

4       A.   Okay.

5       Q.   It's the only one I could find.

6       A.   Yeah, it may well be the only one.

7           MR. SWEENEY:  You know, we've been going

8       about 40 -- 40 minutes.  Let's take a

9       five-minute break if that's all right?

10          THE WITNESS:  Okay.

11          MS. TEEGEN:  Time enough.  Yeah.  Thank

12      you.

13          THE WITNESS:  Thank you.

14          MR. SWEENEY:  Thank you.

15          (Recess from 11:27 a.m. to 11:34 a.m.)

16          MR. SWEENEY:  Let's go back on the record.

17  BY MR. SWEENEY:

18      Q.   You told me at the beginning of the

19  deposition, Doctor, that you had not previously

20  given deposition testimony, correct?

21      A.   Yes, that's correct.

22      Q.   And have you ever testified in court?

23      A.   In court?

24      Q.   Yes.

25      A.   Personal matters, but nothing about this

Page 56

1    issue.

2        Q.   All right.  What personal matters have you

3    testified in court about?

4        A.   I really don't want to talk about that at

5    this point.  They're really personal issues,

6    nothing to do with the deposition here.

7        Q.   Well, it may or may not, and so I'm going

8    to ask you to respond to my question.

9        A.   I am not comfortable talking about my

10   personal matters.

11       Q.   Well, I'm in no position to make a

12   judgment whether or not my clients are prejudiced

13   by not knowing what these matters are that you've

14   testified about in court or how it may bear upon

15   your credibility as an expert in this case.

16       A.   I can tell you --

17            MS. TEEGEN:  Objection.  Is there a

18       question; do you have a question for him?

19            MR. SWEENEY:  Yeah.

20   BY MR. SWEENEY:

21       Q.   My question is what matters have you

22   testified on in court.

23            MS. TEEGEN:  I think he's --

24       A.   I actual --

25            MS. TEEGEN:  -- asked -- objection, asked

1       and answered.

2       Q.   All right.

3       A.   I just want to make sure that -- maybe I

4    misspoke.  I did not -- when you say, "testify,"

5    I'm not an attorney, so I don't know what it meant

6    by -- like appear in court and speak to the judge?

7    Is that what the attorneys -- is that what it is?

8    Yeah, it is a personal matter.  It's nothing to do

9    with the subject of this deposition.

10             MR. SWEENEY:  Ms. Teegen, may we have some

11          information about what that matter is about

12          delivered and we can make a decision whether or

13          not we need to move to compel on this question?

14             MS. TEEGEN:  If we can take a five-minute

15          break or a two-minute break, I can ask him about

16          it.

17             MR. SWEENEY:  All right.  Let's do that.

18             MS. TEEGEN:  All right.

19             MR. SWEENEY:  Thank you.  We'll take a

20          two-minute break.  We're off the record.

21             MS. TEEGEN:  All right.

22             (Recess from 11:36 a.m. to 11:38 a.m.)

23             MR. SWEENEY:  All right.  Well, let's go

24          back on the record.

25

1   BY MR. SWEENEY:

2       Q.   Dr. Bhide, and I'm sensitive to any

3   personal matters, but I need to understand if it

4   could possibly relate to your credibility as a

5   witness in this case.  If you could give me some

6   details, as Ms. Teegen suggested off the record,

7   about the matter in which you previously testified,

8   I would be grateful.

9           MS. TEEGEN:  He needs a question.

10      Q.   All right.  The question is when have you

11  testified in court previously.

12      A.   So there was a landlord-tenant case 2016,

13  '17, that area, where, you know, that's the --

14  that's when I appeared or I had to appear in court.

15      Q.   Were you the landlord or the tenant?

16      A.   Landlord.

17      Q.   And other than the one time that you

18  appeared in court as the landlord and gave

19  testimony, have you had any other occasion to give

20  testimony in court?

21      A.   The same.  I appeared on multiple

22  occasions on the same case, but no other -- no

23  other case or no other unrelated -- appearance

24  unrelated to that case.

25      Q.   All right.  Was there any ruling by that

1    case with respect to the credibility of your

2    testimony?

3         A.    No.

4         Q.    Is this the first time you have ever been

5    asked to work as an expert in connection with a

6    matter that is being litigated in court?

7         A.    That is correct.

8         Q.    Now, have you ever consulted with lawyers

9    on any matter not involving litigation in court?

10            MS. TEEGEN:  Objection, form.

11        A.    We -- so I --

12        Q.    Let me rephrase the question.  Let me

13   rephrase the question.  Thank you.

14            Have you ever consulted as an expert --

15        A.    Oh.

16        Q.    -- with any lawyers not involving

17   litigation in court?

18        A.    No.  I -- I'm sorry.  Have -- no.  The

19   answer is no.  But I don't -- I just want to make

20   sure I understand.  I have not consulted with any

21   attorney as an expert in any case other than now.

22        Q.    Okay.  Have you ever been a consultant for

23   any government official or agency prior to this

24   case?

25        A.    The only time that the word "consultant"

```
 1    may appear is when I review grant applications for

 2    the National Institute of -- Institutes of Health.

 3    I do get a 1099.  I think that's technically I'm a

 4    consultant.  But beyond that, no.

 5         Q.   Has any government official or agency

 6    asked you for your expert assistance in developing

 7    policy, regulations, or law.

 8         A.   No.

 9         Q.   How did you get involved in this

10    particular case?

11         A.   I was contacted by Ms. Teegen about this

12    case.

13         Q.   And do you know how it is that she

14    contacted you?

15         A.   I mean --

16              MS. TEEGEN:  Objection, form.

17         A.   The means of communication was a telephone

18    call.

19         Q.   Fair enough.

20              Do you know why she reached out to you?

21         A.   No.  I can't speak for her.  I assume

22    because of -- yeah.

23         Q.   Do you know if anyone referred Ms. Teegen

24    to you?

25         A.   Anyone referred Ms. Teegen to me?  I don't
```

1    know that.

2         Q.   And how much are you charging Ms. Teegen

3    for working on this case?

4         A.   It's an hourly rate of $500 per hour.

5              MS. TEEGEN:  I'm going to clarify.  He's

6         not charging me.

7              THE WITNESS:  Oh, go ahead.

8              MR. SWEENEY:  Understood.

9    BY MR. SWEENEY:

10        Q.   You're charging the attorney general

11   office of the State of Florida, correct?

12        A.   Yes.  Yes, sir.

13        Q.   And how many hours have you worked on this

14   case so far?

15        A.   I have to guess.  I don't have it in front

16   of me.  10 or so maybe.  Actually, no.  Maybe

17   longer.  Maybe 20 hours, approximately.  I have to

18   check the specifics, but...

19        Q.   About how many hours did you spend

20   preparing your report?

21        A.   Well, everything was for preparation of

22   the report, meaning I had to, you know, consult the

23   literature, write the report.  So the entire time I

24   was really working on that report.

25        Q.   And how much time did you spend preparing

Page 62

1    for this deposition?

2         A.    Approximately four hours maybe.

3         Q.    And what exactly did you do after you were

4    contacted by Ms. Teegen and in preparation of your

5    report?

6         A.    I basically assembled information that I

7    either already knew or specifics that I had to

8    consult -- I had derived from publications and put

9    it together as a coherent, you know, coherent

10   report.

11        Q.    All right.  Did you conduct any online

12   research yourself?

13        A.    Only the scientific journals that I needed

14   to consult online.

15        Q.    Did you have the assistance of anyone in

16   doing that research?

17        A.    No.  I did that myself.

18        Q.    Did you have any assistance in preparing

19   your report at all?

20        A.    No.  I did the whole --

21        Q.    Did you have any --

22        A.    -- thing.

23        Q.    -- comments from the attorney general's

24   office?

25        A.    I'm sorry.  I just got cut off, just the

 1   last sentence.

 2        Q.   I'm sorry.  Did you have any assistance in

 3   preparing your report at all, excluding any input

 4   from the attorney general's office?

 5        A.   No, I did not have any other

 6   information -- any other assistance, no.

 7        Q.   Did you identify articles that you were

 8   previously familiar with in your research?

 9        A.   Some of them, yes, were -- I was already

10   familiar with.

11        Q.   And did you come across articles in your

12   research in preparing your report with which you

13   had not been previously familiar?

14        A.   I read quite a few articles.  Some of them

15   probably I was not familiar with, so, you know,

16   that's a possibility, yes.

17        Q.   If we could turn to Exhibit 4 in the

18   literature that you cite on pages 22 to 24 and, if

19   you could, identify to me those items that you were

20   not previously familiar with that your research in

21   connection with preparing your report brought to

22   your attention.

23        A.   So in the 11 articles I have cited, they

24   were familiar to me.  There were -- in the course

25   of my review of the literature, I came across

1   articles that I may not have seen before, but

2   they're not included here in the list.

3        Q.   Do you own any firearms, Doctor?

4        A.   No, I don't.

5        Q.   Have you ever?

6        A.   No.

7        Q.   Does anyone in your immediate family own

8   firearms?

9        A.   Not to my knowledge, no.

10       Q.   Have you had any training in firearms?

11       A.   No.

12       Q.   Do you know how to use a firearm?

13       A.   I have never used one, so I don't really

14   know.

15       Q.   Are you a member of the National Rifle

16   Association of America?

17       A.   No, I'm not.

18       Q.   Do you know anyone personally who is a

19   member?

20       A.   No, I don't.

21       Q.   Do you have any opinions about the

22   National Rifle Association of America?

23       A.   No, I don't have any opinion.

24       Q.   Who is Radford Fant?

25       A.   I'm sorry?

Page 65

1    Q.   Who is Radford Fant?

2    A.   I don't know who that is.

3    Q.   In addition to the 11 articles that you

4    list in your Exhibit 4 report, what other documents

5    did you review in preparing your report?

6    A.   The only documents that I may have read

7    are scientific journal articles on this topic that,

8    you know, I did not find the need to cite them or

9    they were not -- yeah, so other scientific articles

10   I may have read.

11   Q.   All right.  Did you retain any list of

12   those articles that you reviewed in conjunction

13   with your research and preparing your report but

14   did not cite in your report?

15   A.   No, I don't have a list.  They were -- so

16   in passing, I may have read them, something comes

17   up when you look at a reference, just to confirm

18   something else.  So in the end, these were the

19   important articles that were relevant.

20   Q.   Are there --

21   A.   The --

22   Q.   I'm sorry.  I cut you off.

23   A.   The ones that I have cited were the

24   important ones.

25   Q.   All right.  Did you read any articles that

 1   you didn't cite that come to different conclusions

 2   than appear in your report?

 3        A.   No, no.  There was nothing that I read

 4   that contradicted my opinion here.

 5        Q.   So is your opinion that the 11 articles

 6   that you have cited in your report fairly represent

 7   the consensus of neuroscience on these issues?

 8             MS. TEEGEN:  Objection, no foundation

 9        regarding neuroscience.

10             MR. SWEENEY:  I understand your objection.

11        I'm going to ask him to answer the question.

12             MS. TEEGEN:  You can answer.

13        A.   No, I don't really know.  I don't know.  I

14   don't -- I can't respond to that.

15   BY MR. SWEENEY:

16        Q.   All right.  Did -- your report addresses,

17   on page 3, Florida Statute 790.065, correct?

18        A.   Yes.

19        Q.   Have you read that statute?

20        A.   I have.

21        Q.   What do you understand it provides?

22        A.   Among other things, it provides that any

23   individual younger than 21 years should not

24   purchase a firearm.

25        Q.   Have you reviewed any of the legislative

```
 1    history behind Florida Statute 790.065?
 2         A.    Not in any great detail, no.
 3         Q.    Have you reviewed it at all?
 4         A.    I may have when I got the -- again,
 5    online, I may have followed some references within
 6    the statute that were hyperlinked, but I don't
 7    recall anything specifically.
 8         Q.    Did the Florida legislature, in its
 9    consideration of what became Florida Statute
10    790.065, rely upon any of the materials that are
11    listed on -- in your report, Exhibit 4, on pages 22
12    to 24?
13         A.    I have no knowledge of whether they did or
14    not.  But since this report is new, I don't --
15    again, I don't know.  I don't know what the
16    legislature did.
17         Q.    And did you contact anybody at the Florida
18    legislature in connection with your assignment to
19    prepare this report and provide an opinion?
20         A.    No.  No, I did not.
21         Q.    If I may draw your attention to the top of
22    page 4, and I'm just for sake of brevity, I'm not
23    going to read all of your report up here.  But just
24    focus you on the last sentence of the carryover
25    paragraph which says "In the opinion of this
```

1    expert, this mismatch underwrites differences in

2    the behaviors between an average 18-year-old and an

3    average 21-year-old and offers scientific

4    justification for Florida Statute 790.065."

5             Did I read that correctly?

6        A.   Yes.

7        Q.   All right.  And can you tell me what you

8    mean by that opinion?

9        A.   Yes.  So there's two or three points

10   there.  I already talked about the statute.  The

11   mismatch -- whenever I say, "this mismatch," what I

12   mean is there is a developmental mismatch in the

13   maturation of two major areas of the brain.  One is

14   the area that exerts cognitive control.  Another

15   one is the emotional area of the brain.  So they do

16   not mature at the same rate.  So if you compare an

17   18 -- average 18-year-old and average 21-year-old,

18   these two brain regions are at different stages of

19   development at 18 and 21, on average.

20            So basically why that is relevant is that

21   in an average 18-year-old, the area that exerts

22   cognitive control is somewhat -- it's weaker; the

23   control is weaker for these emotional and limbic

24   areas.  But by the time -- an average 21-year-old,

25   the cognitive areas are now able to exert

1    sufficient control over the subcortical areas.

2    That's what I meant.

3        Q.   Do you consider yourself to be an expert

4    to the relationship between brain development and

5    firearm purchase by 18- to 20-year-old adults?

6        A.   I would say I'm an expert in the

7    neuroscience of brain development.  I have no

8    expertise in firearms, per se.

9        Q.   All right.  Am I correct that you have no

10   expertise in firearm policy?

11       A.   Yes.  In terms of policy as a science,

12   yes, I do not.  I'm not an expert in policy.

13       Q.   You're not an expert in firearm

14   regulation?

15       A.   Correct.  I'm a neuroscientist, and that's

16   pretty much all I know.

17       Q.   And so you're not an expert in firearm

18   commerce either?

19       A.   Commerce?  Yeah, I'm not an expert in

20   that.

21       Q.   Do you know anything about background

22   checks for the purchase of firearms?

23       A.   Only what I know in general, you know,

24   background checks.  So I have never had -- the

25   answer is no.  I don't know specifically, no.

1    Q.   What is your general understanding of what

2    a background check is in the context of firearm

3    purchase?

4    A.   I assume it involves, number one, previous

5    criminal offenses or any kind of misuse of firearms

6    or anything that may raise concerns about whether

7    or not this individual should be able to purchase

8    the arm -- firearm.

9    Q.   Other than reading the statute involved in

10   this case, 790.065, did you do any research into

11   the age of possession or purchase of firearms in

12   other states around the country?

13   A.   No, I did not.

14   Q.   Are you an expert in criminology?

15   A.   No, I'm not.

16   Q.   Are you an expert in firearm violence and

17   crime?

18   A.   No.

19   Q.   Are you an expert on the prevalence of

20   firearm violence and crime among young teens, young

21   adults 18 to 21, and adults?

22   A.   No, I'm not.

23   Q.   Did you research any of those issues in

24   preparing for your report?

25   A.   No, I did not.  I mean, in the course of

1   my search, something may have shown up, but I did

2   not go into any detail.  That's not my area of

3   expertise.

4       Q.   Are you familiar with William English who

5   prepared a report for the plaintiffs in this case?

6       A.   No, I'm not.

7       Q.   Did you read his report?

8       A.   I don't believe so, no.

9       Q.   All right.  Are you familiar with Gary

10  Kleck who provided a report in this case for the

11  plaintiffs?

12      A.   I am not familiar with him, no.

13      Q.   All right.  Did you read his report in

14  this case?

15      A.   No, I have not.

16      Q.   Professor Kleck is an emeritus professor

17  of Criminology and Criminal Justice at Florida

18  State University.  Are you aware of that?

19      A.   I don't know him.  I have not come cross

20  him in any other way.  But I may have seen his name

21  somewhere, but nothing -- I don't really know

22  anything about him.

23      Q.   And you don't know anything about his

24  reputation?

25      A.   No.

1      Q.   And what is your understanding of an

2   emeritus professor at Florida State University;

3   what is that?

4      A.   In general, when someone retires -- a

5   professor retires, in some circumstances they can

6   maintain certain privileges if they have the

7   emeritus title.  That's my understanding.

8      Q.   When you were asked to undertake your

9   report in this case, what were you told about the

10   justification and rationale for Florida Statute

11   790.065?

12      A.   I was not told anything about

13   justification.  I was just told that this is the

14   statute as it exists, and is there a science --

15   neuroscience-based -- or is there a basis in

16   neuroscience that -- or would neuroscience support,

17   not support, or what is the view of neuroscience.

18   I'm terming -- I'm loosely defining it.  That's

19   what I knew.

20      Q.   Do you have any understanding of the

21   justification and rationale for Florida Statute

22   790.065 outside of the neuroscience research that

23   you conducted?

24      A.   I just -- you know, that's the

25   legislation.  I don't really feel able to comment

1    on it.

2        Q.    If I may redirect your attention to page 4

3    of Exhibit 4, your report in this case, you say

4    "Delaying gun purchase until 21 years of age can

5    offer the cognitive brain the, quote, 'extra,'

6    unquote, time needed to be able to exert adequate

7    control over emotional and impulsive behaviors,"

8    right?

9        A.    Yes.

10       Q.    Did I read that correctly?

11       A.    Yes, you did.

12       Q.    And can you tell me what you mean by that?

13       A.    Yes.  So this goes back to that mismatch

14   concept.  So if you compare an average 18-year-old,

15   an average 21-year-old, those intervening three,

16   four years have allowed sufficient time for the

17   cognitive brain, the cortex -- the frontal cortex

18   to be able to exert a control that is similar to

19   the older brains would on the subcortical

20   structures that regulate emotions impulsivity,

21   etcetera.

22           So what I meant by that is if you are to

23   compare the average 18-year-old and the

24   21-year-old, the 21-year-old brain would have had

25   that advantage of those years so that it is now

1   able to exert cognitive control over impulsive,

2   emotional actions.

3       Q.   Is it that younger adults cannot exercise

4   cognitive control over their emotional and

5   impulsive behaviors or that it takes them longer to

6   get them under control in a given situation than

7   with respect to an over-21 adult?

8       A.   No, it's not the way you phrased it.  What

9   I meant to say was, on average, a cognitive control

10  exercised by an 18-year-old is weaker or less

11  effective than the one exercised by an average

12  21-year-old.

13      Q.   Now, in terms of the use of a firearm by

14  an individual, how does the adequacy of control

15  over emotional and impulsive behaviors play out?

16      A.   So here is a -- that's an area that really

17  does not -- is not addressed in this opinion.

18  This -- the opinion is about purchase rather than

19  use.  So I think we get into an area that is a

20  little bit more -- a little bit outside of this

21  opinion as to use of the firearm, so I -- you know,

22  I would rather stay with what's here.

23      Q.   Well, let me ask you a question.  If

24  someone does not have a firearm, there would be no

25  concern about the adequacy of their control over

1   emotional and impulsive behaviors with that

2   firearm, correct?  They don't have it.

3       A.   Yes.  Specifically with that firearm, if

4   they don't have it, then that's a different

5   situation.

6       Q.   All right.  So --

7       A.   So just to clarify, it doesn't change what

8   the brain can or cannot do.  It's just that it

9   wouldn't apply to something that the person doesn't

10  have.

11      Q.   All right.  And do you know what the law

12  in Florida is with respect to possession and use of

13  firearms by young adults age 18 to 20?

14      A.   I don't really know the law, so...

15      Q.   Would it surprise you to learn that it is

16  legal for young adults age 18 to 20 to possess and

17  use firearms in Florida?

18      A.   I believe that's the case.  They can

19  obtain that in other ways than what is dealt with

20  in the statute, yes, I believe that's the case.

21      Q.   What is your understanding of the other

22  ways that young adults age 18 to 20 can obtain

23  firearms rather than purchase them commercially?

24      A.   My understanding is that if someone has

25  legally obtained a firearm, he or she may be able

1    to give it to somebody else who may be 18 to 21.

2        Q.   And that would be true with respect to

3    another 18- to 20-year-old adult who lawfully

4    possesses a firearm and can loan it or gift it to

5    another 18- to 20-year-old adult, correct?

6        A.   You know, I don't know the specifics of

7    the law, so I can say yes or no, but it will be --

8    I will be poorly informed on that topic.

9        Q.   If -- I don't know is always an acceptable

10   answer if you don't know.  I understand.

11       A.   Yes, sir.  I don't know, yeah.

12       Q.   So when someone purchases a firearm of any

13   kind in Florida, do they have to wait before they

14   can obtain possession of it in order to have a

15   background check?

16       A.   I don't know.

17       Q.   Do you think as a matter of policy it

18   would be a good idea one way or another to have

19   individuals wait before obtaining possession of

20   their firearms after purchase and before they

21   obtain possession while a background check has been

22   done?

23       A.   I really don't have an opinion on that

24   matter.

25       Q.   All right.  Now, back to your opinion,

1   which we just read on page 4, what is it about

2   delaying gun purchase in 12 -- 21 years of age that

3   is a good policy?

4       A.   Because by 21 years of age, on average,

5   the brain would have matured to exert a cognitive

6   control that we expect of an adult individual

7   whereas younger -- an average 18-year-old would not

8   have that cognitive control, so that actions that

9   we would term as impulsive, particularly under

10  emotional circumstances, are more likely to occur

11  in an average 18-year-old than average 21-year-old.

12      Q.   And as a neuroscience and based on your

13  opinion in this case, you think it is a good policy

14  to give 18- and 21-year-olds the right to use and

15  possess firearms but only deny them the right to

16  purchase?

17      A.   You're asking my personal opinion as a

18  neuroscientist.  I don't really know.  I mean, I

19  can't -- that's a very complex matter using a

20  firearm or ability to use a firearm, what the

21  consequences might be, so the short answer is I

22  don't know.

23      Q.   And why is it not an equally complex

24  matter on the consequences of the purchase of a

25  firearm by an 18- to 21-year-old adult?

1      A.   Because, well, first of all, that's what

2    the statute states, so I'm merely offering my

3    opinion about that particular legislation.

4           But the way I understand it is purchase is

5    one way of acquiring a firearm that can be used, so

6    this is basically discriminating between an -- or

7    differentiating between an 18-year-old and a

8    21-year-old for purchase of a firearm.  I mean, I

9    don't know if I answered the question, but yes.

10     Q.   Would your opinion be the same if the age

11   of purchase was 20 years instead of 21?

12     A.   That is a -- remember, we talked about the

13   variability in the population, so currently -- let

14   me go back.  The way -- so we are really talking

15   about average 18- and average 21-year-old, right?

16   So that's what the discussion is.  We're not really

17   talking about average 20-year-old and the

18   21-year-old.

19     Q.   Let me try to rephrase the question again

20   because I'm not sure I understood your answer,

21   Doctor, and it may have been the problem with my

22   question.

23          What would your opinion be if the statute

24   allowed purchase of firearms by individuals 20

25   years and older?

1      A.   Based on the neuroscience literature

2   reports available, it is possible to distinguish

3   between 18 to 21 and 21 and above.  I am not aware

4   of any scientific neuroscience reports that have

5   compared 20-year-old and 21-year-olds.  So, I mean,

6   if there -- I don't know.  So I can't answer that

7   question as to whether 20-year-old would be the

8   same as 21 or different.  But if we're talking

9   about groups of people, 18 to 20, 21 and above.

10      Q.   And would your answer be the same with

11   respect to a statute that permitted firearm

12   purchases by individuals 19 and older?

13      A.   Yes.  So 18 to 21 would be what I'm --

14   my -- yeah, correct; that's correct.

15      Q.   And what specific scientific literature

16   are you relying on for the 18-to-21 age group

17   distinction between 21 and over with respect to

18   firearms purchase?

