# Exhibit A

Dear Mr. Sweeney,

At your request, I have prepared the below opinions for the above-referenced case. In doing so, I relied upon the facts, data, references listed in Exhibit A. My qualifications, curriculum vitae, and a list of publications are included as Exhibit B. A list of cases in which I provided expert testimony is included as Exhibit C. Finally, my expert fee schedule is included as Exhibit D.

**My Opinions:**

1. Violent crime rates among young adults age 18-20 are very low.  Based on the most recent data, covering 2016-2018, at most, just 6/100th of 1% will commit a homicide during the age span from 18 to 20, 1.04% will commit a robbery, 1.02% will commit an aggravated assault, and 2.12 % will commit any of these three offenses (Table 1).[1]  Therefore, 98% of the young adults subject to Florida's ban on gun purchases would not commit any of these violent crimes, with or without a gun, whether or not the purchase ban was in effect.

2. There is a serious cost to denying firearms to law-abiding young adults—denial of the right to defense of self, family, and home. Young adults may need a firearm for effective self-defense in their own homes but will be denied the ability to defend themselves because they could not lawfully purchase a firearm.

3. Young adults have the highest rates of violent crime victimization and thus are especially likely to need effective means of self-protection (U.S. Bureau of Justice Statistics. 2018, p. 9).

4. Self-defense with a gun is very common in the U.S.  Professionally conducted national surveys of representative samples of U.S. adults indicate that about 2 million Americans

---

[1] These three categories were chosen because they are crimes that likely, but not necessarily, involve the criminal use of a firearm and, therefore, are most useful in approximating participation in crimes likely to involve a firearm.

use guns for self-defense each year, a number far in excess of the highest estimates of the number of violent crimes in which criminals used guns to threaten or attack victims. Analysis of the sources of error in survey estimates of defensive gun use indicates that these national estimates are almost certainly conservative, because nearly all of the known errors tend to make the estimates too low (Kleck 2020).

5. Self-defense with a gun is highly effective. Crime victims who use this self-protection strategy are less likely to be injured or lose property than victims who use other strategies, including nonresistance (Tark and Kleck 2004). In combination with Opinion 4, this means that denying guns to law-abiding young adults will reduce their ability to effectively avoid injury and property loss when victimized.

6. Past experience with age-based restrictions on purchase and possession of firearms indicates that they have no detectable crime-reducing effect (Kleck and Patterson 1993; Kleck, Kovandzic, and Bellows, 2016; Kleck 2019). For example, both Kleck and Patterson (1993, p. 273), based on 1980 data, and Kleck et al. (2016, p. 503), based on 1990 data, found that banning purchase of firearms by minors had no significant effect on rates of homicide, robbery, aggravated assault, or suicide (excepting weak evidence of an effect on robbery in the Kleck et al. 2016 study). More specifically applicable to Florida's ban on gun purchases by young adults, Kleck (2019) found that the ban on handgun purchases by person aged 18 to 20 implemented in the federal Gun Control Act of 1968 had no impact on violent crime among persons in this age group, as indicated by age-specific arrest data. This study also found no effect of state bans on gun carrying/possession by persons age 18 to 20. A comprehensive review of post-2002 research by the Rand Corporation similarly found that evidence bearing on the effect of

minimum age requirements to purchase guns on rates of violent crime was "inconclusive," their lowest level of confidence in the evidence (Rand Corporation 2018).

7. Based on my review of the relevant law, research materials, and my experience examining laws like the one challenged here, it is my opinion to a reasonable degree of scientific probability that the challenged law will not have an impact on criminal firearm use or criminal activity generally, but will have a negative impact on lawful firearm use by adult citizens.

These opinions are based on my education, training, experience, and review of the references and data identified in Exhibit A.

Signature: _Gary Kleck_____

# EXHIBIT A

**References**

Kleck, Gary. 2018. "Response errors in survey estimates of defensive gun use." Crime & Delinquency 64(9):1119-1142.

Kleck, Gary. 2019.  "Regulating guns among young adults."  American Journal of Criminal Justice 44:689-704.

Kleck, Gary. 2020.  "The Prevalence of Defensive Gun Use: Possible Sources of Error and Results of 21 National Surveys."  Unpublished paper.

Kleck, Gary,  Tomislav Kovandzic and Jon Bellows. 2016.  "Does gun control reduce violent crime?  Criminal Justice Review 41:488-513.

Kleck, Gary,  and E. Britt Patterson. 1993.  "The impact of gun control and gun ownership levels on violence rates."  Journal of Quantitative Criminology 9(3):249-287.

Rand Corporation. 2018.  The Science of Gun Policy.  Santa Monica, CA: Rand.

Tark, Jongyeon, and Gary Kleck. 2004. "Resisting crime: the effects of victim action on the outcomes of crimes." Criminology 42(4):861-909.

U.S. Bureau of Justice Statistics. 2018.  Criminal Victimization, 2017.  BJS website at https://www.bjs.gov/content/pub/pdf/cv17.pdf.

Table 1. Probability of Persons Age 18-20 Committing a Violent Crime During the 18-20 Age Span

| Offense: | **Murder, Nonnegligent Manslaughter** | | | **Robbery** | | | **Aggravated Assault** | | |
|---|---|---|---|---|---|---|---|---|---|
| Year: | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 | 2016 | 2017 | 2018 |
| Age: | 18 | 19 | 20 | 18 | 19 | 20 | 18 | 19 | 20 |
| Arrests | 503 | 532 | 449 | 5448 | 4550 | 3113 | 7317 | 7705 | 7962 |
| Clearance Rate (%) | 59.4 | 61.8 | 62.3 | 29.6 | 29.7 | 30.4 | 53.3 | 53.3 | 52.5 |
| Estimated Offenders[a] | 847 | 861 | 721 | 18405 | 15320 | 14240 | 13728 | 14456 | 15051 |
| Offenders, 2016-2018 | | 2429 | | | 43965 | | | 43235 | |
| Offenders, All 3 offenses | | | | | 89629 | | | | |

Note:

a. Estimated offenders includes all offenders whether arrested or not, and is based on an extrapolation from arrest counts using clearance rates as an estimate of the fraction of all offenders were are arrested. For example, if the clearance rate was 50%, it would imply that the total number of offenders is twice the number of arrested offenders. Thus, estimated total offenders = arrested offenders / (clearance rate/100). These estimates are generous in that they assume that each arrest is of a unique individual, i.e. there are no repeat arrestees within the 2016-2018 period.

Resident population age 18 in 2016:          4,219,736

**Fraction of persons age 18 in 2016 who committed a violent crime in 2016-2018:**

| | |
|---|---|
| Murder and nonnegligent manslaughter | 0.0006 |
| Robbery | 0.0104 |
| Aggravated assault | 0.02~~12~~102 |
| Any of these 3 offenses | 0.0212 |

**Data Sources:**

*Resident population by age in 2016*: U.S. Census Bureau website at
https://factfinder.census.gov/faces/tableservices/jsf/pages/productview.xhtml?src=bkmk#

*Arrests by age and by offense type*: U.S. Federal Bureau of Investigation, Uniform Crime Reports, annual issues, covering 2016-2018, FBI website at https://ucr.fbi.gov/crime-in-the-u.s.

