IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC., et al.,

    *Plaintiffs*,

v.                                            CASE NO.:  4:18cv137-MW/MAF

RICK SWEARINGEN, in his official
capacity as Commissioner of the
Florida Department of Law
Enforcement, et al.,

    *Defendants*.

_____/

## ORDER CONTINUING TRIAL

This Court, on its own motion and in an abundance of caution, is continuing the trial set in this case.[1] According to the CDC, since January 21, 2020, nearly 14.5 million people have tested positive in the United States for the novel coronavirus popularly known as COVID-19. *See* CDC COVID Data Tracker, United States COVID-19 Cases and Deaths by State, December 6, 2020, https://covid.cdc.gov/covid-data-tracker/#cases_casesin last7days (last visited Dec. 7, 2020). We are almost a year into this pandemic, and our nation is experiencing

---

[1] This Court is cancelling all civil trials for a period of time, with the hope that an effective vaccine is on the horizon and new infection numbers will start to fall. To be clear, this is a decision I am making for *my* cases on *my* civil docket only. This is not a uniform, district-wide order, and in no way should be construed as a limitation on any other judge in the Northern District of Florida.

rising numbers of new cases, hospitalizations, and deaths. Florida is closing in on 20,000 total deaths, with 642 reported deaths in the last seven days, and Leon County has reported 861 new infections in the last seven days, representing a 22% increase in cases. *See* CDC COVID Data Tracker, https://covid.cdc.gov/covid-data-tracker/#cases_deathsinlast7days (last visited Dec. 7, 2020); *see also* COVID-19 Integrated County View, https://covid.cdc.gov/covid-data-tracker/#county-view (last visited Dec. 7, 2020).

      Locally, community spread and resulting deaths will persist unless the public takes the simple, but effective, precautions of social distancing, limiting large gatherings, and wearing masks. Reasonable minds can differ as to whether you can conduct a safe trial with these precautions in place. In my experience, it is getting harder to do so. However, in the Northern District of Florida, each judge still gets to make this decision for herself or himself. For my civil docket, I will continue all trials for a period of time until this pandemic is under control. This Court will address criminal trials separately, particularly in cases where speedy trial is implicated. Accordingly, the Clerk is directed to cancel the trial scheduled for January 11, 2021, the pretrial conference, and all deadlines associated with the pretrial conference. This Court will direct the Clerk to reset this case on an expedited basis once infection

numbers are under control.

**SO ORDERED on December 7, 2020.**

**s/Mark E. Walker**
**Chief United States District Judge**
