# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC., et al.

    *Plaintiffs*,

v.                            CASE NO.: 4:18cv137-MW/MAF

RICK SWEARINGEN, in his official
capacity as Commissioner of the
Florida Department of Law
Enforcement, et al.,

    *Defendants*.
_____/

## ORDER GRANTING LEAVE TO FILE REPLIES

There are three motions *in limine* pending before this Court, ECF Nos. 125, 126, and 127. Now, responses have been filed to all three, ECF Nos. 129, 130, and 131. If either party wishes to file a reply to the other party's response, they may do so **on or before December 21, 2020**.

**SO ORDERED on December 9, 2020.**

                                            s/Mark E. Walker
                                            **Chief United States District Judge**