# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

CASE NO: 4:18-cv-137-MW/MAF

NATIONAL RIFLE ASSOCIATION OF
AMERICA, INC., et al.,

    Plaintiffs,

v.

RICK SWEARINGEN, in his official
capacity as Commissioner of the
FLORIDA DEPARTMENT OF LAW
ENFORCEMENT,

    Defendant.
_____/

WEB CONFERENCE DEPOSITION OF
WILLIAM ENGLISH, Ph.D.

Friday, August 14, 2020
10:09 a.m. - 12:08 p.m.

(VIA WEB CONFERENCE)

STENOGRAPHICALLY REPORTED VIA WEB CONFERENCE
BY: STEPHANIE NARGIZ, FPR

Job No.: 149027

Page 2

1  APPEARANCES:

2

3      On behalf of the Plaintiffs (via web conference):

4          BRADLEY ARANT BOULT CUMMINGS LLP
           JAMES W. PORTER, III, ESQUIRE
5          jporter@bradley.com
           1615 L Street, NW
6          Washington, DC 20036

7                  AND

8          BRADLEY ARANT BOULT CUMMINGS LLP
           ELIOT B. PEACE, ESQUIRE
9          epeace@bradley.com
           100 N. Tampa Street, Suite 2200
10         Tampa, FL 33602
           813.559.5500
11

12     On behalf of the Defendant (via web conference):

13         OFFICE OF THE ATTORNEY GENERAL
           ELIZABETH TEEGAN, SPECIAL COUNSEL
14         elizabeth.teegen@myfloridalegal.com
           The Capitol, Suite PL-01
15         Revenue Litigation Bureau
           Tallahassee, FL 32399-1050
16         850.414.3652

17

18

19

20

21

22

23

24

25

William English
August 14, 2020

Page 3

1                        I N D E X

2         Testimony of WILLIAM ENGLISH, Ph.D.
                                                              PAGE
3
              Direct Examination by Ms. Teegan                  4
4

5

6         Certificate of Oath                                  73
          Certificate of Reporter                              74
7         Read and Sign Letter                                 75
          Errata Sheet                                         76
8

9

10

11                          EXHIBITS

12

13    EXHIBIT              DESCRIPTION                        PAGE

14              (Exhibits are attached.)

15                                                           MARKED

16    1     7/29/20 Notice of Taking Deposition               11

17    2     Expert Report of William English, Ph.D.           34

18    3     National Academy of Sciences Report Excerpt -     64
            Priorities for Research to Reduce the Threat
19          of Firearm-Related Violence - 4 pages

20

21

22

23

24

25

1    A.    I understand.

2    Q.    -- boxes here.  So if you could tell me about the
3    case involving the Federation of Sportsmens Clubs, versus
4    Birmingham, 2019, what was the nature of that case?

5    A.    Thank you.  Understood.  That was a case about
6    the quote, unquote, high capacity magazine ban in Vermont.
7    And I was asked to evaluate how widely owned and used
8    these devices were.  So I conducted a survey, a
9    representative survey, random survey of Vermont residents
10   to ascertain that question of the ownership -- questions
11   regarding the ownership and use of these devices.

12   Q.    Okay.  Great.  And then the last two look to me
13   like they are the same case.  Am I right about that?

14   A.    That is correct.

15   Q.    And then maybe your original report and then a
16   rebuttal report.  Do I have that right?

17   A.    Yes, that's correct.

18   Q.    And just -- I think I can probably look that one
19   up, but can you give me the sound byte on those two, the
20   Rupp v. Becerra California cases?

