## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC., *et al.*,

    *Plaintiffs*,

    v.                      CASE NO.: 4:18-cv-00137-MW-MAF

RICK SWEARINGEN, in his official
capacity as Commissioner of the
Florida Department of Law Enforcement,

    *Defendant*.

_____/

## NOTICE OF APPEAL TO COURT OF APPEALS

Notice is hereby given that Plaintiffs National Rifle Association of America, Inc. and Radford Fant appeal to the United States Court of Appeals for the Eleventh Circuit from the Order on Cross-Motions for Summary Judgment [ECF No. 137] entered in this action on June 24, 2021. A copy of the Order is attached hereto as Exhibit A.

Dated: July 7, 2021                  Respectfully submitted,

/s/ R. Craig Mayfield
R. Craig Mayfield (Fla. Bar No. 0429643)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500 | Fax: (813) 229-5946
cmayfield@bradley.com

John Parker Sweeney
James W. Porter, III
Marc A. Nardone
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW
Washington, DC 20036
Tel: (202) 393-7150
jsweeney@bradley.com
(Admitted *Pro Hac Vice*)

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2021, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic service to all counsel of record, as follows:

AMIT AGARWAL (FBN 125637)
Solicitor General

JAMES H. PERCIVAL (FBN 1016188)
Chief Deputy Solicitor General

ELIZABETH TEEGEN (FBN 833274)
Chief Assistant Attorney General

TIMOTHY NEWHALL (FBN 391255)
Senior Assistant Attorney General

Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
Tel: (850) 414-3681
amit.agarwal@myfloridalegal.com
james.percival@myfloridalegal.com
elizabeth.teegen@myfloridalegal.com
barbara.throne@myfloridalegal.com
timothy.newhall@myfloridalegal.com

CHRISTOPHER J. BAUM (FBN 1007882)
Deputy Solicitor General
Office of the Attorney General
State of Florida
1 SE 3rd Ave Suite 900
Miami, FL 33131
(786) 792-6269
christopher.baum@myfloridalegal.com

/s/ R. Craig Mayfield
Counsel for Plaintiffs