19      A.   With respect to brain development, the

20   literature I've cited in that report talks about

21   those age groups, 18 to 21 and 21 and above.  On

22   the developmental mismatch, cognitive control,

23   emotional brain impulsivity, those are the

24   characteristics that I'm comparing, average

25   18-year-old and average 21-year-old.

1    Q.   And so one of them is the first article

2    that you cite, which is "Developmental Mismatch in

3    the Structural Brain Maturation During

4    Adolescence," correct?

5    A.   One of them, yes.

6         MR. SWEENEY:  And, Ms. Teegen, I had sent

7         these to you previously.

8    Q.   And I know that, Doctor, you have a copy

9    of that article with you.  Correct?

10   A.   Yes, I do.

11   Q.   What age groups were studied in this

12   particular article?

13   A.   Well, that was a very -- a wide range of

14   age groups were studied from 6 to about 30 years of

15   age, I believe, 33 -- no, 30 maybe.

16   Q.   All right.  And how many individuals age

17   18 to 20 were actually studied in this report?

18   A.   It's a range of ages of different

19   individuals, so I need to -- you know, I overlooked

20   that.  There is a calculation here.  But there is a

21   table, Table 2, refers to samples that they used.

22   And also you see Table 1 also has a summary.

23   Q.   So forgive me.  As I look at these tables,

24   and I'm obviously not a scientist, and I'm looking

25   at Table 1 and it says Age Groups, correct?

1      A.   Yes.

2      Q.   And so what it does is describing the age

3  groups that were studied in each of these kind of

4  sort of studies that are listed there correctly --

5  correct?

6      A.   Yes.

7      Q.   And then under Age Groups, it

8  distinguishes for each study the number of

9  individuals who are in the study and the age range

10 of those individuals as they were grouped for the

11 purpose of the study, correct?

12     A.   So just to clarify, that table refers to

13 previously published literature.  If you look at

14 under the title "Study," it lists the different

15 studies that they're talking about in each row.

16     Q.   So that wasn't what was involved in this

17 research at all?

18     A.   Say it again.

19     Q.   So Table 1 does not reflect the

20 individuals who were studied in the article

21 Developmental Mismatch that we're talking about?

22     A.   No.  So the table -- the information in

23 that table was part of the conclusion in addition

24 to the work that is reported in this report.  So

25 when I cite that report, I am citing the

1   conclusions that were made by that report.

2          And that's not the only one that I'm

3   basing my conclusion on.  If you look at -- let me

4   see the number here, pulling it [inaudible], which

5   is maybe number 18.

6          THE STENOGRAPHER:  I can't hear you.

7          THE WITNESS:  I'm sorry.  I'm just trying

8      to find the -- an --

9      A.   So my point is the paper we're talking

10  about right now is one paper.  But number 6 -- I'm

11  sorry, no -- number 9 is another one that also

12  deals with 18 to 21 and 21 and above.  So --

13     Q.   We will get to that.

14          Can we stay here?  Because I -- you had

15  drawn my attention to Table 1 and Table 2.  I'm

16  trying to understand Table 1 and Table 2.

17          Table 1 has groupings under Age Group of

18  different groups that were studied.  As I look at

19  them, none of them are precisely identifying a

20  group of 18-to-20-year-old young adults for study

21  as a group.  Am I correct in reading this table

22  that way?

23     A.   Yes, you are.

24     Q.   All right.  And then, again, I went to

25  Table 2, which you also pointed me to, and it says

1    "Age Range" by "Years" of the groups that were

2    studied, and, again, there are none of them that

3    are specifically in the age range of 18 to 20.

4            So, again, looking at the article which is

5    identified as number 1 in your report on the

6    Developmental Mismatch, I'm trying to identify what

7    was the sample age by age of the individuals

8    studied in this study.

9            MS. TEEGEN:  Objection, form.

10   Q.   Can you tell me the age range of the

11   individuals studied and point me in the article to

12   where that's found?

13   A.   So the age range is from approximately 7

14   years to 28 years.  Actually, that's -- it says 7

15   to 29.9.

16   Q.   All right.  And how many were in the age

17   range 18 to 20?

18   A.   So there's -- if you look at row number

19   30 -- sorry -- I mean, you know, if we have to go

20   through each of them, there are multiple -- there

21   were age ranges that varied from, you know, 11 to

22   24.  I don't know.  I don't know how many of them

23   fall within that specific age range, but it

24   spans -- these studies are done over a longer age

25   range than 18 to 21, if that's what you're asking

1  me, including 18 to 21.

2      Q.   And what I'm trying to find is where is

3  the data that isolates the 18-to-20-year-old group

4  in this study.

5      A.   It -- so if you look at Figure 1, it is a

6  general summary of the conclusions from this.  And

7  then if you read their individual graphs, for

8  example, I will tell you -- and I'm just looking at

9  Figure 3, there are multiple data points going all

10 the way from 6 to 26 -- 6 years to 26 years per

11 page -- and you can identify 18 to 21 in that

12 graph, and it is talking about maturation of the

13 different parts of the brain that we talked about.

14     Q.   So help me understand how Figure 3 allows

15 you to isolate the 18-to-20-year-old group and

16 distinguish them from the 21-and-over group.

17     A.   Just by following the horizontal axis

18 where there's age and you can find out 18, and then

19 it happens to have a 22 as a label, but, you know,

20 before 22 is 21.

21     Q.   Is there anything else in this article

22 that you rely on for the isolation of the 18- to

23 20-year-old in comparison to the 21 and older

24 groups?

25     A.   The entire article.  You need to read the

1  whole article to understand what the conclusions

2  are.  And because it covers a wide age range for

3  multiple brain areas, I believe it is a good source

4  to put this 18- to 21-year-old in the broader

5  concept -- context of brain development.

6      Q.   All right.  On page 157 of this study, the

7  first full paragraph starts with the sentence "At

8  an individual level, our results show wide

9  variation in the presence or absence of

10  developmental mismatch between structures."  Did I

11  read that correctly?

12      A.   Yes, you did.

13      Q.   All right.  And what does that mean to you

14  in interpreting this article as it supports your

15  opinion?

16      A.   It means exactly what we talked about at

17  the very beginning, which is variability in the

18  individual of any species, in any -- many

19  characteristics.

20      Q.   Am I correct that the article, fairly

21  read, reflects that this is a very complex area of

22  neurological development, this theoretical

23  mismatch?

24      A.   It's not any more complex than develop --

25  you know, a number of topics in developmental

1   neuroscience.  But yeah, I mean, yes, there is

2   individual variation in almost every

3   characteristic, particularly during development.

4   That is why we look at average for a particular

5   neurological age, and the variability is factored

6   into the conclusion by, you know, increasing the

7   samples, accounting for technical variability,

8   accounting for biological variability.  So the

9   variability is not unknown or a surprise or

10  unexpected.  That is an expected finding.

11      Q.   What causes this variability?

12      A.   Very difficult to know.  It could be

13  genetic factors, environmental factors.  You know,

14  biology is highly variable.

15      Q.   What causes the developmental mismatch

16  which is hypothesized in this article; what causes

17  it?

18      A.   It's natural occurrence.

19      Q.   What does that mean?

20      A.   That means you don't need any special

21  thing to make it happen.  We are born with that.

22  It's intrinsic to the individual or the species.

23      Q.   On the same page, 157, on the right-hand

24  column, immediately following the bracketed

25  footnote number 38, do you see the sentence that

1   starts "The physiological mechanisms..."?

2       A.   Uh-huh.  Yes, I do.

3       Q.   It says, "The physiological mechanisms

4   underline all these developmental changes are still

5   relatively poorly understood..."  Do you agree with

6   that statement?

7       A.   Yes.

8       Q.   And going on to the next sentence, it says

9   "Thus, in some individuals there may be a long

10  chronological gap separating the processes leading

11  to subcortical and cortical maturation, leading to

12  an extended developmental mismatch in maturation,

13  whilst other individuals, the process may better

14  align resulting in a diminished or completely

15  absent mismatch."  Did I read that correctly?

16      A.   Yes, you did.

17      Q.   And is that an important conclusion of

18  this study?

19      A.   It is -- this, I mean, it is not unusual

20  or unique to this study, but it is a statement that

21  is consistent with what we know about brain

22  development.

23      Q.   All right.  And that idea doesn't appear

24  anywhere in your report, correct?

25      A.   It is implicit because I'm talking about

Page 88

 1    average 18-year-old, average 21-year-old.  It does

 2    not exclude individual variability.  But because we

 3    don't really know enough about why it occurs, when

 4    it occurs, in whom does it occur, it is really

 5    not -- that's not something that we really know

 6    enough to make a statement about, other than the

 7    fact that it exists.

 8         Q.   Am I correct that MRA imaging studies all

 9    involve some amount of error?

10              MS. TEEGEN:  Objection.  Can you explain

11         what you're talking about?  Form.

12         Q.   You can answer the question, Doctor.

13              MS. TEEGEN:  I think you said, "MRA."  Is

14         that a thing?

15              MR. SWEENEY:  I said MRI.  If I misspoke, I

16         will correct myself.

17         A.   Well, I don't know when you mean by error.

18    There is no -- I mean, I don't know what you mean

19    by error in -- can you tell me what error means in

20    that context?

21    BY MR. SWEENEY:

22         Q.   So as a scientist who utilizes MRI data in

23    his research, you don't know what the concept of

24    error in the application of MRIs or in interpreting

25    their data is?

1      A.   No.  I said what do you mean by error?  I

2  know what error is.  There are many types of

3  errors.  So what exactly do you mean by error?

4      Q.   So --

5      A.   I mean, human error?

6      Q.   What do you mean by error as a

7  neuroscience interpreting MRI data?

8      A.   What I know is variability.  A person can

9  make an error.  Somebody can erroneously, you know,

10 log information in.  But in science, error is taken

11 into account when the report is written.  Naturally

12 occurring error, the machine may not be sensitive

13 enough or the paradigms may not be sensitive

14 enough.  So error is not something that is -- error

15 occurs everywhere.  So, I mean, error has a

16 specific connotation, which means that somebody did

17 something wrong.  Is that what you mean?

18       But you can talk about variability,

19 nonreproducibility, that type of thing, that's not

20 considered error.  It's just the way these

21 acquisition paradigms work.

22      Q.   If I could draw your attention to page 158

23 on the right-hand column under the heading

24 "Limitations."  Do you see one, two, three

25 sentences down, "Despite our best efforts to

1    include only high-quality scans, we cannot be

2    certain of the amount of error present in the

3    segmentation of the amygdala and --"

4        A.   Oh, yes.

5        Q.   "-- the --" you see that?

6        A.   Yes.  Yes, I do.

7        Q.   All right.

8        A.   Is that what it meant?

9        Q.   In the next sentence, it starts:  The NAcc

10   is a small structure, its developmental trajectory

11   may be disproportionately affected by error.

12           Do you see that?

13       A.   Yes, I do.

14           MS. TEEGEN:  Objection.

15       Q.   So what does the use of error in those two

16   sentences mean to you as a neuroscientist?

17       A.   Well, it means very specifically -- I

18   understand what that means.  So what they're saying

19   there is in these scans, a human often, not always,

20   but sometimes a human has to draw an outline of a

21   structure on the image on a computer monitor, let's

22   say, of different parts of the brain.  So when

23   you're dealing with smaller structures, just, you

24   know, manual drawing of an outline, two people may

25   view it differently.  That's what is meant.  That,

1   again, goes to variability, but that's what they

2   mean.

3       Q.   In your opinion, what does this report say

4   to support your report; why did you cite it?

5       A.   Because it is an excellent summary of not

6   only their own work but work from others.  It puts

7   this idea of mismatch in a -- in the context of

8   literature on that topic.

9       Q.   And you cite this report on page 13 of

10  your report in connection with a diagram of the

11  brain, correct?

12      A.   Yeah.

13      Q.   And you don't otherwise indicate in the

14  report that you are relying on it except on page 16

15  where, again, you have some models that appear,

16  correct?

17      A.   Correct, yes.

18      Q.   All right.  Does the report, which is

19  the -- what we can call the Mismatch report --

20      A.   Yeah.

21      Q.   -- attempt to correlate the mismatch that

22  they hypothesize between the development of certain

23  structures and behavior in adolescents?

24      A.   So the other -- so, again, it's a compound

25  question kind of.  So this paper alone did not

1    include directly -- oh, actually, the summary

2    tables did, but it did not directly include

3    specifically the behavior.  But there are others

4    that I cite, they talk about function.

5        Q.   Well, in this paper, they did look at the

6    correlation from behavior.  But if I draw your

7    attention to the conclusion, there are only two

8    sentence -- three sentences in the conclusion, the

9    last one of which is "We did not find a

10   relationship between individual patterns of brain

11   development and adolescent risk-taking or

12   sensation-seeking behaviors based on the smaller

13   subset of self-report data," correct?

14       A.   Correct, yes.

15       Q.   And so for the conclusion of this report

16   is where they looked at the correlation between the

17   so-called mismatch and behavior, they didn't find

18   one based on their research, correct?

19       A.   Based on -- that's correct.  But I just

20   wanted to make sure we understand.  "...based on a

21   smaller subset of self-report data."  So this paper

22   was not -- the main focus was not on behavior, but

23   they happened to have a subset of self-reported

24   data.  So I'm not relying on that -- on this

25   particular paper for correlating structural

1   development and behavioral development.  I have

2   another paper that I have cited for the

3   behavioral --

4        Q.   Where is that?  I'm sorry.  What paper is

5   that?

6        A.   That paper --

7        Q.   Is that number 9 that you indicated

8   earlier?

9        A.   Yes, I believe so.  Hold on.  Yes,

10  correct.

11        MR. SWEENEY:  All right.  Before we dive

12       into another subject, why don't we take a

13       five-minute break if that's all right.  If you'd

14       like, I'll -- let's go off the record.

15            (Luncheon recess from 12:37 p.m. to 1:44

16  p.m.)

17        MR. SWEENEY:  All right.  We're back on the

18       record.  I hope everybody had an opportunity to

19       get some sustenance, and I appreciate you coming

20       back promptly.

21            While we were off the record, we agreed

22       that the article we had just been discussing at

23       some length, the "Developmental Mismatch in

24       Structural Brain Maturation During Adolescence,"

25       which appears as the first cited literature in

```
1        support of Dr. Bhide's report on Exhibit 4 will
2        be marked as Exhibit 5.
3               (Plaintiffs' Exhibit 5 was marked for
4    identification.)
5               MR. SWEENEY:  And we were about to discuss
6        the ninth cited article, "When is an Adolescent
7        an Adult?  Assessing Cognitive Control in
8        Emotional and Nonemotional Contexts."  We will
9        mark that as Exhibit 6.
10              (Plaintiffs' Exhibit 6 was marked for
11   identification.)
12   BY MR. SWEENEY:
13       Q.   Now, if you would, at the risk of going
14   over some ground, you referred to this article just
15   before we closed for lunch.  What is it about this
16   article that you rely upon to support your
17   opinions, Doctor?  And I'm referring to Exhibit
18   Number 6.
19       A.   Yes.  So this article looked at -- so the
20   previous article we talked about was principally
21   structural development of the brain.  But in the
22   article we're talking about now, there is some data
23   on function or activity in different brain regions.
24   So this would be -- together they make a nice, you
25   know, correlation.
```

1    Q.   All right.  And we had talked about some

2    limitations in the study which is marked as Exhibit

3    5.  What about Exhibit 6 goes further and addresses

4    those limitations in your mind?  Because you

5    referred me to this in response to those questions.

6         MS. TEEGEN:  Objection, form.

7    A.   So let me just rephrase.  The reason I

8    referred to this article here is you had commented

9    that the previous article did not study or refer to

10   behavior.  So this article does.

11   Q.   Can you point out to me on Exhibit 7

12   exactly where it studies and draws conclusions

13   about behavior?

14        MS. TEEGEN:  Objection.  There is no

15        Exhibit 7 that I'm aware of.

16        MR. SWEENEY:  I'm sorry.

17   Q.   Exhibit 6.

18   A.   Yeah, you know, throughout the paper.  But

19   there is the section where they describe what they

20   call "Experimental Task."  And then there's

21   another -- we're talking about right now page 551

22   of that specific article, and to 552, this

23   Behavioral and Psychophysiological Data

24   Acquisition.  So this paper has data on behavioral

25   responses of individuals.

1     Q.   All right.  And did they find differences

2   in behavior between young adults and adults studied

3   in this article under all testing conditions?

4     A.   So I don't know what you mean by "all

5   testing conditions."  But they did find differences

6   between different age groups.

7     Q.   Well, I'm now talking about different

8   tests for the same age groups compared to other age

9   groups.  For instance, is there a test for state of

10  threat and a test for state of excitement, and are

11  those separate tests?

12    A.   You could call them separate tests.

13  They're usually in the same experimental paradigm.

14  They're exposed to positive, negative, and neutral

15  stimuli.  So, yes, I mean, you know, you can call

16  it a separate test, but you can also say same

17  paradigm, different stages or different -- yeah

18  different stimuli, same in --

19    Q.   So did the hypothesis of what was called

20  the Developmental Mismatch, when we were discussing

21  the last article, pan out with respect to both the

22  state of threat and state of excitement with

23  respect to young adults 18 to 20 versus adults 21

24  and over?

25    A.   So you're asking me -- I'm sorry.  I

1   don't -- so you're asking me if Developmental

2   Mismatch theory from the previous article was

3   substantiated in this article for both state of

4   excitement and the state of negative emotions; is

5   that the question?

6        Q.   Correct.  You asked it better than I could

7   have.

8        A.   Sure.  So this paper found that the

9   difference was much more pronounced when the

10  younger age group was in the negative state of

11  emotion -- negative emotional state.  When they

12  were in the neutral or a positive, I think they

13  used the word, yeah, "positive state," the

14  differences were less pronounced.

15           So that's, in fact, the whole idea of

16  emotional reactions to, you know, the cognitive

17  brain being able to exercise control on emotional

18  and impulsive behavior is what this is referring

19  to.

20       Q.   So would I be correct that the Exhibit 5

21  article posited that the emotional response of

22  young adults 18 to 20 would be different from

23  adults 21 and over, but that when that was broken

24  down and looked at as positive and negative

25  emotional responses, it was a different response

1    for the negative than for the positive emotional

2    response when comparing the 18-to-20-year-old

3    adult -- young adults with the adults 21 and over?

4           MS. TEEGEN:  Objection.  I think the --

5        that was a really convoluted question.

6           You can answer it if you can.

7    A.    Well, so the -- you know, the exhibit --

8    the earlier exhibit talked about a developmental

9    mismatch based on structure of the brain.  But what

10   this exhibit is doing is actually extending it to

11   another domain of experimentation which is

12   function, loosely defined.  So both -- so there is

13   a mismatch in structural development as well as

14   behavioral functional development, but you're

15   asking me to further subdivide that.

16   Q.    Is that your full response?

17   A.    Yes.  So far, yeah.

18   Q.    All right.  So if I may draw your

19   attention to page 555 of Exhibit 6, in the

20   left-hand column of the heading that says Main

21   Effects of Age for Each Emotional State."  Do you

22   see that?

23   A.    55 -- on 555, yes.  So we're looking at a

24   figure, right?

25   Q.    I'm looking at page 555, the text, which

Page 99

```
 1    says "Main Effects of Age for Each Emotional
 2    State," the left-hand -- lower left-hand column.
 3         A.   Yes, yes.  So page 554 in my copy.  But
 4    that's okay.
 5         Q.   I don't know how that happened.
 6              All right.  So under the heading "Main
 7    Effects of Age for Each Emotional State," it says
 8    "There was significant main effects of age group on
 9    performance..."  Is that the text that we're both
10    looking at?
11         A.   Yes, yes.
12              MS. TEEGEN:  Where are you guys looking?
13         I'm confused.  I see "Main Effects of Age for
14         Each Type of Emotional Cue."  Is that where
15         you're looking --
16         A.   That was for cue, correct, yes.
17              Is that correct?
18         Q.   You're looking -- you're looking at a --
19    are you looking at the -- no.  Go onto the next
20    page, which is page 555.  I'm not looking at 554.
21         A.   Okay.  Emotional state -- "Main Effects of
22    Age for Each Emotional State"?
23         Q.   Right.
24         A.   Is that part of it?
25         Q.   And this is the data that reflects what
```

Page 100

```
 1    you were talking about, about negative state of

 2    emotion versus positive state of emotion?

 3         A.   Yes, correct.

 4         Q.   All right.  And help me understand the

 5    data here.  It says --

 6              MS. TEEGEN:  Objection.  There's got to be

 7         a question.  You can't -- he can't -- he's not

 8         going to provide a narrative.

 9              MR. SWEENEY:  This will go a lot easier if

10         you'll let me get it out, and then if it's still

11         objectionable, you can make your objection.  Are

12         we agreed to that?

13    BY MR. SWEENEY:

14         Q.   It says "Post hoc t tests revealed that,

15    although young adults performed better than teens,

16    teens and young adults both showed diminished

17    performance relative to adults under the state of

18    threat..."  You see that?

19         A.   Hold on.  I just want to make sure I got

20    the specific -- I'm sorry.  You need to refer me

21    back to where we are.

22         Q.   Sure.  We're on page 555 of the article.

23         A.   Yes.

24         Q.   In the left-hand column.

25         A.   Yes.
```

1       Q.    At the bottom of the page.

2       A.    Yeah, yeah.

3       Q.    There is a bold heading that says "Main

4    Effects of Age for Each Emotional State."

5       A.    Correct.

6       Q.    All right.  And under that, the second

7    sentence starts "Post hoc t tests revealed..."

8       A.    Yeah.

9       Q.    All right.  "...revealed that, although

10   young adults performed better than teens, teens and

11   young adults both showed diminished performance

12   relative to adults under the state of threat..."

13          And that's what you were talking about

14   before when you mentioned negative emotional state

15   that was tested here, correct?

16      A.    Yes, correct.

17      Q.    All right.  And the p value that's given

18   for the teens versus adult -- well, let me back up.

19          What's a p value, Doctor?

20      A.    It's the probability that something may

21   occur by chance, so, you know, discounting chance.

22   The probability value.

23      Q.    And what p value would be necessary before

24   you would discount the occurrence by chance?

25      A.    Well, in most cases, it is 5 percent,

1    0.05.  Anything else than 0.05 is considered not

2    due to chance.  In some other cases say 0.01, but

3    usually 0.05.

4         Q.   So 0.01 would be normally considered

5    highly significant?

6         A.   I personally don't think there is

7    significant -- highly significant,

8    less significant, significant or not, it's just a

9    matter of what you choose to use.  It depends on

10   the type of test used.  There are other parameters

11   some people choose .01, others .05.  But if it is

12   less than 0.1, it would be significant.

13        Q.   All right.  So in comparing teens to

14   adults on the state of threat, the p value is .001,

15   correct?

16        A.   Correct, yes.

17        Q.   And that's a very low p value, correct?

18        A.   Yes.

19        Q.   And comparing young adults to adults in

20   the next line, the p value is .014, correct?

21        A.   In the next line?

22        Q.   Yes, immediately following what we just

23   read.

24        A.   .01, yes.  Correct, yeah.

25        Q.   All right.  And so the p value of .014,

```
1    meets your criteria of significance under a p value
2    of .05, correct?
3         A.   Yes.
4         Q.   But it's not as significant as a p value
5    of .001, correct?
6         A.   I mean, I just said before, people do
7    interpret that way.  But it's -- really, it's
8    significant or not significant rather than one
9    being more significant than the other.
10        Q.   So you --
11        A.   I'm just --
12        Q.   I'm sorry.  Finish your -- I cut you off.
13   I thought you were done.
14        A.   No, no.  So I'm just saying that you're
15   asking me the statistical test says something
16   occurring -- the chance of something occurring due
17   to pure chance.  If it is less than 5 percent, then
18   it's not due to pure chance.  You see?
19        Q.   So if something -- if something is
20   statistically less likely than 5 percent to occur,
21   it's not any less significant than something that's
22   less than 1 percent likely to occur?
23        A.   It's like saying, you know, did you pass
24   something or did you fail something.  So if there
25   is less than 5 -- .05, you passed the test that it
```

1    is not due to chance.