# EXHIBIT B

**My Qualifications**

1.      I am an Emeritus Professor of Criminology and Criminal Justice at Florida State University. I received my doctorate in Sociology from the University of Illinois in 1979, where I received the University of Illinois Foundation Fellowship in Sociology.  Prior to my retirement in 2016, I was the David J. Bordua Professor of Criminology at Florida State University, where I had been on the faculty since 1978.  My research has focused on the impact of firearms and gun control on violence, and I have been called "the dominant social scientist in the field of guns and crime" (Vizzard, 2000, p. 183).

2.      I have published the most comprehensive reviews of evidence concerning guns and violence in the scholarly literature, which informs and serves as part of the basis of my opinions. I am the author of Point Blank: Guns and Violence in America, which won the 1993 Michael J. Hindelang Award of the American Society of Criminology, awarded to the book of the previous several years which "made the most outstanding contribution to criminology." More recently, I authored Targeting Guns (1997) and, with Don B. Kates, Jr., The Great American Gun Debate (1997), Armed (2001), and, with Brion Sever, Punishment and Crime (2018).

3.      I have also published scholarly research in all of the leading professional journals in my field. Specifically, my articles have been published in the American Sociological Review, American Journal of Sociology, Social Forces, Social Problems, Criminology, Journal of Criminal Law and Criminology, Law & Society Review, Journal of Research in Crime and Delinquency, Journal of Quantitative Criminology, Law & Contemporary Problems, Law and Human Behavior,

<u>Law & Policy Quarterly</u>, <u>Violence and Victims</u>, <u>Journal of the American Medical Association</u>, and other scholarly journals.

4.      I have testified before Congress and state legislatures on gun control issues, and worked as a consultant to the National Research Council, National Academy of Sciences Panel on the Understanding and Prevention of Violence, as a member of the U.S. Sentencing Commission's Drugs-Violence Task Force, and, most recently, as a member of the Institute of Medicine and National Research Council Committee on Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-Related Violence. I am a referee for over a dozen professional journals, and serve as a grants consultant to the National Science Foundation.

5.      Finally, I have taught doctoral students how to do research and evaluate the quality of research evidence, and have taught graduate courses on research design and causal inference, statistical techniques, and survey research methodology. My current curriculum vitae is attached.

CURRICULUM VITAE

GARY KLECK

(Updated February 13, 2019)

PERSONAL

Place of Birth:            Lombard, Illinois

Date of Birth:            March 2, 1951

Address:                  College of Criminology and Criminal Justice
                          The Florida State University
                          112 S. Copeland Street
                          Tallahassee, FL 32306-1273

                          Tallahassee, Florida 32306-1127

Telephone Number:         Home: (850) 559-0922

e-mail Address:           gkleck@fsu.edu

website:                  http://criminology.fsu.edu/faculty-and-staff/college-faculty/gary-kleck/

CURRENT POSITION

   David J. Bordua Emeritus Professor of Criminology, Florida State University

COURTESY APPOINTMENT

   Courtesy Professor, College of Law, Florida State University

PROFESSIONAL MEMBERSHIPS

   American Society of Criminology

   Academy of Criminal Justice Sciences

EDUCATION

   A.B.        1973 - University of Illinois, with High Honors and with Distinction in
               Sociology

   A.M.        1975 - University of Illinois at Urbana, in Sociology

Ph.D.          1979 - University of Illinois at Urbana, in Sociology

ACADEMIC HONORS

National Merit Scholar, 1969

Freshman James Scholar, University of Illinois, 1969

Graduated from University of Illinois with High Honors and with Distinction in Sociology, 1973

University of Illinois Foundation Fellowship in Sociology, 1975-76

1993 Winner of the Michael J. Hindelang Award of the American Society of Criminology, for the book that made "the most outstanding contribution to criminology"   (for Point Blank: Guns and Violence in America).

Awarded Named Professorship, Florida State University, 2012.

Nominated for University Teaching Award, Florida State University, 2014.

Paper of the Year awarded by Criminal Justice Review for "Does Gun Control Reduce Crime?," Volume 4, pp. 488-513 (2016).

TEACHING POSITIONS

| | |
|---|---|
| Fall, 1991 to May 2016 | Professor, College of Criminology and Criminal Justice, Florida State University |
| Fall, 1984 to Spring, 1991 | Associate Professor, School of Criminology, Florida State University. |
| Fall, 1979 to Spring, 1984 | Assistant Professor, School of  Criminology, Florida State University. |
| Fall, 1978 to Spring, 1979 | Instructor, School of Criminology, Florida State University. |

COURSES TAUGHT

Criminology, Applied Statistics, Regression, Introduction to Research Methods, Law Enforcement, Research Methods in Criminology, Guns and Violence, Violence Theory Seminar, Crime Control, Assessing Evidence, Survey Research, Research Design and Causal Inference.

DISSERTATION

> Homicide, Capital Punishment, and Gun Ownership:  An Aggregate Analysis of U.S. Homicide Trends from 1947 to 1976.  Department of Sociology, University of Illinois, Urbana.  1979.

PUBLICATIONS (sole author unless otherwise noted)

BOOKS

1991,  Point Blank: Guns and Violence in America.  Hawthorne, N.Y.: Aldine de
2005   Gruyter.  Winner of the 1993 Michael J. Hindelang award of the American
      Society of Criminology.  Republished in 2005 in paperback by Transaction
      Publishers.

> Reviewed in Contemporary Sociology, American Journal of Sociology, Social Forces, Journal of Criminal Law and Criminology, The Criminologist, The Public Interest, Criminal Law Forum, Social Science Review, Criminal Justice Abstracts, Crime, Criminal Justice and Law Enforcement, Newsletter of Public Policy Currents, Commonweal, Choice, and others.

1997   Targeting Guns: Firearms and their Control. Hawthorne, N.Y.: Aldine de Gruyter.

1997   The Great American Gun Debate: Essays on Firearms and Violence (with Don B. Kates, Jr.).  San Francisco: Pacific Research Institute for Public Policy.

2001   (with Don B. Kates) Armed: New Perspectives on Gun Control.  N.Y.: Prometheus Books.

> Selected to Choice: Current Reviews for Academic Libraries' 39th annual "Outstanding Academic Title List," awarded for "excellence in scholarship and presentation, the significance of their contribution to their field, and their value as an important treatment of their topic."  Awarded to less than one percent of books.

2017   (with Brion Sever) Punishment and Crime: The Limits of Punitive Crime Control. NY: Routledge.

RESEARCH MONOGRAPH

1979   Bordua, David J., Alan J. Lizotte, and Gary Kleck. Patterns of Firearms Ownership, Use and Regulation in Illinois.  A Report to the Illinois Law Enforcement Commission, Springfield, Illinois.

ARTICLES IN PEER-REVIEWED JOURNALS

1979    "Capital punishment, gun ownership, and homicide."  <u>American Journal of Sociology</u> 84(4):882-910.

1981    "Racial discrimination in criminal sentencing: A critical evaluation of the evidence with additional evidence on the death penalty." <u>American Sociological Review</u> 46(6):783-804.

1982    "On the use of self-report data to determine the class distribution of criminal behavior." <u>American Sociological Review</u> 47(3):427-33.

1983    (with David Bordua) "The factual foundation for certain key assumptions of gun control."  <u>Law and Policy Quarterly</u> 5(3):271-298.

1985    "Life support for ailing hypotheses:  modes of summarizing the evidence on racial discrimination in criminal sentencing."  <u>Law and Human Behavior</u> 9(3):271-285.