21   A.    Yeah.  Very briefly, the report was a very simple
22   report that simply tried to assess how widely owned and
23   used the kinds of rifles banned, modern sporting rifles
24   banned by California are in the United States.  So it
25   looked at manufacturing data, import-export data, sales

Page 31

1  major impact.  What is the impact of the disclosure of
2  this information on these young people, some up to the age
3  of 21.  Is that a fair way of stating what the issue was,
4  the central issue there?
5      A.   So the one issue of clarification.  Yeah, the
6  underlying statute did not have an age specific -- in a
7  manner that was relevant to this case -- issue that I was
8  looking at, rather it was an issue of implications that
9  there were claims made, or at least you want to evaluate
10 the claim of are these laws maybe having a particularly
11 beneficial effect on youth suicide, or youth crime, or
12 youth accidents.  So that was evaluated.
13     Q.   Did you end up testifying in any of those cases?
14     A.   I was deposed in the New York case and the
15 California case.  And I haven't been asked to testify, I
16 guess, in a courtroom.
17     Q.   Were you accepted and qualified as an expert by
18 the judges in those cases?
19     A.   I don't know.
20     Q.   Okay.  And it sounds like -- I think I know the
21 answer to this one -- none of those cases involved a state
22 or a federal court in Florida, right?
23     A.   To my knowledge, they did not.
24     Q.   Okay.  I did want to go back just a little bit.
25 You had mentioned in your -- or your summary mentions that

Page 73

1                    CERTIFICATE OF OATH

2

3

4    STATE OF FLORIDA    )

5    COUNTY OF LEON      )

6

7

8

9

10       I, the undersigned authority, certify that WILLIAM
     ENGLISH, Ph.D remotely appeared before me on the 14th of
11   August, 2020, and was duly sworn.

12
              Signed this 14th day of August, 2020.
13

14

15

16

17

18

19       [Notary seal: STEPH J. NARGIZ, Notary Public, State of Florida, My Commission # GG 036664, Expires: October 27, 2020, Bonded Thru Budget Notary Services]

20       _____

21
         STEPH JORDAN NARGIZ, FPR
22       Notary Public State of Florida
         Comm# GG036664 Exp. 10/27/2020
23

24

25

1      CERTIFICATE OF REPORTER

2

3   STATE OF FLORIDA      )

4

5   COUNTY OF LEON        )

6

7        I, STEPHANIE JORDAN NARGIZ, FPR, do hereby certify

8   that I was authorized to and did stenographically report

9   the foregoing deposition of WILLIAM ENGLISH, Ph.D; that a

10  review of the transcript was requested; and that the

11  foregoing transcript, pages numbered 1 through 73 is a

12  true record of my stenographic notes.

13       I FURTHER CERTIFY that I am not a relative,

14  employee, attorney or counsel of any of the parties' or

15  counsel connected with the action, nor am I financially

16  interested in the action.

17       DATED this 18th day of August, 2020.

18

19

20

21  _____

22                       STEPH JORDAN NARGIZ
                         Court Reporter, FPR
23

24

25

Page 75

1  August 18, 2020

2  WILLIAM ENGLISH, Ph.D
   c/o James W. Porter, III, Esquire
3  jporter@bradley.com

4  Re:  NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., et al.
        v. RICK SWEARINGEN, in his official capacity as
5       Commissioner of the FLORIDA DEPARTMENT OF LAW
        ENFORCEMENT
6       Case No.:  4:18-cv-137-MW/MAF

7  Enclosed please find your copy of the deposition of
   WILLIAM ENGLISH, Ph.D, which was taken in the above-styled
8  cause on August 14, 2020.  Please have deponent execute
   the Errata Sheet, which can be found at the back of the
9  transcript, when reading your copy, and have it returned
   to us for distribution to all parties.
10
   If deponent does not read and sign the deposition within
11 30 days, the original, which has already been forwarded to
   the ordering attorney, may be filed with the Clerk of the
12 Court.

13 If deponent wishes to now waive signature, please have
   deponent sign his/her name in the blank at the bottom of
14 this letter and return to the address listed below.

15 Very truly yours,

16

17 *[signature: Stephanie Nargiz]*

18

19 Stephanie Jordan Nargiz, FPR
   Phipps Reporting, Inc.
20 www.PhippsReporting.com

21 I do hereby waive my signature.

22 _____

23 WILLIAM ENGLISH, Ph.D

24 Job No.:  149027

25