2         Q.    All right.

3         A.    If you pass more, you know, that is -- you

4    know, that may be, but it's not -- I don't see that

5    as being relevant to concluding something.

6         Q.    Okay.  So you don't distinguish between

7    the levels of p value; as long as it's 0.05 or

8    less, it's significant?

9         A.    Unless someone stated in their methodology

10   that the methods we used require us to have a p

11   value of 1 percent, then, you know, I can

12   understand that.

13        Q.    All right.  If we continue on, they lay

14   out the data for the state of excitement, and,

15   again, it would appear that "...teens and young

16   adults performance differed significantly under

17   state of excitement, teens versus adults p value of

18   .001."  Did I read that correctly?

19        A.    It just says "In contrast, only teens and

20   adults' performance was differed..."

21        Q.    Correct.  And then it goes on to say young

22   adults versus adults, the p value was .087,

23   correct?

24        A.    Yes, correct.

25        Q.    So that is not a statistically significant

Page 105

1    difference in the performance of young adults

2    versus adult in the state of excitement test,

3    correct?

4         A.   Correct, yes.

5         Q.   So at least based on this data, it does

6    not appear that all forms of emotional responses

7    are different in young adults 18 to 20 as a group

8    and adults over 21 as a group?

9         A.   Within the constraints of the tests used

10   here, defined here, you will see in Figure 1 where

11   they define what is excitement, what is negative,

12   what is neutral.  Within those parameters, yes,

13   that is correct.

14        Q.   In fact, if you looked at Figure 2 that's

15   on page 554, the excitement versus threat emotional

16   states, are the bar lines in the middle of the two

17   bar graphs reflecting age group responses?

18        A.   Reflecting?  Sorry.  Can you repeat that?

19        Q.   Are they reflecting age group responses,

20   the range of responses by age group?

21        A.   So there are two types of bars.  I just

22   want to be sure I understand.  The large bars and

23   there's these tiny little bars, the standard error

24   of the mean, so, yes.

25        Q.   All right.

1      A.    The large bars are correct.  You're

2   correct.

3      Q.    Now, if I may draw your attention to page

4   560 of Exhibit 6, the first full paragraph says

5   "The implications of our findings must be

6   considered within the limitations of the study."

7   Do you see that, Doctor?

8      A.    I'm sorry.  You need to tell me what page.

9      Q.    Page --

10     A.    What page are you on?

11     Q.    Page 5 --

12     A.    Yeah.  I got it, yes.  Yes.

13     Q.    560.  Left-hand column, first full

14  paragraph.

15     A.    Yes.

16     Q.    So the -- and it says "The implications of

17  our findings must be considered within the

18  limitations of the study."  Did I read that

19  correctly, Doctor?

20     A.    Yes, you did.

21     Q.    Okay.  And it says "First, behaviors were

22  measured within a controlled research setting."

23     A.    Yes.

24     Q.    And then it goes on to say "Although the

25  emotionally arousing conditions may be relevant to

1    emotional arousal in the real world, they were

2    limited to experimentally manipulated emotional

3    conditions that did not capture the complex

4    real-world situations in which individuals

5    typically make decisions."  Did I read that

6    correctly?

7         A.   Yes, you did.

8         Q.   Did you -- do you agree with that

9    conclusion from this article based on the data that

10   you reviewed?

11        A.   The -- I mean, correct.  Because that

12   is -- the statements that you just read reflect, I

13   believe, accurately the author's interpretation of

14   the limitations of their study, yes.

15        Q.   And they go on to say "Second, the sample,

16   although community based and representative of the

17   racial and ethnic distribution in Los Angeles and

18   New York City, was relatively small.  With 110

19   participants 13 to 25 years of age; replication of

20   these findings is warranted."

21             What does that mean, "replication of these

22   findings is warranted" when you see that in a

23   scholarly article like this in your field of study,

24   Doctor?

25        A.   Absolutely.  Every scientific finding,

Page 108

 1    regardless of the type of work it is, must be

 2    replicated.  That is the fundamental tenet of

 3    experimental neuroscience.  Even if the study that

 4    the authors made claimed to be perfect, everything

 5    you ever wanted to know about this is here, we

 6    still want that replicated.  Replication,

 7    reproducibility, is essential.  So I am actually

 8    very -- I think that's a important statement that

 9    they made.  Even if they hadn't made the statement,

10    one would want to see it replicated.

11        Q.   So what studies have you found that have

12    replicated the findings in this study?

13        A.   So these authors have since published

14    additional work.  I can't remember off the top of

15    my head right now.  This paper was published in

16    2016.  I believe there is a 2018 study where they

17    have not only -- or maybe it was not the same

18    authors, but somebody else using a slightly

19    different paradigm have found -- in fact, yeah, I

20    don't have that in front of me.  But this has been

21    replicated.  When I said, "replication," I don't

22    mean that it's exactly the same study, but

23    addressing the same idea, the same concept.

24        Q.   So why did you not include that later

25    study replicating this data in your report?

1        A.   Well, generally speaking, we try to,

2    generally speaking, cite the original work or a

3    review of the original work.  I might have.  I

4    could have cited the other one, and you would have

5    asked me the same question, then I would have

6    referred you back to the original study.  So, you

7    know, I could have.  In fact, actually, I don't --

8    I don't think I did.  Yes, I could have.

9        Q.   Other than that one study that may have

10   been done in 2018 by one or more of the authors of

11   the study that we've marked as Exhibit 6, are you

12   aware of any other studies that have replicated the

13   findings in Exhibit 6?

14       A.   I'm aware of a study using an animal model

15   that -- again, replicate, I don't mean exactly same

16   thing, but it did an independent study that

17   supported this concept, this idea.

18            And, by the way, there are medical

19   textbooks that allude to this idea of emotional

20   reaction to threatening stimuli, for example.  So I

21   am aware of other studies is short answer to your

22   question.

23       Q.   Are there textbooks that draw a

24   distinction between the emotional response to

25   stimuli of young adults aged 18 to 20 versus adults

Page 110

1  aged 21 and over?

2      A.   I do not recall if they specifically

3  bracket 18 to 21 and 21 or over.  But in the

4  context of brain development, inability of younger

5  individuals around age of 18 to discriminate

6  between threatening, neutral, versus positive cues,

7  as outlined here, is mentioned.

8      Q.   All right.  If we can continue down to the

9  beginning of the next paragraph.  The first

10  sentence says "Prior research examining

11  motivational and social influences on cognitive

12  capacities in young adults as a unique age group

13  has produced mixed results."

14          Do you agree with the author's conclusion

15  in that regard, Doctor, based on your own research

16  in this area?

17      A.   So, again, that's a pretty complex

18  sentence, listed ideas there.  So prior research,

19  some has shown findings in support of what is found

20  in this article; others have been inconclusive.  In

21  fact, that is the premise why this study was done

22  is to really address that question directly head-on

23  using these -- this technology.

24          You know, literally speaking, modern

25  technology, when you go back several decades, this

Page 111

1    type of imaging technology was not available, so

2    this paper -- this study was done to really examine

3    that issue directly.

4        Q.   You did not state anywhere in your report

5    words to the effect that "research in this area has

6    produced mixed results," correct?

7        A.   I don't recall.  I read the statement.

8    But I -- the background to my opinion went into how

9    modern neuroscience, with the advent of imaging

10   technology, has allowed us, scientists and others,

11   to address these issues much more directly, much

12   more -- I forget what wording I used, but the

13   intent or the -- what I described was they're in a

14   better position today to ask and answer these

15   questions than we were a few decades ago.

16       Q.   Well, immediately following their

17   conclusion about the mixed results, they cite a

18   number of articles, correct?  One 2011, one 2014,

19   one 2015, one 2009?

20       A.   Correct.

21       Q.   Isn't that modern neuroscience data that's

22   reflected in those studies?

23       A.   Well, it is, virtually speaking, certainly

24   modern.  But this is not designed, their studies,

25   to ask this specific question.  So there are two

```
1    issues here.  One is if you go way back, then the
2    technology was not modern.  But even with modern
3    technology, people, you know, ask different
4    questions that sometimes aren't very specific.
5           So my understanding of that sentence is
6    the authors are finding out what is novel about
7    this work, why was this work significant.  So
8    they're giving some background as to what the
9    previous studies had done in their opinion and
10   differentiating their own work here.
11        Q.   The authors -- two of the authors, at
12   least, are BJ Casey and L. Steinberg.  Are you
13   familiar with them?
14        A.   I'm familiar with BJ Casey --
15        Q.   And --
16        A.   -- her work.
17        Q.   Was she a coeditor with you on the Teenage
18   Brain project?
19        A.   Yes, she was.
20        Q.   If I could direct your attention to the
21   right-hand column where it says "Declaration of
22   Conflicting Interests"?
23        A.   Okay.  On -- yes, yes.  Let me just look
24   at -- yes, yeah.
25        Q.   So it says that BJ Casey and L. Steinberg
```

1   serve as paid consultants to the John D. and

2   Catherine T. MacArthur Foundation.  Am I reading

3   that correctly?

4        A.   Yes, you are.

5        Q.   Were you aware of -- is it Dr. Casey?

6        A.   Aware of Dr. Casey's relationship with the

7   MacArthur?

8        Q.   I'm sorry.  Is she a doctor?

9        A.   Yes, she is a doctor.

10       Q.   Right.  So were you aware of Dr. Casey's

11  relationship as a paid consultant to the John D.

12  and Catherine T. MacArthur Foundation when you

13  worked with her on the Teenage Brain articles?

14       A.   I do not believe specifically I was aware.

15  I was aware of it when I looked at this paper in

16  preparation of this report, because usually -- yes,

17  so that's the best answer.  I don't recall.  But

18  that -- yeah.

19       Q.   And in the next paragraph, it discusses

20  funding.  It says "Preparation of the article was

21  supported by a grant from the John D. and

22  Catherine T. MacArthur Foundation..."  You see

23  that?

24       A.   Yes, I do.

25       Q.   Did the MacArthur Foundation provide any

1 funding for any of the articles that appeared in

2 the Teenage Brain book that you coedited?

3  A. I have to look at each article.  I'm not

4 certain.  I can't answer that question.

5  Q. As a coeditor, did you make it your

6 business to review the potential conflicts of

7 interests of the contributing authors for the

8 articles?

9  A. Of course I do.  But there is, in addition

10 to me as editor, there is a publisher that reviews

11 that separately as well, but I do look -- you know,

12 I forget how many years ago it was, but I don't

13 recall each and every article right now.

14  Q. Have -- are you familiar with the

15 MacArthur Foundation?

16  A. Only by its reputation and its support of

17 science.

18  Q. So --

19  A. And I believe it's a nonprofit

20 organization.

21  Q. So are you aware that it's a member of the

22 Partnership for Safe and Peaceful Communities?

23  A. I was not aware of that.

24  Q. Do you know what that is?

25  A. I don't know what that is.

1    Q.   Well, if you went on MacArthur's website,

2    it would tell you that it's a coalition of

3    philanthropic organizations committed to reducing

4    gun violence.  Are you aware of that?

5    A.   I was not aware of that, no.

6    Q.   All right.  Do you think it's a conflict

7    of interest for the authors to take money from a

8    foundation committed to a particular viewpoint on

9    policy and not --

10   A.   Can I make --

11   Q.   -- disclose that viewpoint?

12   A.   Can I make a general comment?  I cannot

13   speak for those specific authors.  But in my field,

14   conflicts of interest are very, very important, and

15   they're managed at institutional level.  Nobody

16   directly gets money for their personal views

17   without declaring it to the institution.  And the

18   research money, if -- whether it is a National

19   Institutes of Health or whoever, whoever the

20   funding agency is, the institution that sees the

21   support requires declaration of potential

22   conflicts, whether perceived or real, and manages

23   that conflict.  So I'm assuming that this author --

24   this paper and the authors also underwent a

25   rigorous review of their conflict.

1      Q.   But they didn't disclose the gun violence

2   philosophy of their donor foundation, correct?

3      A.   It does not.  That statement does not

4   appear in this article; you're correct.

5      Q.   All right.

6      A.   But they may have disclosed it to the

7   institution.  I don't know.

8      Q.   Does that that give you any -- does that

9   give you any pause, as a scientist, in relying upon

10   this article in giving an opinion on gun policy?

11         MS. TEEGEN:  Objection, foundation.

12      A.   So that is the reason they declare their

13   conflict, correct.  So whoever -- if there is

14   concern, we make our own decisions.  For me,

15   personally, this does not raise significant concern

16   in the sense that the research reported here may

17   have been influenced by outside agencies or

18   individuals because the authors have followed --

19   the authors have followed the institutional regime

20   that was in place before a paper like this can be

21   published in a peer-reviewed journal.

22      Q.   All right.  But you relied on this, you

23   put it in your report, and you weren't aware of the

24   connection with the MacArthur Foundation and

25   MacArthur Foundation views on gun policy, correct?

1    A.   I was aware of the connection with the

2    MacArthur Foundation.  Now, I don't know everything

3    that the MacArthur Foundation does.  You point out

4    that there was a connection with potentially gun

5    policies.  But there may be other connections that

6    are the opposite.  I don't know.  So I was aware of

7    the declaration made in this paper.

8        Q.   All right.  And I just want to know were

9    you aware of their position on gun policy prior to

10   me bringing it to your attention.

11       MS. TEEGEN:  Objection, asked and answered

12       about three times.

13       MR. SWEENEY:  I didn't understand his last

14       answer then.  I'm asking a clarifying follow-up

15       question.

16       A.   Right.  So, no, I was not aware of any

17   connection between the foundation and gun policies.

18   Even after you say that, I don't know exactly what

19   the connection is.

20   BY MR. SWEENEY:

21       Q.   And you didn't do anything to investigate

22   any such connection, correct?

23       A.   Because I was not aware of it.

24       Q.   All right.  Returning to Exhibit 4 and

25   page 4 of your report, we had focused before on the

```
 1    third paragraph, "Delaying gun purchase until 21
 2    years of age can offer the cognitive brain the
 3    extra time needed to be able to exert adequate
 4    control over emotional and impulsive behaviors."
 5              Just focusing you on that, what was your
 6    opinion of the voting age; what is the voting age
 7    in Florida for state elections?
 8         A.   I believe it's 18.
 9         Q.   But if you raised to 21 based upon your
10    opinion in this paper and your research in the
11    neuroscience?
12         A.   Are you asking me -- I'm sorry.  I didn't
13    hear the question properly.
14         Q.   Is it your opinion that the voting age,
15    the minimum voting age in Florida state elections
16    should be raised from 18 to 21 based upon your
17    opinion in this case and your research?
18         A.   I do not have any opinion on voting age
19    based on my research.
20         Q.   Do you know what the age to enter into
21    contracts and incur debt is in the state of
22    Florida?
23         A.   I don't know specifically.  Probably 18 or
24    21.  I don't know.
25         Q.   If I told you it was 18, would it be your
```

Page 119

1  opinion it should be raised to 21 based upon your

2  opinions in this case and your research?

3      A.   No.  Because, again, my research really

4  does not address that issue, so I don't have an

5  opinion on contracts.

6      Q.   What is the age in Florida to get married

7  without parental consent?

8      A.   I believe it's 18.

9      Q.   And based on your opinion in this case and

10  your research, should that age be raised to 21?

11     A.   Again, the same answer.  I don't have any

12  opinion based on my research on that.

13     Q.   Do you know what the age in Florida is to

14  join the Florida National Guard or a state law

15  enforcement agency?

16     A.   I don't specifically, but I'm sure you're

17  going to tell me it's 18.

18     Q.   Actually, it's 19.

19     A.   Okay.

20     Q.   And if I told you it was 19, would it be

21  your opinion, based on your opinion in this case

22  and your research, that that age should be raised

23  to 21?

24     A.   No.  I don't have any opinion based on the

25  research we're talking about here on that issue.

1    Q.   Are there any differences in the research
2    that you reviewed based on gender that are relevant
3    to your opinion?
4    A.   No.  The research has examined male and
5    females most of the time, so it would apply to
6    both.  There may be differences, but the research
7    we're talking about right here does not
8    differentiate.
9    Q.   So in Exhibit 6 that we were discussing,
10   the sample of individuals that they looked at is
11   described on page 550, right-hand column under
12   "Participants."
13   A.   Yes.
14   Q.   And if you look down, they started with
15   110 individuals based upon usable scans, correct?
16   A.   Yes, that is correct.
17   Q.   And by usable scans, they had 147 when
18   they started, but they had to throw out tests from
19   37 of them, correct, because --
20   A.   Yes.
21   Q.   -- the scans were not, quote, unquote,
22   "usable"?
23   A.   Yes.
24   Q.   And is that common for research with MRI?
25   A.   Yes.  Because you need to sit or stand

1   still, particularly for a brain imaging.  People

2   tend to have slight shaking of the head.  It's just

3   very difficult to control.  So, in fact, I believe

4   they say there included 147 in the hope that they

5   would get enough that would qualify.

6        Q.   And even within the quote, unquote,

7   "usable scans" of the 110 individuals, there may

8   well be some less pronounced shaking of the head

9   and other reasons that might affect the data, but

10  it's within the parameters that are considered

11  usable in studies like this, correct, Doctor?

12       A.   Yes.  So -- correct.  So they -- before

13  looking at the data, before analyzing the data, so

14  that they're unbiased, they would have parameters

15  that would say if things fall within this

16  parameter, we will accept; if not, we will not.

17  Yes.

18       Q.   All right.  And if we scroll down to the

19  bottom of -- near the bottom of the paragraph, they

20  break down the 110 participants into 35 young

21  adults, 17 females and 18 males aged 18 to 21

22  years, correct?

23       A.   Yes.

24       Q.   And forgive me, I'm a layperson.  That

25  doesn't seem like a very large sample to me.  Is

 1    that typical for studies like this, Doctor?

 2        A.   Yes.  In fact, there -- I have seen

 3    studies with fewer samples.  Again, I mean, I don't

 4    want to -- yes, so this is a -- this is a

 5    reasonable sample for this type of a study.

 6        Q.   Do you have any estimate of how many young

 7    adults between the ages of 18 to 20 reside in

 8    Florida?

 9        A.   No, I do not.

10        Q.   And it's your opinion that the 35 young

11    adults studied in Exhibit 6 are representative of

12    the young adults in Florida?

13        A.   They are representative of young adults.

14    You can then draw boundaries and say young adults

15    in northern -- North America, United States.  You

16    can -- but the intent was to make the findings

17    applicable to, you know, the larger young adult

18    population.

19        Q.   Those individuals, were they screened for

20    any prior mental or physical conditions that might

21    affect the results?

22        A.   I have -- I need to -- I don't know where

23    that information is, but all studies of this nature

24    give participants a questionnaire based on which

25    exclusion criteria are then implemented, such as

1    replications, neuropsychiatric, illicits

2    [phonetic], etcetera.  So, I mean, I'm assuming, I

3    don't -- I haven't read that specifically here, but

4    knowing the reputation of these authors, I believe

5    that was done.  People with disorders or use of

6    medications or drugs, whatever, are excluded.

7        Q.   If you were designing a study like this

8    exactly, what would you do to screen those

9    individuals and exclude them; how would you go

10   about doing that?

11       A.   So first step is to have a self-report, a

12   questionnaire that will ask the participants these

13   questions, you know, have you ever suffered -- are

14   you under treatment for any of these disorders, do

15   you believe you have these disorders.  And then

16   another level would be to collect their urine

17   samples and test for presence of drugs.

18            Again, depends on the objective of the

19   study.  But there are a number of methods that are

20   used so that you don't unintentionally include

21   individuals that are not representative of the

22   normal population.

23       Q.   So on the next page, at the top of the

24   next page, page 551, there is a sentence near the

25   end of the carry -- in the middle of the carryover

Page 124

1    paragraph that says "Participants reported no use

2    of psychotropic medications or past diagnoses of or

3    treatment for psychiatric or neurological

4    disorders."  Did I read that correctly, Doctor?

5        A.    Yes, you did.

6        Q.    And is that the kind of self-report that

7    you mentioned you would start your screening with?

8        A.    Yes, correct.

9        Q.    Is there any mention in this article about

10   anything additional, other than the self-report,

11   that they did to screen out these potentially

12   confounding conditions?

13       A.    The only other relevant information is the

14   last sentence of that paragraph.  It says "The

15   institutional review board at each site approved

16   the study."

17            Not knowing what that school was, I can't

18   be specific.  But when you are proposed to conduct

19   a study, generally speaking, the institutional

20   review board will review all your criteria of

21   inclusion, exclusion, and at that time it is

22   possible that additional criteria were used.  But

23   I -- I'm just giving you that additional

24   information.  This sentence, that suggests there

25   may have been additional criteria.

Page 125

1    Q.   But you don't know if they did anything
2    other than collect a self-report from the
3    individuals to screen out those factors based on
4    this article, correct?
5    A.   I do believe there -- I believe there may
6    have been other criteria based on the last sentence
7    of that paragraph.  I don't know what they are.
8    Q.   What is it about that sentence that
9    indicates to you there were other criteria used?
10   A.   Because it appears that this entire study
11   was reviewed and approved by an institutional
12   review board.  And the -- one of the tasks of the
13   institutional review board is to make sure that the
14   samples were collected in the appropriate manner,
15   including, you know, a number of criteria.  So it
16   is possible there was -- there were some other
17   criteria that they -- it is not -- it's not
18   uncommon for these types of papers to have that
19   sentence rather than going into the details of
20   accepted criteria everywhere, so they sometimes
21   don't report often.
22        I agree with you.  Right now, as written,
23   they have specifics about self-report, but they do
24   not have details about any other criteria with the
25   exception of that one sentence.

1        MS. TEEGEN:  May I interject for just a

2    moment?  Just regarding timing, and I certainly

3    do not mean to be at all involved in timing, but

4    I've got another matter that I can move if you

5    think we're going to be at this for more than,

6    say, another 45 minutes.

7        MR. SWEENEY:  Let's do this, Elizabeth,

8    let's take a five-minute break, and we will come

9    back and I will let you know how much more I

10   have.

11       MS. TEEGEN:  Okay.  Great.  Thank you.  I

12   appreciate that, John.

13       MR. SWEENEY:  Thank you.

14       (Recess from 2:33 p.m. to 2:40 p.m.)

15       MR. SWEENEY:  We're back on the record.

16       And, Ms. Teegen, I can assure you I will

17   not be another 45 minutes.

18       MS. TEEGEN:  Okay.  That's good to know.

19   Thank you.

20       MR. SWEENEY:  Wherever you have in 45

21   minutes, you can -- you can keep it.

22       And thank you -- and thank you for your

23   time and thank you, Doctor, for your time.  I

24   just probably have a few more questions I will

25   address as promptly as I can.

1    BY MR. SWEENEY:

2        Q.   Doctor, are you involved with any

3    organizations that advocate the control of firearms

4    or regulation of firearms as a means of deterring

5    violence?

6        A.   I am not aware of any organization of that

7    nature with which I'm affiliated, no.

8        Q.   Do you have any opinions on the right to

9    keep and bear arms under the 2nd Amendment to the

10   United States Constitution?

11       A.   No, I don't have any opinion about it.

12       Q.   Has the behavior of young adults age 18 to

13   20 changed recently?

14       A.   I didn't --

15       Q.   Has the behavior of young adults 18 to 20

16   years of age changed recently?

17       A.   Changed recently?  I'm not aware of any

18   data that would suggest that specific statement.

19       Q.   All right.  So as far as you know,

20   whatever differences are being measured in the

21   articles that we've talked about and you talk about

22   in your report, you're not measuring a recent

23   phenomenon, correct?

24       A.   Correct.  But just a qualification.  We're

25   using methodologies that many of them are recent;

1  therefore, we may be picking up a lot of the

2  details that earlier methodologies may not have

3  picked up.  So that's the only caveat I would

4  mention.

5      Q.   So at the top of page 5, you refer to

6  observational evidence and common sense.  What are

7  you referring to there?

8      A.   General wisdom of everyone knows young

9  children are different from adults.  Young people

10  are different from older individuals.  We observe

11  this in our routine daily lives.  That's what I

12  meant.  Meaning that it is not an extraordinarily

13  difficult concept for most people to understand is

14  what I'm...

15      Q.   And these differences haven't changed in

16  hundreds of years, right?