1986    "Evidence that 'Saturday Night Specials' not very important for crime." <u>Sociology and Social Research</u> 70(4):303-307.

1987    "American's foreign wars and the legitimation of domestic violence." <u>Sociological Inquiry</u> 57(3):237-250.

1988    "Crime control through the private use of armed force." <u>Social Problems</u> 35(1):1-21.

1988    "Miscounting suicides." <u>Suicide and Life-Threatening Behavior</u> 18(3):219-236.

1990    (with Susan Sayles) "Rape and resistance."  <u>Social Problems</u> 37(2):149-162.

1991    (with Karen McElrath) "The effects of weaponry on human violence." <u>Social Forces</u> 69(3):669-92.

1993    (with Miriam DeLone) "Victim resistance and offender weapon effects in robbery." <u>Journal of Quantitative Criminology</u> 9(1):55-82.

1993    (with E. Britt Patterson)  "The impact of gun control and gun ownership levels on violence rates." <u>Journal of Quantitative Criminology</u> 9(3):249-287.

1993    "Bad data and the 'Evil Empire': interpreting poll data on gun control." <u>Violence and Victims</u> 8(4):367-376.

1995    "Guns and violence: an interpretive review of the field." <u>Social Pathology</u> 1(1):12-47.

1995   "Using speculation to meet evidence."  <u>Journal of Quantitative Criminology</u> 11(4):411-424.

1995   (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun."  <u>Journal of Criminal Law & Criminology</u> 86(1):150-187.

1996   "Crime, culture conflict and sources of support for gun control: a multi-level application of the General Social Surveys."  <u>American Behavioral Scientist</u> 39(4):387-404.

1996   (with Chester Britt III and David J. Bordua) "A reassessment of the D.C. gun law: some cautionary notes on the use of interrupted time series designs for policy impact assessment." <u>Law & Society Review</u> 30(2):361-380.

1996   (with Chester Britt III and David J. Bordua) "Avoidance and misunderstanding." <u>Law & Society Review</u> 30(2):393-397.

1997    (with Marc Gertz) "The illegitimacy of one-sided speculation: getting the defensive gun use estimate down."  <u>Journal of Criminal Law and Criminology</u> 87(4):1446-1461.

1997   (with Tomislav Kovandzic and Marc Gertz) "Defensive gun use: vengeful vigilante imagery vs. reality: results from the National Self-Defense Survey." <u>Journal of Criminal Justice</u> 26(3):251-258.

1998   (with Marc Gertz) "Carrying guns for protection: results from the National Self-Defense Survey." <u>Journal of Research in Crime and Delinquency</u> 35(2):193-224.

1998   "What are the risks and benefits of keeping a gun in the home?"  <u>Journal of the American Medical Association</u> 280(5):473-475.

1998   (with Charles Crawford and Ted Chiricos) "Race, racial threat, and sentencing of habitual offenders."  <u>Criminology</u> 36(3):481-511.

1999   (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." <u>Social Problems</u> 46(2):275-293.

1999   "BATF gun trace data and the role of organized gun trafficking in supplying guns to criminals."  <u>St. Louis University Public Law Review</u> 18(1):23-45.

2001   "Can owning a gun really triple the owner's chances of being murdered?" <u>Homicide Studies</u> 5:64-77.

2002   (with Theodore Chiricos) "Unemployment and property crime: a target-specific assessment of  opportunity and motivation as mediating factors."

Criminology 40(3):649-680.

2004    "Measures of gun ownership levels for macro-level crime and violence research."
        Journal of Research in Crime and Delinquency 41(1):3-36.

2004    (with Jongyeon Tark) "Resisting crime: the effects of victim action on the
        outcomes of crimes." Criminology 42(4):861-909.

2005    (with Brion Sever, Spencer Li, and Marc Gertz) "The missing link in general
        deterrence research." Criminology 43(3):623-660.

2006    (with Jongyeon Tark and Jon J. Bellows) "What methods are most frequently
        used in research in criminology and criminal justice?" Journal of Criminal Justice
        34(2):147-152.

2007    "Are police officers more likely to kill African-American suspects?"
        Psychological Reports 100(1):31-34.

2007    (with Shun-Yung Wang and Jongyeon Tark) "Article productivity among the
        faculty of criminology and criminal justice doctoral programs, 2000-2005."
        Journal of Criminal Justice Education 18(3):385-405.

2008    (with Jongyeon Tark, Laura Bedard, and Dominique Roe-Sepowitz) "Crime
        victimization and divorce." International Review of Victimology 15(1):1-17.

2009    "The worst possible case for gun control: mass shootings in schools."
        American Behavioral Scientist 52(10):1447-1464.

2009    (with Shun-Yung Wang) "The myth of big-time gun trafficking and the
        overinterpretation of gun tracing data." UCLA Law Review 56(5):1233-1294.

2009    (with Tomislav Kovandzic) "City-level characteristics and individual handgun
        ownership: effects of collective security and homicide." Journal of Contemporary
        Criminal Justice 25(1):45-66.

2009    (with Marc Gertz and Jason Bratton) "Why do people support gun control?"
        Journal of Criminal Justice 37(5):496-504.

2011    (with James C. Barnes) "Article productivity among the faculty of criminology
        and criminal justice doctoral programs, 2005-2009." Journal of Criminal Justice
        Education 22(1):43-66.

2011    (with Tomislav Kovandzic, Mark Saber, and Will Hauser). "The effect of
        perceived risk and victimization on plans to purchase a gun for self-protection."
        Journal of Criminal Justice 39(4):312-319.

2013    (**w**ith Will Hauser)  "Guns and fear: a one-way street?"  <u>Crime and Delinquency</u> 59:271-291.

2013    "Gun control after Heller and McDonald: what cannot be done and what ought to be done."  <u>Fordham Urban Law Journal</u> 39(5):1383-1420.

2013    (with J. C. Barnes)  "Deterrence and macro-level perceptions of punishment risks: is there a "collective wisdom?"  <u>Crime and Delinquency</u> 59(7):1006-1035.

2013    (with Tomislav Kovandzic and Mark Schaffer) "Estimating the causal effect of gun prevalence on homicide rates: A local average treatment effect approach."  <u>Journal of Quantitative Criminology</u> 28(4):477-541.

2014    (**w**ith Jongyeon Tark) "Resisting rape: the effects of victim self-protection on rape completion and injury."  <u>Violence Against Women</u> 23(3): 270-292.

2014    (with J. C. Barnes) **"**Do more police generate more crime deterrence?" <u>Crime and Delinquency</u> 60(5):716-738.

2015    "The impact of gun ownership rates on crime rates:  a methodological review of the evidence." <u>Journal of  Criminal Justice</u> 43(1):40-48.

2016    (with Tomislav Kovandzic and Jon Bellows)  "Does gun control reduce violent crime?  <u>Criminal Justice Review</u> 41:488-513.

2016    "Objective risks and individual perceptions of those risks."  <u>Criminology & Public Policy</u> 15:767-775.

2016    (with Dylan Jackson)  "What kind of joblessness affects crime?  A national case-control study of serious property crime."  <u>Journal of Quantitative Criminology</u> 32:489-513.

2016    "Large-capacity magazines and the casualty counts in mass shootings: the plausibility of linkages."  <u>Justice Research and Policy</u> 17:28-47.

2017    (**w**ith Will Hauser)  "The impact of police strength and arrest productivity on fear of crime and subjective assessments of the police."  <u>American Journal of Criminal Justice</u> 42:86-111.