17      A.   The general idea, correct, yes.  The

18  children are different from adults, that's -- yeah,

19  you're right.

20      Q.   And so the point of your opinion here is

21  that neuroimaging experiments with modern

22  neuroscience can give us a why to explain these

23  differences, correct?

24      A.   Correct.  They image -- yes, correct.

25      Q.   And I think you said in a prior paragraph

```
 1    "An astute observer of the natural world may
 2    intuitively and easily distinguish between the
 3    youthful exuberance of the young and the stoic
 4    decorum that comes with maturity and identify the
 5    rationale behind Florida Statute 790.065.  Other
 6    equally astute minds might not."  Did I read that
 7    correctly?
 8         A.   Yes.
 9         Q.   Does that mean that but for the
10    neuroscience that you rely on in your report,
11    reasonable minds could differ on whether or not
12    there is a rationale or justification to support
13    Florida Statute 790.065, correct?
14         A.   You added a qualifier there.  I just want
15    to make sure I -- so people may defer regardless
16    whether they have evidence or do not have evidence.
17    Some people may defer in the face of evidence
18    because they don't believe it.
19         So I was just referring to the fact that
20    they're going to find some who will, just based on
21    common sense, say, "Yes, it makes sense, I'm fine
22    with that."  And others may say, "Yes, but I need
23    neuroscience evidence."  And yet others may say,
24    "Even when I see the evidence, I still don't
25    agree."
```

1           So that, I was just saying that perhaps

2     there are some who when provided with the evidence

3     may find it easier to, you know, subscribe to this

4     idea.

5           Q.   So are there studies about how long, in

6     terms of minutes or hours of a day, adolescents --

7     and that's teenagers -- versus adults take to gain

8     control of their emotions in response to emotional

9     stimuli; is there a time delay for adolescents --

10    teenagers -- versus adults?

11          A.   I'm sorry.  I just want to make sure I

12    understand the question.  So you're saying that

13    adult -- adults may take certain period of time to

14    behave in a particular way, but adolescents may

15    take longer or shorter; is that the question?

16          Q.   Let me ask it in a different way.

17          A.   Sure.

18          Q.   In your mind, what is impulsive behavior?

19          A.   Impulsive behavior is behavior that occurs

20    without sufficient consideration for the long-term

21    consequences.  It is acting without thinking about

22    the consequences.

23          Q.   And are there studies that show how much

24    time elapses between the stimuli and the negative

25    behavior -- acting on impulse -- before the

1   opportunity for the cognitive mind to kick in and

2   restrain the negative behavior occurs?

3       A.   No.  I am not aware of any studies of that

4   nature.

5       Q.   Doctor, do you know how many young adults

6   age 18 to 20 in Florida live away from their birth

7   families?

8       A.   No, I do not know that.

9       Q.   Do you think they face a different set of

10  threats and stimuli when they live away from their

11  birth families than when they live in their family

12  homes?

13      A.   They might.  I haven't seen any specific

14  reports or data about that.  But they certainly

15  represent different environments or they could.

16      Q.   I'm sorry.  What was the last word?

17      A.   They could represent different

18  environments.

19      Q.   I draw your attention to page 21, the

20  conclusion of your report which we've marked as

21  Exhibit 4.  You say "Therefore, on average,

22  18-year-old individuals are more likely to engage

23  in behaviors that are impulsive, emotional, risky,

24  and that offer immediate or short-time reward

25  compared to 12-year-old individuals on average."

1   Correct?

2        A.   Yes.

3        Q.   Now, how does that opinion act as a

4   justification for Florida Statute 790.065?

5        A.   In my opinion, the -- what that says is by

6   keeping the age of ability to purchase a firearm to

7   21, the probability that an individual who has

8   higher propensity for these behaviors will be able

9   to purchase a firearm will be limited.

10       Q.   Even though they can obtain it from

11   another source?

12       A.   Yes.  I'm aware that they can, and I

13   was -- this addresses first, purchase of firearms,

14   so in that regard -- yes, you're right, they may be

15   able to get it from other sources.

16       Q.   And if they had to purchase it, they'd

17   have to wait three days before they could get the

18   firearm, and in the interim undergo a background

19   check, correct?

20       A.   I mean, I -- you mean -- are you talking

21   about 18-year-olds or 21-year-olds?

22       Q.   18-to-20-year-olds purchasing a firearm,

23   under Florida law before this statute was enacted,

24   would have to wait three days before taking

25   possession of the firearm that they had just

1    purchased.

2        A.   Right.  If that's the case, I -- yeah, it

3    may be that's the case, yeah.

4        Q.   And in those three days, whatever their

5    impulsive and short-time reward emotional response

6    has plenty of time to cool, correct?

7        A.   So time to cool, is that sufficient, is

8    that plenty, is that long enough, that's a

9    different question.  So if you're asking me would

10   three days be enough for their brain to change and

11   become like an average 21-year-old, unlikely.

12       Q.   All right.  And you told me previously you

13   knew of no research in that area.  So what is the

14   basis of your opinion?

15       A.   In what area?

16       Q.   In the area of how long it takes for the

17   emotional response of an adolescent versus an adult

18   take control from the rational cognitive function?

19       A.   That's exactly what I meant.  I don't know

20   if three days is enough is what I'm saying.

21   There's no data to suggest three days, three

22   months, three hours.  I don't know.

23            At the present time, all we know, based on

24   the science, is that, on average, there is a

25   difference between an 18-year-old and a

```
1    21-and-above, on average, and there is no --
2    nothing else is known about, other than time, other
3    than age, how those -- how one can change into
4    other.  I don't -- there's nothing that I'm aware
5    of that tells me three days would be enough or
6    three weeks.
7              MR. SWEENEY:  I have no further questions.
8         Thank you very much for your time, Doctor.
9              THE WITNESS:  Thank you.
10             MS. TEEGEN:  Can you give me just five --
11        not even five minutes?  Two minutes?  Are you
12        guys still there?
13             THE WITNESS:  Can you hear us.
14             MR. SWEENEY:  Yes.
15             MS. TEEGEN:  Can you just give me a couple
16        minutes, John?  I'll be right back on.
17             MR. SWEENEY:  All right.  Just mute your
18        mics.
19             MS. TEEGEN:  Sorry.
20             MR. SWEENEY:  You need to mute.
21             THE WITNESS:  Oh, yeah.  Yeah, we'll mute.
22             MS. TEEGEN:  We'll step out.  But I don't
23        anticipate any questions.  Just let me talk --
24             MR. SWEENEY:  Oh, you -- yeah, you can step
25        out, whatever you want to do.  I just can hear
```

Page 135

```
 1      you.  You want me to walk away, I'll walk away.

 2           MS. TEEGEN:  Of course you can.  Thank you.

 3           MR. SWEENEY:  I just don't want to overhear

 4      you.

 5           (Recess from 2:55 p.m. to 2:57 p.m.)

 6           MS. TEEGEN:  Okay.  I don't have any

 7      questions for Dr. Bhide.

 8           MR. SWEENEY:  I assume you want him to read

 9      and sign.

10           MS. TEEGEN:  Yes.

11           THE STENOGRAPHER:  Mr. Sweeney, do you want

12      this transcribed?

13           MR. SWEENEY:  I do.  Mr. Peace's office

14      will be in touch with you on arrangements with

15      that.

16           THE STENOGRAPHER:  And do you want to order

17      a copy, Ms. Teegen?

18           MS. TEEGEN:  Yes.

19           THE STENOGRAPHER:  An E-Tran also?

20           MS. TEEGEN:  Yes, that's fine.

21           The Web Video Conference Deposition of

22      PRADEEP G. BHIDE, PhD was concluded at 2:57 p.m.

23

24

25
```

```
 1                   CERTIFICATE OF OATH
 2    STATE OF FLORIDA
 3    COUNTY OF LEON
 4
 5          I, Linda S. Blackburn, Registered
 6    Diplomate Reporter, Registered Merit Reporter,
 7    Certified Realtime Reporter, Certified Realtime
 8    Captioner, and Notary Public in and for the State
 9    of Florida at large, certify that the witness named
10    herein appeared before me, by remote audio-video
11    means, on August 7, 2020, produced a Florida
12    Driver's License as identification, and was duly
13    sworn.
14          WITNESS my hand and official seal this
15    August 21, 2020.
16
17
18
19
20
21    _____
22    LINDA S. BLACKBURN, RDR, RMR, CRR, CRC
23    NOTARY PUBLIC - STATE OF FLORIDA
24    MY COMMISSION NO.: GG 023957
25    EXPIRES: 11-03-20
```

Page 137

```
 1                    CERTIFICATE OF REPORTER

 2     STATE OF FLORIDA

 3     COUNTY OF POLK

 4

 5              I, Linda S. Blackburn, Registered

 6     Diplomate Reporter, Registered Merit Reporter,

 7     Certified Realtime Reporter, and Certified Realtime

 8     Captioner, do hereby certify that I was authorized

 9     to and did stenographically report the examination

10     of the witness named herein, that a review of the

11     transcript was requested, and that the foregoing

12     transcript is a true record of my stenographic

13     notes.

14              I FURTHER CERTIFY that I am not a

15     relative, employee, or attorney or counsel for any

16     of the parties, nor am I a relative of or employee

17     of any of the parties' attorney(s) or counsel

18     connected with the action, nor am I financially

19     interested in the outcome of this action.

20              DATED THIS August 21, 2020, at Lakeland,

21     Polk County, Florida.

22

23

24     _____

               LINDA S. BLACKBURN, RDR, RMR, CRR, CRC

25
```

Page 138

1              ERRATA SHEET
2     DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES BELOW
3   IN RE: NRA OF AMERICA v. RICK SWEARINGEN, FDLE
    CASE NO.: 4:18-cv-00137-MW-MAF
4   DATE: AUGUST 7, 2020
    DEPONENT: PRADEEP G. BHIDE, PhD

5

6   PAGE/LINE            CORRECTION      REASON
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22

        Under penalties of perjury, I declare that I
23  have read the foregoing document and that the facts
    stated in it are true.

24

    _____
25     DATE                    DEPONENT'S SIGNATURE

Page 139

```
 1              VERITEXT LEGAL SOLUTIONS
             One Biscayne Tower, Suite 2250
 2              2 South Biscayne Boulevard
                 Miami, Florida 33131
 3                   305-376-8800
 4   August 26, 2020
 5   ELIZABETH A. TEEGEN
     Office of Attorney General
 6   The Capitol PL-01
     Tallahassee, Florida 32399-1050
 7   elizabeth.teegen@myfloridalegal.com
 8   RE: NRA OF AMERICA v. RICK SWEARINGEN, FDLE
 9   Dear Ms. Teegen:
10   With reference to the deposition of PRADEEP G.
     BHIDE, PhD, taken on August 7, 2020 in connection
11   with the above-captioned case, please be advised
     that the transcript of the deposition has been
12   completed and is awaiting signature.
13   Please have your client read the transcript and
     complete the errata page.  Upon completion, please
14   send the signed errata to our office at Two South
     Biscayne Boulevard, Suite 2250, Miami, Florida,
15   33131, or e-mail it to litsup-fla@veritext.com.
16   If this is not taken care of, however, within the
     next 30 days, we shall conclude that the reading
17   and signing of the deposition has been waived and
     the original, which has already been forwarded to
18   the ordering attorney, may be filed with the Clerk
     of the Court without further notice.
19
     Sincerely,
20
21
     Production Department
22   Veritext Florida
23
24
25
```

**[& - 24]**                                                                 Page 140

**&**

**&**   3:9

**0**

**0.01**   102:2,4
**0.05**   102:1 104:7
**0.05.**   102:1,3
**0.1**   102:12
**001**   102:14 103:5
  104:18
**00137**   1:2 138:3
**01**   2:16 102:11,24
  139:6
**014**   102:20,25
**01:44**   1:16
**023957**   136:24
**02:57**   1:16
**05**   102:11 103:2,25
**087**   104:22

**1**

**1**   3:13 7:20,25 12:7
  50:19,20 51:15
  52:1,5,6,9,10,24
  53:21,24 54:2,5
  80:22,25 81:19
  82:15,16,17 83:5
  84:5 103:22 104:11
  105:10
**10**   10:23 43:5 50:20
  50:20 52:1,5,6,9,10
  52:24 53:24,25
  54:3,5 61:16
**100**   2:10
**1099**   60:3
**10:00**   35:19
**10:01**   1:15 5:2
**10:46**   38:1
**10:58**   38:1
**11**   51:4,18 53:21
  63:23 65:3 66:5
  83:21

**11-03-20**   136:25
**110**   107:18 120:15
  121:7,20
**11:27**   55:15
**11:34**   55:15
**11:36**   57:22
**11:38**   57:22
**12**   77:2 131:25
**12:37**   1:15 93:15
**13**   9:22 43:7,9 91:9
  107:19
**1350**   2:5
**136**   3:6
**137**   3:7
**138**   3:8
**139**   3:9
**13th**   8:21
**147**   120:17 121:4
**15**   16:25 17:5,7
  20:11
**157**   85:6 86:23
**158**   89:22
**16**   91:14
**1615**   2:5
**17**   58:13 121:21
**18**   3:20 19:20,22
  20:13 22:7,10,11
  24:3,19 25:5,10,12
  25:16 26:16,21
  27:3,5,8,12 28:4
  30:15 37:12 38:20
  39:10,17 45:25
  51:1 68:2,17,17,19
  68:21 69:5 70:21
  73:14,23 74:10
  75:13,16,22 76:1,3
  76:5 77:7,11,14,25
  78:7,15 79:3,9,13
  79:16,21,25 80:17
  82:5,12,20 83:3,17
  83:25 84:1,3,11,15

84:18,22 85:4 88:1
  96:23 97:22 98:2
  105:7 109:25 110:3
  110:5 118:8,16,23
  118:25 119:8,17
  121:21,21 122:7
  127:12,15 131:6,22
  132:21,22 133:25
**19**   43:5,8,9 47:3
  48:9,18 52:16
  53:18,19,20 79:12
  119:18,20
**1982**   39:16

**2**

**2**   3:14 8:9,12,19
  9:10,20 54:1,2
  80:21 82:15,16,25
  105:14 139:2
**20**   16:25 25:6,17
  26:16,21 28:4 44:1
  44:7 45:21,22
  61:17 69:5 75:13
  75:16,22 76:3,5
  78:11,17,24 79:5,7
  79:9 80:17 82:20
  83:3,17 84:3,15,23
  96:23 97:22 98:2
  105:7 109:25 122:7
  127:13,15 131:6
  132:22
**20-16**   5:11
**20-23**   5:12
**20036-5668**   2:6
**2006**   30:8
**2009**   111:19
**2011**   13:3 15:6,8
  111:18
**2014**   111:18
**2015**   111:19
**2016**   4:6 27:17
  58:12 108:16

**2018**   108:16 109:10
**2020**   1:15 8:21 9:22
  136:11,15 137:20
  138:4 139:4,10
**20891**   136:20
  137:23
**21**   16:7 19:20,22
  20:14 25:10 30:15
  36:12 43:24 44:7
  44:11 45:7,8,17,18
  66:23 68:3,17,19
  68:24 70:21 73:4
  73:15,24,24 74:7
  74:12 76:1 77:2,4
  77:11,14,25 78:8
  78:11,15,18 79:3,3
  79:5,8,9,13,16,17
  79:21,21,25 82:12
  82:12 83:25 84:1
  84:11,16,20,23
  85:4 88:1 96:23
  97:23 98:3 105:8
  110:1,3,3 118:1,9
  118:16,24 119:1,10
  119:23 121:21
  131:19 132:7,21
  133:11 134:1
  136:15 137:20
**22**   18:20 51:2,24
  52:10 63:18 67:11
  84:19,20
**2200**   2:10
**2250**   139:1,14
**23**   13:1 18:20 24:13
  24:19 27:3,13
  52:10
**24**   18:20 22:11 29:8
  29:15 51:2,17,24
  52:10 63:18 67:12
  83:22

**[25 - adolescent]**

**25**  36:11 107:19
**26**  84:10,10 139:4
**27**  29:8
**28**  83:14
**29.9.**  83:15
**292.719.8216**  2:6
**2:33**  126:14
**2:40**  126:14
**2:55**  135:5
**2:57**  135:5,22
**2nd**  127:9

**3**

**3**  3:16,19 9:15,19
 10:1,15 12:7 15:10
 15:11,12,18 20:25
 21:3,8 23:17 24:19
 25:16 29:8,14 37:4
 37:12 38:10,17
 66:17 84:9,14
**30**  80:14,15 83:19
 139:16
**305-376-8800**
 139:3
**32306**  7:18
**32311**  7:19
**32399-1050**  2:16
 139:6
**33**  80:15
**33131**  139:2,15
**33602-5809**  2:11
**34**  9:21
**35**  121:20 122:10
**3550**  7:19
**37**  120:19
**38**  3:19 86:25
**3a**  3:18 38:2,8,18

**4**

**4**  3:20 15:10,12
 18:15,19 21:4,9
 51:14,24 52:10

**53**:22 54:13 63:17
 65:4 67:11,22 73:2
 73:3 77:1 94:1
 117:24,25 131:21
**40**  55:8,8
**45**  126:6,17,20
**4:18**  1:2 138:3

**5**

**5**  3:21 94:2,3 95:3
 97:20 101:25
 103:17,20,25
 106:11 128:5
**5-13-20**  3:16,20
**500**  61:4
**55**  98:23
**550**  120:11
**551**  95:21 123:24
**552**  95:22
**554**  99:3,20 105:15
**555**  98:19,23,25
 99:20 100:22
**560**  106:4,13
**5:00**  32:17

**6**

**6**  3:4,5 4:6 54:11,13
 54:20 80:14 82:10
 84:10,10 94:9,10
 94:18 95:3,17
 98:19 106:4 109:11
 109:13 120:9
 122:11
**6-27-14**  3:21

**7**

**7**  1:15 3:13 22:7
 37:12 38:20 39:10
 83:13,14 95:11,15
 136:11 138:4
 139:10
**790.065**  66:17 67:1
 67:10 70:10 72:11

**72**:22 129:13 132:4
**790.065.**  68:4 129:5

**8**

**8**  3:15
**813.559.5500**  2:11
**850.414.3808**  2:17

**9**

**9**  3:17,19 10:14,19
 11:18 37:19 38:10
 54:14 82:11 93:7
**94**  3:25 4:11
**9:00**  32:18

**a**

**a.m.**  1:15 5:2 38:1,1
 55:15,15 57:22,22
**aberdeen**  12:17
**ability**  77:20 132:6
**able**  68:25 70:7
 72:25 73:6,18 74:1
 75:25 97:17 118:3
 132:8,15
**absence**  85:9
**absent**  87:15
**absolutely**  107:25
**abstract**  47:14
 48:17,23
**academy**  22:1
**accept**  121:16
**acceptable**  76:9
**accepted**  10:8
 125:20
**access**  37:7
**account**  19:13
 89:11
**accounted**  19:18
 20:7,21
**accounting**  86:7,8
**accredited**  14:4
**accrediting**  13:24
 14:2,5

**accurately**  107:13
**acknowledge**  5:6
**acquiring**  78:5
**acquisition**  89:21
 95:24
**act**  132:3
**acting**  130:21,25
**action**  137:18,19
**actions**  74:2 77:8
**active**  29:18
**activity**  24:11
 36:15 94:23
**actual**  14:11 56:24
**add**  38:7 44:22
**added**  129:14
**adding**  38:17
**addition**  65:3 81:23
 114:9
**additional**  108:14
 124:10,22,23,25
**address**  7:16,18
 110:22 111:11
 119:4 126:25
**addressed**  74:17
**addresses**  7:15
 31:23 66:16 95:3
 132:13
**addressing**  108:23
**adequacy**  74:14,25
**adequate**  73:6
 118:3
**adhd**  26:24 27:22
 28:3,4
**administering**  5:8
**administrative**
 5:11
**adolescence**  3:25
 43:17,19 80:4
 93:24
**adolescent**  4:8
 42:25 43:6 92:11

94:6 133:17
**adolescents** 44:2
  91:23 130:6,9,14
**adult** 4:8 16:11
  26:3 34:5 36:4,9
  44:7,20 45:1,5
  49:25 74:7 76:3,5
  77:6,25 94:7 98:3
  101:18 105:2
  122:17 130:13
  133:17
**adulthood** 28:12
  34:6 43:21 44:10
  49:15 50:4
**adults** 28:13 43:1,2
  44:3,21 54:17 69:5
  70:21,21 74:3
  75:13,16,22 82:20
  96:2,2,23,23 97:22
  97:23 98:3,3
  100:15,16,17
  101:10,11,12
  102:14,19,19
  104:16,17,20,22,22
  105:1,7,8 109:25
  109:25 110:12
  121:21 122:7,11,12
  122:13,14 127:12
  127:15 128:9,18
  130:7,10,13 131:5
**advance** 42:6
**advantage** 73:25
**advent** 111:9
**adverse** 40:15,16
**advised** 139:11
**advocate** 127:3
**affect** 40:11,18,21
  40:23 41:6,10,11
  41:15,17,19,22
  42:6 121:9 122:21

**affiliated** 127:7
**affirm** 6:3
**age** 15:21 16:6
  24:20 25:12 30:10
  30:17,20 34:2,5,12
  34:22,24,25 35:13
  35:17 36:1,11 39:2
  39:5 42:12,19,25
  43:5,17,21 44:10
  44:24 45:9,12,12
  45:15 70:11 73:4
  75:13,16,22 77:2,4
  78:10 79:16,21
  80:11,14,15,16,25
  81:2,7,9 82:17 83:1
  83:3,7,7,10,13,16
  83:21,23,24 84:18
  85:2 86:5 96:6,8,8
  97:10 98:21 99:1,7
  99:8,13,22 101:4
  105:17,19,20
  107:19 110:5,12
  118:2,6,6,14,15,18
  118:20 119:6,10,13
  119:22 127:12,16
  131:6 132:6 134:3
**aged** 44:1 109:25
  110:1 121:21
**agencies** 116:17
**agency** 13:24 14:2
  14:5 59:23 60:5
  115:20 119:15
**ages** 50:6 80:18
  122:7
**ago** 25:20 111:15
  114:12
**agree** 5:21,25 87:5
  107:8 110:14
  125:22 129:25
**agreed** 93:21
  100:12

**agreement** 5:16,17
  38:11,12
**agricultural** 12:16
**ahead** 10:18 20:22
  61:7
**al** 1:3
**align** 87:14
**allowed** 73:16
  78:24 111:10
**allows** 84:14
**allude** 109:19
**altogether** 47:3
**amended** 38:17
**amendment** 127:9
**america** 1:3 64:16
  64:22 122:15 138:3
  139:8
**amount** 88:9 90:2
**amygdala** 90:3
**analyzing** 121:13
**angeles** 107:17
**animal** 109:14
**answer** 7:3,10 26:4
  28:15,17 32:15
  35:2,5 36:19 59:19
  66:11,12 69:25
  76:10 77:21 78:20
  79:6,10 88:12 98:6
  109:21 111:14
  113:17 114:4
  117:14 119:11
**answered** 7:3 57:1
  78:9 117:11
**anticipate** 134:23
**anybody** 67:17
**anymore** 36:11
**aosc** 5:11,12
**apologize** 22:25
  45:22
**appear** 11:4 48:2
  49:18 57:6 58:14

60:1 66:2 87:23
  91:15 104:15 105:6
  116:4
**appearance** 58:23
**appearances** 2:1
**appeared** 48:1,13
  53:1 58:14,18,21
  114:1 136:10
**appearing** 2:2
**appears** 10:23,24
  29:8 93:25 125:10
**applicable** 122:17
**application** 88:24
**applications** 33:6
  60:1
**apply** 19:16 75:9
  120:5
**appointed** 14:15
  31:22
**appreciate** 93:19
  126:12
**appropriate** 125:14
**approved** 124:15
  125:11
**approximately**
  43:1 61:17 62:2
  83:13
**arant** 2:4,9
**area** 30:13 34:19
  58:13 68:14,15,21
  71:2 74:16,19
  85:21 110:16 111:5
  133:13,15,16
**areas** 36:8 68:13,24
  68:25 69:1 85:3
**argument** 53:2
**arm** 70:8
**arms** 127:9
**arose** 46:15
**arousal** 107:1