2017    (with Dylan Jackson)  "Does crime cause punitiveness?"  <u>Crime & Delinquency</u>. 63(12):1572-1599.

2017    (with Bethany Mims)  "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2010-2014."  <u>Journal of Criminal Justice Education</u> 28(4):467-487.

2018   (**w**ith Moonki Hong) "The short-term deterrent effect of executions: an analysis of daily homicide counts." <u>Crime & Delinquency</u> 64(7):939-970.

2018   "Response errors in survey estimates of defensive gun use." <u>Crime & Delinquency</u> 64(9):1119-1142.

2019   "Macro-level research on the effect of firearms prevalence on suicide rates: a systematic review and new evidence." <u>Social Science Quarterly</u> 100(3):936-950.

2019   "Regulating guns among young adults." <u>American Journal of Criminal Justice</u> 44:689-704.

## OTHER PUBLISHED ARTICLES

1985   "Policy lessons from recent gun control research." <u>Law and Contemporary Problems</u> 49(1):35-62.

1992   "Assault weapons aren't the problem." <u>New York Times</u> September 1, 1992, p. A15.  Invited Op-Ed page article.

1993   "The incidence of violence among young people." <u>The Public Perspective</u> 4:3-6.  Invited article.

1994   "Guns and self-protection." <u>Journal of the Medical Association of Georgia</u> 83:42. Invited editorial.

1998   "Using speculation to meet evidence: reply to Alba and Messner." <u>Journal on Firearms and Public Policy</u> 9:13-49.

1998   "Has the gun deterrence hypothesis been discredited?" <u>Journal on Firearms and Public Policy</u> 10:65-75.

1999   "There are no lessons to be learned from Littleton." <u>Criminal Justice Ethics</u> 18(1):2, 61-63.  Invited commentary.

1999   "Risks and benefits of gun ownership - reply." <u>Journal of the American Medical Association</u> 282(2):136-136.

1999   "The misfire that wounded Colt's." <u>New York Times</u> October 23, 1999.  Invited Op-Ed page article.

1999   "Degrading scientific standards to get the defensive gun use estimate down." <u>Journal on Firearms and Public Policy</u> 11:77-137.

2000   "Guns aren't ready to be smart." <u>New York Times</u> March 11, 2000.  Invited Op-Ed page article.

2000    (with Chester Britt III and David J. Bordua) "The emperor has no clothes: using interrupted time series designs to evaluate social policy impact." <u>Journal on Firearms and Public Policy</u> 12:197-247.

2001    "School lesson: armed self-defense works." <u>Wall Street Journal</u> March 27, 2001. Invited opinion article.

2001    "Impossible policy evaluations and impossible conclusions: a comment on Koper and Roth." <u>Journal of Quantitative Criminology</u> 17:75-80.

2001    "Absolutist politics in a moderate package: prohibitionist intentions of the gun control movement." <u>Journal on Firearms and Public Policy</u> 13:1-43.

2002    "Research agenda on guns, violence, and gun control." <u>Journal on Firearms and Public Policy</u> 14:51-72.

2006    "Off target." <u>New York Sun</u> January 5, 2006.  Invited opinion article.

2009    "How not to study the effect of gun levels on violence rates." <u>Journal on Firearms and Public Policy</u> 21:65-93.

2011    "Mass killings aren't the real gun problem --- how to tailor gun-control measures to common crimes, not aberrant catastrophes." <u>Wall Street Journal</u> January 15, 2011.  Invited opinion article.

2011    "The myth of big-time gun trafficking." <u>Wall Street Journal</u> May 21, 2011. Invited opinion article.

2015    "Defensive gun ownership is not a myth: why my critics still have it wrong." <u>Politico Magazine</u>, February 17, 2015.  Online at Politico.Com.

BOOK CHAPTERS

1984    (with David Bordua)  "The assumptions of gun control."  Pp. 23-48 in Don B. Kates, Jr. (ed.) <u>Firearms and Violence: Issues of Regulation</u>. Cambridge, Mass.: Ballinger.

        (Also appeared in <u>Federal Regulation of Firearms</u>, report prepared by the Congressional Research Service, Library of Congress, for the Committee on the Judiciary, United States Senate, 1982).

1984    "The relationship between gun ownership levels and rates of violence in the U.S." Pp. 99-135 in Kates, above.

1984    "Handgun-only gun control: a policy disaster in the making."  Pp. 167-199 in

Kates, above.

1996    "Racial discrimination in criminal sentencing." Pp. 339-344 in <u>Crime and Society</u>, Volume III – Readings: Criminal Justice, edited by George Bridges, Robert D. Crutchfield, and Joseph G. Weis.  Thousand Oaks, Calif.: Pine Forge Press.

1996    "Gun buy-back programs: nothing succeeds like failure."  Pp. 29-53 in <u>Under Fire: Gun Buy-Backs, Exchanges and Amnesty Programs</u>, edited by Martha R. Plotkin.  Washington, D.C.: Police Executive Research Forum.

2000    "Firearms and crime."  Pp. 230-234 in the <u>Encyclopedia of Criminology and Deviant Behavior</u>, edited by Clifton D. Bryant.  Philadelphia: Taylor & Francis, Inc.

2001    (with Leroy Gould and Marc Gertz) "Crime as social interaction."  Pp. 101-114 in <u>What is Crime?: Controversy over the Nature of Crime and What to Do About It</u>, edited by Stuart Henry and Mark M. Lanier.  Lanham, Md.: Rowman and Littlefield.

2003    "Constricted rationality and the limits of general deterrence."  Chapter 13 in <u>Punishment and Social Control: Enlarged Second Edition</u>, edited by Thomas G. Blomberg.  New York: Aldine de Gruyter.

2004    "The great American gun debate: what research has to say."  Pp. 470-487 in <u>The Criminal Justice System: Politics and Policies</u>, 9th edition, edited by George F. Cole, Marc Gertz, and Amy Bunger.  Belmont, CA: Wadsworth-Thomson.

2008    "Gun control." Article in <u>The Encyclopedia of Social Problems</u>, edited by Vincent N. Parrillo. Thousand Oaks, CA: Sage.

2009    "Guns and crime." Invited chapter.  Pp. 85-92 in <u>21st Century Criminology: A Reference Handbook</u>, edited by J. Mitchell Miller. Thousand Oaks, CA: Sage.

2012    Kovandzic, Tomislav, Mark E. Schaffer, and Gary Kleck. "Gun prevalence, homicide rates and causality: A GMM approach to endogeneity bias."  Chapter 6, pp. 76-92 in <u>The Sage Handbook of Criminological Research Methods</u>, edited by David Gadd, Susanne Karstedt, and  Steven F. Messner.  Thousand Oaks, CA: Sage.

2012    (with Kelly Roberts) "What survey modes are most effective in eliciting self-reports of criminal or delinquent behavior?"  Pp. 415-439 in <u>Handbook of Survey Methodology</u>, edited by Lior Gideon.  NY: Springer.

2013    "An overview of gun control policy in the United States."  Pp. 562-579 in <u>The Criminal Justice System</u>, 10th edition, Edited by George F. Cole and Marc G.

Gertz. Wadsworth.

2014   "Deterrence: actual vs. perceived risk of punishment.  Article in Encyclopedia of
Criminology and Criminal Justice.  Berlin: Springer Verlag.