**arousing** 106:25
**arrangement** 5:10
5:14
**arrangements**
135:14
**article** 3:22 4:7
48:25 49:6,9 51:5,6
51:18,25 52:19
53:3,6,8,12 80:1,9
80:12 81:20 83:4
83:11 84:21,25
85:1,14,20 86:16
93:22 94:6,14,16
94:19,20,22 95:8,9
95:10,22 96:3,21
97:2,3,21 100:22
107:9,23 110:20
113:20 114:3,13
116:4,10 124:9
125:4
**articles** 47:7,25
48:3,9,18 49:11,23
50:2,5,13,18,21
51:4,8 52:2,6,9,12
52:15,16,22,23
53:1,15 63:7,11,14
63:23 64:1 65:3,7,9
65:12,19,25 66:5
111:18 113:13
114:1,8 127:21
**asked** 7:24 53:10
56:25,25 59:5 60:6
72:8 97:6 109:5
117:11
**asking** 13:4 27:6
51:5 77:17 83:25
96:25 97:1 98:15
103:15 117:14
118:12 133:9
**aspects** 28:10

**assembled** 62:6
**assessing** 4:9 94:7
**assignment** 67:18
**assistance** 60:6
62:15,18 63:2,6
**association** 1:3 4:6
46:15 64:16,22
**assume** 7:10 60:21
70:4 135:8
**assuming** 115:23
123:2
**assure** 126:16
**astute** 129:1,6
**attached** 3:11 4:4
9:20
**attained** 36:9
**attempt** 91:21
**attention** 29:7
37:11 51:23 63:22
67:21 73:2 82:15
89:22 92:7 98:19
106:3 112:20
117:10 131:19
**attorney** 2:15 5:23
35:16 57:5 59:21
61:10 62:23 63:4
137:15,17 139:5,18
**attorneys** 5:5 57:7
**audience** 25:25
26:6,11
**audio** 136:10
**august** 1:15 136:11
136:15 137:20
138:4 139:4,10
**author** 115:23
**author's** 107:13
110:14
**authoritative** 44:9
**authorized** 137:8
**authors** 46:25 53:6
53:10 108:4,13,18

109:10 112:6,11,11
114:7 115:7,13,24
116:18,19 123:4
**available** 37:9
44:14 47:18 79:2
111:1
**average** 19:15
20:11,13,13,19
68:2,3,17,17,19,21
68:24 73:14,15,23
74:9,11 77:4,7,11
77:11 78:15,15,17
79:24,25 86:4 88:1
88:1 131:21,25
133:11,24 134:1
**averages** 18:8
20:10
**awaiting** 139:12
**aware** 71:18 79:3
95:15 109:12,14,21
113:5,6,10,14,15
114:21,23 115:4,5
116:23 117:1,6,9
117:16,23 127:6,17
131:3 132:12 134:4
**axis** 84:17

**b**

**b** 2:9 3:10 4:3
**back** 10:4 12:7 30:7
37:20 39:4,7 55:16
57:24 73:13 76:25
78:14 93:17,20
100:21 101:18
109:6 110:25 112:1
126:9,15 134:16
**background** 12:12
51:16 69:21,24
70:2 76:15,21
111:8 112:8 132:18
**bangalore** 12:15

**bar** 105:16,17
**bars** 105:21,22,23
106:1
**based** 17:13,18
19:15 36:13 72:15
77:12 79:1 92:12
92:18,19,20 98:9
105:5 107:9,16
110:15 118:9,16,19
119:1,9,12,21,24
120:2,15 122:24
125:3,6 129:20
133:23
**basically** 62:6
68:20 78:6
**basing** 82:3
**basis** 38:15 72:15
133:14
**bear** 56:14 127:9
**beginning** 5:17
55:18 85:17 110:9
**begins** 44:10
**behave** 130:14
**behavior** 15:23,24
91:23 92:3,6,17,22
95:10,13 96:2
97:18 127:12,15
130:18,19,19,25
131:2
**behavioral** 93:1,3
95:23,24 98:14
**behaviors** 68:2
73:7 74:5,15 75:1
92:12 106:21 118:4
131:23 132:8
**believe** 14:13 18:19
30:8 45:17 46:6
47:3 71:8 75:18,20
80:15 85:3 93:9
107:13 108:16
113:14 114:19

118:8 119:8 121:3
123:4,15 125:5,5
129:18
**best** 35:5 47:25
89:25 113:17
**better** 87:13 97:6
100:15 101:10
111:14
**beyond** 60:4
**bhide** 1:13 3:4,15
3:17,20 6:10,17
8:20 58:2 135:7,22
138:4 139:10
**bhide's** 94:1
**biological** 17:8,13
86:8
**biology** 20:4 86:14
**biomedical** 8:7
14:23 28:21,24
31:19 32:7
**birth** 16:10 25:1
42:16 49:14 50:3,4
131:6,11
**biscayne** 139:1,2
139:14
**bit** 18:20 37:3
74:20,20
**bj** 112:12,14,25
**blackburn** 1:23 5:4
136:5,12 137:5,24
**blank** 10:22
**blunder** 34:18
**board** 32:1 46:21
124:15,20 125:12
125:13
**body** 13:24 14:2,5
34:1
**bold** 101:3
**book** 46:13,23,24
47:9,10,13,21,22
48:1,19 49:6 52:18

52:20 54:11,21
114:2
**books** 45:25 46:3
**born** 86:21
**boston** 21:24
**bottom** 22:10 54:14
101:1 121:19,19
**boulevard** 139:2,14
**boult** 2:4,9
**boundaries** 122:14
**bracket** 110:3
**bracketed** 86:24
**bradley** 2:4,9
**bradley.com** 2:7,12
**brain** 3:24 15:21,24
16:4,6,9,22 17:14
17:16,18,20,23
18:2,6,12,24 19:5,9
24:20,23 25:1,3,5
25:16,25 26:2,15
26:20 27:24 28:3,8
28:11 29:2 30:10
30:14,17,20,22
32:22 33:2,9,13,23
34:8,12,14,21,22
34:24,25 35:1,4,14
35:17,17,25 36:4,8
36:9,16 39:2,5,15
39:22,23 40:3,4,11
40:14,18,21,24
41:6,15,17,19,22
42:1,5,8 49:10,11
49:13,20,24,25
50:2,7,8,12,14,21
51:7 52:2,7,11,16
53:2 54:16,17,21
68:13,15,18 69:4,7
73:5,17,24 75:8
77:5 79:19,23 80:3
84:13 85:3,5 87:21
90:22 91:11 92:10

93:24 94:21,23
97:17 98:9 110:4
112:18 113:13
114:2 118:2 121:1
133:10
**brains** 16:15 46:4
47:11 48:1,14 49:1
49:7 54:12 73:19
**break** 7:1,4 12:4
37:16,21 55:9
57:15,15,20 93:13
121:20 126:8
**brevity** 67:22
**brief** 12:18
**briefly** 12:12 31:20
**bringing** 117:10
**broad** 26:1 30:12
**broader** 85:4
**broken** 97:23
**brought** 63:21
**business** 7:14,16
8:5 114:6

---

### c

**calculation** 80:20
**call** 7:17 9:1 42:18
60:18 91:19 95:20
96:12,15
**called** 3:3 6:10
21:22 46:18 92:17
96:19
**capacities** 110:12
**capacity** 1:7
**capitol** 2:16 139:6
**captioned** 139:11
**captioner** 1:25
136:8 137:8
**capture** 107:3
**care** 139:16
**carry** 123:25
**carryover** 51:17
67:24 123:25

**case** 1:2 5:24 10:12
39:11,20 56:15
58:5,12,22,23,24
59:1,21,24 60:10
60:12 61:3,14
70:10 71:5,10,14
72:9 73:3 75:18,20
77:13 118:17 119:2
119:9,21 133:2,3
138:3 139:11
**cases** 101:25 102:2
**casey** 112:12,14,25
113:5
**casey's** 113:6,10
**categories** 15:2
**category** 12:9
**catherine** 113:2,12
113:22
**causes** 86:11,15,16
**caveat** 128:3
**center** 32:21 33:2
33:12 34:7,21
36:16 37:1
**central** 25:2
**certain** 10:24 14:15
16:13 26:2 30:13
72:6 90:2 91:22
114:4 130:13
**certainly** 40:17
54:25 111:23 126:2
131:14
**certificate** 3:6,7
136:1 137:1
**certified** 1:24,25
14:1 136:7,7 137:7
137:7
**certify** 136:9 137:8
137:14
**chair** 14:11,20
**chance** 101:21,21
101:24 102:2

103:16,17,18 104:1
**change** 75:7 133:10
134:3
**changed** 36:7
127:13,16,17
128:15
**changes** 28:9 36:5
53:11,11 87:4
138:2
**chapters** 46:25
**characteristic** 17:2
86:3
**characteristics**
79:24 85:19
**charging** 61:2,6,10
**check** 29:12,20
54:23 61:18 70:2
76:15,21 132:19
**checks** 69:22,24
**child** 42:11
**childhood** 28:12
42:16
**children** 44:23
54:18 128:9,18
**choose** 102:9,11
**chronological**
87:10
**circulated** 51:18
**circumstances** 72:5
77:10
**citation** 20:18 38:9
**citations** 20:14
52:23
**cite** 44:8,16 50:15
52:18 54:6 63:18
65:8,14 66:1 80:2
81:25 91:4,9 92:4
109:2 111:17
**cited** 18:12,14 19:5
44:15 51:17,25
52:23 54:11 63:23

65:23 66:6 79:20
93:2,25 94:6 109:4
**citing** 81:25
**city** 107:18
**claimed** 108:4
**clarify** 61:5 75:7
81:12
**clarifying** 117:14
**clerk** 139:18
**client** 139:13
**clients** 56:12
**clinical** 13:18
**closed** 94:15
**coalition** 115:2
**coauthor** 47:6,8
**coedited** 114:2
**coeditor** 46:13
112:17 114:5
**cognitive** 4:9 68:14
68:22,25 73:5,17
74:1,4,9 77:5,8
79:22 94:7 97:16
110:11 118:2 131:1
133:18
**coherent** 62:9,9
**collaborate** 37:5
**collect** 123:16
125:2
**collected** 125:14
**collection** 47:25
48:3 50:15,21 51:8
52:2,11,20
**college** 7:17 8:8
12:14,20
**column** 86:24
89:23 98:20 99:2
100:24 106:13
112:21 120:11
**combination** 49:21
**come** 26:5 37:20
63:11 66:1 71:19

126:8
**comes** 55:2 65:16
129:4
**comfortable** 56:9
**coming** 13:2 30:6
93:19
**comment** 72:25
115:12
**commented** 95:8
**comments** 53:5
62:23
**commerce** 69:18,19
**commercially**
75:23
**commission** 136:24
**commissioner** 1:7
**committed** 115:3,8
**committee** 31:23
**common** 33:3
120:24 128:6
129:21
**communicated**
53:10
**communication**
33:23 60:17
**communities**
114:22
**community** 43:23
107:16
**compare** 19:24
68:16 73:14,23
**compared** 79:5
96:8 131:25
**comparing** 19:20
79:24 98:2 102:13
102:19
**comparison** 84:23
**compel** 57:13
**complete** 12:8
28:14,17 29:10
30:1,5 139:13

**completed** 139:12
**completely** 87:14
**completion** 139:13
**complex** 77:19,23
85:21,24 107:3
110:17
**complexities** 54:16
**component** 31:17
**compound** 91:24
**computer** 10:17
90:21
**concept** 73:14 85:5
88:23 108:23
109:17 128:13
**concern** 74:25
116:14,15
**concerns** 29:1 70:6
**conclude** 139:16
**concluded** 135:22
**concluding** 104:5
**conclusion** 19:11
19:13,15 20:1
81:23 82:3 86:6
87:17 92:7,8,15
107:9 110:14
111:17 131:20
**conclusions** 20:16
66:1 82:1 84:6 85:1
95:12
**conditions** 96:3,5
106:25 107:3
122:20 124:12
**conduct** 36:17
62:11 124:18
**conducted** 72:23
**conference** 1:12,16
1:22 2:2 5:2 135:21
**conferences** 22:14
24:6 27:10
**confirm** 51:5,24
65:17

conflict 115:6,23
  115:25 116:13
conflicting 112:22
conflicts 114:6
  115:14,22
conformed 53:13
confounding
  124:12
confused 99:13
conjunction 65:12
connected 137:18
connecticut 12:22
connection 48:18
  59:5 63:21 67:18
  91:10 116:24 117:1
  117:4,17,19,22
  139:10
connections 117:5
connotation 89:16
consensus 43:16,20
  43:22,25 44:5,9
  66:7
consent 5:13 119:7
consequences
  77:21,24 130:21,22
consider 49:13
  69:3
consideration 67:9
  130:20
considered 17:8
  43:18 89:20 102:1
  102:4 106:6,17
  121:10
consistent 43:6
  87:21
constitute 22:1
constitution 127:10
constraints 105:9
consult 61:22 62:8
  62:14

consultant 59:22
  59:25 60:4 113:11
consultants 113:1
consulted 59:8,14
  59:20
contact 67:17
contacted 60:11,14
  62:4
contained 12:9
  46:24
contains 38:8
context 27:25
  50:11 70:2 85:5
  88:20 91:7 110:4
contexts 4:11 94:8
continuation 3:18
continue 20:25
  104:13 110:8
continuing 21:22
  22:2
contractions 33:25
contracts 29:9,9,25
  30:1 118:21 119:5
contradicted 66:4
contrast 104:19
contribute 47:15
contributing 114:7
control 4:9 68:14
  68:22,23 69:1 73:7
  73:18 74:1,4,6,9,14
  74:25 77:6,8 79:22
  94:7 97:17 118:4
  121:3 127:3 130:8
  133:18
controlled 106:22
conversant 54:15
convoluted 98:5
cool 133:6,7
copy 8:19 10:5,25
  11:8,12 22:25 23:1
  37:19 80:8 99:3

135:17
correct 9:10,11
  10:6,9 13:9,10,11
  13:13,14,15,15,18
  14:23,24 15:6,7,17
  15:18,19,22 17:15
  18:7,13 19:6,7
  20:11,12 21:5,6
  22:6 24:10 30:4
  31:8,10,11,14,14
  33:17 35:13 36:2
  40:5,8,9,18,19,21
  41:5 42:2 46:1,5,7
  46:10 47:1,2,4,4
  48:5,10,15,16,19
  48:20,22,23 49:3,5
  50:16,17,21 52:3
  52:13,16,17,22
  54:8,18,19 55:20
  55:21 59:7 61:11
  66:17 69:9,15 75:2
  76:5 79:14,14 80:4
  80:9,25 81:5,11
  82:21 85:20 87:24
  88:8,16 91:11,16
  91:17 92:13,14,18
  92:19 93:10 97:6
  97:20 99:16,17
  100:3 101:5,15,16
  102:15,16,17,20,24
  103:2,5 104:21,23
  104:24 105:3,4,13
  106:1,2 107:11
  111:6,18,20 116:2
  116:4,13,25 117:22
  120:15,16,19
  121:11,12,22 124:8
  125:4 127:23,24
  128:17,23,24,24
  129:13 132:1,19
  133:6

correction 138:6
correctly 9:12
  21:14 68:5 73:10
  81:4 85:11 87:15
  104:18 106:19
  107:6 113:3 124:4
  129:7
correlate 91:21
correlating 54:16
  92:25
correlation 92:6,16
  94:25
cortex 73:17,17
cortical 87:11
counsel 2:3,14 5:13
  137:15,17
count 25:13 47:4
countless 40:12
country 70:12
county 136:3 137:3
  137:21
couple 10:7 134:15
course 15:16 21:24
  22:5 25:23 40:14
  63:24 70:25 114:9
  135:2
courses 15:11,13
  15:16,20 16:6 21:3
  21:7,11,15,20 31:7
court 1:1 5:4,11
  7:25 55:22,23 56:3
  56:14,22 57:6
  58:11,14,18,20
  59:6,9,17 139:18
cover 28:11
covered 28:22
covers 41:24 85:2
crc 136:22 137:24
credibility 56:15
  58:4 59:1

crime 70:17,20
criminal 70:5 71:17
criminology 70:14
  71:17
criteria 103:1
  122:25 124:20,22
  124:25 125:6,9,15
  125:17,20,24
criterion 43:12
cross 71:19
crr 136:22 137:24
ct 36:18
cue 99:14,16
cues 110:6
cummings 2:4,9
current 7:14 10:5
currently 78:13
curriculum 3:16
cut 11:6 40:25
  62:25 65:22 103:12
cutoff 45:12
cv 1:2 23:13,14
  27:2,11 138:3

**d**

d 3:1 4:1 113:1,11
  113:21
daily 128:11
data 17:17 18:3
  84:3,9 88:22,25
  89:7 92:13,21,24
  94:22 95:23,24
  99:25 100:5 104:14
  105:5 107:9 108:25
  111:21 121:9,13,13
  127:18 131:14
  133:21
date 1:15 138:4,25
dated 137:20
day 130:6
days 132:17,24
  133:4,10,20,21

134:5 139:16
dc 2:6
dealing 24:23
  90:23
deals 82:12
dealt 25:5,10,10
  26:24 75:19
dear 139:9
debt 118:21
decades 110:25
  111:15
decision 57:12
decisions 107:5
  116:14
declaration 112:21
  115:21 117:7
declare 116:12
  138:22
declaring 115:17
decorum 129:4
dedicated 32:8
defendant 1:9 2:14
defendant's 3:14
  8:19
defendants 5:24
defer 129:15,17
define 17:2 45:3
  105:11
defined 98:12
  105:10
defining 72:18
definition 42:17
  43:10 45:3,4,19
definitions 42:14
  43:11
degree 12:13 17:19
delay 130:9
delaying 73:4 77:2
  118:1
delivered 57:12

deny 77:15
department 1:8 8:6
  37:7 139:21
depending 16:22
  42:4
depends 17:1 102:9
  123:18
deponent 138:4
deponent's 138:25
deposed 8:1
deposition 1:12
  3:13 5:6 6:18 7:24
  51:11 55:19,20
  56:6 57:9 62:1
  135:21 139:10,11
  139:17
derived 62:8
describe 31:20
  32:25 35:6,9,11
  43:6 95:19
described 111:13
  120:11
describing 32:16
  81:2
description 3:12
  4:5 14:12
designation 14:9
designed 111:24
designing 123:7
despite 89:25
detail 67:2 71:2
details 58:6 125:19
  125:24 128:2
deterring 127:4
develop 16:15
  85:24
developing 60:6
development 15:25
  16:4,10 17:13,20
  18:2,6,12,23 19:6,9
  24:24,25 25:1,3,5

25:11,11,16 26:1,2
  26:16,21 27:25
  28:4,8,8,11 29:2,3
  30:23 35:4 39:15
  39:23 40:3,4,11,15
  40:18,21,24 41:7
  41:15,17,19,22
  42:2,7 49:9,12,24
  50:3,12 68:19 69:4
  69:7 79:19 85:5,22
  86:3 87:22 91:22
  92:11 93:1,1 94:21
  98:13,14 110:4
developmental
  3:21,23 14:21
  24:22 28:25 34:13
  46:19 48:4,6,13
  68:12 79:22 80:2
  81:21 83:6 85:10
  85:25 86:15 87:4
  87:12 90:10 93:23
  96:20 97:1 98:8
diagnoses 124:2
diagram 91:10
differ 129:11
differed 104:16,20
difference 97:9
  105:1 133:25
differences 68:1
  96:1,5 97:14 120:1
  120:6 127:20
  128:15,23
different 13:7 28:9
  32:19 34:3 42:13
  42:14 43:15 46:4
  46:25 48:2,15 49:1
  49:7,20 50:6,7,14
  54:12 66:1 68:18
  75:4 79:8 80:18
  81:14 82:18 84:13
  90:22 94:23 96:6,7

96:17,17,18 97:22
97:25 105:7 108:19
112:3 128:9,10,18
130:16 131:9,15,17
133:9
**differentiate** 120:8
**differentiating**
78:7 112:10
**differently** 90:25
**difficult** 16:21
86:12 121:3 128:13
**diminish** 13:6
**diminished** 87:14
100:16 101:11
**diplomate** 1:23
136:6 137:6
**direct** 3:5 6:13 29:7
37:11 112:20
**directed** 16:3
**directly** 92:1,2
110:22 111:3,11
115:16
**director** 32:21
33:12
**disciplines** 13:8
**disclose** 115:11
116:1
**disclosed** 116:6
**disclosure** 3:14
8:20,23
**discount** 101:24
**discounting** 101:21
**discriminate** 110:5
**discriminating**
78:6
**discuss** 27:24 94:5
**discussed** 25:16
26:1
**discusses** 113:19
**discussing** 16:23
33:6,6 93:22 96:20

120:9
**discussion** 25:25
31:12 78:16
**disorder** 33:23
**disorders** 28:10
123:5,14,15 124:4
**disproportionately**
90:11
**distinction** 79:17
109:24
**distinguish** 49:23
79:2 84:16 104:6
129:2
**distinguishes** 81:8
**distribution** 107:17
**district** 1:1,1
**dive** 93:11
**diversity** 39:18
**doctor** 6:2 8:24 9:2
9:5,6,9,23 13:9
17:5 55:19 64:3
78:21 80:8 88:12
94:17 101:19 106:7
106:19 107:24
110:15 113:8,9
121:11 122:1 124:4
126:23 127:2 131:5
134:8
**document** 9:19,23
138:23
**documents** 65:4,6
**doing** 62:16 98:10
123:10
**domain** 98:11
**donor** 116:2
**downloaded** 47:17
**dr** 3:17,20 58:2
94:1 113:5,6,10
135:7
**draft** 53:3,6

**draw** 13:7 22:22
67:21 89:22 90:20
92:6 98:18 106:3
109:23 122:14
131:19
**drawing** 90:24
**drawn** 52:19 82:15
**draws** 95:12
**drew** 50:13
**driver's** 136:12
**drugs** 41:17 123:6
123:17
**due** 102:2 103:16
103:18 104:1
**duly** 6:11 136:12
**duties** 14:16,25
15:2 31:17 32:6
33:11
**dysfunctional**
33:24
**dystonia** 33:18,21
33:22

### e

**e** 3:1,10 4:1,3 11:22
23:18,20 135:19
139:15
**earlier** 93:8 98:8
128:2
**earliest** 40:2
**early** 16:10 25:11
28:12 34:4,4 49:13
**easier** 9:6,7 100:9
130:3
**easily** 129:2
**easy** 35:21
**eat** 40:13
**edited** 45:25 46:3
52:20
**editing** 53:1
**editor** 46:7 47:9,10
114:10

**editorial** 32:1
46:21
**editors** 46:16,20
53:9
**education** 21:23
22:2
**educational** 12:12
**effect** 40:14 42:1
111:5
**effective** 74:11
**effects** 39:17 40:15
98:21 99:1,7,8,13
99:21 101:4
**efforts** 89:25
**either** 7:8 10:10
24:1 31:10 62:7
69:18
**elapses** 130:24
**elections** 118:7,15
**eliot** 2:9
**elizabeth** 2:15 5:22
8:14 126:7 139:5
**elizabeth.teegen**
2:17 139:7
**embryonic** 24:25
25:11
**emeritus** 71:16
72:2,7
**eminent** 14:7,12,17
**emotion** 97:11
100:2,2
**emotional** 4:10
68:15,23 73:7 74:2
74:4,15 75:1 77:10
79:23 94:8 97:11
97:16,17,21,25
98:1,21 99:1,7,14
99:21,22 101:4,14
105:6,15 107:1,2
109:19,24 118:4
130:8 131:23 133:5