2018   "The effect of firearms on suicide."  Chapter 17 in Gun Studies: Interdisciplinary
Approaches to Politics, Policy, and Practice, edited by Jennifer Carlson, Kristin
Goss, and Harel Shapira. NY: Routledge.

2019   "Gun control."  Pp. 153-166 in The Handbook of Social Control,
edited by Mattieu Deflem.  Hoboken, NJ: Wiley-Blackwell.

## BOOK REVIEWS

1978   Review of Murder in Space City: A Cultural Analysis of Houston Homicide
Patterns, by Henry Lundsgaarde.  Contemporary Sociology 7:291-293.

1984   Review of Under the Gun, by James Wright et al. Contemporary Sociology
13:294-296.

1984   Review of Social Control, ed. by Jack Gibbs.  Social Forces 63: 579-581.

1985    Review of Armed and Considered Dangerous, by James Wright and Peter Rossi,
Social Forces 66:1139-1140.

1988   Review of The Citizen's Guide to Gun Control, by Franklin Zimring and Gordon
Hawkins, Contemporary Sociology 17:363-364.

1989   Review of Sociological Justice, by Donald Black, Contemporary Sociology
19:261-3.

1991   Review of Equal Justice and the Death Penalty, by David C. Baldus, George G.
Woodworth, and Charles A. Pulaski, Jr.  Contemporary Sociology 20:598-9.

1999    Review of Crime is Not the Problem, by Franklin E. Zimring and Gordon
Hawkins.  American Journal of Sociology 104(5):1543-1544.

2001   Review of Gun Violence: the Real Costs, by Philip J. Cook and Jens Ludwig.
Criminal Law Bulletin 37(5):544-547.

2010   Review of  Homicide and Gun Control: The Brady Handgun Violence Prevention
Act and Homicide Rates, by J. D. Monroe. Criminal Justice Review 35(1):118-
120.

## LETTERS PUBLISHED IN SCHOLARLY JOURNALS

1987    "Accidental firearm fatalities." <u>American Journal of Public Health</u> 77:513.

1992    "Suicide in the home in relation to gun ownership." <u>The New England Journal of Medicine</u> 327:1878.

1993    "Gun ownership and crime." <u>Canadian Medical Association Journal</u> 149:1773-1774.

1999    "Risks and benefits of gun ownership." <u>Journal of the American Medical Association</u> 282:136.

2000    (with Thomas Marvell) "Impact of the Brady Act on homicide and suicide rates." <u>Journal of the American Medical Association</u> 284:2718-2719.

2001    "Violence, drugs, guns (and Switzerland)." <u>Scientific American</u> 284(2):12.

2002    "Doubts about undercounts of gun accident deaths." <u>Injury Prevention Online</u> (September 19, 2002). Published online at <u>http://ip.bmjjournals.com/cgi/eletters</u> /8/3/252.

2005    "Firearms, violence, and self-protection." <u>Science</u> 309:1674. September 9, 2005.

## UNPUBLISHED REPORT

1987    <u>Violence, Fear, and Guns at Florida State University: A Report to the President's Committee on Student Safety and Welfare</u>. Reports results of campus crime victimization survey and review of campus police statistics on gun violence (32 pages).

## RESEARCH FUNDING

1994    "The Impact of Drug Enforcement on Urban Drug Use Levels and Crime Rates." $9,500 awarded by the U.S. Sentencing Commission.

1997    "Testing a Fundamental Assumption of Deterrence-Based Crime Control Policy." $80,590 awarded by the Charles E. Culpeper Foundation to study the link between actual and perceived punishment levels.

## PRESENTED PAPERS

1976    "Firearms, homicide, and the death penalty:  a simultaneous equations analysis." Presented at the annual meetings of the Illinois Sociological Association, Chicago.

1979    "The assumptions of gun control."  Presented at the annual meetings of the

American Sociological Association, New York City.

1981    "Lethality comparisons between handguns and weapons which might be
         substituted in assault if handguns were prohibited."  Presented at the
         annual meetings of the American Society of Criminology, Washington, D.C.

1982    "Life support for ailing hypotheses:  Modes of summarizing the evidence on
         racial discrimination."  Presented at the annual meetings of the American Society
         of Criminology, Toronto.

1984    "Policy lessons from recent gun control research."  Presented at the Duke
         University Law School Conference on Gun Control.

1985    "Policy lessons from recent gun control research." Presented at the annual
         meetings of the American Society of Criminology, San Diego.

1986    "Miscounting suicides."  Presented at the annual meetings of the American
         Sociological Association, Chicago.

1987    (with Theodore G. Chiricos, Michael Hays, and Laura Myers) "Unemployment
         and crime: a comparison of motivation and opportunity effects."  Presented at the
         annual meetings of the American Society of Criminology, Montreal.

1988    "Suicide, guns and gun control."  Presented at the annual meetings of the Popular
         Culture Association, New Orleans.

1988    (with Susan Sayles)  "Rape and resistance."  Presented at the annual meetings of
         the American Society of Criminology, Chicago.

1989    (with Karen McElrath)  "The impact of weaponry on human violence."
         Presented at the annual meetings of the American Sociological Association, San
         Francisco.

1989    (with Britt Patterson)  "The impact of gun control and gun ownership levels on
         city violence rates."  Presented at the annual meetings of the American Society
         of Criminology, Reno.

1990    "Guns and violence: a summary of the field."  Presented at the annual meetings
         of the American Political Science Association, Washington, D.C.

1991    "Victim resistance and weapons effects in robbery."  Presented at the annual
         meetings of the American Society of Criminology, San Francisco.

1991    "News media bias in covering gun control issues."  Presented at
         the annual meetings of the American Society of Criminology, San Francisco.

1992   "Interrupted time series designs: time for a re-evaluation."  Presented at the
         annual meetings of the American Society of Criminology, New Orleans.

1993   (with Chester Britt III and David J. Bordua) "The emperor has no clothes: Using
         interrupted time series designs to evaluate social policy impact." Presented at the
         annual meetings of the American Society of Criminology, Phoenix.

1993   "Crime, culture conflict and support for gun laws: a multi-level application of the
         General Social Surveys."  Presented at the annual meetings of the
         American Society of Criminology, Phoenix.

1994   (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-
         defense with a gun."   Presented at the annual meetings of the American Society
         of Criminology, Miami.

1995   (with Tom Jordan) "The impact of drug enforcement and penalty levels on urban
         drug use levels and crime rates."  Presented at the annual meetings of
         the American Society of Criminology, Boston.

1996   (with Michael Hogan) "A national case-control study of homicide offending and
         gun ownership." Presented at the annual meetings of the American Society of
         Criminology, Chicago.

1997   "Evaluating the Brady Act and increasing the utility of BATF tracing data."
         Presented at the annual meetings of the Homicide Research Working Group,
         Shepherdstown, West Virginia.

1997   "Crime, collective security, and gun ownership: a multi-level application of the
         General Social Surveys."  Presented at the annual meetings of the American
         Society of Criminology, San Diego.

1998   (with Brion Sever and Marc Gertz) "Testing a fundamental assumption of
         deterrence-based crime control policy."  Presented at the annual meetings of the
         American Society of Criminology, Washington, D.C.

1998   "Measuring macro-level gun ownership levels." Presented at the annual meetings
         of the American Society of Criminology, Washington, D.C.

1999   "Can owning a gun really triple the owner's chances of being murdered?"
         Presented at the annual meetings of the American Society of Criminology,
         Toronto.