133:17
**emotionally** 106:25
**emotions** 73:20
97:4 130:8
**employee** 32:16
137:15,16
**enacted** 132:23
**encompasses** 49:12
**endowed** 14:10
**ends** 10:20
**enforcement** 1:8
119:15
**engage** 131:22
**english** 71:4
**enrichment** 40:1
**enter** 118:20 138:2
**entire** 19:17 28:11
34:1 43:23 61:23
84:25 125:10
**entirely** 52:17
**entitled** 48:1
**environment** 40:23
41:4,9
**environmental**
29:2 39:17,25
86:13
**environments**
131:15,18
**epeace** 2:12
**equally** 77:23
129:6
**equipment** 37:1,9
**errata** 3:8 138:1
139:13,14
**erroneously** 89:9
**error** 88:9,17,19,19
88:24 89:1,2,3,5,6
89:9,10,12,14,14
89:15,20 90:2,11
90:15 105:23

**errors** 89:3
**esplanade** 7:19
**esquire** 2:4,9,15
**essential** 108:7
**established** 21:2
**estimate** 122:6
**et** 1:3
**etcetera** 73:21
123:2
**ethnic** 107:17
**event** 21:23 35:18
**everybody** 93:18
**evidence** 128:6
129:16,16,17,23,24
130:2
**exact** 17:9
**exactly** 25:19 62:3
85:16 89:3 95:12
108:22 109:15
117:18 123:8
133:19
**examination** 3:5
6:13 137:9
**examine** 111:2
**examined** 19:14
39:22 120:4
**examining** 110:10
**example** 19:1,3,21
84:8 109:20
**excellent** 91:5
**exception** 125:25
**excitement** 96:10
96:22 97:4 104:14
104:17 105:2,11,15
**exclude** 88:2 123:9
**excluded** 123:6
**excluding** 63:3
**exclusion** 122:25
124:21
**exclusively** 24:25

**exercise** 41:19 74:3
97:17
**exercised** 74:10,11
**exert** 68:25 73:6,18
74:1 77:5 118:3
**exerts** 68:14,21
**exhibit** 3:13,14,16
3:18,19,20,21 4:6
7:20,25 8:9,12,19
9:10,15,19,20,25
10:15 12:7 15:11
18:15,19 20:24
23:17 24:19 25:15
29:8,14 37:12 38:2
38:8,10,17,17
51:11,14,24 52:10
53:22 54:13 63:17
65:4 67:11 73:3
94:1,2,3,9,10,17
95:2,3,11,15,17
97:20 98:7,8,10,19
106:4 109:11,13
117:24 120:9
122:11 131:21
**exhibits** 8:13,18
**exists** 72:14 88:7
**expect** 77:6
**expected** 86:10
**experimental** 95:20
96:13 108:3
**experimentally**
107:2
**experimentation**
98:11
**experiments**
128:21
**expert** 3:14,20 8:20
56:15 59:5,14,21
60:6 68:1 69:3,6,12
69:13,17,19 70:14
70:16,19

**expertise** 69:8,10
71:3
**expires** 136:25
**explain** 33:20 37:3
88:10 128:22
**exposed** 96:14
**expression** 19:16
**extended** 5:12
87:12
**extending** 98:10
**extra** 73:5 118:3
**extraordinarily**
128:12
**exuberance** 129:3

**f**

**face** 129:17 131:9
**facilitate** 33:7
**facilitating** 33:14
**facility** 37:8
**fact** 88:7 97:15
105:14 108:19
109:7 110:21 121:3
122:2 129:19
**factor** 19:8 42:5
**factored** 86:5
**factors** 29:3 39:24
40:16,20 41:21,25
86:13,13 125:3
**facts** 138:23
**faculty** 33:8
**fail** 103:24
**fair** 35:6 60:19
**fairly** 66:6 85:20
**fall** 15:2 83:23
121:15
**familiar** 63:8,10,13
63:15,20,24 71:4,9
71:12 112:13,14
114:14
**families** 131:7,11

**family** 40:23 41:2,9 64:7 131:11

**fant** 64:24 65:1

**far** 20:23 30:7 45:4 61:14 98:17 127:19

**fdle** 138:3 139:8

**feature** 18:4

**fed** 39:18

**feel** 72:25

**feeling** 23:4

**fellow** 12:25

**fellowship** 12:21,23

**felt** 46:16

**females** 120:5 121:21

**fewer** 122:3

**field** 37:5,6 107:23 115:13

**figure** 18:9 84:5,9 84:14 98:24 105:10 105:14

**filed** 139:18

**financially** 137:18

**find** 12:2 17:25 25:18 26:13 37:18 54:12 55:3,5 65:8 82:8 84:2,18 92:9 92:17 96:1,5 129:20 130:3

**finding** 86:10 107:25 112:6

**findings** 19:12 106:5,17 107:20,22 108:12 109:13 110:19 122:16

**fine** 9:7 129:21 135:20

**finish** 103:12

**firearm** 31:1,4,9 34:9 38:24 64:12 66:24 69:5,10,13

69:17 70:2,8,16,20 74:13,21,24 75:2,3 75:25 76:4,12 77:20,20,25 78:5,8 79:11 132:6,9,18 132:22,25

**firearms** 64:3,8,10 69:8,22 70:5,11 75:13,17,23 76:20 77:15 78:24 79:18 127:3,4 132:13

**first** 6:11 12:4 18:25 39:16 48:2 51:5 59:4 78:1 80:1 85:7 93:25 106:4 106:13,21 110:9 123:11 132:13

**five** 37:21,25 55:9 57:14 93:13 126:8 134:10,11

**fla** 139:15

**florida** 1:1,7,17 2:11,16 5:10,23 7:16,18,19 8:7 9:13 13:2 61:11 66:17 67:1,8,9,17 68:4 71:17 72:2,10,21 75:12,17 76:13 118:7,15,22 119:6 119:13,14 122:8,12 129:5,13 131:6 132:4,23 136:2,9 136:11,23 137:2,21 139:2,6,14,22

**focus** 33:10,18 51:23 53:16 67:24 92:22

**focused** 117:25

**focuses** 33:19

**focusing** 118:5

**follow** 8:18 117:14

**followed** 67:5 116:18,19

**following** 12:18 84:17 86:24 102:22 111:16

**follows** 6:12

**footnote** 86:25

**foregoing** 137:11 138:23

**forget** 111:12 114:12

**forgive** 13:4 34:18 45:22 80:23 121:24

**form** 26:17 33:5 44:4 59:10 60:16 83:9 88:11 95:6

**forms** 105:6

**forwarded** 139:17

**found** 83:12 97:8 108:11,19 110:19

**foundation** 21:1 44:12 66:8 113:2 113:12,22,25 114:15 115:8 116:2 116:11,24,25 117:2 117:3,17

**four** 34:5 62:2 73:16

**friday** 1:15

**front** 17:25 61:15 108:20

**frontal** 73:17

**fsu** 14:8,23 15:5,14 15:16 21:12,13,20 21:20 29:11 30:2,6 31:8 32:7,22 37:7 **full** 6:15 32:15 85:7 98:16 106:4,13 **function** 31:23 54:17 92:4 94:23

98:12 133:18

**functional** 98:14

**fundamental** 108:2

**funded** 29:21

**funding** 113:20 114:1 115:20

**furnish** 11:20

**further** 95:3 98:15 134:7 137:14 139:18

**g**

**g** 1:13 3:4,15 6:10 135:22 138:4 139:10

**gain** 130:7

**gap** 87:10

**gary** 71:9

**gathered** 18:3

**gender** 120:2

**general** 2:15 12:24 13:1 16:24 17:10 17:12 21:25 28:7 33:15 41:8 61:10 69:23 70:1 72:4 84:6 115:12 128:8 128:17 139:5

**general's** 5:23 62:23 63:4

**generally** 16:24 30:12 32:10 109:1 109:2 124:19

**genetic** 40:17 41:23 86:13

**gg** 136:24

**gift** 76:4

**give** 6:4 11:25 22:22 25:12 26:3 58:5,19 76:1 77:14 116:8,9 122:24 128:22 134:10,15

**given** 30:12 55:20
  74:6 101:17
**giving** 112:8
  116:10 124:23
**go** 10:18 12:7 14:20
  18:25 23:22 38:4
  45:9 55:16 57:23
  61:7 71:2 78:14
  83:19 93:14 99:19
  100:9 107:15
  110:25 112:1 123:9
**goddings** 19:1
**goes** 10:23 14:10,17
  30:3,7 73:13 91:1
  95:3 104:21 106:24
**going** 10:16 20:24
  23:11,11 26:22
  29:13 36:11 37:15
  39:3,7 51:12 55:7
  56:7 61:5 66:11
  67:23 84:9 87:8
  94:13 100:8 119:17
  125:19 126:5
  129:20
**good** 5:3 21:1 35:10
  37:17,22 76:18
  77:3,13 85:3
  126:18
**government** 13:24
  14:2,4 59:23 60:5
**grab** 11:22
**grant** 29:21 33:5
  60:1 113:21
**grants** 29:4,9,9,10
  29:11,22,25 30:1,6
  30:12
**graph** 84:12
**graphs** 84:7 105:17
**grateful** 58:8
**great** 67:2 126:11

**ground** 94:14
**group** 19:14,17,22
  19:22 20:6 33:2,5,7
  34:1 79:16 82:17
  82:20,21 84:3,15
  84:16 97:10 99:8
  105:7,8,17,19,20
  110:12
**grouped** 81:10
**groupings** 82:17
**groups** 19:24 79:9
  79:21 80:11,14,25
  81:3,7 82:18 83:1
  84:24 96:6,8,9
**grow** 36:11
**guard** 119:14
**guess** 61:15
**gun** 73:4 77:2
  115:4 116:1,10,25
  117:4,9,17 118:1
**guys** 23:17,18
  99:12 134:12

### h

**h** 3:10 4:3
**hand** 6:2 86:23
  89:23 98:20 99:2,2
  100:24 106:13
  112:21 120:11
  136:14
**happen** 86:21
**happened** 26:8
  92:23 99:5
**happens** 84:19
**hard** 22:25 23:1
  35:20 45:3
**harvard** 12:23 13:1
**haven** 12:22
**head** 108:15 110:22
  121:2,8
**headed** 9:21

**heading** 89:23
  98:20 99:6 101:3
**health** 43:4,10 60:2
  115:19
**hear** 40:13 82:6
  118:13 134:13,25
**help** 84:14 100:4
**high** 37:5,6 90:1
**higher** 132:8
**highly** 34:19 86:14
  102:5,7
**history** 67:1
**hoc** 100:14 101:7
**hold** 11:1 14:11
  15:17 22:19 23:3
  93:9 100:19
**home** 7:15,18
**homes** 131:12
**honorific** 14:14
**hope** 93:18 121:4
**horizontal** 84:17
**hospital** 12:24
  21:25
**hour** 61:4
**hourly** 61:4
**hours** 61:13,17,19
  62:2 130:6 133:22
**house** 37:4
**huh** 87:2
**human** 15:22 16:15
  30:19,22 42:20
  50:8 89:5 90:19,20
**humans** 43:17
**hundreds** 128:16
**hyperlinked** 67:6
**hypothesis** 96:19
**hypothesize** 91:22
**hypothesized** 86:16

### i

**idea** 76:18 87:23
  91:7 97:15 108:23
  109:17,19 128:17
  130:4
**ideas** 110:18
**identification** 7:21
  8:10 9:16 18:16
  38:3 94:4,11
  136:12
**identified** 40:7 83:5
**identifies** 44:9
**identify** 63:7,19
  83:6 84:11 129:4
**identifying** 30:10
  34:11 82:19
**ignorance** 34:18
**illicits** 123:1
**image** 90:21 128:24
**imager** 37:4
**imaging** 88:8 111:1
  111:9 121:1
**immature** 42:23
**immediate** 64:7
  131:24
**immediately** 54:24
  86:24 102:22
  111:16
**impact** 10:11
**implemented**
  122:25
**implications** 106:5
  106:16
**implicit** 87:25
**implying** 20:14
**important** 24:16
  65:19,24 87:17
  108:8 115:14
**impressive** 45:23
**impulse** 130:25

**impulsive** 73:7 74:1
74:5,15 75:1 77:9
97:18 118:4 130:18
130:19 131:23
133:5
**impulsivity** 73:20
79:23
**inability** 110:4
**inaudible** 82:4
**include** 22:5 31:7
90:1 92:1,2 108:24
123:20
**included** 52:15
64:2 121:4
**includes** 34:14
**including** 32:11,11
32:11 35:3 84:1
125:15
**inclusion** 124:21
**inconclusive**
110:20
**increasing** 86:6
**incur** 118:21
**independent** 16:3
109:16
**india** 12:14,19
**indicate** 5:15 25:8
91:13
**indicated** 93:7
**indicates** 125:9
**individual** 16:16,17
16:19 17:19 18:6
18:11,23 19:5,9,23
20:9 66:23 70:7
74:14 77:6 84:7
85:8,18 86:2,22
88:2 92:10 132:7
**individuals** 35:3
44:1 46:9 76:19
78:24 79:12 80:16
80:19 81:9,10,20

83:7,11 87:9,13
95:25 107:4 110:5
116:18 120:10,15
121:7 122:19 123:9
123:21 125:3
128:10 131:22,25
**influence** 29:3 41:6
**influenced** 39:23
116:17
**influences** 110:11
**information** 3:18
10:25 11:17 17:25
37:18 57:11 62:6
63:6 81:22 89:10
122:23 124:13,24
**informed** 76:8
**inheritance** 40:17
**initially** 12:25
**input** 63:3
**insights** 27:20,21
**instance** 55:1 96:9
**institute** 60:2
**institutes** 60:2
115:19
**institution** 115:17
115:20 116:7
**institutional**
115:15 116:19
124:15,19 125:11
125:13
**intent** 111:13
122:16
**interaction** 33:8
**interest** 33:4 46:17
115:7,14
**interested** 137:19
**interesting** 20:23
**interests** 35:11
112:22 114:7
**interim** 132:18

**interject** 126:1
**interpret** 103:7
**interpretation**
107:13
**interpreting** 85:14
88:24 89:7
**interrupt** 28:15
**intervening** 73:15
**intrinsic** 86:22
**introduce** 51:14
**intuitively** 129:2
**investigate** 117:21
**invited** 21:21 22:14
22:15,16,17 23:24
**involve** 15:21 30:9
30:25 31:3,8 38:23
39:1 50:6 53:17
88:9
**involved** 32:6 42:5
46:13 60:9 70:9
81:16 126:3 127:2
**involves** 70:4
**involving** 39:17
59:9,16
**isolate** 84:15
**isolates** 84:3
**isolation** 84:22
**issue** 26:15,25 48:3
48:13 56:1 111:3
119:4,25
**issues** 56:5 66:7
70:23 111:11 112:1
**item** 54:13
**items** 12:9 63:19

**j**

**john** 2:4 5:19 113:1
113:11,21 126:12
134:16
**join** 119:14
**journal** 46:18,21
46:22 48:4,6,7 65:7

116:21
**journals** 31:25
62:13
**jsweeney** 2:7
**judge** 57:6
**judgment** 56:12
**justice** 71:17
**justification** 68:4
72:10,13,21 129:12
132:4
**juvenile** 42:19,22

**k**

**karger** 47:18
**keep** 39:3,7 126:21
127:9
**keeping** 132:6
**keynote** 22:15
**kick** 131:1
**kind** 34:20 70:5
76:13 81:3 91:25
124:6
**kingdom** 12:20
**kl** 19:1
**kleck** 71:10,16
**knew** 62:7 72:19
133:13
**know** 7:1 16:23
17:9,22 20:4 23:4
24:21 25:2,20,22
28:10 29:1 32:15
32:17,18 33:5,15
34:14 35:16,16
36:6 39:6,8 40:1,13
40:15 41:8 42:16
42:21 43:13 44:5,6
44:15 45:5,19
46:23 47:15 50:3
52:21,21 53:13
54:23 55:3,7 57:5
58:13 60:13,20,23
61:1,22 62:9 63:15

64:12,14,18 65:2,8
66:13,13 67:15,15
69:16,21,23,23,25
71:19,21,23 72:24
74:21 75:11,14
76:6,6,9,10,11,16
77:18,22 78:9 79:6
80:8,19 83:19,21
83:22,22 84:19
85:25 86:6,12,13
87:21 88:3,5,17,18
88:23 89:2,8,9
90:24 94:25 95:18
96:4,15 97:16 98:7
99:5 101:21 103:23
104:3,4,11 108:5
109:7 110:24 112:3
114:11,24,25 116:7
117:2,6,8,18
118:20,23,24
119:13 122:17,22
123:13 125:1,7,15
126:9,18 127:19
130:3 131:5,8
133:19,22,23
**knowing** 56:13
123:4 124:17
**knowledge** 64:9
67:13
**known** 134:2
**knows** 128:8

**l**

**l** 2:5 112:12,25
**lab** 37:6
**label** 84:19
**lakeland** 137:20
**landlord** 58:12,15
58:16,18
**large** 105:22 106:1
121:25 136:9

**larger** 122:17
**late** 13:3
**law** 1:8 60:7 75:11
75:14 76:7 119:14
132:23
**lawfully** 76:3
**lawsuit** 5:20
**lawyers** 59:8,16
**lay** 33:20 104:13
**layperson** 121:24
**leading** 87:10,11
**leapt** 20:22
**learn** 75:15
**lectures** 15:24
21:22 22:17
**left** 20:22 98:20
99:2,2 100:24
106:13
**legal** 45:19 75:16
139:1
**legally** 75:25
**legislation** 72:25
78:3
**legislative** 66:25
**legislature** 67:8,16
67:18
**length** 93:23
**lengthy** 45:23
**leon** 136:3
**letter** 3:9
**level** 36:6 85:8
115:15 123:16
**levels** 104:7
**license** 136:12
**licensed** 13:23
**life** 40:14
**limbic** 68:23
**limitations** 89:24
95:2,4 106:6,18
107:14

**limited** 107:2 132:9
**linda** 1:23 5:4
136:5,22 137:5,24
**line** 102:20,21
138:6
**lines** 13:7 105:16
**list** 15:11,15 22:11
24:10,13 26:22
29:8,10 30:1,5
37:12 45:25 52:22
64:2 65:4,11,15
**listed** 21:4,8 22:7
24:19 25:15 26:14
26:19 29:19,21
38:19,20 46:6 52:9
67:11 81:4 110:18
**listing** 12:8
**lists** 18:20 27:14
46:20 51:6,7 81:14
**literally** 23:12
110:24
**literature** 50:15
51:18,25 54:11
61:23 63:18,25
79:1,15,20 81:13
91:8 93:25
**litigated** 59:6
**litigation** 59:9,17
**litsup** 139:15
**little** 18:20 37:3
74:20,20 105:23
**live** 32:14 131:6,10
131:11
**lives** 128:11
**llp** 2:4,9
**loan** 76:4
**log** 89:10
**london** 12:21
**long** 87:9 104:7
130:5,20 133:8,16

**longer** 61:17 74:5
83:24 130:15
**look** 12:1 17:22
19:3 23:7 24:7
26:22 44:13 50:2
65:17 80:23 81:13
82:3,18 83:18 84:5
86:4 92:5 112:23
114:3,11 120:14
**looked** 36:3,8 53:12
53:15 92:16 94:19
97:24 105:14
113:15 120:10
**looking** 15:18
20:16 24:12 27:1
50:23,23,24,25
51:1 80:24 83:4
84:8 98:23,25
99:10,12,15,18,18
99:19,20 121:13
**loosely** 72:18 98:12
**los** 107:17
**lot** 100:9 128:1
**low** 102:17
**lower** 99:2
**lunch** 94:15
**luncheon** 93:15

**m**

**macarthur** 113:2,7
113:12,22,25
114:15 116:24,25
117:2,3
**macarthur's** 115:1
**machine** 89:12
**maf** 1:2 138:3
**magnet** 37:6
**magnetic** 37:6
**mail** 11:22 139:15
**mailed** 23:18,20
**main** 26:7 92:22
98:20 99:1,6,8,13

| | | | |
|---|---|---|---|
| 99:21 101:3 | maturity 15:21 | medications 123:6 | mismatch 3:23 |
| maintain 72:6 | 16:7 24:20 30:11 | 124:2 | 68:1,11,11,12 |
| major 68:13 | 30:14,18,20 34:12 | medicine 7:17 8:8 | 73:13 79:22 80:2 |
| majority 24:17 | 34:15,22,25 35:1 | meets 103:1 | 81:21 83:6 85:10 |
| making 16:8 | 35:14,17,18 39:2,5 | member 32:1 64:15 | 85:23 86:15 87:12 |
| male 120:4 | 49:14 50:4 129:4 | 64:19 114:21 | 87:15 91:7,19,21 |
| males 121:21 | mccarthy 10:21 | members 37:7 | 92:17 93:23 96:20 |
| malnutrition 41:12 | mean 13:15 17:24 | memory 24:9 | 97:2 98:9,13 |
| managed 115:15 | 19:2 24:17 30:19 | mental 122:20 | missing 10:25 |
| manages 115:22 | 34:15,23,23 35:4 | mention 18:5,9 | 37:18 38:9 41:21 |
| manipulated 107:2 | 42:14 44:20 60:15 | 19:8 20:9 28:23 | mission 33:14 |
| manner 5:15 | 68:8,12 70:25 | 53:22 124:9 128:4 | misspoke 57:4 |
| 125:14 | 73:12 77:18 78:8 | mentioned 31:16 | 88:15 |
| manual 90:24 | 79:5 83:19 85:13 | 34:13 42:1 101:14 | misuse 70:5 |
| mark 7:25 51:13 | 86:1,19 87:19 | 110:7 124:7 | mixed 110:13 |
| 94:9 | 88:17,18,18 89:1,3 | merely 78:2 | 111:6,17 |
| marked 7:20 8:9 | 89:5,6,15,17 90:16 | merit 1:24 136:6 | model 109:14 |
| 9:15 18:15 38:2 | 91:2 96:4,15 103:6 | 137:6 | models 27:23 91:15 |
| 94:2,3,10 95:2 | 105:24 107:11,21 | methodologies | modern 54:15 |
| 109:11 131:20 | 108:22 109:15 | 127:25 128:2 | 110:24 111:9,21,24 |
| married 119:6 | 122:3 123:2 126:3 | methodology 104:9 | 112:2,2 128:21 |
| mass 13:1 | 129:9 132:20,20 | methods 104:10 | molecular 28:7 |
| massachusetts | meaning 61:22 | 123:19 | molecules 27:23 |
| 12:24 21:25 | 128:12 | miami 139:2,14 | moment 29:23 |
| material 47:14 | means 39:8 44:21 | microscopic 36:5 | 126:2 |
| materials 67:10 | 60:17 85:16 86:20 | mics 134:18 | monday 35:19 |
| matter 57:8,11 | 88:19 89:16 90:17 | middle 15:12 | money 115:7,16,18 |
| 58:7 59:6,9 76:17 | 90:18 127:4 136:11 | 105:16 123:25 | monitor 90:21 |
| 76:24 77:19,24 | meant 34:16 57:5 | mills 18:25 19:1 | months 12:19 |
| 102:9 126:4 | 69:2 73:22 74:9 | mind 55:2 95:4 | 133:22 |
| matters 55:25 56:2 | 90:8,25 128:12 | 130:18 131:1 | morning 5:3 |
| 56:10,13,21 58:3 | 133:19 | minds 129:6,11 | motivational |
| maturation 3:24 | measured 106:22 | mine 7:7 | 110:11 |
| 39:23 68:13 80:3 | 127:20 | minimum 118:15 | mouse 50:12 |
| 84:12 87:11,12 | measures 19:19,25 | minor 45:11,16 | move 57:13 126:4 |
| 93:24 | measuring 127:22 | minute 37:21 55:9 | movement 33:22 |
| mature 50:7 68:16 | mechanisms 28:7 | 57:14,15,20 93:13 | mra 88:8,13 |
| matured 36:13 | 29:1 87:1,3 | 126:8 | mri 36:24 88:15,22 |
| 77:5 | medical 12:24 13:9 | minutes 37:25 55:8 | 89:7 120:24 |
| matures 16:10 35:1 | 21:22 22:2 109:18 | 126:6,17,21 130:6 | mris 88:24 |
| 35:25 | | 134:11,11,16 | |

| | | | |
|---|---|---|---|
| **multiple** 18:3 19:21 37:9,9 58:21 83:20 84:9 85:3 | 105:11 130:24 131:2 | **nice** 94:24 | **o** |