2000   "Absolutist politics in a moderate package: prohibitionist intentions of the gun
         control movement."  Presented at the annual meetings of the American Society of
         Criminology, San Francisco.

2001    (with Tomislav V. Kovandzic) "The impact of gun laws and gun levels on crime rates."  Presented at the annual meetings of the American Society of Criminology, Atlanta.

2001    "Measures of gun ownership levels for macro-level violence research."  Presented at the annual meetings of the American Society of Criminology, Atlanta.

2002    "The effects of gun ownership levels and gun control laws on urban crime rates." Presented at the annual meetings of the American Society of Criminology, Chicago.

2003    (with Tomislav V. Kovandzic) "The effect of gun levels on violence rates depends on who has them." Presented at the annual meetings of the American Society of Criminology, Denver.

2003    (with Kyubeom Choi) "Filling in the gap in the causal link of deterrence." Presented at the annual meetings of the American Society of Criminology, Denver.

2004    (with Tomislav Kovandzic) "Do violent crime rates and police strength levels in the community influence whether individuals own guns?"  Presented at the annual meetings of the American Society of Criminology, Nashville.

2004    (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crime."  Presented at the annual meetings of the American Society of Criminology, Nashville.

2004    (with Jongyeon Tark) "The impact of self-protection on rape completion and injury."  Presented at the annual meetings of the American Society of Criminology, Nashville.

2004    (with Kyubeom Choi) "The perceptual gap phenomenon and deterrence as psychological coercion." Presented at the annual meetings of the American Society of Criminology, Nashville.

2005    (with Jongyeon Tark) "Who resists crime?" Presented at the annual meetings of the American Society of Criminology, Toronto.

2005    (with Jongyeon Tark and Laura Bedard) "Crime and marriage."  Presented at the annual meetings of the American Society of Criminology, Toronto.

2006    (with Shun-Yang Kevin Wang) "Organized gun trafficking, 'crime guns,' and crime rates."  Presented at the annual meetings of the American Society of Criminology, Los Angeles.

2006    "Are police officers more likely to kill black suspects?"  Presented at the annual

meetings of the American Society of Criminology, Los Angeles.

2007    (with Shun-Yang Kevin Wang) "The myth of big-time gun trafficking. "Presented at the annual meetings of the American Society of Criminology, Atlanta.

2007    (with Marc Gertz and Jason Bratton)  "Why do people support gun control?" Presented at the annual meetings of the American Society of Criminology, Atlanta.

2008    (with J. C. Barnes)  "Deterrence and macro-level perceptions of punishment risks: Is there a "collective wisdom?"  Presented at the annual meetings of the American Society of Criminology,  St. Louis.

2009    "The myth of big-time gun trafficking."  Presented at <u>UCLA Law Review</u> Symposium, "The Second Amendment and the Right to Bear Arms After DC v. Heller."  January 23, 2009, Los Angeles.

2009    (with Shun-Yung Wang) "Employment and crime and delinquency of working youth: A longitudinal study of youth employment."  Presented at the annual meetings of the American Society of Criminology, November 6, 2009, Philadelphia, PA.

2009    (with J. C. Barnes)  "Do more police generate more deterrence?"  Presented at the annual meetings of the American Society of Criminology, November 4, 2009, Philadelphia, PA.

2010    (with J. C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009."  Presented at the annual meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010    (with Will Hauser) "Fear of crime and gun ownership."  Presented at the annual meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010    "Errors in survey estimates of defensive gun use frequency: results from national Internet survey experiments."  Presented at the annual meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2010    (with Mark Faber and Tomislav Kovandzic)  "Perceived risk, criminal victimization, and prospective gun ownership."  Presented at the annual meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2011    (with Shun-young Wang) "The impact of job quality and career commitment on delinquency: conditional or universal?"  Presented at the annual meetings of the American Society of Criminology, November 17, 2011, Washington, D.C.

2011 (with Moonki Hong) "The short-term deterrent effect of executions on homicides in the United States, 1984-1998."  Presented at the annual meetings of the American Society of Criminology, November 16, 2011, Washington, D.C.

2011 (with Kelly Roberts)  "Which survey modes are most effective in getting people to admit illegal behaviors?"  Presented at the annual meetings of the American Society of Criminology, November 17, 2011, Washington, D.C.

2011 (with Will Hauser)  "Pick on someone your own size: do health, fitness, and size influence victim selection?" Presented at the annual meetings of the American Society of Criminology, November 18, 2011, Washington, D.C.

2011 (with Tomislav Kovandzic) "Is the macro-level crime/punishment association spurious?"  Presented at the annual meetings of the American Society of Criminology, November 18, 2011, Washington, D.C.

2012  (with Dylan Jackson) "Adult unemployment and serious property crime: a national case-control study."  Presented at the annual meetings of the American Society of Criminology, November 15, 2012, Chicago, IL.

2013 (with Will Hauser) "Confidence in the Police and Fear of Crime: Do Police Force Size and Productivity Matter?"  Presented at the annual meetings of the American Society of Criminology, November 22, 2013, Atlanta, GA.

2013. (with Dylan Jackson) "Adult unemployment and serious property crime: a national case-control study."  Presented at the annual meetings of the American Society of Criminology, November 22, 2013, Atlanta, GA.

2014 (with Dylan Jackson) "Does Crime Cause Punitiveness?"  Presented at the annual meetings of the American Society of Criminology, November 20, 2014, San Francisco, CA.

2015 "The effect of large capacity magazines on the casualty counts in mass shootings."  Presented at the annual meetings of the American Society of Criminology, November 18, 2015, Washington, D.C.

2015 (with Bethany Mims) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2010-2014."  Presented at the annual meetings of the American Society of Criminology, November 20, 2015, Washington, D.C.

2016 "Firearms and the lethality of suicide methods."  Presented at the annual meetings of the American Society of Criminology, November 16, 2016, New Orleans, L.A.

2017    "Macro-level research on the effect of firearms prevalence on suicide rates: a systematic review and new evidence."  Presented at the annual meetings of the American Society of Criminology, November 15, 2017, Philadelphia, PA.

2018    "Interstate gun movement is almost entirely due to migration, not gun trafficking." Presented at the annual meetings of the American Society of Criminology, November 16,  2018, Atlanta, GA.

2019    "What do CDC's surveys say about the prevalence of defensive gun use?" Presented at the annual meetings of the American Society of Criminology, November 13, 2019, San Francisco, CA.

CHAIR

1983    Chair, session on Race and Crime.  annual meetings of the American Society of Criminology, Denver.

1989    Co-chair (with Merry Morash), roundtable session on problems in analyzing the National Crime Surveys.  annual meetings of the American Society of Criminology, Reno.

1994    Chair, session on Interrupted Time Series Designs. annual meetings of the American Society of Criminology, New Orleans.

1993    Chair, session on Guns, Gun Control, and Violence. annual meetings of the American Society of Criminology, Phoenix.

1995    Chair, session on International Drug Enforcement. annual meetings of the American Society of Criminology, Boston.

1999    Chair, Author-Meets-Critics session, More Guns, Less Crime.  annual meetings of the American Society of Criminology, Toronto.

2000    Chair, session on Defensive Weapon and Gun Use.  annual meetings of the American Society of Criminology, San Francisco.