**multiple** 18:3 19:21 37:9,9 58:21 83:20 84:9 85:3
**mundane** 20:23
**muscles** 33:24 34:1
**mute** 134:17,20,21
**mw** 1:2 138:3
**myfloridalegal.c...** 2:17 139:7

**n**

**n** 3:1 4:1
**nacc** 90:9
**name** 5:3,16 6:15 9:12,21 71:20
**named** 136:9 137:10
**names** 10:20
**narrative** 100:8
**national** 1:3 32:2 37:5,6 60:2 64:15 64:22 115:18 119:14
**natural** 17:7 20:3 86:18 129:1
**naturally** 89:11
**nature** 122:23 127:7 131:4
**near** 121:19 123:24
**necessary** 101:23
**need** 13:6 37:3 44:13 57:13 58:3 65:8 80:19 84:25 86:20 100:20 106:8 120:25 122:22 129:22 134:20
**needed** 62:13 73:6 118:3
**needs** 58:9
**negative** 96:14 97:4 97:10,11,24 98:1 100:1 101:14

105:11 130:24 131:2
**nervous** 15:22
**neurobiologist** 24:22
**neurobiology** 27:22
**neuroimaging** 128:21
**neurological** 17:14 17:18 33:22 85:22 86:5 124:3
**neurologist** 13:12
**neuropsychiatric** 123:1
**neuropsychologist** 13:21
**neuroscience** 3:21 13:17 14:21 15:23 31:1,4,9 33:9 34:9 34:14 38:24 46:19 48:4,7,14 54:15 66:7,9 69:7 72:15 72:16,16,17,22 77:12 79:1,4 86:1 89:7 108:3 111:9 111:21 118:11 128:22 129:10,23
**neuroscientist** 28:25 35:7,10,12 35:24 44:20 45:13 45:14 69:15 77:18 90:16
**neuroscientists** 33:3 43:16,23 44:1 44:10
**neutral** 96:14 97:12 105:12 110:6
**never** 64:13 69:24
**new** 12:22 67:14 107:18

**nice** 94:24
**ninth** 94:6
**noneminent** 14:12
**nonemotional** 4:10 94:8
**nongenetic** 41:24
**nonprofit** 114:19
**nonreproducibility** 89:19
**nontechnical** 42:22
**normal** 28:8 40:13 123:22
**normally** 102:4
**north** 2:10 122:15
**northern** 1:1 122:15
**northwest** 2:5
**notary** 136:8,23
**note** 54:13
**notes** 137:13
**notice** 3:13 7:24 8:2 139:18
**noticed** 11:6
**novel** 27:20,21 112:6
**nra** 138:3 139:8
**number** 5:11 17:16 17:21 20:6 22:11 40:5 46:25 50:1,19 50:19,20,20 52:1,1 52:10,24 53:21,21 53:24,24 54:2,2,3,5 54:5,11,20 70:4 81:8 82:4,5,10,11 83:5,18 85:25 86:25 93:7 94:18 111:18 123:19 125:15
**numbered** 50:18
**nutrition** 41:11,15

**o**

**o'clock** 32:17 35:19
**oath** 3:6 5:8 6:22 136:1
**objection** 26:17 44:4,12 53:23 56:17,25 59:10 60:16 66:8,10 83:9 88:10 90:14 95:6 95:14 98:4 100:6 100:11 116:11 117:11
**objectionable** 100:11
**objections** 5:14
**objective** 123:18
**observational** 128:6
**observe** 128:10
**observer** 129:1
**obtain** 75:19,22 76:14,21 132:10
**obtained** 75:25
**obtaining** 76:19
**obvious** 51:10
**obviously** 34:19 41:11 80:24
**occasion** 58:19
**occasions** 58:22
**occupation** 8:5
**occur** 34:2,4 77:10 88:4 101:21 103:20 103:22
**occurrence** 86:18 101:24
**occurring** 36:5 89:12 103:16,16
**occurs** 35:18 88:3,4 89:15 130:19 131:2
**offenses** 70:5

**offer** 73:5 118:2
  131:24
**offering** 78:2
**offers** 33:4 68:3
**office** 2:15 5:23
  61:11 62:24 63:4
  135:13 139:5,14
**official** 1:7 59:23
  60:5 136:14
**oh** 9:1 11:3 16:21
  21:21 22:13,24
  23:5 27:8 32:14
  41:3 59:15 61:7
  90:4 92:1 134:21
  134:24
**okay** 12:5 21:18
  23:13,19,23 29:16
  37:23 51:13 55:4
  55:10 59:22 99:4
  99:21 104:6 106:21
  112:23 119:19
  126:11,18 135:6
**old** 19:20,20,22,22
  20:13,14 44:2 68:2
  68:3,17,17,21,24
  69:5 73:14,15,23
  73:24,24 74:10,12
  76:3,5 77:7,11,11
  77:25 78:7,8,15,17
  78:18 79:5,7,25,25
  82:20 84:3,15,23
  85:4 88:1,1 98:2
  131:22,25 133:11
  133:25
**older** 43:24 44:23
  73:19 78:25 79:12
  84:23 128:10
**olds** 25:6,17 26:16
  26:21 28:4 77:14
  79:5 132:21,21,22

**omitted** 11:18
**one's** 40:23
**ones** 18:17 24:16
  39:13 53:17 65:23
  65:24
**ongoing** 36:3,4
**online** 1:12,16 5:1
  47:18 62:11,14
  67:5
**onset** 34:4,5
**open** 10:16
**opinion** 10:11 17:4
  21:1 39:20 44:6,17
  45:2 50:16,24 51:1
  51:11 52:6 54:22
  64:23 66:4,5 67:19
  67:25 68:8 74:17
  74:18,21 76:23,25
  77:13,17 78:3,10
  78:23 85:15 91:3
  111:8 112:9 116:10
  118:6,10,14,17,18
  119:1,5,9,12,21,21
  119:24 120:3
  122:10 127:11
  128:20 132:3,5
  133:14
**opinions** 39:10
  53:9,13 64:21
  94:17 119:2 127:8
**opportunity** 33:4
  93:18 131:1
**opposite** 117:6
**order** 5:11 20:25
  76:14 135:16
**ordering** 139:18
**organization** 43:5
  114:20 127:6
**organizations**
  115:3 127:3

**organized** 21:24
**original** 22:17
  109:2,3,6 139:17
**outcome** 137:19
**outline** 90:20,24
**outlined** 110:7
**outside** 21:20 32:3
  72:22 74:20 116:17
**overall** 53:19
**overhear** 135:3
**overlap** 43:2
**overlooked** 80:19

**p**

**p** 101:17,19,23
  102:14,17,20,25
  103:1,4 104:7,10
  104:17,22
**p.m.** 1:15,16,16
  93:15,16 126:14,14
  135:5,5,22
**page** 3:2,12,19 4:2
  4:5 10:14,19,20,22
  10:23 11:12,18,22
  12:7 15:10,12,12
  15:18 18:18,19
  21:3,4,8 22:10,11
  22:11,23 24:3,13
  27:1,5,11,13 29:15
  37:19 38:10,20
  39:17 45:21,22,25
  51:1,15,17 54:14
  66:17 67:22 73:2
  77:1 84:11 85:6
  86:23 89:22 91:9
  91:14 95:21 98:19
  98:25 99:3,20,20
  100:22 101:1
  105:15 106:3,8,9
  106:10,11 117:25
  120:11 123:23,24
  123:24 128:5

  131:19 138:6
  139:13
**pages** 9:21 22:7
  23:2 24:19 27:3
  29:7 37:12 39:10
  51:23 52:10 63:18
  67:11
**paid** 113:1,11
**painful** 33:25
**pan** 96:21
**panels** 32:2,2
**paper** 11:7 17:22
  18:1 19:1,4,11
  20:20 82:9,10
  91:25 92:5,21,25
  93:2,4,6 95:18,24
  97:8 108:15 111:2
  113:15 115:24
  116:20 117:7
  118:10
**papers** 17:21 19:4
  39:9 47:16 125:18
**paradigm** 96:13,17
  108:19
**paradigms** 89:13
  89:21
**paragraph** 38:8
  67:25 85:7 106:4
  106:14 110:9
  113:19 118:1
  121:19 124:1,14
  125:7 128:25
**parameter** 121:16
**parameters** 36:13
  102:10 105:12
  121:10,14
**parental** 119:7
**parker** 2:4 5:19
**part** 12:15 18:24
  26:6 27:11 42:4,7
  47:22 81:23 99:24

**partially** 38:9
**participants** 107:19 120:12 121:20 122:24 123:12 124:1
**participate** 21:23
**participating** 5:5
**participation** 26:11
**particular** 19:14 20:17,17 28:2 36:1 36:10 39:22 42:7 48:23 53:17 55:1 60:10 78:3 80:12 86:4 92:25 115:8 130:14
**particularly** 77:9 86:3 121:1
**parties** 2:2 5:13 137:16,17
**partnership** 114:22
**parts** 18:12 50:7 84:13 90:22
**pass** 103:23 104:3
**passed** 103:25
**passing** 65:16
**patterns** 92:10
**pause** 116:9
**peace** 2:9
**peace's** 135:13
**peaceful** 114:22
**peer** 41:6 48:7,10 48:21,25 49:6,8,23 116:21
**peers** 41:9
**penalties** 138:22
**penalty** 6:5
**pend** 29:22
**pending** 7:2 29:10 29:11,17,18,20,21 29:22

**people** 19:14 46:20 79:9 90:24 102:11 103:6 112:3 121:1 123:5 128:9,13 129:15,17
**perceived** 115:22
**percent** 16:25 17:5 17:7 20:11 101:25 103:17,20,22 104:11
**percentage** 17:10
**perfect** 108:4
**performance** 99:9 100:17 101:11 104:16,20 105:1
**performed** 100:15 101:10
**period** 12:18 21:12 26:3 35:1 49:12,14 130:13
**perjury** 6:6 138:22
**permitted** 79:11
**person** 75:9 89:8
**personal** 55:25 56:2,5,10 57:8 58:3 77:17 115:16
**personally** 30:22 64:18 102:6 116:15
**pet** 36:21
**phd** 1:13 3:4,15 6:10 8:21 12:17 135:22 138:4 139:10
**phenomenon** 127:23
**philanthropic** 115:3
**philosophy** 116:2
**phonetic** 123:2
**phrase** 44:19,25 45:1

**phrased** 74:8
**physical** 122:20
**physically** 5:7
**physiological** 87:1 87:3
**picked** 128:3
**picking** 128:1
**pinpoint** 30:20 39:5 45:10
**pinpointing** 30:17 39:1
**pl** 2:16 139:6
**place** 1:16 116:20
**plaintiffs** 1:4 2:3 3:3,12 4:5 5:20 6:11 7:20 8:9 9:15 18:15 38:2 71:5,11 94:3,10
**platform** 46:22
**play** 74:15
**please** 5:15 6:2,15 6:25 7:1,7,14 10:15 12:11 31:20 33:20 41:1 55:3 139:11 139:13,13
**plenary** 22:15
**plenty** 133:6,8
**point** 26:4 56:5 82:9 83:11 95:11 117:3 128:20
**pointed** 82:25
**points** 20:17 68:9 84:9
**policies** 117:5,17
**policy** 60:7 69:10 69:11,12 76:17 77:3,13 115:9 116:10,25 117:9
**polk** 137:3,21
**poorly** 76:8 87:5

**population** 78:13 122:18 123:22
**posited** 97:21
**position** 15:1 56:11 111:14 117:9
**positions** 14:15
**positive** 96:14 97:12,13,24 98:1 100:2 110:6
**possess** 75:16 77:15
**possesses** 76:4
**possession** 70:11 75:12 76:14,19,21 132:25
**possibility** 63:16
**possible** 11:17,21 53:14 79:2 124:22 125:16
**possibly** 58:4
**post** 100:14 101:7
**postdoctoral** 12:21 12:23,25
**postnatal** 49:14
**potential** 114:6 115:21
**potentially** 117:4 124:11
**pradeep** 1:13 3:4 3:15 6:10,17 8:20 135:22 138:4 139:10
**precisely** 82:19
**prefer** 9:5
**prejudiced** 56:12
**premise** 110:21
**preparation** 61:21 62:4 113:16,20
**prepare** 67:19
**prepared** 71:5
**preparing** 61:20,25 62:18 63:3,12,21

65:5,13 70:24
**presence** 85:9
123:17
**present** 5:7 20:10
21:21 90:2 133:23
**presentation** 23:24
24:23 25:24 26:7
27:24 28:3,6,7
**presentations**
22:12,15,16 24:5
24:14,19 25:5,8,15
26:14,20,23 27:9
27:15 28:22 31:3
38:18,19
**presented** 26:15,20
**presenting** 28:5
**pretty** 23:9 69:16
110:17
**prevalence** 70:19
**previous** 70:4
94:20 95:9 97:2
112:9
**previously** 8:24
9:10 39:18 51:15
51:18 55:19 58:7
58:11 63:8,13,20
80:7 81:13 133:12
**principally** 94:20
**printed** 11:12
**prior** 30:6 59:23
110:10,18 117:9
122:20 128:25
**privileges** 72:6
**probability** 101:20
101:22 132:7
**probably** 20:10
27:21 44:23 45:7
63:15 118:23
126:24
**problem** 78:21

**proceed** 6:8 38:15
**proceeded** 12:16
**proceeding** 7:23
**proceedings** 5:1,9
**process** 36:4 50:2
53:14 87:13
**processes** 87:10
**produced** 110:13
111:6 136:11
**production** 139:21
**productivity** 33:8
**profess** 45:23
**professional** 13:7
13:24 14:2,5 24:15
38:21
**professionally**
46:16
**professor** 8:6 9:4,5
14:20,22 21:2,13
28:21,24 31:19
32:7,10,13 71:16
71:16 72:2,5
**project** 46:14
112:18
**projects** 30:25
**promptly** 93:20
126:25
**pronounced** 97:9
97:14 121:8
**propensity** 132:8
**properly** 118:13
**proposed** 124:18
**protracted** 35:1
**provide** 53:5 67:19
100:8 113:25
**provided** 71:10
130:2
**provides** 66:21,22
**psychiatric** 124:3
**psychiatrist** 13:19

**psychiatry** 21:25
**psychological** 4:6
**psychologist** 13:14
13:18
**psychology** 13:17
**psychophysiologi...**
95:23
**psychotropic** 124:2
**public** 37:13 136:8
136:23
**publication** 10:8
11:5 47:22
**publications** 10:7
10:11 38:20,21
40:2 49:18 62:8
**publicity** 47:21
**publish** 49:4,5
**published** 3:22
11:7 37:13 48:18
48:19,25 49:8,11
49:22 50:1 81:13
108:13,15 116:21
**publisher** 114:10
**pull** 8:12
**pulling** 82:4
**purchase** 66:24
69:5,22 70:3,7,11
73:4 74:18 75:23
76:20 77:2,16,24
78:4,8,11,24 79:18
118:1 132:6,9,13
132:16
**purchased** 133:1
**purchases** 76:12
79:12
**purchasing** 132:22
**pure** 103:17,18
**purpose** 43:12,13
81:11
**purposes** 14:13
42:13

**pursuant** 5:10 7:24
8:1
**put** 8:17 41:23
46:23 62:8 85:4
116:23
**puts** 91:6

**q**

**qualification**
127:24
**qualifications**
51:16
**qualifier** 129:14
**qualify** 13:16 47:23
121:5
**quality** 90:1
**quantify** 16:21
**quarrel** 43:10
**question** 7:2,7,10
21:17 26:18 32:9
32:19 35:22 41:13
43:15 51:10 56:8
56:18,18,21 57:13
58:9,10 59:12,13
66:11 74:23 78:9
78:19,22 79:7
88:12 91:25 97:5
98:5 100:7 109:5
109:22 110:22
111:25 114:4
117:15 118:13
130:12,15 133:9
**questionnaire**
122:24 123:12
**questions** 6:23 13:5
26:6,12 37:15 95:5
111:15 112:4
123:13 126:24
134:7,23 135:7
**quite** 63:14
**quote** 73:5 120:21
121:6

**r**

**racial** 107:17
**radford** 64:24 65:1
**raise** 6:2 70:6
  116:15
**raised** 118:9,16
  119:1,10,22
**range** 42:12,19,25
  43:5 44:24 45:9,12
  80:13,18 81:9 83:1
  83:3,10,13,17,23
  83:25 85:2 105:20
**ranges** 83:21
**rate** 16:15 61:4
  68:16
**rational** 133:18
**rationale** 72:10,21
  129:5,12
**rats** 39:19
**rdr** 136:22 137:24
**reached** 60:20
**reaction** 109:20
**reactions** 97:16
**read** 3:9 53:2,9
  63:14 65:6,10,16
  65:25 66:3,19
  67:23 68:5 71:7,13
  73:10 77:1 84:7,25
  85:11,21 87:15
  102:23 104:18
  106:18 107:5,12
  111:7 123:3 124:4
  129:6 135:8 138:23
  139:13
**readily** 44:14
**reading** 22:17 70:9
  82:21 113:2 139:16
**real** 107:1,4 115:22
**really** 12:19 17:1
  39:7 44:6 45:10
  51:10 56:4,5 61:24

64:13 66:13 71:21
  72:25 74:16 75:14
  76:23 77:18 78:14
  78:16 88:3,4,5 98:5
  103:7 110:22 111:2
  119:3
**realtime** 1:24,25
  136:7,7 137:7,7
**reason** 11:6 20:5
  95:7 116:12 138:6
**reasonable** 122:5
  129:11
**reasons** 121:9
**recall** 16:8 25:9
  26:14,19 31:13
  54:24 67:7 110:2
  111:7 113:17
  114:13
**received** 9:20 10:19
  12:13
**recess** 38:1 55:15
  57:22 93:15 126:14
  135:5
**record** 5:17 6:16
  12:1 37:25 38:4,6,7
  55:16 57:20,24
  58:6 93:14,18,21
  126:15 137:12
**redirect** 73:2
**reducing** 115:3
**refer** 9:25 20:19
  42:19 95:9 100:20
  128:5
**reference** 11:7
  54:10,20 65:17
  139:10
**referenced** 54:25
**references** 67:5
**referred** 18:11
  60:23,25 94:14
  95:5,8 109:6

**referring** 20:13
  27:25 30:23 42:12
  42:25 94:17 97:18
  128:7 129:19
**refers** 80:21 81:12
**reflect** 18:22 19:5
  81:19 107:12
**reflected** 111:22
**reflecting** 105:17
  105:18,19
**reflects** 85:21
  99:25
**regard** 37:2 52:25
  110:15 132:14
**regarding** 26:23
  66:9 126:2
**regardless** 108:1
  129:15
**regime** 116:19
**region** 16:22 17:23
  18:2 36:12
**regions** 36:9 68:18
  94:23
**registered** 1:23,24
  136:5,6 137:5,6
**regulate** 73:20
**regulation** 69:14
  127:4
**regulations** 60:7
**relate** 24:20 58:4
**related** 33:15 49:1
  49:4
**relationship** 30:25
  31:4,9 34:9 38:24
  69:4 92:10 113:6
  113:11
**relative** 100:17
  101:12 137:15,16
**relatively** 87:5
  107:18

**relevant** 65:19
  68:20 104:5 106:25
  120:2 124:13
**relied** 18:21 116:22
**rely** 52:14 54:8
  67:10 84:22 94:16
  129:10
**relying** 79:16 91:14
  92:24 116:9
**remained** 13:1
**remember** 25:14
  25:19 52:20 54:24
  78:12 108:14
**remote** 136:10
**remotely** 5:8,9
**render** 31:24
**repair** 32:22 33:2
  33:13 34:8,21
  36:17
**repeat** 7:8 21:16,16
  41:13 105:18
**rephrase** 7:8 59:12
  59:13 78:19 95:7
**replicate** 109:15
**replicated** 108:2,6
  108:10,12,21
  109:12
**replicating** 108:25
**replication** 107:19
  107:21 108:6,21
**replications** 123:1
**report** 3:20 17:24
  18:4,7,8,13,14,18
  18:21 19:10 20:8
  20:12 44:17 50:19
  52:15 53:21 61:20
  61:22,23,24 62:5
  62:10,19 63:3,12
  63:21 65:4,5,13,14
  66:2,6,16 67:11,14
  67:19,23 70:24

71:5,7,10,13 72:9
73:3 79:20 80:17
81:24,25 82:1 83:5
87:24 89:11 91:3,4
91:9,10,14,18,19
92:13,15,21 94:1
108:25 111:4
113:16 116:23
117:25 123:11
124:6,10 125:2,21
125:23 127:22
129:10 131:20
137:9
**reported**  1:22
81:24 92:23 116:16
124:1
**reporter**  1:23,24,24
3:7 7:25 136:6,6,7
137:1,6,6,7
**reporting**  5:9,15
20:18
**reports**  79:2,4
131:14
**represent**  5:20 12:8
66:6 131:15,17
**representative**
107:16 122:11,13
123:21
**representing**  5:24
**represents**  17:19
**reproducibility**
108:7
**reputation**  71:24
114:16 123:4
**requested**  137:11
**require**  104:10
**required**  6:22
**requires**  115:21
**research**  4:7 15:3
16:3 17:13,14,18
18:1 25:3 28:23,23

29:1,5 30:2,10,17
30:24 32:11 33:3,7
33:19 34:8,11,14
34:22 35:11 36:17
37:10 50:6 62:12
62:16 63:8,12,20
65:13 70:10,23
72:22 81:17 88:23
92:18 106:22
110:10,15,18 111:5
115:18 116:16
118:10,17,19 119:2
119:3,10,12,22,25
120:1,4,6,24
133:13
**reside**  122:7
**resources**  18:21
**respect**  15:1 44:1
59:1 74:7 75:12
76:2 79:11,17,19
96:21,23
**respond**  6:23 35:21
35:22 56:8 66:14
**response**  26:6 95:5
97:21,25 98:2,16
109:24 130:8 133:5
133:17
**responses**  95:25
97:25 105:6,17,19
105:20
**responsibilities**
14:16,19 15:1
28:21 31:17 32:6
32:24 33:12
**restrain**  131:2
**result**  46:15 54:15
**resulting**  87:14
**results**  33:6,25 85:8
110:13 111:6,17
122:21

**retain**  65:11
**retard**  42:6
**retires**  72:4,5
**return**  20:24 28:20
**returned**  12:20
**returning**  117:24
**revealed**  100:14
101:7,9
**review**  32:2,2 48:7
48:22,25 60:1
63:25 65:5 109:3
114:6 115:25
124:15,20,20
125:12,13 137:10
**reviewed**  48:10
49:6,8,23 65:12
66:25 67:3 107:10
116:21 120:2
125:11
**reviewers**  53:8,13
**reviews**  53:10
114:10
**revised**  9:22 10:3
53:12
**revision**  10:6
**reward**  131:24
133:5
**rick**  1:6 138:3
139:8
**rifle**  1:3 64:15,22
**right**  6:2,21,25 7:6
7:13,23 8:4,11,16
9:1,7,9,18,25 10:1
10:3,10,14 11:5,16
11:21 12:11 13:19
13:23 14:1,22
15:10,20 16:1,14
18:5 20:2,8,22 22:4
24:9,12,18 25:4,21
27:8 28:1,2,14,19
29:4,16,24 30:5,9