2002    Chair, session on the Causes of Gun Crime. annual  meetings of the American Society of Criminology, Chicago.

2004    Chair, session on Protecting the Victim.  annual meetings of the American Society of Criminology, Nashville.

DISCUSSANT

1981    Session on Gun Control Legislation, annual meetings of the American Society of Criminology, Washington, D.C.

1984    Session on Criminal Sentencing, annual meetings of the American Society of Criminology, Cincinnati.

1986    Session on Sentencing, annual meetings of the American Society of Criminology, Atlanta.

1988    Session on Gun Ownership and Self-protection, annual meetings of the Popular Culture Association, Montreal.

1991    Session on Gun Control, annual meetings of the American Statistical Association, Atlanta, Ga.

1995    Session on International Drug Enforcement, annual meetings of the American Society of Criminology, Boston.

2000    Session on Defensive Weapon and Gun Use, annual meetings of the American Society of Criminology, San Francisco.

2004    Author-Meets-Critic session on Guns, Violence, and Identity Among African-American and Latino Youth, by Deanna Wilkinson.  annual meetings of the American Society of Criminology, Nashville.

2007    Session on Deterrence and Perceptions, University of Maryland 2007 Crime & Population Dynamics Summer Workshop, Aspen Wye River Center, Queenstown MD, June 4, 2007.

2009    Session on Guns and Crime, at the DeVoe Moore Center Symposium On The Economics of Crime, March 26-28, 2009.

2012    Panel discussion of news media coverage of high profile crimes Held at the Florida Supreme Court On September 24-25, 2012, sponsored by the Florida Bar Association as part of their 2012 Reporters' Workshop.

PROFESSIONAL SERVICE

Editorial consultant -
American Sociological Review
American Journal of Sociology
Social Forces
Social Problems
Law and Society Review
Journal of Research in Crime and Delinquency
Social Science Research
Criminology
Journal of Quantitative Criminology

Justice Quarterly
Journal of Criminal Justice
Violence and Victims
Violence Against Women
Journal of the American Medical Association
New England Journal of Medicine
American Journal of Public Health
Journal of Homicide Studies

Grants consultant, National Science Foundation, Sociology Program.

Member, Gene Carte Student Paper Committee, American Society of Criminology, 1990.

Area Chair, Methods Area, American Society of Criminology, annual meetings in Miami, November, 1994.

Division Chair, Guns Division, American Society of Criminology, annual meetings in Washington, D.C., November, 1998.

Dissertation evaluator, University of Capetown, Union of South Africa, 1998.

Division Chair, Guns Division, American Society of Criminology, annual meetings in Washington, D.C., November, 1999.

Member of Academy of Criminal Justice Sciences selection committee for Editor of Justice Quarterly, 2007.

Outside reviewer of Dr. J. Pete Blair for promotion to Full Professor in the School of Criminal Justice at Texas State University, San Marcos, 2014.

UNIVERSITY SERVICE

Member, Master's Comprehensive Examination Committee, School of Criminology, 1979-1982.

Faculty Advisor, Lambda Alpha Epsilon (FSU chapter of American Criminal Justice Association), 1980-1988.

Faculty Senate Member, 1984-1992.

Carried out campus crime survey for President's Committee on Student Safety and Welfare, 1986.

Member, Strategic Planning and Budgeting Review Committee for Institute for Science and Public Affairs, and Departments of Physics and Economics, 1986.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology, Summer, 1986.

Member, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology, Summer, 1986 to 2016.

Chair, Committee on Graduate Assistantships, School of Criminology, Spring, 1987.

Chair, Ad Hoc Committee on Computers, School of Criminology,  Fall, 1987.

Member, Recruitment Committee, School of Criminology,  Spring, 1988; Spring, 1989; and 1989-90 academic year.

Member, Faculty Senate Committee on Computer-Related Curriculum, Spring, 1988 to Fall, 1989.

Chair, Ad Hoc Committee on Merit Salary Distribution, School of Criminology, Spring, 1988.

Chair, Ad Hoc Committee on Enrollment Strains, Spring, 1989.

Member, Graduate Handbook Committee, School of Criminology,  Spring, 1990.

Member, Internal Advisement Committee, School of Criminology Spring, 1990.

University Commencement Marshall, 1990 to 1993.

Member, School of Criminology and Criminal Justice Teaching Incentive Program award committee.

Chair, Faculty Recruitment Committee, School of Criminology and Criminal Justice, 1994-1995.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 1994-1995.

Member, University Computer and Information Resources  Committee, 1995-1998.

Member, University Fellowship Committee, 1995 to 2000.

Member, University Library Committee, 1996 to 1999.

Chair, Electronic Access Subcommittee, University Library Committee, 1998 to 1999.

Member, Ad Hoc Committee on Merit Salary Increase Allocation, School of Criminology and Criminal Justice, 1998-1999.

Member, Academic Committee, School of Criminology and Criminal Justice, 2000-2008t.

Member, Recruiting Committee, School of Criminology and Criminal Justice, 2000-2001.

Member, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2000-2008.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 2000-2002.

Chair, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2001-2002.

Faculty Adviser, School of Criminology and Criminal Justice Graduate Student Association, 2001-2010.

Member, ad hoc committee on survey research, School of Criminology and Criminal Justice, 2002.

Coordinator of Parts 2 and 4 of the School of Criminology and Criminal Justice Unit Review, 2002.

Chair, Academic Committee, School of Criminology and Criminal Justice, 2002-2003.

Director, Honors Programs, School of Criminology and Criminal Justice, 2002-?.

Member, University Promotion and Tenure Committee, Fall, 2003 to ?.

Member of University Graduate Policy Committee, Fall 2003 to 2011.

Director of Graduate Studies, School (later College) of Criminology and Criminal Justice, April 2004 to May 2015.

Chair, Promotion and Tenure Committee, College of Criminology and Criminal Justice, 2005-2006

Served as major professor on Area Paper by Christopher Rosbough, completed in 2012.

Served as member of dissertation committee of Kristen Lavin, dissertation completed in 2012.

Served as member of dissertation committee of Elizabeth Stupi, dissertation completed in 2013.

Served as outside member on two dissertation committees in 2014-2015: Brian Meehan in the Department of Economics and Adam Weinstein in the English Department.  Both dissertations were completed.

Served as major professor on Area Paper on legalization of marijuana for Pedro Juan Matos Silva, Spring 2015.  Paper completed.

Served as major professor for doctoral students, Moonki Hong who defended his dissertation on April 14, 2016.

PUBLIC SERVICE

Television, radio, newspaper, magazine, and Internet interviews concerning gun control, racial bias in sentencing, crime statistics, and the death penalty.  Interviews and other kinds of news media contacts include Newsweek, Time, U.S. News and World Report, New York Times, Washington Post, Chicago Tribune, Los Angeles Times, USA Today, Boston Globe, Wall Street Journal, Kansas City Star, Philadelphia Inquirer, Philadelphia News, Atlanta Constitution, Atlanta Journal, Arizona Republican, San Antonio Express-News, Dallas Morning News, Miami Herald, Tampa Tribune, Jacksonville Times-Union, Womens' Day,   Harper's Bazaar, Playboy, CBS-TV (60 Minutes; Street Stories) ABC-TV (World News Tonight; Nightline), NBC-TV (Nightly News), Cable News Network, Canadian Broadcasting Company, National Public Radio, Huffington Post, PolitiFact.com, and many others.