30:16,24 32:25
33:17 34:7 35:4,12
35:23 36:16,20,23
38:6,14 39:9,13
40:4 41:7,25 42:18
42:24 43:4,20,25
44:8,13,14,19 45:8
45:21 46:4,12,24
47:17,20,24 48:24
49:16,22 50:13
51:9 53:16 54:9
55:9 56:2 57:2,17
57:18,21,23 58:10
58:25 62:11 65:11
65:25 66:16 68:7
69:9 71:9,13 73:8
75:6,11 76:25
77:14,15 78:15
80:16 82:10,24
83:16 85:6,13
86:23 87:23 89:23
90:7 91:18 93:11
93:13,17 95:1,21
96:1 98:18,24 99:6
99:23 100:4 101:6
101:9,17 102:13,25
104:2,13 105:25
108:15 110:8
112:21 113:10
114:13 115:6 116:5
116:22 117:8,16,24
120:7,11 121:18
125:22 127:8,19
128:16,19 132:14
133:2,12 134:16,17
**rigorous**  115:25
**risk**  92:11 94:13
**risky**  131:23
**rmr**  136:22 137:24
**role**  52:25

| | | | |
|---|---|---|---|
| **routine** 128:11 | **science** 4:7 12:14 | **seek** 49:23 | **severe** 33:25 |
| **row** 81:15 83:18 | 20:4 28:22 31:19 | **seeking** 92:12 | **shaking** 121:2,8 |
| **rule** 17:12 | 32:7 33:10 69:11 | **seen** 8:23 9:9 35:20 | **sharma** 10:21 |
| **ruling** 58:25 | 72:14 89:10 114:17 | 64:1 71:20 122:2 | **sheet** 3:8 138:1 |
| **run** 43:8 | 133:24 | 131:13 | **short** 23:1 77:21 |
| **runs** 51:16 | **sciences** 8:7 12:16 | **sees** 11:13 115:20 | 109:21 131:24 |
| **s** | 14:23 28:24 | **segmentation** 90:3 | 133:5 |
| **s** 1:23 3:10 4:3 | **scientific** 19:16 | **selected** 53:20 54:6 | **shorter** 130:15 |
| 136:5,22 137:5,17 | 22:14 24:5 27:9 | **self** 92:13,21,23 | **show** 23:12 29:13 |
| 137:24 | 31:25 62:13 65:7,9 | 123:11 124:6,10 | 85:8 130:23 |
| **safe** 48:24 114:22 | 68:3 79:4,15 | 125:2,23 | **showed** 100:16 |
| **sake** 67:22 | 107:25 | **send** 139:14 | 101:11 |
| **sample** 83:7 107:15 | **scientist** 80:24 | **sensation** 92:12 | **showing** 11:8 |
| 120:10 121:25 | 88:22 116:9 | **sense** 26:1 116:16 | **shown** 71:1 110:19 |
| 122:5 | **scientists** 43:21 | 128:6 129:21,21 | **sic** 27:22 |
| **samples** 80:21 86:7 | 111:10 | **sensitive** 58:2 | **sign** 3:9 135:9 |
| 122:3 123:17 | **scotland** 12:17 | 89:12,13 | **signature** 136:20 |
| 125:14 | **screen** 8:17 10:17 | **sensory** 39:25 | 137:23 138:25 |
| **saves** 9:8 | 11:11,22 23:8,12 | **sent** 11:9 23:14,17 | 139:12 |
| **saw** 11:3 47:19 | 29:14 123:8 124:11 | 51:14 53:8,8 80:6 | **signed** 139:14 |
| **saying** 19:2 20:20 | 125:3 | **sentence** 16:11,12 | **significance** 103:1 |
| 21:19 52:5 90:18 | **screened** 122:19 | 63:1 67:24 85:7 | **significant** 27:16 |
| 103:14,23 130:1,12 | **screening** 124:7 | 86:25 87:8 90:9 | 41:21 42:1 99:8 |
| 133:20 | **scroll** 23:25 121:18 | 92:8 101:7 110:10 | 102:5,7,7,8,8,12 |
| **says** 9:21 27:20 | **se** 69:8 | 110:18 112:5 | 103:4,8,8,9,21 |
| 54:14 67:25 80:25 | **seal** 136:14 | 123:24 124:14,24 | 104:8,25 112:7 |
| 82:25 83:14 87:3,8 | **search** 71:1 | 125:6,8,19,25 | 116:15 |
| 98:20 99:1,7 100:5 | **second** 11:1,25 | **sentences** 89:25 | **significantly** 42:6 |
| 100:14 101:3 | 22:19,22 40:25 | 90:16 92:8 | 104:16 |
| 103:15 104:19 | 101:6 107:15 | **separate** 96:11,12 | **signing** 139:17 |
| 106:4,16,21 110:10 | **section** 95:19 | 96:16 | **similar** 73:18 |
| 112:21,25 113:20 | **see** 12:2 17:10 | **separately** 114:11 | **sincerely** 139:19 |
| 124:1,14 132:5 | 20:20 23:23 27:4 | **separating** 87:10 | **single** 25:15 26:19 |
| **scans** 36:18,21,24 | 30:7 40:13 42:10 | **serve** 113:1 | 34:25 35:18 38:8 |
| 90:1,19 120:15,17 | 44:15 80:22 82:4 | **served** 8:21 | **sir** 9:3 45:20 61:12 |
| 120:21 121:7 | 86:25 89:24 90:5 | **service** 15:3 31:16 | 76:11 |
| **scholar** 14:8,12,18 | 90:12 98:22 99:13 | 31:24 32:9,12,23 | **sit** 25:14 120:25 |
| **scholarly** 107:23 | 100:18 103:18 | **services** 31:21 32:4 | **site** 124:15 |
| **school** 12:24 | 104:4 105:10 106:7 | **set** 131:9 | **situation** 74:6 75:5 |
| 124:17 | 107:22 108:10 | **setting** 106:22 | **situations** 26:9 |
| | 113:22 129:24 | | 107:4 |

six  12:19
size  36:8,9,14
slight  121:2
slightly  108:18
small  34:1 90:10
  107:18
smaller  90:23
  92:12,21
social  39:25 40:20
  110:11
solely  16:21
solutions  139:1
somebody  14:14
  36:6 76:1 89:9,16
  108:18
somewhat  42:22
  68:22
sorry  22:24 27:18
  27:19 38:19 41:13
  45:21 51:2 54:1
  59:18 62:25 63:2
  64:25 65:22 82:7
  82:11 83:19 93:4
  95:16 96:25 100:20
  103:12 105:18
  106:8 113:8 118:12
  130:11 131:16
  134:19
sort  81:4
sound  37:22
source  44:9 85:3
  132:11
sources  52:18
  132:15
south  139:2,14
spans  83:24
speak  57:6 60:21
  115:13
speaking  16:24
  45:7 109:1,2
  110:24 111:23

124:19
special  48:3,13
  86:20
specialized  34:19
species  16:25 39:5
  50:9,10 85:18
  86:22
specific  16:12,22
  17:2,16,23 26:4
  28:9 31:23 36:9
  39:4 43:12,13
  45:11 49:17,19
  54:13 79:15 83:23
  89:16 95:22 100:20
  111:25 112:4
  115:13 124:18
  127:18 131:13
specifically  14:17
  16:8 17:14,22 24:9
  25:10,18 26:21
  30:14 31:13 42:15
  49:9 53:22 54:6
  67:7 69:25 75:3
  83:3 90:17 92:3
  110:2 113:14
  118:23 119:16
  123:3
specifics  61:18 62:7
  76:6 125:23
spect  36:21
spend  61:19,25
sponsored  46:18
stages  68:18 96:17
stand  120:25
standard  105:23
start  15:4 32:18
  43:7 124:7
started  120:14,18
starting  22:10 24:3
  27:5

starts  29:15 51:15
  85:7 87:1 90:9
  101:7
state  6:15 7:14,16
  8:7 9:12,13 13:2
  61:11 71:18 72:2
  96:9,10,22,22 97:3
  97:4,10,11,13
  98:21 99:2,7,21,22
  100:1,2,17 101:4
  101:12,14 102:14
  104:14,17 105:2
  111:4 118:7,15,21
  119:14 136:2,8,23
  137:2
stated  104:9 138:23
statement  16:9
  31:14 87:6,20 88:6
  108:8,9 111:7
  116:3 127:18
statements  107:12
states  1:1 70:12
  78:2 105:16 122:15
  127:10
stating  5:16
statistical  19:19,24
  103:15
statistically  103:20
  104:25
statute  66:17,19
  67:1,6,9 68:4,10
  70:9 72:10,14,21
  75:20 78:2,23
  79:11 129:5,13
  132:4,23
stay  12:1 74:22
  82:14
steinberg  112:12
  112:25
stenographer  5:3,5
  6:1,8 82:6 135:11

135:16,19
stenographic
  137:12
stenographically
  1:22 137:9
step  123:11 134:22
  134:24
stimuli  96:15,18
  109:20,25 130:9,24
  131:10
stipulated  38:7
stipulation  5:21,25
stoic  129:3
street  2:5,10 7:17
structural  3:24
  80:3 92:25 93:24
  94:21 98:13
structure  54:17
  90:10,21 98:9
structures  73:20
  85:10 90:23 91:23
students  16:6,14
  31:12 33:9
studied  30:22
  80:11,14,17 81:3
  81:20 82:18 83:2,8
  83:11 96:2 122:11
studies  18:10 81:4
  81:15 83:24 88:8
  95:12 108:11
  109:12,21 111:22
  111:24 112:9
  121:11 122:1,3,23
  130:5,23 131:3
study  16:3 35:3
  39:22 50:10 81:8,9
  81:11,14 82:20
  83:8 84:4 85:6
  87:18,20 95:2,9
  106:6,18 107:14,23
  108:3,12,16,22,25

109:6,9,11,14,16
110:21 111:2 122:5
123:7,19 124:16,19
125:10
**studying** 30:14
**subcortical** 69:1
73:19 87:11
**subdivide** 98:15
**subject** 27:10 47:11
48:21 57:9 93:12
**subjects** 18:3 19:21
20:6 30:19
**subscribe** 130:3
**subset** 92:13,21,23
**substance** 47:12
**substantiated** 97:3
**suffered** 123:13
**sufficient** 69:1
73:16 130:20 133:7
**suggest** 127:18
133:21
**suggested** 58:6
**suggests** 124:24
**suite** 2:5,10 139:1
139:14
**summary** 47:13,14
47:19,20 80:22
84:6 91:5 92:1
**support** 39:10,19
50:15 72:16,17
91:4 94:1,16
110:19 114:16
115:21 129:12
**supported** 109:17
113:21
**supports** 39:21
85:14
**supreme** 5:10
**sure** 7:9 13:6 19:25
21:17 23:10 24:8
28:15 30:21 31:21

32:20 37:23 53:12
57:3 59:20 78:20
92:20 97:8 100:19
100:22 105:22
119:16 125:13
129:15 130:11,17
**surprise** 75:15 86:9
**sustenance** 93:19
**swear** 6:3
**swearingen** 1:6
138:3 139:8
**sweeney** 2:4 3:5
5:18,19,19 6:9,14
7:22 8:11,16,22
9:17 11:15 12:3,6
22:24 23:4,14,20
24:2 27:3,7,13
37:24 38:4,14,16
50:25 51:4,13,22
52:8 54:1,4 55:7,14
55:16,17 56:19,20
57:10,17,19,23
58:1 61:8,9 66:10
66:15 80:6 88:15
88:21 93:11,17
94:5,12 95:16
100:9,13 117:13,20
126:7,13,15,20
127:1 134:7,14,17
134:20,24 135:3,8
135:11,13
**sworn** 6:11 136:13
**syllable** 9:8
**symposia** 22:16
**system** 15:23

**t**

**t** 3:10 4:3 100:14
101:7 113:2,12,22
**table** 80:21,21,22
80:25 81:12,19,22
81:23 82:15,15,16

82:16,17,21,25
**tables** 80:23 92:2
**take** 7:1,4 11:22
19:12,19 24:7
32:12 37:16 55:8
57:14,19 93:12
115:7 126:8 130:7
130:13,15 133:18
**taken** 1:15 5:1 6:19
51:7 52:1,11 89:10
139:10,16
**takes** 45:24 74:5
133:16
**talk** 10:1 16:9 18:8
37:21 39:15 44:6
56:4 89:18 92:4
127:21 134:23
**talked** 68:10 78:12
84:13 85:16 94:20
95:1 98:8 127:21
**talking** 11:13 17:3
20:25 27:11 29:16
53:24 56:9 78:14
78:17 79:8 81:15
81:21 82:9 84:12
87:25 88:11 94:22
95:21 96:7 100:1
101:13 119:25
120:7 132:20
**talks** 17:23 18:1
79:20
**tallahassee** 1:17
2:16 7:18,19 139:6
**tampa** 2:10,11
**task** 95:20
**tasks** 125:12
**taught** 15:11,13,16
15:16 16:5 21:8,11
21:15,20 31:7
**teach** 16:14

**teaching** 15:3,4,8
15:21 21:3 22:2
28:22 32:11
**technical** 86:7
**technically** 22:1
60:3
**technology** 36:17
36:20,23 110:23,25
111:1,10 112:2,3
**teegen** 2:15 5:22,22
8:15 11:1,4,8,11,25
22:19,22 23:1,7,11
23:16,22,25 26:17
27:1,5,9,18 29:13
38:11,12 44:4,12
50:22 51:3,9,20
52:5 53:23 55:11
56:17,23,25 57:10
57:14,18,21 58:6,9
59:10 60:11,16,23
60:25 61:2,5 62:4
66:8,12 80:6 83:9
88:10,13 90:14
95:6,14 98:4 99:12
100:6 116:11
117:11 126:1,11,16
126:18 134:10,15
134:19,22 135:2,6
135:10,17,18,20
139:5,9
**teenage** 42:17 43:3
43:18 46:4 47:11
48:1,14 49:1,6,10
49:13,19,20,24
50:14,21 51:7 52:2
52:6,11,16 53:1
54:11,21 112:17
113:13 114:2
**teenagers** 54:18
130:7,10

**teens** 70:20 100:15
100:16 101:10,10
101:18 102:13
104:15,17,19
**telephone** 60:17
**tell** 7:7 14:8 25:23
46:12 52:25 56:16
68:7 73:12 83:10
84:8 88:19 106:8
115:2 119:17
**tells** 134:5
**tenant** 58:12,15
**tend** 121:2
**tenet** 108:2
**tenth** 51:6
**term** 35:10 77:9
130:20
**terming** 72:18
**terminology** 39:4
**terms** 16:24 19:16
33:16,21 35:15
42:11 69:11 74:13
130:6
**tesla** 37:4
**test** 96:9,10,16
102:10 103:15,25
105:2 123:17
**tested** 101:15
**testified** 6:12 27:14
55:22 56:3,14,22
58:7,11
**testify** 57:4
**testimony** 6:3
55:20 58:19,20
59:2
**testing** 96:3,5
**tests** 96:8,11,12
100:14 101:7 105:9
120:18
**text** 54:13 98:25
99:9

**textbooks** 109:19
109:23
**thank** 6:1,9 7:13
8:4 28:19 31:15
37:24,25 38:14
54:2 55:11,13,14
57:19 59:13 126:11
126:13,19,22,22,23
134:8,9 135:2
**theme** 25:2
**theoretical** 85:22
**theory** 19:16 97:2
**thing** 20:3 39:7
62:22 86:21 88:14
89:19 109:16
**things** 13:16 17:11
34:20 41:10 66:22
121:15
**think** 11:12,13
20:24 21:14 22:8
26:5 30:3 34:15
46:4 48:2,15 49:1,7
49:20 50:14 54:12
56:23 60:3 74:19
76:17 77:13 88:13
97:12 98:4 102:6
108:8 109:8 115:6
126:5 128:25 131:9
**thinking** 45:6
130:21
**third** 10:22 118:1
**thirds** 10:20
**thought** 22:24
53:23 103:13
**threat** 96:10,22
100:18 101:12
102:14 105:15
**threatening** 109:20
110:6
**threats** 131:10

**three** 15:2 34:4
46:19 53:8 68:9
73:15 89:24 92:8
117:12 132:17,24
133:4,10,20,21,21
133:22 134:5,6
**throw** 120:18
**thumb** 17:12
**time** 1:15 6:25
21:12 25:20 26:23
32:5,8,12,15 35:2
36:10 37:17 38:5
55:11 58:17 59:4
59:25 61:23,25
68:24 73:6,16
118:3 120:5 124:21
126:23,23 130:9,13
130:24 131:24
133:5,6,7,23 134:2
134:8
**times** 117:12
**timing** 126:2,3
**tiny** 105:23
**title** 14:10,14,17,20
25:8 48:14 72:7
81:14
**titled** 3:22 4:7 49:6
**titles** 9:13
**today** 7:23 25:14
111:14
**told** 55:18 72:9,12
72:13 118:25
119:20 133:12
**top** 15:12 21:4
67:21 108:14
123:23 128:5
**topic** 46:17 47:15
65:7 76:8 91:8
**topics** 49:2,4 85:25
**touch** 135:14

**tower** 139:1
**training** 64:10
**traits** 17:8
**trajectory** 90:10
**tran** 135:19
**transcribed** 135:12
**transcript** 137:11
137:12 138:2
139:11,13
**transmit** 37:19
**treatment** 123:14
124:3
**true** 76:2 137:12
138:23
**truth** 6:4,5,5
**truthfully** 6:23
**try** 7:8 8:11,17
47:24 78:19 109:1
**trying** 26:13 34:20
35:24 82:7,16 83:6
84:2
**turn** 9:18 10:14
18:18,19 63:17
**two** 10:20 19:24
27:21 31:21 32:4
35:15 39:24 40:7
46:9,16,19 52:21
52:23 53:8,20 54:5
57:15,20 68:9,13
68:18 89:24 90:15
90:24 92:7 105:16
105:21 111:25
112:11 134:11
139:14
**type** 27:23 89:19
99:14 102:10 108:1
111:1 122:5
**types** 31:21 32:4
34:3 89:2 105:21
125:18

**typical** 122:1
**typically** 34:2
  107:5

---
**u**
---

**uh** 87:2
**unbiased** 121:14
**uncommon** 125:18
**undergo** 132:18
**underline** 87:4
**undernourished**
  39:19
**undernourishment**
  39:24
**understand** 6:21
  7:6,9 8:1 14:7 17:4
  21:14 30:21 34:20
  35:17,20,24 42:10
  47:24 58:3 59:20
  66:10,21 76:10
  78:4 82:16 84:14
  85:1 90:18 92:20
  100:4 104:12
  105:22 117:13
  128:13 130:12
**understanding** 7:4
  7:11 35:13 43:7
  45:15 70:1 72:1,7
  72:20 75:21,24
  112:5
**understood** 7:11
  61:8 78:20 87:5
**undertake** 72:8
**underwent** 115:24
**underwrites** 68:1
**unexpected** 86:10
**unintentionally**
  123:20
**unique** 87:20
  110:12
**united** 1:1 12:20
  122:15 127:10

**universal** 45:4
**university** 7:17 8:7
  9:13 12:15,17,20
  12:22 13:3 14:10
  14:15 31:22,24
  32:3,4 71:18 72:2
**unknown** 86:9
**unquote** 73:6
  120:21 121:6
**unrelated** 58:23,24
**unusual** 17:1 87:19
**urine** 123:16
**usable** 120:15,17
  120:22 121:7,11
**use** 17:15 19:24
  24:1 31:1,5,9 34:9
  34:24 36:19,20,23
  38:24 42:11,21,24
  44:24,25 64:12
  74:13,19,21 75:12
  75:17 77:14,20
  90:15 102:9 123:5
  124:1
**uses** 43:5
**usually** 96:13 102:3
  113:16
**utilizes** 88:22

---
**v**
---

**v** 138:3 139:8
**value** 101:17,19,22
  101:23 102:14,17
  102:20,25 103:1,4
  104:7,11,17,22
**variability** 16:16
  16:18,19,25 17:5,6
  17:8,19,24 18:4,6,9
  18:11,23 19:5,9,12
  19:18,23,25 20:3,5
  20:7,9,21 78:13
  85:17 86:5,7,8,9,11
  88:2 89:8,18 91:1

**variable** 86:14
**variables** 40:5,10
**variation** 85:9 86:2
**variations** 40:18
**varied** 83:21
**various** 29:2 31:25
  32:1
**vary** 16:23
**venture** 44:22
**veritext** 139:1,22
**veritext.com.**
  139:15
**version** 10:6 23:18
**versus** 96:23 100:2
  101:18 104:17,22
  105:2,15 109:25
  110:6 130:7,10
  133:17
**veterinary** 12:13
  12:14
**video** 1:12,16,22
  2:2 5:2 135:21
  136:10
**view** 72:17 90:25
**viewed** 36:4
**viewpoint** 115:8,11
**views** 115:16
  116:25
**violence** 70:16,20
  115:4 116:1 127:5
**virtually** 111:23
**vita** 10:5 12:8
  15:10 20:25 21:5,9
  45:23
**vitae** 3:16
**voting** 118:6,6,14
  118:15,18
**vs** 1:5

---
**w**
---

**wait** 76:13,19
  132:17,24
**waive** 5:14
**waived** 139:17
**walk** 12:11 135:1,1
**want** 12:1,2 23:7
  28:15 29:20 30:21
  39:3,6 56:4 57:3
  59:19 100:19
  105:22 108:6,10
  117:8 122:4 129:14
  130:11 134:25
  135:1,3,8,11,16
**wanted** 92:20
  108:5
**warranted** 107:20
  107:22
**washington** 2:6
**way** 7:19 10:11
  24:12 27:13 30:7
  32:16,19 34:17
  35:2 41:23 43:15
  53:7 71:20 74:8
  76:18 78:4,5,14
  82:22 84:10 89:20
  103:7 109:18 112:1
  130:14,16
**ways** 75:19,22
**we've** 28:22 55:7
  109:11 127:21
  131:20
**weaker** 68:22,23
  74:10
**web** 135:21
**website** 115:1
**weeks** 134:6
**went** 82:24 111:8
  115:1
**west** 7:17

**whilst**  87:13
**wide**  80:13 85:2,8
**william**  71:4
**wisdom**  128:8
**witness**  3:2,15 4:2
  5:7 6:7,10 8:20
  11:10,14 12:5
  22:21 23:3,5,9,23
  27:19 51:21 53:25
  54:3 55:10,13 58:5
  61:7 82:7 134:9,13
  134:21 136:9,14
  137:10
**word**  16:11 20:15
  40:25 42:11,19,21
  42:22,24 45:11
  49:17,19 59:25
  97:13 131:16
**wording**  111:12
**words**  111:5
**work**  22:17 32:14
  32:17 33:7 37:13
  59:5 81:24 89:21
  91:6,6 108:1,14
  109:2,3 112:7,7,10
  112:16
**worked**  61:13
  113:13
**working**  61:3,24
**works**  53:7
**workshops**  22:16
**world**  43:4,10
  107:1,4 129:1
**write**  47:11 48:12
  48:17 61:23 138:2
**written**  44:17
  46:25 54:21 89:11
  125:22
**wrong**  89:17
**wrote**  47:13 48:21

**x**

**x**  3:1,10 4:1,3

**y**

**yale**  12:22
**yeah**  10:2,16 11:3
  11:10,19,24 12:5
  15:17 19:7 22:8,13
  23:9,22,25 24:7,9
  24:10 27:8 28:18
  29:13 33:22 35:21
  41:5,14 43:18
  52:13,13 53:25
  54:3 55:6,11 56:19
  57:8 60:22 65:9
  69:19 76:11 79:14
  86:1 91:12,20
  95:18 96:17 97:13
  98:17 101:2,2,8
  102:24 106:12
  108:19 112:24
  113:18 128:18
  133:2,3 134:21,21
  134:24
**year**  19:20,20,22
  19:22 20:13,14
  21:24 25:6,17
  26:16,21 28:4 68:2
  68:3,17,17,21,24
  69:5 73:14,15,23
  73:24,24 74:10,12
  76:3,5 77:7,11,11
  77:14,25 78:7,8,15
  78:17,18 79:5,5,7
  79:25,25 82:20
  84:3,15,23 85:4
  88:1,1 98:2 131:22
  131:25 132:21,21
  132:22 133:11,25
**years**  13:2 25:12
  34:5 42:17 43:3,18

**66:23** 73:4,16,25
  77:2,4 78:11,25
  80:14 83:1,14,14
  84:10,10 107:19
  114:12 118:2
  121:22 127:16
  128:16
**yep**  51:21
**yesterday**  23:17,18
  36:7
**york**  107:18
**young**  26:3 28:12
  43:2 44:2,19 45:1,5
  70:20,20 75:13,16
  75:22 82:20 96:2
  96:23 97:22 98:3
  100:15,16 101:10
  101:11 102:19
  104:15,21 105:1,7
  109:25 110:12
  121:20 122:6,10,12
  122:13,14,17
  127:12,15 128:8,9
  129:3 131:5
**younger**  45:7,8
  66:23 74:3 77:7
  97:10 110:4
**youthful**  129:3

**z**

**zhang**  10:21

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.