Resource person, Subcommittee on Crime and Justice, (Florida House) Speaker's Advisory Committee on the Future,  February 6-7, 1986, Florida State Capitol.

Testimony before the U.S. Congress, House Select Committee on Children, Youth and Families, June 15, 1989.

Discussant, National Research Council/National Academy of Sciences Symposium on the Understanding and Control of Violent Behavior, April 1-4, 1990, Destin, Florida.

Colloquium on manipulation of statistics relevant to public policy, Statistics Department, Florida State University, October, 1992.

Speech to faculty, students, and alumni at Silver Anniversary of Northeastern University College of  Criminal Justice, May 15, 1993.

Speech to faculty and students at Department of Sociology, University of New Mexico, October, 1993.

Speech on the impact of gun control laws, annual meetings of the Justice Research and Statistics Association, October, 1993, Albuquerque, New Mexico.

Testimony before the Hawaii House Judiciary Committee, Honolulu, Hawaii, March 12, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, March 18, 1994.

Delivered the annual Nettler Lecture at the University of Alberta, Edmonton, Canada, March 21, 1994.

Member, Drugs-Violence Task Force, U.S. Sentencing  Commission, 1994-1996.

Testimony before the Pennsylvania Senate Select Committee to Investigate the Use of Automatic and Semiautomatic Firearms, Pittsburgh, Pennsylvania, August 16, 1994.

Delivered lectures in the annual Provost's Lecture Series, Bloomsburg University, Bloomsburg, Pa., September 19, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, June 29, 1995.

Speech to personnel in research branches of crime-related State of Florida agencies, Research and Statistics Conference, sponsored by the Office of the State Courts Administrator, October 19, 1995.

Speech to the Third Annual Legislative Workshop, sponsored by the James Madison Institute and the Foundation for Florida's Future, February 5, 1998.

Speech at the Florida Department of Law Enforcement on the state's criminal justice research agenda, December, 1998.

Briefing on news media coverage of guns and violence issues, to the Criminal Justice Journalists organization, at the American Society of Criminology annual meetings in Washington, D.C., November 12, 1998.

Briefing on gun control strategies to the Rand Corporation conference on "Effective Strategies for Reducing Gun Violence,"  Santa Monica, Calif., January 21, 2000.

Speech on deterrence to the faculty of the Florida State University School of Law, February 10, 2000.

Invited address on links between guns and violence to the National Research Council Committee on Improving Research Information and Data on Firearms, November 15-16, 2001, Irvine, California.

Invited address on research on guns and self-defense to the National Research Council Committee on Improving Research Information and Data on Firearms, January 16-17,

2002, Washington, D.C.

Invited address on gun control, Northern Illinois University, April 19, 2002.

Invited address to the faculty of the School of Public Health, University of Alabama, Birmingham, 2004.

Invited address to the faculty of the School of Public Health, University of Pennsylvania, March 5, 2004.

Member of Justice Quarterly Editor Selection Committee, Academy of Criminal Justice Sciences, Spring 2007

Testified before the Gubernatorial Task Force for University Campus Safety, Tallahassee, Florida, May 3, 2007.

Gave public address, "Guns & Violence: Good Guys vs. Bad Guys," Western Carolina University, Cullowhee, North Carolina, March 5, 2012.

Invited panelist, Fordham Law School Symposium, "Gun Control and the Second Amendment,"  New York City, March 9, 2012.

Invited panelist, community forum on "Students, Safety & the Second Amendment," sponsored by the Tallahassee Democrat.

Invited address at University of West Florida, Department of Justice Studies, titled "Guns, Self-Defense, and the Public Interest," April 12, 2013.

Member, National Research Council Committee on Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-related Violence, May 2013.

Invited address at Davidson College, Davidson, NC, April 18, 2014.  Invited by the Department of Philosophy.

Public lecture, "Do Guns Cause Homicide?," Center for the Study of Liberal Democracy, University of Wisconsin-Madison, December 5, 2018.

OTHER ITEMS
> Listed in:
>> Marquis Who's Who
>> Marquis Who's Who in the South and Southwest
>> Who's Who of Emerging Leaders in America
>> Contemporary Authors
>> Directory of American Scholars
>> Writer's Directory

Participant in First National Workshop on the National Crime Survey, College Park, Maryland, July, 1987, co-sponsored by the Bureau of Justice Statistics and the American Statistical Association.

Participant in Second National Workshop on the National Crime Survey, Washington, D.C., July, 1988.

Participant, Seton Hall Law School Conference on Gun Control, March 3, 1989.

Debater in Intelligence Squared program, on the proposition "Guns Reduce Crime." Rockefeller University, New York City, October 28, 2008.  Podcast distributed through National Public Radio.  Further details are available at
 http://www.intelligencesquaredus.org/Event.aspx?Event=36.

Subject of cover story, "America Armed," in Florida State University Research in Review, Winter/Spring 2009.

Grants reviewer, Social Sciences and Humanities Research Council of Canada, 2010.

Named one of "25 Top Criminal Justice Professors" in the U.S. by Forensics Colleges website (http://www.forensicscolleges.com/), 2014.

# EXHIBIT C

**Legal Cases in Which I have Testified or Been Deposed:**

Wolf vs. Colt, Dallas, Texas.  Deposed 6-2-83.

Clancy vs. Zale, Dallas, Texas.  Deposed 9-30-83, testified 1-18-84.

Benjamin vs. Baily, Hartford, CT.  Deposed 1-9-94, testified 1-26-94.

Dix v. Beretta, New York City, N.Y.  Deposed July (?) 1998.

Grunow v. Valor, Palm Beach, FL.  Deposed 8-19-02, testified 11-4-02.

NAACP v. American Arms, Inc. et al.  Deposed 4-12-03, testified 5-2-03.

City of New York vs. Beretta U.S.A. et al. Deposed 11-4-05.

Illinois Association of Firearms Retailers, et al, v. City of Chicago, et al.  Deposed 10-28-11.

Heller et al. v. District of Columbia.  Deposed 7-2-13.

Cook et al. v. Hickenlooper.  U.S. Court for the District of Colorado. Deposed and testified March, April 2013.

Wilson v. Cook County.  Circuit of Cook County, Illinois County Department, Chancery Division.  Deposed 9-16-13.

Kolbe v. O'Malley. U.S. District Court for the District of Maryland.  Deposed 1-2-14.

Barbra Schlifer Commemorative Clinic v. HMQ Canada.  "Cross-examined" (Canadian term for deposed) 2-24-14.

Dr. Arie S. Friedman and the Illinois State Rifle Association v. City of Highland Park.  Deposed May or June 2014.

Wrenn v. District of Columbia.  Deposed 12-8-16.

Tracy Rifle and Pistol v. Kamala D. Harris.  U.S. District Court, Eastern District of California.  Deposed 11-2-16.

Flanagan v. Becerra, U.S. District Court, Central District of California.  Deposed July 25, 2017.

Worman v. Baker, U.S. District Court for the District of Massachusetts.  Deposed October 25, 2017.

Duncan v. Becerra, U.S. District Court, Southern District of California.  Deposed January 3, 2018.

MSI v. Hogan, U.S. District Court, District of Maryland.  Deposed May 18, 2018.

Association Of New Jersey Rifle & Pistol Clubs, Inc., et al. v. Grewel et al., United States District Court District Of New Jersey.  Deposed 8-2-18.

# EXHIBIT D

I am being compensated for my work at the rate of $400 per hour.